| Source | Seller Name | Counterfeit Product Name | Merchant ID |
|---|---|---|---|
| Marketplace | Yiwu Qianming Jewelry | Jesus Cross US Navy Veteran Flag | kimingjewelry.en.alibaba. |
| Marketplace | Jaywood Advertising | Hippie Every Little Thing Is Gonna | 910359428 |
| Marketplace | Joey Su Store | Garden Flag Jesus American One | 912271082 |
| Marketplace | Jaywood Advertising | One Nation Under God America | 910359428 |
| Marketplace | Shop5039013 Store | One Nation Under God Flag 3D Full | 5039013 |
| Marketplace | Seabow Official-Flagship | Never Mind The Witch Beware Of | 518252 |
| Marketplace | Ronning Industry Store | September 11th Never Forget Flags | 2657239 |
| Marketplace | Shop5363155 Store | Jesus Flag 3D Full Printing Thermal | 5363155 |
| Marketplace | Shop910368292 Store | Jesus Flag 3D Full Printing Garden | 910368292 |
| Marketplace | Shop5589403 Store | Jesus Flag 3D Full Printing Garden | 5589403 |
| Marketplace | Xi Le textile Store | Double-sided Maple Leaf Garden | 912027358 |
| Marketplace | toyofmine | Flag 12 x 18 ft - 30x45cm Faith in | 1938895 |
| Marketplace | RonningStar Factory | The Thin Blue Line Christian Cross. | 1414054 |
| Marketplace | Shop911075021 Store | Band Of Brothers Puerto Rico | 911075021 |
| Marketplace | Brand: UNIKIHOMUM | Halloween. Beware Of The Yorkie | B09D4T19ZD |
| Marketplace | ALEYXARECO | Vietnam Veteran Of America Eagle | B09FY26BR7 |
| Marketplace | Generic | One Nation Under God America | B09J11C4DB |
| Marketplace | Giftastic | Giftastic A Veteran Under God Flag | B099KHKVNY |
| Marketplace | TFDXIH | TFDXIH One Nation Under God | B096NXQNZX |
| Marketplace | Goewrao | One Nation Under God,Jesus | B08YNMZ5T2 |
| Marketplace | LSIWMSK | 2056 pants The Thin Blue Line | B08HH3B374 |
| Marketplace | Tugesha | Jesus Don't Be Afraid Just Have | B09KS27PST |
| Marketplace | SuTingYang | Maple Leaves Flag Fall For Jesus | B09GS7VD13 |
| Marketplace | Noshye Store | Noshye Red Truck Farmhouse | B09H8LCZCD |
| Marketplace | Auoltior | Auoltior Don't Be Afraid Just Have | B09DB5HSFS |
| Marketplace | CLYTTE | Jesus American Flag 3x5 Ft | B09J58X8QH |
| Marketplace | BDHTYU | BDHTYU Don't Be Afraid. Just Have | B09LGSMT55 |
| Marketplace | AHBVJK | Don't Be Afraid Just Have Faith Flag | B09JYC2QKQ |
| Marketplace | LLLiang | 4th of July Independence Day | B09312TH18 |
| Marketplace | chengxun | Chengxun Jesus Cross USA Flag | B0998BDKDP |
| Marketplace | Awesome Shirt Gift MD21 | Boxer Police Dog Thin Blue Line | B095MZZQ3W |
| Marketplace | Chan & Yoo | Boxer Dog Halloween Pumpkin | B09CDSB7FF |
| Marketplace | WILDLAVIE Store | WILDLAVIE American Flag Cross | 43CCC866-6024-4126- |
| Marketplace | Sandra E Becker | Jesus Flag. One Nation Under God | A9T0EBOFESMEK |
| Marketplace | ⭐⭐⭐⭐⭐Store | Chocolate Lab Merry Christmas Flag | A1PDGJF8HUCCJY |
| Marketplace | Can Online Store | God Bless America – Horse Flag | A3B70DP3Q2AUP8 |
| Marketplace | SuperZhou | Golden Retriever Pumpkin Happy | AWB4IENC6HBAP |
| Marketplace | Win Shine | 9 11 Memorial Flag Flagwix™ The | A3B6DW9I3UOSVI |
| Marketplace | chaoteam | Never Mind The Witch Beware Of | A1DDU1VN7DZJXV |
| Marketplace | superzhou | Being Dad Is An Honor Being Papa | AGHL91GCDB6DV |
| Marketplace | Best Ting | A Little Mooey Christmas Flag | A2570JWHWKSJWK |
| Marketplace | SADIE JEFFRIES | Christian Thanksgiving Prayer | A37JF011WV7RSN |
| Marketplace | Min Online | Veteran. I Stand For The Flag & I | A256GDIUZC94HF |
| Marketplace | ZJ Online | Guardian Of Freedom American | A1PD6EAWN8W74U |

| | | | |
|---|---|---|---|
| Marketplace | DaJieDa Online | Halloween Flag Beware Of The | A3275Q2ZO9WZYK |
| Marketplace | Snow Rui | Merry Christmas US State Texas | AG6WM5LOZJN67 |
| Marketplace | POXAIDON | Halloween. Beware Of The Yorkie Flag | A3ABGKPZUNKCDS |
| Marketplace | George Hovsepyan | Vietnam Veteran Of America Eagle Flag | A3I2ESINIUGJU6 |
