IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **XPED LLC,** | ) |
| | ) **Case No.** _____ |
| Plaintiff, | ) |
| | ) **Judge:** |
| vs. | ) |
| | ) **Magistrate:** |
| **THE ENTITIES listed on EXHIBIT 1,** | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, undersigned counsel for Plaintiff, a Nevada limited liability company and a private, non-governmental corporate party to this action ("Plaintiff"), hereby submits the following Corporate Disclosure Statement and certifies that Plaintiff has no publicly traded parent company that owns five percent (5%) or more of its stock.

Respectfully submitted,

By: /s/ Patrick M. Jones
Patrick M. Jones
Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com