IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XPED LLC, | ) |
|     Plaintiff, | ) Case No. 21-6237 <br> ) <br> ) Judge: Honorable Andrea R. Wood |
| vs. | ) <br> ) Magistrate: Sheila M. Finnegan |
| THE ENTITIES listed on EXHIBIT 1, | ) <br> ) |
|     Defendants. | ) |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Plaintiff, by and through its undersigned counsel, respectfully request that they be given leave to file their brief in support of Plaintiff's *Ex Parte* Motion For Entry of a (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (3) Service of Process by Email Order (collectively, the "*Ex Parte* Application for TRO") in excess of 15 pages.

Plaintiff's *Ex Parte* Motion for a TRO includes four (4) separate Motions regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each separate Motion that should be considered. Plaintiff's brief is 35 pages, which is substantially less than the 75 page limit allowed if all four motions were filed separately. Plaintiff, therefore, respectfully requests that they be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

Respectfully submitted,

By: /s/ Patrick M. Jones
      Patrick M. Jones
      Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 30, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                                           /s/ Patrick M. Jones