# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| XPED LLC, | ) |
|     Plaintiff, | ) Case No. 21-6237 <br> ) <br> ) Judge: Honorable Andrea R. Wood |
| vs. | ) <br> ) Magistrate: Sheila M. Finnegan |
| THE ENTITIES listed on EXHIBIT 1, | ) <br> ) |
|     Defendants. | ) |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

Plaintiff seeks entry of an *ex parte* (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email Order on an action arising out of 15 U.S.C. §1114, Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS §510. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 20th day of November, 2021     Respectfully submitted,

                                      By:    /s/ Patrick M. Jones
                                                   Patrick M. Jones
                                                   Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 30, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to allregistered attorneys of record.

                                                                                */s/* Patrick M. Jones