▦ Apps  📰 The New York Tim...  🔆 Odyssey File & Se...  📧 Free Hotmail  🔷 PMJ Task List - Dr...  📁 Imported From IE  📘 The Chicago Bar...  » 📁 Other Bookmarks  ▤ Reading List

Home / Product Type / Flag / Beautiful Flag



# One Nation Under God. Jesus Christian American Flag

⭐⭐⭐⭐⭐ **4.97 Stars** | **8010 reviews**

SIZE

| ⚪ Garden Flag (11.5" x 17.5") | ✅ House Flag (29.5" x 39.5") |

**$39.95** ~~$49.95~~  You saved 20% this time

Quantity:

| − | 1 | + |

**Add to cart**

🛡 Guaranteed Safe Checkout



Case: 1:21-cv-06237 Document #: 13-2 Filed: 11/30/21 Page 3 of 26 PageID #:107

from the pictures.
Please allow slight dimension difference due to different manual measurement.
Size -- 12.5"x18"/32cmx48cm
28"x40"/70cmx102cm

---

**Reference Price by Seller**    Show More

---

**Sold By**    View store

ahdaJGQDJDJHSGghqah
4.0 ★★★★☆ (4)

---

**30 Day Return & Refund**

🛡 **Shop with Confidence!**    Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

---

Contact, Policies & More ⌃

is listing for inaccurate information    🚩 Report

https://flagwix.com/products/one-nation-under-god-flag-nlb90f/

Apps   The New York Tim...   Odyssey File & Se...   Free Hotmail   PMJ Task List - Dr...   Imported From IE   The Chicago Bar...   »   Other Bookmarks   Reading List

Home / Product Type / Flag



# One Nation Under God Flag

★★★★★ 4.97 Stars | 8010 reviews

SIZE

Garden Flag (11.5" x 17.5")    ● House Flag (29.5" x 39.5")

**$39.95** ~~$49.95~~   You saved 20% this time

Quantity:

−　1　+

**Add to cart**

 Guaranteed Safe Checkout



[Special Note] This size data is normal due to different measurement methods. The error is within 1-3cm.

---

## Reference Price by Seller

Show More

---

## Sold By

View store

**Salvador Ortega66**

4.2 ★★★★☆ (6)

---

## 30 Day Return & Refund

**Shop with Confidence!**

Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

---

**Report this listing for inaccurate information**

⚑ Report

Contact, Policies & More ⌃



# Faith Over Fear God Jesus Flag

★★★★★ [4.97 Stars](#) | [8010 reviews](#)

SIZE

| ○ Garden Flag (11.5" x 17.5") | ✓ House Flag (29.5" x 39.5") |

**$39.95** ~~$49.95~~    You saved 20% this time

Quantity:

| − | 1 | + |

**Add to cart**

 Guaranteed Safe Checkout

     



Due to the light and screen setting difference, the item's color may be slightly different from the pictures.
Please allow slight dimension difference due to different manual measurement.
Size -- 12.5"x18"/32cmx48cm
28"x40"/70cmx102cm

---

## Reference Price by Seller

Show More

---

## Sold By

View store

gajdhdqkuwdjhdjq
5.0 ★★★★★ (0)

---

## 30 Day Return & Refund

**Shop with Confidence!**

Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

Contact, Policies & More ⌃

Case 1:21-cv-06237-DJ Document #: 32 Filed: 12/30/22 Page 10 of 26 PageID #:114





# Veteran Grommet Flag All Gave Some, Some Gave All ANT238GF

★★★★★ 4.97 Stars | 8010 reviews

SIZE

- ☑ 3×5 ft.
- ◯ 4×6 ft.
- ◯ 5×8 ft.

TYPE

- ☑ No Flag Pole Rings
- ◯ With Flag Pole Rings

**$49.95** ~~$59.99~~  You saved 17% this time

Quantity:

− 1 +

**Add to cart**



https://www.etsy.com/listing/1103983212/us-



Owner of DeckTheWall

Message

# More from this shop

See more



House Of The Free Flag, Beca...
DeckTheWall
$14.39
$17.99 (20% off)



Personalized We Want To Part...
DeckTheWall
$14.39
$17.99 (20% off)



Firefighter Flag, I've Seen It S...
DeckTheWall
$14.39
$17.99 (20% off)



Personalized Veterans Flag, I ...
DeckTheWall
$14.39
$17.99 (20% off)



We Wish You Ameri Christma...
DeckTheWall
$14.39
$17.99 (20% off)



All Hearts Come Home For C...
DeckTheWall
$14.39
$17.99 (20% off)



