



backyard or lawn.
[Accessories structure] Easy to install, flagpoles are not included.
[Washing instructions] Hand-washed and machine-washed, do not bleach.
[Special Note] This size data is normal due to different measurement methods. The error is within 1-3cm.

## Reference Price by Seller

Show More

## Sold By

View store

Surapal19-75
4.0 ★★★★☆ (32)

## 30 Day Return & Refund

**Shop with Confidence!**

Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

Contact, Policies & More ∧



::: Apps · The New York Tim… · Odyssey File & Se… · Free Hotmail · PMJ Task List – Dr… · Imported From IE · The Chicago Bar… · » · Other Bookmarks · Reading List :::

🚚 Free Shipping for Orders Over $99   **Order Now →**      f  🅸  🐦  ✉  📌

**FLAGWIX**   🔍 Search for anything...                     **$0.00** 🛒

All Products  Products ⌄  Occasions ⌄  Feature Flags ⌄  Hobbies ⌄  Holiday Sale 🎅  Personalized Product  Blog          Track my Order  Help Center ⌄

Home / Product Type / Flag / Best Selling Flags 2020



# Hippie Every Little Thing Is Gonna Be Alright Sunflower Flag

★★★★★ [4.97 Stars](#) | [8010 reviews](#)

SIZE

| ◯ Garden Flag (11.5" x 17.5") | ⊘ House Flag (29.5" x 39.5") |

**$39.95**  ~~$49.95~~  You saved 20% this time

Quantity:

[ − ] [ 1 ] [ + ]



Case 1:21-cv-06232 Document #: 13-3 Filed: 11/30/21 Page 6 of 25 PageID #:136

## Reference Price by Seller

Show More

## Sold By

View store

Chasidys
4.5 ★★★★½ (11)

## 30 Day Return & Refund

**Shop with Confidence!**
We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

Learn More

## Report this listing for inaccurate information

🚩 Report

Contact, Policies & More ⌃

Home / Product Type / Flag / Beautiful Flag



# One Nation Under God V1 Flag

★★★★★ 4.97 Stars | 8010 reviews

SIZE

○ Garden Flag (11.5" x 17.5")    ● House Flag (29.5" x 39.5")

**$39.95** $49.95   You saved 20% this time

Quantity:

−  1  +

**Add to cart**

🛡 Guaranteed Safe Checkout



Apps | The New York Tim... | Odyssey File & Se... | Free Hotmail | PMJ Task List - Dr... | Imported From IE | The Chicago Bar... | » | Other Bookmarks | Reading List

wish

**Top Features**

- ⭐ Popular
- 🏷️ Express
- 📍 Pickup
- 🏅 Blitz Buy
- 🕐 Recent
- ✅ Brands
- ▦ Categories

etc. Suitable for any terrace or balcony, and make charming decorations for any backyard or lawn.

Accessories structure:Easy to install, flagpoles are not included.

Washing instructions:Hand-washed and machine-washed, do not bleach.

Size:

3*5 ft / 150cm x 90cm

4*6 ft / 120cm x 180cm

---

**Reference Price by Seller**                                    Show More

---

**Sold By**                                                      View store

hadjagddqhjdgqshy

5.0 ⭐⭐⭐⭐⭐ (2)

---

**30 Day Return & Refund**

🛡️ **Shop with Confidence!**                                    Learn More

We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Contact, Policies & More ⌃



## Overview    Related

Shop products related to this item



One Nation Under God Flag
MLH1183F

**$19**

Klarna. 4 interest-free payments of $4.75. <u>Learn more</u>

**Size:**

Select Size ▾

**Buy**

♡ Add to Wishlist



https://www.wish.com/search/One%20Nation... hide_login_modal=true&share=web

Apps    The New York Tim...    Odyssey File & Se...    Free Hotmail    PMJ Task List - Dr...    Imported From IE    The Chicago Bar...    Other Bookmarks    Reading List

wish

**Top Features**

- ⭐ Popular
- 🛍 Express
- 📍 Pickup
- 🏷 Blitz Buy
- 🕐 Recent
- ✅ Brands
- ▦ Categories

4*6 ft / 120cm x 180cm

**Reference Price by Seller**    Show More

**Sold By**    View store

chahuaxuecun
3.7 ★★★★☆ (3)

**30 Day Return & Refund**

🛡 **Shop with Confidence!**    Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

**Report this listing for inaccurate information**    🏳 Report

Contact, Policies & More ^

up to $100

to spend on
up with
heir first

sh within 7
ral's order
0 every







backyard or lawn.
[Accessories structure] Easy to install, flagpoles are not included.
[Washing instructions] Hand-washed and machine-washed, do not bleach.
[Special Note] This size data is normal due to different measurement methods. The error is within 1-3cm.

**Reference Price by Seller**                                    Show More

**Sold By**                                                      View store

**Serita Whittington**
5.0 ★★★★★ (15)

**30 Day Return & Refund**

🛡 **Shop with Confidence!**                                     Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Contact, Policies & More ⌃





[Applicable scenarios] Decorative flags, mainly used in courtyards, gardens, flower pots, etc. Suitable for any terrace or balcony, and make charming decorations for any backyard or lawn.

[Accessories structure] Easy to install, flagpoles are not included.

[Washing instructions] Hand-washed and machine-washed, do not bleach.

[Special Note] This size data is normal due to different measurement methods. The error is within 1-3cm.

## Reference Price by Seller

Show More

## Sold By

View store

**tsubiz**
4.3 ★★★★½ (17)

## 30 Day Return & Refund

**Shop with Confidence!**  Learn More

We want you to be completely satisfied with your purchase on Wish. Return all products within 30 days of delivery if they are not up to your satisfaction.

Contact, Policies & More ^





etc. Suitable for any terrace or balcony, and make charming decorations for any backyard or lawn.
[Accessories structure] Easy to install, flagpoles are not included.
[Washing instructions] Hand-washed and machine-washed, do not bleach.
[Special Note] This size data is normal due to different measurement methods. The error is within 1-3cm.

**Reference Price by Seller**                                    Show More

**Sold By**                                                      View store

C6C66C6C
4.1 ★★★★★ (21)

**30 Day Return & Refund**

**Shop with Confidence!**                                        Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Contact, Policies & More ⌃










Apps | The New York Tim... | Odyssey File & Se... | Free Hotmail | PMJ Task List - Dr... | Imported From IE | The Chicago Bar... | » | Other Bookmarks | Reading List

Home / Product Type / Flag / Beautiful Flag





# One Nation Under God. Jesus Christian American Flag

⭐⭐⭐⭐⭐ 4.97 Stars | 8010 reviews

SIZE

| ◯ Garden Flag (11.5" x 17.5") | ⦿ House Flag (29.5" x 39.5") |

**$39.95** ~~$49.95~~  You saved 20% this time

Quantity:

| – | 1 | + |

**Add to cart**


Guaranteed Safe Checkout

