

🔒 https://www.ebay.com/itm/353741844854

Apps · The New York Tim... · Odyssey File & Se... · Free Hotmail · PMJ Task List - Dr... · Imported From IE · The Chicago Bar... · » · Other Bookmarks · Reading List



Hover to zoom

## One Nation Under God Eagle American Flag Garden Flag - House Flag

**Condition:** New without tags

*"Two Sided Printing - Made in USA"*

**Size:** - Select -

**Quantity:** 1    Last one

**Price:** US $17.99

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

30-day returns

**Shipping:** $6.95 Expedited Shipping from outside US | See details
Located in: Ho Chi Minh, Vietnam

**Delivery:** Estimated between **Fri. Nov. 26 and Wed. Dec. 1**
Includes **5 business days** handling time after receipt of cleared payment.

**Returns:** Free 30 day returns | See details

**Payments:** 

### Shop with confidence



**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information

gradenflagstore (29 ⭐)

100% Positive feedback

♡ **Save this Seller**

**Contact seller**

**Visit store**

**See other items**



Apps    The New York Tim...    Odyssey File & Se...    Free Hotmail    PMJ Task List - Dr...    Imported From IE    The Chicago Bar...    »    Other Bookmarks    Reading List

**SAVE UP TO 10% WHEN YOU BUY MORE**



Hover to zoom

## One Nation Under God America Flag - Independence Day, Garden Flag, Veteran Day

Condition:    New with tags

Style:    - Select -

Size:    - Select -

Quantity:    1    Last one

Price:    US $15.90    **Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

Ships from United States

Shipping:    $4.95    Economy Shipping    See details
Located in: Wilmington, Massachusetts, United States

Delivery:    Estimated on or before Fri. Dec. 10 to    ⊙

### Shop with confidence



eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information

costaric7 (5)

85.7% Positive feedback

♡ **Save this Seller**

**Contact seller**

**See other items**

Case 1:21-cv-06387 Document 3-4 Filed: 11/30/21 Page 5 of 23 PageID #:160



# 9 11 343 Firefighters Flagwix™ All Gave Some Some Gave All Firefighter Memorial Flag

★★★★★ **4.97 Stars** | **8010 reviews**

SIZE

○ Garden Flag (11.5" x 17.5")       ● House Flag (29.5" x 39.5")

**$39.95** ~~$49.95~~   You saved 20% this time

Quantity:

−  1  +

**Add to cart**

 Guaranteed Safe Checkout

🔒 https://www.ebay.com/itm/353633397614

Apps   The New York Tim...   Odyssey File & Se...   Free Hotmail   PMJ Task List - Dr...   Imported From IE   The Chicago Bar...   »   Other Bookmarks   Reading List



## Patriot Day, 9 11 September 11 Patriots Day, We Will Never Forget, Garden Flag

**Condition:** New with tags

**Price:** US $10.99

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Ships from United States**

**Shipping:** $4.99 Standard Shipping | See details
Located in: Williamston, Michigan, United States

**Delivery:** Estimated on or before **Fri. Dec. 03** to ⓘ

**Returns:** Seller does not accept returns | See details

**Payments:**      

**PayPal CREDIT**
Special financing available. See terms and apply now

### Shop with confidence

 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information

jefcous-62 (26 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

https://flagwix.com/products/jesus-flag-jesus

Home / Product Type / Flag



# Jesus Flag Jesus Faith Over Fear Australian Flag TRL1254Fv2

★★★★★ 4.97 Stars | 8010 reviews

SIZE

House Flag (29.5" x 39.5") — Garden Flag (11.5" x 17.5")

**$39.95** ~~$49.95~~ You saved 20% this time

Quantity:

− 1 +

**Add to cart**

🛡 Guaranteed Safe Checkout



https://www.ebay.com/itm/185068302555



## Jesus Flag Jesus Faith Over Fear Australian Flag 2 slides

| | |
|---|---|
| Condition: | **New with tags** |
| Quantity: | 1    4 available / **4 sold** |

