



# Eagle American Military Flag Independence Christian Cross Flag Patriotic Gift

| Condition: | **New with tags** |
|---|---|
| Size': | - Select - |
| Quantity: | 1    Last one |

Price: **US $17.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

Shipping: **$4.99** Economy Shipping | See details
Located in: Hangzhou, China

Delivery: Estimated between **Mon. Dec. 13 and Mon. Feb. 14**
This item has an extended handling time and a delivery estimate **greater than 16 business days.**

Returns: Seller does not accept returns | See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER
PayPal CREDIT

## Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

## Seller information

**nh-2467** (11 ⭐)
92.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items









🔒 https://www.ebay.com/itm/174788018722

⊞ Apps  📰 The New York Tim...  🧭 Odyssey File & Se...  ⧉ Free Hotmail  ◈ PMJ Task List – Dr...  📁 Imported From IE  ⚖ The Chicago Bar...  »  📁 Other Bookmarks  ▤ Reading List



## Christian Cross Flag, Christian Flag T2a

| | |
|---|---|
| **Condition:** | New with tags |
| **Size:** | - Select - ▾ |
| **Quantity:** | 1    2 available |

**Price:** US $17.99

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Ships from United States**

| | |
|---|---|
| **Shipping:** | FREE Economy Shipping   See details |
| | Located in: New Smyrna Beach, Florida, United States |
| **Delivery:** | Estimated between Wed. Nov. 24 and Tue. Nov. 30 to ⓘ |
| **Returns:** | Seller does not accept returns | See details |
| **Payments:** | PayPal   Google Pay   VISA   Mastercard   AMEX   DISCOVER |

**PayPal CREDIT**

### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information
pwkenter-0 (21 ⭐)
76.9% Positive feedback

♡ Save this Seller
Contact seller
See other items



-26%  -38%  -33%
-28%  -33%  -37%

Hover to zoom



← → ⟳ 🔒 https://www.ebay.com/itm/234107931170

⊞ Apps 📰 The New York Tim... 🎧 Odyssey File & Se... ✉ Free Hotmail 🔷 PMJ Task List - Dr... 📁 Imported From IE 📰 The Chicago Bar... » 📁 Other Bookmarks 📋 Reading List

$ SAVE UP TO 5% See all eligible items and terms ▶



Hover to zoom

# Chihuahua Police Dog Thin Blue Line Christian Cross House And Garden Flag

| | |
|---|---|
| **Condition:** | **New with tags** |
| **Size:** | - Select - ▾ |
| **Quantity:** | 1   Last one |

| | | |
|---|---|---|
| **Price:** | **US $16.24**  US $17.09 ⓘ **Save 5%** | **Buy It Now** |
| | | **Add to cart** |
| | | ♡ **Add to Watchlist** |

**Ships from United States**

| | |
|---|---|
| **Shipping:** | $5.99 Economy Shipping | See details |
| | Located in: Hialeah, Florida, United States |
| **Delivery:** | Estimated on or before Fri. Dec. 10 to ⓘ |
| **Returns:** | Seller does not accept returns | See details |
| **Payments:** |      |

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information

**nhanhgigigi** (641) ⭐
97.3% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**

Get the fast, reliable Internet you deserve
**$20** a mo. / 12 mos.
Requires 1-yr contract, auto pay w/ stored bank account & paperless billing.
50 Mbps


Apps | The New York Tim... | Odyssey File & Se... | Free Hotmail | PMJ Task List - Dr... | Imported From IE | The Chicago Bar... | » | Other Bookmarks | Reading List


SAVE UP TO 15% WHEN YOU BUY MORE



Hover to zoom

# Chihuahua Police Dog Thin Blue Line Christian Cross House And Garden Flag

| Condition: | New with tags |
| --- | --- |
| Size: | - Select - |

| Bulk savings: | Buy 1 $15.98/ea | Buy 2 $14.38/ea | Buy 3 |
| --- | --- | --- | --- |

Quantity: 1

2 available / 2 sold

Price: US $15.98/ea

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

30-day returns | Ships from United States

Shipping: $5.99 Standard Shipping | See details
Located in: Waterbury, Connecticut, United States

## Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

## Seller information

lirday-0 (0)

♡ Save this Seller

Contact seller

See other items

GoDaddy
Domains starting at
$0.99 /yr *
Shop Now
*See terms on site.







