IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XPED LLC, | ) |
| | ) Case No. 21-6237 |
| Plaintiff, | ) |
| | ) Judge: Honorable Andrea R. Wood |
| vs. | ) |
| | ) Magistrate: Sheila M. Finnegan |
| THE ENTITIES listed on EXHIBIT 1, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE
TO TEMPORARILY SEAL DOCUMENTS**

Pursuant to Local Rule 5.8 and Fed. R. Civ. P. 26(c)(1), Plaintiff files this Motion for Leave to Temporarily Seal Documents ("Motion to Seal") requesting leave to file the following documents under seal: (1) Exhibits 1 and 2 to the Complaint (Dkt. #2) that identifies the Plaintiff and its trademark and lists the infringing websites and webstores, respectively; (2) Plaintiff's Civil Cover Sheet (Dkt. #3), which identifies the Plaintiff, and (3) Exhibits 1 and 2 to the memorandum of law in support of the temporary restraining order, which include the "Vo Declaration" (Dkt. #12) and the "Jones Declaration" (Dkt. #13), which identify the Plaintiff and its trademark and identify the Defendants via screenshots from the Infringing Websites.

This is a case intended to stop the illegal trafficking of counterfeiting products and the entities and individuals that traffic these products, many of which are located in China and that regularly monitor filings in U.S. courts targeted at counterfeiters. Plaintiff is requesting temporary *ex parte* relief based on an action for trademark counterfeiting and false designation of origin under the Lanham Act, copyright infringement under the Copyright Act, and deceptive trade practices under Illinois State law. Sealing these limited portions of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the

temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence, the hiding or transferring of assets to foreign jurisdictions, and the transfer or disablement of the infringing websites. Such acts would frustrate the purposes of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will promptly move to unseal these documents.

          Respectfully submitted,

          By: /s/ Patrick M. Jones
              Patrick M. Jones
              Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 30, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                    /s/ Patrick M. Jones