# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE LLC, | ) |
| | ) Case No. 21-6237 |
| Plaintiff, | ) |
| | ) Judge: Honorable Andrea R. Wood |
| vs. | ) |
| | ) Magistrate: Sheila M. Finnegan |
| THE ENTITIES listed on EXHIBIT 1, | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENT TO PLAINTIFF'S EXHIBIT B
## TO THE DECLARATION OF PATRICK M. JONES

Attached Please find a supplement to the Declaration of Patrick M. Jones, Exhibit B (Dkt #13-2), setting forth evidence of the identities of the Defendants, to the extent known to the Plaintiff, and their ability and willingness to sell Counterfeit Products to consumers located in the State of Illinois.

Submitted this 2nd day of December, 2021

By:   /s/ Patrick M. Jones
       Patrick M. Jones
       Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
John A Wiberg
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 2, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to allregistered attorneys of record.

                 /s/ Patrick M. Jones