Row #41: Marketplace   Amazon,           superzhou





Row #42: Marketplace   Amazon,             Best Ting





Row #43: Marketplace   Amazon,          SADIE JEFFRIES





Row #44: Marketplace   Amazon,          Min Online





Row #45: Marketplace   Amazon,   ZJ Online





Row #46: Marketplace   Amazon,          DaJieDa Online





Row #47: Marketplace   Amazon,          Snow Rui





Row #48: Marketplace   Amazon,          POXAIDON





Row #49: Marketplace   Amazon,          George Hovsepyan



Row #50: Marketplace   Amazon,            Rabinderkey





Row #51: Marketplace   Amazon,          WLQ-Shops





Row #52: Marketplace   Amazon,            WRS-Shops





Row #53: Marketplace   Amazon,          Jinan City Tianqiao District Chushi Clothing Store





Row #54: Marketplace   Amazon,          yuanqianbeimei





Row #55: Marketplace   Amazon,            Olga 1989



Row #56: Marketplace   Amazon,          PING SUPER





Row #57: Marketplace   Amazon,            Gomez-Shop





Row #58: Marketplace   Amazon,          Noshye





Row #59: Marketplace   Amazon,            TRZ-Shops





Row #60: Marketplace   Amazon,            Rayhorn





Row #61: Marketplace   Amazon,          JXCAMSRDS





Row #62: Marketplace   Amazon,            JCF-Shops





Row #63: Marketplace   Amazon,           LLLiang





Row #64: Marketplace   Amazon,          Torodora





Row #65: Marketplace   Amazon,          Awesome Shirt Gift MD21





Row #66: Marketplace   Amazon,              Harmonyoo





Row #67: Marketplace   Amazon,          Wildlavie





Row #68: Marketplace   Amazon,          LEONE HALEY





Row #70: Marketplace   Amazon,          Evgenii Kalashnikov Shop





Row #71: Marketplace   Amazon,         CenturyTee





Row #72: Marketplace   Amazon,         BedItems





Row #73: Marketplace   Amazon,          NiceCloud



Row #74: Marketplace   Amazon,            ZAIVOK LLC





Row #75: Marketplace   Amazon,            Dandidang





Row #77: Marketplace   Amazon,            BOBOTRY





Row #78: Marketplace   Amazon,            Giusepalma





Row #79: Marketplace   Amazon,            DVORSKILOP





Row #80: Marketplace   Amazon,          Hanzaless