| Marketplace | Rabinderkey | A Veteran Under God Flag | A3L8OK86C1KYWO |
| Marketplace | WLQ-Shops | In This House We Back The Blue Christian Cross Flag | AGUYVINSTJLDB |
| Marketplace | WRS-Shops | Jesus American Flag Flagwix™ Don't Be Afraid, Just Have Faith Flag | AM05IWGV4NZE6 |
| Marketplace | Jinan City Tianqiao District Chushi Clothing Store | The Thin Blue Line Christian Cross. American U.S. Flag THB2062F | A3BHOZ8UZH78D3 |
| Marketplace | yuanqianbeimei | Jesus Flag. One Nation Under God Jesus Flag | A23HO0HKZWB4LB |
| Marketplace | Olga 1989 | Faith Over Fear God Jesus Flag | A131KU2LRL5VZA |
| Marketplace | PING SUPER | Never Forget 911 Flag | A3PLQBHO6I7BJ8 |
| Marketplace | Gomez-Shop | Funny Cows. Happy Halloween Flag | AIC85MJH1BLXX |
| Marketplace | Noshye | Jesus Christ Christmas Flagwix™ Jesus Take The Wheel, Christmas Truck Flag | A65ZF6VPI82CQ |
| Marketplace | TRZ-Shops | Jesus American Flag Flagwix™ Don't Be Afraid, Just Have Faith Flag | A1XXYC0X6XWM82 |
| Marketplace | Rayhorn | Jesus American Flag Flagwix™ Don't Be Afraid, Just Have Faith Flag | A1VQV4HKUC5OB9 |
| Marketplace | JXCAMSRDS | Jesus American Flag Flagwix™ Don't Be Afraid, Just Have Faith Flag | A3UBCB9BJV68RC |
| Marketplace | JCF-Shops | Jesus American Flag Flagwix™ Don't Be Afraid, Just Have Faith Flag | AZZAS5S02YW5Y |
| Marketplace | LLLiang | Forever The Title Veteran American Flag | A1XIJ8YNWP50UE |
| Marketplace | Torodora | Christian Jesus Cross. U.S Navy Veteran Flag | AU3A7KQW4W6HG |
| Marketplace | Awesome Shirt Gift MD21 | Boxer Police Dog Thin Blue Line Christian Cross Flag | A3LR18SS6BXFYT |
| Marketplace | Harmonyoo | Boston Terrier Happy Halloween Flag | A1LM467B1TLAMI |
| Marketplace | Wildlavie | One Nation Under God America Truck Tailgate Decal Sticker Wrap | A32Z6MZUKYIZ63 |
| Marketplace | LEONE HALEY | Hippie Christmas Tree Flag Let It Be TTV379F | A1VLESGIQTDOXN |

| | | | |
|---|---|---|---|
| Marketplace | YUNJEONG SEO | Merry Christmas Siberian Husky Flag | A35JM7ZKWE7M61 |
| Marketplace | Evgenii Kalashnikov Shop | Gadsden Flag When Tyranny Becomes Law Rebellion Becomes Duty QNK846F | A3W44UHPCCZJ72 |
| Marketplace | CenturyTee | Sasquatch Bigfoot American Flag | AE51GCTNGTCL0 |
| Marketplace | BedItems | Horse Eagle American Flag | AWP8L0SZM3BJZ |
| Marketplace | NiceCloud | Thanksgiving To Jesus Flagwix™ Fall For Jesus He Never Leaves Flag | A123RPDWE4S600 |
| Marketplace | ZAIVOK LLC | Sprint Car Racing American U.S. Flag | A29X77TORJ90OK |
| Marketplace | Dandidang | Bulldog Halloween Flagwix™ Beware Of The Bulldog Flag | A35O9DD6XNJJ2 |
| Marketplace | GoodsHousehold | Firefighter 343. September 11th. Forever In Our Hearts Flag | A12KR0N3CWREOV |
| Marketplace | BOBOTRY | Black Cat Meowy Christmas Flag THH3450F | AXG9L34PVW4VM |
| Marketplace | Giusepalma | Dominican Republic American US Flag | A1IB6X6Y92QA51 |
| Marketplace | DVORSKILOP | God Jesus Christian Cross American Flag | A1D4HWPUAYKM74 |
| Marketplace | Hanzaless | Halloween. Beware Of The Pug Flag | A2GXHUAJP8S32H |
| Marketplace | LeiriaSpoons | Never Mind The Witch Beware Of The Pomeranian Flag | A31UV9MQNU4VN2 |
| Marketplace | LiYJSMGS | And I Think To Myself What A Wonderful World Hippie Tie Dye Sunflower Flag | A12AKS6S1DNGJB |
| Marketplace | Mazen-Shop | Whisper Words Of Wisdom Let It Be Hippie Flag | AY626LCUIQ90N |
| Marketplace | TERUO YORDANI | Make Love Not War Hippie Flag | AO92E9JDXBIDX |
| Marketplace | Kovtulen Shop | Truck Flag American Flag Keep On Truckin Flag MLH1839F | A2C9BU5R0KW90F |
| Marketplace | tsuh'ty | Hippie Sunflower. Every Little Thing Gonna Be Alright Flag | A2OEHHBO211RB5 |
| Marketplace | ElyseShirt"s | German Shepherd Christmas Flag | A2IECHC4Z7SE0D |
| Marketplace | Ajosalam | Beagle American Patriot Flag | ATNH0ZHTIIQGE |
| Marketplace | Special Offer Gift | Christ The Savior Is Born Flag | A2GMFXOUI6B7TR |