Apps | The New York Tim... | Odyssey File & Se... | Free Hotmail | PMJ Task List - Dr... | Imported From IE | The Chicago Bar... | Other Bookmarks | Reading List

Home / Product Type / Flag / Beautiful Flag





# Pow Mia You Are Not Forgotten. Proud Veteran Flag

★★★★★ 4.97 Stars | 8010 reviews

SIZE

○ Garden Flag (11.5" x 17.5")    ● House Flag (29.5" x 39.5")

**$39.95** ~~$49.95~~  You saved 20% this time

Quantity:

− 1 +

**Add to cart**

 Guaranteed Safe Checkout



Apps ❖ The New York Tim... Odyssey File & Se... Free Hotmail PMJ Task List - Dr... Imported From IE The Chicago Bar... » Other Bookmarks Reading List

# U.S. Army Air Force Flag THB2528Fv2n3

★★★★★ [4.97 Stars](#) | [8010 reviews](#)

SIZE

**House Flag (29.5" x 39.5")**     ○ Garden Flag (11.5" x 17.5")

**$39.95** ~~$49.95~~  You saved 20% this time

Quantity:

−  1  +

**Add to cart**

🛡 Guaranteed Safe Checkout

PayPal  VISA  mastercard  AMERICAN EXPRESS  DISCOVER  Diners Club INTERNATIONAL



## U.S. Air Force Veteran Flag, Garden Flag- House Flag Decor

| Condition: | **New with tags** |
|---|---|
| Size: | - Select - |
| Quantity: | 1    Last one |

Price: **US $18.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns** | Ships from United States

| Shipping: | **$5.99** Economy Shipping | See details |
|---|---|
| | Located in: West Bloomfield, Michigan, United States |
| Delivery: | Estimated between **Mon. Nov. 29** and **Thu. Dec. 02** to |
| Returns: | Free 30 day returns | See details |
| Payments: | PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER |

### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information

ctd-20 (313 ★)
97.2% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items









https://flagwix.com/products/boston-terrier-american-flag-psl495f

Apps | The New York Tim... | Odyssey File & Se... | Free Hotmail | PMJ Task List - Dr... | Imported From IE | The Chicago Bar... | Other Bookmarks | Reading List

Home / Product Type / Flag / Beautiful Flag

# Boston Terrier American Flag

★★★★★ 4.97 Stars | 8010 reviews

SIZE

Garden Flag (11.5" x 17.5")

House Flag (29.5" x 39.5")

$39.95 ~~$49.95~~ You saved 20% this time

Quantity:

- 1 +

Add to cart

Guaranteed Safe Checkout

🔒 https://www.ebay.com/itm/384460936636

⁜ Apps | The New York Tim... | Odyssey File & Se... | Free Hotmail | PMJ Task List – Dr... | Imported From IE | The Chicago Bar... | » | Other Bookmarks | Reading List

Ⓢ **SAVE UP TO 15% WHEN YOU BUY MORE**



Hover to zoom

## United States Army Veteran America Flag House And Garden Flag Home Decor

| Condition: | **New without tags** |
| --- | --- |
| | "*Standard U.S. Size ? Fast Delivery*" |

Size: - Select -

Bulk savings:

| Buy 1 $9.98/ea | Buy 2 | Buy 3 |
| --- | --- | --- |

Quantity: 1

Last one / 1 sold

Price: **US $9.98/ea**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns** | Ships from United States

### Shop with confidence

$ **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information

lauannmcc-0 (0)

♡ **Save this Seller**
**Contact seller**
**See other items**


Zℒ LEGALZOOM
FORM YOUR CORPORATION FOR JUST $149
+FILING FEES
Start now





Case: 1:21-cv-06237 Document #: 13-2 Filed: 11/30/21 Page 22 of 26 PageID #:126

Please allow slight dimension difference due to different manual measurement.
Size -- 12.5"x18"/32cmx48cm
             28"x40"/70cmx102cm

---

## Reference Price by Seller

Show More

---

## Sold By

View store

**ajdkahwdkhwkjhakjdqj**

5.0 ★★★★★ (0)

---

## 30 Day Return & Refund

**Shop with Confidence!**

Learn More

We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

---

is listing for inaccurate information

⚑ Report







**Reference Price by Seller**   Show More

**Sold By**   View store

Accentex
5.0 ★★★★★ (1)

**30 Day Return & Refund**

🛡 **Shop with Confidence!**   Learn More

We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

**Report this listing for inaccurate information**   🚩 Report