Price: **AU $16.52**
Approximately
US $12.09

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Free shipping and returns**

| Shipping: | **FREE** Economy Shipping from Greater China to worldwide | See details |
|---|---|
| | Located in: SZ, China |
| Delivery: | Estimated between **Mon. Dec. 20 and Tue. Feb. 15** |
| | Seller ships within 1 day after receiving cleared payment. |
| | Please note the delivery estimate is **greater than 21 business days.** |

### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information

**hi_australia** (345200 ★)
98.7% Positive feedback

♡ **Save this Seller**

**Contact seller**

**Visit store**

**See other items**



Hover to zoom

https://cart.payments.ebay.com/sc/add?item=iid:185068302555_qty:1&srt:01000600000050f313dff8598c0bb61be2b70603f47dbf4b03eebfd90e9afe6baed86cb691518bfd18780a25e453c90a4f42f554d2fb7dfbee88b9ff1cc...





🛒 SAVE UP TO **10%** WHEN YOU BUY MORE



Hover to zoom

## One Nation Under God. Jesus Christian American Flag ,Garden Flags,House Flag

Condition: **New with tags**

Size: - Select -

Quantity: 1    Last one

Personalizatio n:    Provide personalization instructions below

0/250

Price: **US $15.82**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**30-day returns**



### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information

banglinhshop (872 ⭐)

99.1% Positive feedback

♡ **Save this Seller**

**Contact seller**

**Visit store**

**See other items**



https://www.ebay.com/itm/403184255591

Apps    The New York Tim...    Odyssey File & Se...    Free Hotmail    PMJ Task List - Dr...    Imported From IE    The Chicago Bar...    »    Other Bookmarks    Reading List



Hover to zoom

## Patriot Day, 9 11 September 11 Patriots Day, We Will Never Forget, Garden Flag

**Condition:** New with tags

**Quantity:** 1    5 available

**Price:** US $6.54

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**30-day returns**

**Shipping:** $4.60 Standard SpeedPAK from Greater China |
See details
Located in: SZ, China

**Delivery:** Estimated between **Thu. Dec. 2 and Thu. Dec. 16** ⓘ
Please note the delivery estimate is **greater than 9 business days.**

**Returns:** Free 30 day returns | See details

**Payments:** 

### Shop with confidence

⭐ **Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information

i_lizard (2484 ⭐)
99.5% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items





⊞ Apps   The New York Tim...   Odyssey File & Se...   Free Hotmail   PMJ Task List - Dr...   Imported From IE   The Chicago Bar...   »   Other Bookmarks   Reading List



## Patriot Day, 9 11 September 11 Patriots Day, We Will Never Forget, Banner Flag

| Condition: | **New with tags** |
| --- | --- |
| Quantity: | 1    3 available |

**Price:**   **GBP 9.05**
Approximately US $12.15

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Free shipping and returns**

| Shipping: | FREE Economy Shipping | See details |
| --- | --- |
| | Located in: SZ, China |
| Delivery: | ⚑ Estimated between **Tue. Dec. 7 and Wed. Feb. 2** |
| | Seller ships within 1 day after receiving cleared payment. ⑦ |
| | Please note the delivery estimate is **greater than 12 business days.** |
| Returns: | 30 days, seller pays return shipping | See details |

### Shop with confidence

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
**Learn more**

### Seller information

hey_shoppingtime (54404 🟊)
98.4% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

Registered as a Business Seller

  
-16%   -20%   -20%

https://flagwix.com/products/every-little-thing... Case: 1:21-cv-06237 Document #: 13-4 Filed: 11/30/21 Page 15 of 23 PageID #:170



# Hippie Every Little Thing Is Gonna Be Alright Sunflower Flag

★★★★★ **4.97 Stars** | **8010 reviews**

SIZE

| ○ Garden Flag (11.5" x 17.5") | ● House Flag (29.5" x 39.5") |

**$39.95** ~~$49.95~~  You saved 20% this time

Quantity:

| − | 1 | + |

