## Police Dog K9 The Thin Blue Line American Flag House Flag / Garden Flag

**Condition:** New with tags

**Size:** - Select -

**Quantity:** 1    Last one / 1 sold

**Price:** US $14.99

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Shipping:** $5.99 Economy Shipping from outside US | See details
Located in: Ha Noi, Vietnam

**Delivery:** Estimated between **Thu. Dec. 2 and Wed. Jan. 5** ⓘ
Please note the delivery estimate is **greater than 9 business days.**

**Returns:** Seller does not accept returns | See details

**Payments:**     

**PayPal CREDIT**
Special financing available. | See terms and apply now



### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information

akimn_58 (1)

100% Positive feedback

♡ Save this Seller

Contact seller

See other items





🔒 https://www.ebay.com/itm/114976736606

$ **SAVE UP TO 10% WHEN YOU BUY MORE**



## Rottweiler Dog Police Flag Back The Blue American Flag USA Gift For House Garden

| Condition: | New with tags |
|---|---|
| Size: | - Select - |
| Quantity: | 1    Last one |

Price: **US $24.95**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**30-day returns** | Ships from United States

| Shipping: | $7.95 Standard Shipping | See details |
| | Located in: Huntington Beach, California, United States |
| Delivery: | Estimated on or before **Fri. Dec. 03** to ⓘ |
| Returns: | 30 day returns. Buyer pays for return shipping | See details |
| Payments: | PayPal  G Pay  VISA  MasterCard  AMEX  DISCOVER |

**Shop with confidence**

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

**Seller information**
luckycustomgift (286 ⭐)
97.5% Positive feedback

♡ **Save this Seller**
**Contact seller**
**Visit store**
**See other items**







# Jesus Lion Of Judah Flagwix™ Jesus, He Is Risen MTV04F

★★★★★ 4.97 Stars | 8010 reviews

SIZE

- ✓ House Flag (29.5" x 39.5")
- ○ Garden Flag (11.5" x 17.5")

**$39.95** ~~$49.95~~  You saved 20% this time

~CAD$49.66

Quantity:

− 1 +



## Jesus Lion Of Judah He Is Risen Double-Sided House Flag/ Garden Flag/ Wall Flag

Condition: **New with tags**

Size: - Select -

Quantity: 1  Last one

Price: **US $21.90**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**30-day returns**

Shipping: $3.90 Expedited Shipping from outside US | See details

Located in: Ha Noi, Vietnam

Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

Seller information
clarmat-3 (12 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items



You are missing $19.1 to get Free Shipping  Order Now →

FLAGWIX

Search for anything...

$79.90

All Products   Products ⌄   Occasions ⌄   Feature Flags ⌄   Hobbies ⌄   Holiday Sale 🎅   Personalized Product   Blog

Track my Order   Help Center ⌄

Home / Product Type / Flag / Beautiful Flag

## Jesus And Lion Flagwix™ Faith Over Fear Flag

★★★★★  4.97 Stars | 8010 reviews

SIZE

○ Garden Flag (11.5" x 17.5")    ● House Flag (29.5" x 39.5")

**$39.95**  ~~$49.95~~   You saved 20% this time

Quantity:

−  1  +



Apps   The New York Tim...   Odyssey File & Se...   Free Hotmail   PMJ Task List – Dr...   Imported From IE   The Chicago Bar...    »   Other Bookmarks   Reading List



Hover to zoom

## Jesus And Lion Flagwix, Faith Over Fear Flag | Christian's Flag, Jesus Flag, Gar

Condition: **New with tags**

Size: — Select —

Quantity: 1    **Last one**

Price: **US $14.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Ships from United States**

Shipping: **FREE** Standard Shipping | See details
Located in: Hialeah, Florida, United States

Delivery: Estimated on or before **Fri. Dec. 03** to ⑦

Returns: Seller does not accept returns | See details

Payments:    MasterCard  DISCOVER
PayPal **CREDIT**

### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information
audryja_9 (1)