| Marketplace | MazaikaStore | Be Kind Rhino Hippie Flag | AP5P9ZTN8A9LM |
| Marketplace | Manvel Bazikyan | Miniature Schnauzer American Flag | A1776CL5MD9GNY |
| Marketplace | Cherrytees | Hippie. Imagine All The People Living Life In Peace Flag | A5IJ64FYFXOII |
| Marketplace | Nurbekkyzy Shops | Virgin Mary and Jesus Flag | A5QZHVZ76H9LQ |
| Marketplace | Qiang Super | Hippie. Peace Love America Flag | A2VX9G00038XPL |
| Marketplace | Arat Store | 911 Flag We Will Never Forget 20th Remembrance DDH2725Fv2 | A2V8A299PX0ED6 |

| | | | |
|---|---|---|---|
| Marketplace | Nguyen Thi Nhan Store | Halloween. Beware Of The Beagle Flag | A2NVMYYX4PJUVI |
| Marketplace | Papeshop | Trucker American Flag | A38LWKAEKDO3BZ |
| Marketplace | Xiuqiang He | Back The Blue Flag Flagwix™ Well-designed Printed Flag With Boxer Police Dog | A3TU95QQESYLOR |
| Marketplace | Constantine 231 | 911 Flag We Will Never Forget 20th Remembrance DDH2725Fv2 | A1QOE4I8Y74YFG |
| Marketplace | METALICK | Jesus Flag. One Nation Under God Jesus Flag | A2VBJINDL0BXKK |
| Marketplace | ZHR-STOP | Don't Be Afraid. Just Have Faith – Jesus Flag | AXAABP0WANLRC |
| Marketplace | Samoilex Shop | Texas American Flag | A3P6JE08MSF19R |
| Marketplace | MINJI KIM SHOP | German Shepherd Police Dog Back The Blue Flag | A21SD7MGNOJ5HF |
| Marketplace | 5 NORTH BREWING COMPANY LLC | Don't Be Afraid. Just Have Faith – Jesus Flag | A3N0RT3S1ZKRYW |
| Marketplace | YXL-STOP | One Nation Under God. American US Flag | AXHEVF0SAJIB7 |
| Marketplace | WANG YIFEI | Pink Pumpkin For Breast Cancer Flagwix™ Faith Over Fear Flag MLH1815F | A1NW7F6BK84C8M |
| Marketplace | ButaLeatherGoods | Christmas Silent Night Flag Jesus Is Born THH3510F | A3U5TT3R7M4UU3 |
| Marketplace | Blingseven | Remembrance Flag Poppy In Honor Of Sacrifice – Lest We Forget DDH2824Fv7 | A55RGL2G76TT7 |
| Marketplace | AKIKOSTORE | United States Army Veteran Flag | A3OKKMTC9SZCO2 |
| Marketplace | FOA023 | Jesus Lion Patriot American US, Lion King Jesus Christ Flagwix™ Jesus American Flag | A10TLPOQJW6KUS |
| Marketplace | KPAS003 | United States Army Veteran Flag | AE8BGEDH7LAOZ |
| Marketplace | MotleyStore | One Nation Under God Jesus Lion American Flag | A394ZAY40GG4SE |
| Marketplace | ledangkhoa130499 | Jesus Lion Patriot American US, Lion King Jesus Christ Flagwix™ Jesus American Flag | A20SAE4PSLZSM7 |
| Marketplace | khmy46 | America One Nation Under God House Flag Garden Flag | lukifostore |
| Marketplace | theresa.noreen7286 | American Eagle Jesus One Nation Under God Flag | theresanoreen |
| Marketplace | alimitc341 | Veteran Eagle American Flag Garden Flag / House Flag | alimitc341 |
| Marketplace | i_parrot | Patriot Day 9 11 September 11 Patriots Day We Will Never Forget, Garden Flag New | iparrot |

| | | | |
|---|---|---|---|
| Marketplace | peam_7139 | NEW One Nation Under God Jesus Christian Cross Eagle Flag House Flag Garden Flag | peam_7139 |
| Marketplace | tile93 | American Flag-One Nation Under God. Eagle Flag, House Flag | miamiashop |
| Marketplace | gradenflagstore | One Nation Under God Eagle American Flag Garden Flag - House Flag | acbghe |
| Marketplace | costaric7 | One Nation Under God America Flag - Independence Day, Garden Flag, Veteran Day | costaric7 |
| Marketplace | jefcous-62 | Patriot Day, 9 11 September 11 Patriots Day, We Will Never Forget, Garden Flag | jefcous-62 |
| Marketplace | hi_australia | Jesus Flag Jesus Faith Over Fear Australian Flag 2 slides | bestpricehere |
| Marketplace | Banglinhshop | One Nation Under God. Jesus Christian American Flag ,Garden Flags,House Flag | banglinhshop |
| Marketplace | hotpyonline | Patriot Día, Día Patriotas 9 11 de septiembre 11 nunca le Forget, Jardín Bandera | lowpricecity888 |
| Marketplace | i_lizard | Patriot Day, 9 11 September 11 Patriots Day, We Will Never Forget, Garden Flag | ilizard |