100% Positive feedback

♡ **Save this Seller**

**Contact seller**

**See other items**





https://flagwix.com/products/god-and-country-patriotic-american-flag-ddh21967/

🚚 Free Shipping for Orders Over $99    Order Now →

FLAGWIX

Search for anything...                                                              $0.00 🛒

All Products    Products ⌄    Occasions ⌄    Feature Flags ⌄    Hobbies ⌄    Holiday Sale 🎅    Personalized Product    Blog        Track my Order    Help Center ⌄

Home / Product Type / Flag



# God And Country Patriotic American Flag

★★★★★ 4.97 Stars | 8010 reviews

SIZE

| ◯ Garden Flag (11.5" x 17.5") | ✓ House Flag (29.5" x 39.5") |

**$39.95** ~~$49.95~~    You saved 20% this time

Quantity:

| − | 1 | + |

https://www.ebay.com/itm/194166341842   Case: 1:21-cv-06237 Document #: 13-5 Filed: 11/30/21 Page 17 of 25 PageID #:195



$9.98
+ $5.99 shipping

$15.99
+ $4.95 shipping

$15.99
+ $4.99 shipping

$9.98
+ $5.99 shipping

## God And Country Patriotic American Flag

Condition: **New with tags**

Size: - Select -

Quantity: 1   **2 available** / 1 sold

Price: **US $15.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Ships from United States**

Shipping: $4.99 Economy Shipping | See details
Located in: Cumming, Georgia, United States

Delivery: Estimated between Fri. Nov. 26 and Tue. Nov. 30 to

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

### Seller information

michfont4 (339 ⭐)
94.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

https://flagwix.com/products/forever-the-title Case 1:21-cv-06237 Document #: 93-5 Filed: 11/30/21 Page 18 of 25 PageID #:196



# Forever The Title Vietnam Veteran Flag

★★★★★ 4.97 Stars | 8010 reviews

SIZE

- ○ Garden Flag (11.5" x 17.5")
- ● House Flag (29.5" x 39.5")

**$39.95** ~~$49.95~~  You saved 20% this time

Quantity:

− 1 +

**Add to cart**

🛡 Guaranteed Safe Checkout

PayPal   VISA   mastercard   AMERICAN EXPRESS   DISCOVER   Diners Club INTERNATIONAL

Apps   The New York Tim...   Odyssey File & Se...   Free Hotmail   PMJ Task List - Dr...   Imported From IE   The Chicago Bar...   Other Bookmarks   Reading List

FREE SHIPPING FOR ANY ORDERS FROM $80
BUY MORE SAVE MORE UP TO 15% OFF FROM 2ND ITEM

support@kingartz.com



beKING

**VETERANS** ⌄    **FAMILY** ⌄   **BIRTHDAY** ⌄   **OCCASION** ⌄   **PRODUCTS** ⌄







## BeKingArt Veteran I Own It Forever The Title Vietnam Veteran Blood Sweat Tear Flag

**$32.99**

Size

| 12X18IN | 28X40IN |

−   1   +   **ADD TO CART**

Buy with **PayPal**

More payment options

| Minimum Qty | Discount |
| --- | --- |
| Buy 2 + | 5% Off |
| Buy 3 + | 10% Off |



Apps    The New York Tim...    Odyssey File & Se...    Free Hotmail    PMJ Task List - Dr...    Imported From IE    The Chicago Bar...    »    Other Bookmarks    Reading List

FLAGWIX

Search for anything...

$0.00

All Products   Products ⌄   Occasions ⌄   Feature Flags ⌄   Hobbies ⌄   Holiday Sale 🤶   Personalized Product   Blog     Track my Order   Help Center ⌄

Home / Product Type / Flag / Beautiful Flag



# One Nation Under God American Flag

★★★★★   4.97 Stars | 8010 reviews

SIZE

| ◯ Garden Flag (11.5" x 17.5") | ◉ House Flag (29.5" x 39.5") |

**$39.95** ~~$49.95~~   You saved 20% this time

Quantity:

–   1   +

**Add to cart**

🔒 https://www.ebay.com/itm/363562475388

⬛ Apps  📰 The New York Tim…  🧭 Odyssey File & Se…  🟦 Free Hotmail  ❖ PMJ Task List - Dr…  🗂 Imported From IE  📖 The Chicago Bar…  »  📁 Other Bookmarks  📑 Reading List