| Marketplace | hey_shoppingtime | Patriot Day, 9 11 September 11 Patriots Day, We Will Never Forget, Banner Flag | heyshoppingtime |
| Marketplace | pringcorflags | Veteran POW MIA All Gave Some Some Gave All Eagle Polyester 3x5FT Flag Military | pringcorflagco |
| Marketplace | starlinkone | Veteran POW MIA All Gave Some Some Gave All Eagle Polyester 3x5FT Flag Military | vzwoutlet |
| Marketplace | ctd-20 | U.S. Air Force Veteran Flag, Garden Flag- House Flag Decor | convenient |
| Marketplace | duvant0 | Boston Terrier Independence Day American Polyester ,Garden Flags,House Flag | luyueclothing |
| Marketplace | lauannmcc-0 | United States Army Veteran America Flag House And Garden Flag Home Decor | lauannmcc-0 |
| Marketplace | hehi_5420 | We Will Never Forget- Garden Flag / House flag - Home Decor/ Garden Decor | hehi_5420 |
| Marketplace | lmmcuo-88 | Chihuahua Police Dog Thin Blue Line Christian Cross House And Garden Flag | tdamintop |

| | | | |
|---|---|---|---|
| Marketplace | pwkenter-0 | Christian Cross Flag, Christian Flag T2a | aditino |
| Marketplace | nh-2467 | Eagle American Military Flag Independence Christian Cross Flag Patriotic Gift | dannhamgiftstore |
| Marketplace | akimn_58 | Police Dog K9 The Thin Blue Line American Flag House Flag / Garden Flag | akimn_58 |
| Marketplace | lirday-0 | Chihuahua Police Dog Thin Blue Line Christian Cross House And Garden Flag | lirday-0 |
| Marketplace | nhanhgigigi | Chihuahua Police Dog Thin Blue Line Christian Cross House And Garden Flag | magicdesignr |
| Marketplace | luckycustomgift | Rottweiler Dog Police Flag Back The Blue American Flag USA Gift For House Garden | qsstore |
| Marketplace | christianeg-0 | Police Dog German Shepherd Veteran House Flag Wall Flag Garden Flag | christianeg-0 |
| Marketplace | clarmat-3 | Jesus Lion Of Judah He Is Risen Double-Sided House Flag/ Garden Flag/ Wall Flag | clamatstore |
| Marketplace | michfont4 | God And Country Patriotic American Flag | michfont4 |
| Marketplace | audryja_9 | Jesus And Lion Flagwix, Faith Over Fear Flag \| Christian's Flag, Jesus Flag, Gar | audryja_9 |
| Marketplace | hotpytaste | Eine Nation unter Gott Jesus Lion American Decoration House and Garden Flag | directsaleshk |
| Marketplace | rtdj5821 | Hippie Tree Let It Be Flag Double-Sided House Flag/ Garden Flag/ Wall Flag | rtdj5821store |
| Marketplace | vali-store2 | Hippie Sunflower. Imagine All The People Living Life in Peace Flag 3D Print | valistore2 |
| Marketplace | singg_37 | Hippie Bus Halloween Cat Flag, Vintage Hippie Flag, Witch Flag, Pumpki 68 | singg_37 |
| Marketplace | donaalmod-90 | Every Little Thing Is Gonna Be Alright Gnome Hippie House And Garden Flag | donaalmod-90 |
| Marketplace | ng5079 | Living Life In Peace Hippie Colorful Flag Independence House Garden Decor Gifts | blonggstore |

| | | | |
|---|---|---|---|
| Marketplace | trn7569 | Hippie Bus Halloween Cat 100% Canvas Garden Flag Yard Decor 12x18" Made In USA | fexhandmadestore |
| Marketplace | jamescjos-0 | People Living Life In Peace Hippie House and Garden Flag USA For Home Yard | jamescjos-0 |
| Marketplace | vuhan_41 | Gift For Dog Lover German Shepherd American Patriot Flag ,Garden House Flag . | vuhan_41 |
| Marketplace | PECK | Multiple | PECK |
| Marketplace | HeikeKramerStudio | Hippie Garden Flag, Every Little Thing Is Gonna Alright, Hippie Lover Gift, Custom Garden Flag, Hippie Decor, Halloween Gift, Hippie Gift | HeikeKramerStudio |
| Marketplace | COLXOCraftStore | Patriot Day 9/11 Never Forget Flag, 9/11 house flags, 9/11 yard flags, September 11th flag | COLXOCraftStore |
| Marketplace | EcomX | Irish American US Flag \| Christian's Flag, Jesus Flag, Garden Flag, House Flag, American Flag | EcomX |
| Marketplace | MatasAndHana | Sunflower Flag, Every Little Thing Is Gonna Be Alright, Peace Flag, Hippie Flag, Garden Flag/House Flag/ Wall Flag | MatasAndHana |