Hover to zoom



## America One Nation Under God House Flag Garden Flag

| | |
|---|---|
| Condition: | New with tags |
| Size: | 12 x 18 in ▾ |
| Quantity: | 1   **Last one** |

Price:  **US $15.99**

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Ships from United States**

| | |
|---|---|
| Shipping: | **$5.95** Economy Shipping \| See details |
| | Located in: Huntington Beach, California, United States |
| Delivery: | Estimated between **Fri. Nov. 26** and **Wed. Dec. 01** to ⓘ |
| Returns: | Seller does not accept returns \| See details |
| Payments: |      |
| |  |

### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

### Seller information

khmy46 (97 ⭐)

99% Positive feedback

♡ Save this Seller

Contact seller

Visit store

See other items

Home / Product Type / Flag / Beautiful Flag



# One Nation Under God Flag

★★★★★ 4.97 Stars | 8010 reviews

SIZE

| ○ Garden Flag (11.5" x 17.5") | ● House Flag (29.5" x 39.5") |

**$39.95** ~~$49.95~~   You saved 20% this time

Quantity:

| − | 1 | + |

**Add to cart**

🛡 Guaranteed Safe Checkout



# American Eagle Jesus One Nation Under God Flag

| | |
|---|---|
| **Condition:** | **New with tags** |
| **Size:** | - Select - |
| **Quantity:** | 1    2 available / 1 sold |

**Price:** US **$17.00**
~~US $20.00~~ ⓘ **Save 15%**

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**30-day returns**

| | |
|---|---|
| **Shipping:** | $4.99 Expedited Shipping from outside US \| See details |
| | Located in: Hanoi, Vietnam |
| **Delivery:** | Estimated between **Thu. Dec. 2 and Tue. Dec. 7** ⓘ |
| | Includes **10 business days** handling time after receipt of cleared payment. |
| **Returns:** | 30 day returns. Buyer pays for return shipping \| See details |
| **Payments:** | PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER |

## Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
Learn more

## Seller information

theresa.noreen7286 (1163 ★)

95.7% Positive feedback

♡ Save this Seller

Contact seller

Visit store

See other items

🔥 SAVE UP TO 15%   See all eligible items and terms ▶

← → C  🔒 https://flagwix.com/products/veteran-eagle-a...

Apps  ⓣ The New York Tim...  Odyssey File & Se...  Free Hotmail  PMJ Task List – Dr...  Imported From IE  The Chicago Bar...  »  📁 Other Bookmarks  📄 Reading List

Home / Product Type / Flag



# Veteran Eagle American Flag

★★★★★  [4.97 Stars](#) | [8010 reviews](#)

SIZE

| ○ Garden Flag (11.5" x 17.5") | ✓ House Flag (29.5" x 39.5") |

**$39.95**  ~~$49.95~~  You saved 20% this time

Quantity:

| − | 1 | + |

**Add to cart**



🛡 Guaranteed Safe Checkout

# Veteran Eagle American Flag Garden Flag / House Flag



| | |
|---|---|
| Condition: | **New with tags** |
| Size | - Select - ⌄ |
| Quantity: | 1    Last one |

| Price: | **US $18.00** | **Buy It Now** |
|---|---|---|
| | | **Add to cart** |
| | | ♡ **Add to Watchlist** |

| **30-day returns** | Ships from United States |
|---|---|

| Shipping: | $5.00 Economy Shipping \| <u>See details</u> |
|---|---|
| | Located in: New York, New York, United States |
| Delivery: | Estimated between **Tue. Nov. 30** and **Fri. Dec. 03** to ⑦ |
| Returns: | 30 day returns. Buyer pays for return shipping \| <u>See details</u> |
| Payments: | PayPal G Pay VISA ● ● ● |

### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back.
<u>Learn more</u>

### Seller information

alimitc341 (-1)

33.3% Positive feedback

♡ **Save this Seller**

**Contact seller**

**See other items**



175+ Online Programs Designed to Fit Your Life

**LEARN MORE**