| Marketplace | FrankSchroderShop | Veteran In Jesus, Veteran Flag, One Nation Under God, Remembrance Day Flag, Legend History, Memorial Veteran Flag, Veteran Day Flag, Flag | FrankSchroderShop |
| Marketplace | MarionHartweinStudio | Never Mind The Witch Beware Flag, Yard Decor, Yard Flags, Outdoor Decor, Gift for Dog Lovers, Personalized Garden Flag, Halloween Dog Flag | MarionHartweinStudio |
| Marketplace | DanielGiftsStudio | Jesus Christian - Don't Be Afraid, Just Have Faith Flag Garden Decor, American Flag, Polyester Flag, House Flag,Garden Flag Double Sided | DanielGiftsStudio |
| Marketplace | FlorianBohnhofShop | Don't Be Afraid - Just Have Faith, Mark 5:36, Jesus Christian American Flag, House Flag, Garden Flag, Protect My House, American God Flag | FlorianBohnhofShop |

| | | | |
|---|---|---|---|
| Marketplace | WernerCzaplaStudio | Faith over fear, Jesus SVG, PNG File, Sublimation Design, Digital Download, Sublimation Designs Downloads, God PNG, Cross png, peace in God | WernerCzaplaStudio |
| Marketplace | DeckTheWall | U.S. Veteran Flag All Gave Some. Some Gave All, Veteran Flag, Veteran Day Flag, Veteran Flag, Veteran Gift, Military Flag, American Flag | DeckTheWall |
| Marketplace | ChristianWalls | Mark 5:36 w/ Jesus #17 American Flag Patriotic Wall Art Decor America Canvas Hanging Print Framed Sign Patriot Veteran Military Decorations | ChristianWalls |
| Marketplace | Jona4GiftStore | Us Navy Veteran Flag, Proudly Served Honor Courage Commitment American Flag, Us Navy Gifts | Jona4GiftStore |
| Marketplace | Alligatorblue | U.S Army Veteran Flag America Blanket-Sherpa Blanket, Mink Blanket, Fleece Blanket, Special Gift | Alligatorblue |
| Marketplace | LauraFarmBrand | We Don't Know Them All, But We Owe Them All Flag, Veteran's Day Flag, American House Flag PHT202109A76 | LauraFarmBrand |
| Marketplace | RodgerDecor | Pow Mia You Are Not Forgotten House Garden Flag Proud Veteran Flag Canvas Custom Yard Flags Floral Home Decor, New House Gift Outdoor | RodgerDecor |
| Marketplace | CustomCreations31326 | Just Have Faith Flag Jesus Christ Believe Religion America Red White Blue Digital PNG File Download | CustomCreations31326 |
| Marketplace | GildedOrchidDesigns | Christian US Flag- Be Still & Know That I Am God House Garden Flag, Jesus Christ Flag, Jesus Floral Cross Flag, Christian Family Gift, Decor | GildedOrchidDesigns |
| Marketplace | BadMamaJamaJewelry | Be Still & Know That I Am God Flag, Jesus Cross American Flag God Worship Flag | BadMamaJamaJewelry |

| | | | |
|---|---|---|---|
| Marketplace | ShiningGiftDesign | Sunflower Garden Flag Double-Sided Burlap House Flags Every Little Thing is Gonna Be Alright Flags for Garden and Home Decoration | ShiningGiftDesign |
| Marketplace | FlorenceFlag | Halloween Flag Never Mind The Witch Beware Of The Golden Retriever Garden House Flag, Happy Halloween Day Decor For Dog Lovers, Home Decor | FlorenceFlag |
| Marketplace | BlingPainting | every little thing is gonna be alright Double Sided Burlap Outdoor Garden Flag /House Flag yard decor | BlingPainting |
| Marketplace | TheEpicstyle | Hippie Sunflower, Imagine All The People Living Life In Peace Flag Garden Flag | TheEpicsty |
| Marketplace | HeikeNowakStore | Every Little Thing Is Gonna Be Alright Tailgate Wrap Car Decal, Hippie Style Sunflower Trucks Tailgate Wrap, Car Accessories | HeikeNowakStore |
| Website | 3d-checkout, MERCHIZE LIMITED | Yorkshire Terrier pumpkin never mind the witch beware of the yorkie flag | |
| Website | 89customized | 89Customized Proud Dog Patriotic 4th Of July Customized Garden Flag | |
| Website | ATMTEE LTD | Jesus Flag, Faith Over Fear God Jesus House Flag | |
| Website | AZBETTERSHOP | ONE NATION UNDER GOD AMERICA FLAG | GARDEN FLAG | DOUBLE SIDED HOUSE FLAG | |
| Website | BLACKMON SPORT PTE, LTD | Halloween Beware Of The Yorkie Flag Halloween Fall 28x40 Double Sided House Flags For Outdoor Decor | |
| Website | Bright & Roomy | Halloween. Beware Of The Yorkie Flag | |
| Website | MERCHIZE LIMITED | Yorkshire terrier pumpkin never mind the witch beware of the yorkie flag - LIMITED EDITION | |
| Website | Crushprints | Halloween Beware Of The Yorkie Flag | |
| Website | Eviralstore | Hippie Every Little Thing Is Gonna Be Alright Sunflower Flag DDH1403 | |
| Website | Fandom Gift | Halloween. Beware Of The Yorkie Flag | |

| | | |
|---|---|---|
| Website | Glanra | Halloween. Beware Of The Yorkie Flag |
| Website | BeKingArt | BeKingArt Veteran I Own It Forever The Title Vietnam Veteran Blood Sweat Tear Flag |
| Website | Kybershop | Yorkshire Terrier pumpkin never mind the witch beware of the yorkie flag |
| Website | https://littlegiftsthing.com/ | Faith Over Fear God Jesus Flag Christian Religion Flag Independence Day House Flag USA Decorative Flag Gift For Veteran Day Gift For God Lovers |
| Website | Metal Pigeon | Halloween. Beware Of The Yorkie Flag |
| Website | nagotee | Hot Rod American House Garden Flag |
| Website | https://pamotee.com/ | Faith Over Fear God Jesus Flag, Yard Flag, Outdoor Flag Decor |
| Website | Plangraphics | Halloween Pitbull Garden Flag – House Flag |
| Website | | One Nation Under God Flag |
| Website | Robinplacefabrics | Bald Eagle One Nation Under God America Flag Garden Flag |
| Website | ST2POD Store | Black Cat Trick Or Treat Halloween Pumpkin House Garden Flag |
| Website | Tagotee | 101St Airborne Division House Flag |
| Website | Teashirts3d.net | Hippie every little thing is gonna be alright sunflower flag |
| Website | Tee4lives | Custom Flag The Thin Blue Line Christian Cross Flag - Garden Flag |
| Website | Teehall | Halloween. Beware Of The Yorkie Flag Garden Flag Peace Flag House Flag Outdoor Double Sided Print |
| Website | The Customee | Nurse Back The Blue American US Flag |
| Website | Tongassf | Vietnam Veteran American Eagle Flag |
| Website | https://vibepy.com/ | Never Forget 9-11 Jesus God And USA Twin Tower American Memorial 9/11 House Flag, Garden Flag |
| Website | Wardrobetee | Custom Flag The Thin Blue Line Christian Cross Flag - Garden Flag |
| Website | btratechs | Eagle Vietnam Veteran American Flag |

| | | | |
|---|---|---|---|
| Website | Cadadesigns | One Nation Under God America Flag - Garden Flag - Double Sided House Flag | |
| Website | https://www.darkhorsedesi | Jesus. Christian. Don't Be Afraid. Just Have Faith Flag | |
| Website | https://www.faithlovehope. | TUG-0343 ONE NATION UNDER GOD GOD-FLAG CHRISTMAS 2020(88888) | |
| Website | GIFNEST SHOP | FIREFIGHTER JESUS CROSS FLAG | |
| Website | Gobanus | Halloween. Beware Of The Yorkie Flag | |
| Website | Hacezy | HALLOWEEN. BEWARE OF THE YORKIE FLAG Garden Flag Peace Flag House Flag Outdoor Double Sided Print | |
| Website | kthuocxoang | Details about Irish By Blood American By Birth Patriot By Choice Flag - Home Garden Flag Decor | |
| Website | phankimtuf | Proud Vietnam Veteran Flag PN138F House Flag Garden Flag | |
| Website | https://www.prideearthdesi | Lest We Forget Canada Flag Honor Canadian Veteran Decor Remembrance Day Gift | |
| Website | projetizu | Details about One Nation Under God America Flag | |
| Website | Syahru | Halloween. Beware Of The Yorkie Flag THB2504F6 Garden, House Flag | |
| Website | TVBUYNOW | Halloween. Beware Of The Yorkie Flag | |
| Website | Vmovieme | Hippie Every Little Thing Is Gonna Be Alright Sunflower House Flag Garden Flag | |
| Website | wefinexip | One Nation Under God America Flag THH2498F House Flag Garden Flag | |
| Marketplace | Pinktty Girl Store | Jesus Christian Don't Be Afraid Just Have Faith Flag | pinktty-girl-store |
| Marketplace | UI MALL | Jesus Christian Don't Be Afraid Just Have Faith Flag Multicolor | ui-mall |
| Marketplace | shijijiaxueyuan | Sprint Car Racing American US Flag - Flag | 6087854a5ffced22570040d8 |
| Marketplace | Surapal19-75 | One Nation Under God Flag - Flag | 5f850ca77c1bc3ba8009b691 |
| Marketplace | Chasidys | One Nation Under God Flag - Flag | 5f8eb3bb7e959b7370a166ce |

| Marketplace | hadjagddqhjdgqshy | One Nation Under God Flag PSL103Fv1 | 6087aec033c1620b0192197d |
|---|---|---|---|
| Marketplace | chahuaxuecun | One Nation Under God Flag MLH1183F | 608634f23b711c10c5274c6a |
| Marketplace | xudaxiaoxuecun | One Nation Under God Jesus Christ Flag DDH1664F | 60865c5759dc64e000d7b160 |
| Marketplace | Serita Whittington | One Nation Under God Flag - Flag | 6002a99ad3d83212410a4cc3 |
| Marketplace | estribillos | One Nation Under God Jesus American House Flag 29.5"X39.5"/Garden 11.5"X17.5" | 5f9ad2330e46e9dc7fc80388 |
| Marketplace | tsubiz | One Nation Under God Flag - Flag | 5fc9b889b35b1830a1883f74 |
| Marketplace | C6C66C6C | One Nation Under God Flag - Flag | 5e94f81729e7860fbf6fbf01 |
| Marketplace | binzzzzz | One Nation Under God Eagle Garden Decor Flag \| Denier Polyester \| Weather Resistant \| GF1418 | 61270efe7fb5271d29592809 |
| Marketplace | zbcakdghcjkjckah | One Nation Under God Flag Garden Flag Double Sided House Flag | 6087c61b40a4d11bc4b7ae44 |
| Marketplace | bezmrqzeen | American Symbols One Nation Under God House Flag 29.5"X39.5"/Garden Flag 11.5"X17.5" | 5e995c24eece766932664132 |
| Marketplace | kopwiwezki | One Nation Under God Flag House Flag 29.5"x39.5"/Garden Flag 11.5"x17.5" | 5e9fe033c638fd0b85dc98ac |
| Marketplace | ahdjkDGHKDHDKA | One Nation Under God Flag Easter Garden Flag Double Sided House Flag | 608793295ad2f535d55bca69 |
| Marketplace | Qaphsiel | Hippie Every Little Thing Is Gonna Be Alright Sunflower Printed Garden Flag House Flag | 600bd15fbdd8d76aabb3d172 |
| Marketplace | ahdaJGQDJDJHSGghqah | One Nation Under God Jesus Christian American Flag Garden Flag Double Sided House Flag | 6087b5c0419d7e217fb42233 |
| Marketplace | Salvador Ortega66 | One Nation Under God Flag - Flag | 5f54581db980b239a708896b |
| Marketplace | Omega Allies | One Nation Under God Flag 2 | 600d75cb4f1a7df9b6da91db |
| Marketplace | gajdhdqkuwdjhdjq | Faith Over Fear America God Flag Jesus Flag Christian's Flag God Flag Faith Flag House Flag Garden Flag Yard Decor | 6088f3e5223f5d71e654c220 |
| Marketplace | Dilgin | One Nation Under God Flag 2 | 5fbbd860474b5f31bc7c644d |

| | | | |
|---|---|---|---|
| Marketplace | Oropeza style | I Walked The Walk Vietnam Veteran House Flag Garden 2 Sides 4th July Gift | 5e5011d24e18b6ca18bccacd |
| Marketplace | Wiopo | Independence Day United States Navy American Eagle Veteran Flag | 5fdbe8a19514f1185657b724 |
| Marketplace | The Big Market Sport | Soldier Resistant Fabric Flag It Cannot Be Inherited Nor Can Purchased I Own Forever The Title Veteran 29.5" X 39.5"/ 11.5" 17.5" Polyester | 60d79ba436dd49fd5984f2d6 |
| Marketplace | howoti | Vietnam Veterans Memorial Flag | 5fbf1d6d947cd01cb40515c0 |
| Marketplace | Tamiel | Fighting Ptsd Veteran Printed Garden Flag House Flag | 600b7a466116020d82bef2b4 |
| Marketplace | Reaction Fashion | The Title Vietnam Veteran Flag - House And Garden Flag29.5" X 39.5"/ 11.5" 17.5" Polyester I Own It Forever Resistant Fabric | 5fdb818248d0e1072b23e50c |
| Marketplace | ajdkahwdkhwkjhakjdqj | Forever Title Veteran Flag Garden Flag Double Sided House Flag | 6087d797ee65ee240281aef4 |
| Marketplace | Accentex | Equal Rights American Support Lgbt Garden Flag House Flag | 5fec39a73badb77ddc1b5f88 |
| Marketplace | Donnaultimate | Christian Cross American US Flag - | 5fd374ffb92384719cb2bd45 |
| Marketplace | cudevali | The Thin Blue Line Christian Cross America US Flag | 5fde266617ba95f7561f3a96 |
| Marketplace | Lisa Colvin | Christian Cross In God We Trust Usa Flag Sherpa Fleece Blanket | 5f5364686fd8beac26e8f9de |
| Marketplace | Ovejitas | 29.5" X 39.5"/ 11.5" 17.5" Polyester Jesus Cross American Us Flag Christian House Garden Decor Resistant Fabric | 60dbf4e33ff67ad9b9d089fa |
| Marketplace | decarbonater | He Is Risen The Cross Christ Jesus Heaven Christian America Usa Patriot 29.5" X 39.5"/ 11.5" 17.5" Polyester Resistant Fabric Flag | 5f8d9ee7db0534983359bdc4 |
| Marketplace | kabbfqylilxan | Jesus Is My Savior Christian Cross American House Flag 29.5"x39.5"/Garden Flag 11.5"x17.5" | 5e9fc10a4b4ea8702b917e70 |
| Marketplace | zymolyte | Christian Cross American Us Flag House Garden Decoration 29.5" X 39.5"/ 11.5" 17.5" Polyester Resistant Fabric | 5f8dd00ceaac3569f0c84f3c |
| Marketplace | Guadalupe Moore | Jesus In Her Heart Softball In Her Hand Sunflower Christian Cross Flag - Flag | 5f545f869f843f0219eaa3c0 |

| | | | |
|---|---|---|---|
| Marketplace | KidsMart2 | House/ Garden/ Wall Flag Jesus Is My Savior Christ Cross In God We Trust Faith Hope Love Christian Gift Polyester | 5fd922ff686bfaf6f49be926 |
| Marketplace | bocovetock | Jesus Cross My God That Is Who You Are Flag Christian House Decoration 29.5" X 39.5"/ 11.5" 17.5" Polyester Resistant Fabric | 5fda7fd7cb13b47712a7dbad |
| Marketplace | keisermrlxgvy | America Christian Cross Flag House Flag 29.5&#39;&#39;x39.5&#39;&#39;/ Garden Flag 11.5&#39;&#39;x17.5&#39;&#39; | 5e9fe15b99b6f14fd9d375c8 |
| Marketplace | Bacchanal | Resistant Fabric Christian Cross American Us Flag House Garden Decoration 29.5" X 39.5"/ 11.5" 17.5" Polyester | 5f8dd22aeaac35a329c85354 |
| Marketplace | leirt | Registered Nurse Christian Cross America Flag Printed Garden Flag House Flag | 5fbb9c54474b5feb647c65b2 |
| Marketplace | carny164sjea | House/ Garden/ Wall Flag Jesus Is My Savior Christ Cross In God We Trust Faith Hope Love Christian Gift Polyester | 5e80a932e273cd49514917de |
| Marketplace | Tauro fine | Resistant Fabric Jesus Cross My God That Is Who You Are Flag Christian House Decoration 29.5" X 39.5"/ 11.5" 17.5" Polyester | 60d9ce7336dd492df384e670 |
| Marketplace | 4boliao | The Thin Blue Line Christian Cross America US Flag | 60da5bc62fb7110c9426fc3c |
| Marketplace | Imseadds | God Jesus Christian Cross Faith American Printed Garden Flag House Flag | 5fbd40d920ba1e5310e0d048 |
| Marketplace | huajingyuanxuecun | Boxer Dog Back The Blue Flag Thin Blue Line US Flag Support Police Yard Decor For Dog Owners | 608781c759ded62102ccee62 |
| Marketplace | JoAnne Hileman | Labrador Retriever. Police Dog. K9 Flag - Flag | 5f547415357093e6ee42b95e |
| Marketplace | smotoezupnrd | Hippie Sunflower Yard 29.5" X 39.5"/ 11.5" 17.5" Polyester Resistant Fabric Peace Sign Flag Rustic Country Decor | 5e9798744ec15b0450f4cb1c |
| Marketplace | zhangjingyao123 | Every Little Thing Is Gonna Be Alright Hippie Flag, Garden Flags,House Flag,peace flag,Rustic Country Decor,Yard Decor | 5ffbe62e00d57e7b5b8142d5 |

| | | | |
|---|---|---|---|
| Marketplace | zhangguanghong8563656 | Living Life In Peace Hippie Flag, Garden Flag, House Flag,peace flag, Rustic Country Decor, Yard Decor | 5fec28f78f874e0054f91f87 |
| Marketplace | Alan 5 | Schnauzer Dog Trick Or Treat Halloween Pumpkin House/ Garden/ Wall Flag | 60d497eb95458e2880054606 |
| Marketplace | Lisa Perez | Hippie Sunflower. Every Little Thing Gonna Be Alright Flag - Flag | 5f54723b5118ed457160abc8 |
| Marketplace | winezouwivr | Hippie flag bohemian every little thing is gonna be alright garden flag 12x18in | 5e996b5a5ca37f2541577d1d |
| Marketplace | chenping44 | Peace Hippie Every Little Thing Gonna Be Alright Flag ,Garden Flags,House Flag,peace flag,Rustic Country Decor,Yard Decor | 5ffc0718fba0f2287b998933 |
| Marketplace | jeuvouvtser | Hippie Sunflower Imagine All The People Living Life In Peace House Flag 29.5"x39.5"/Garden Flag 11.5"x17.5" | 5e995a66d1b1ae68b52b24b0 |
| Marketplace | deskxtotson | Imagine All The People Living Life In Peace Hippie House Flag 29.5"x39.5"/Garden Flag 11.5"x17.5" | 5e9fc03329e786159b5ae33e |
| Marketplace | constmhycy | Irish Celtic Knot Cross House Flag 29.5&quot;X39.5&quot;/Garden Flag 11.5&quot;X17.5&quot; | 5e9fc0c54d57a489d742cddb |