Row #81: Marketplace   Amazon,          LeiriaSpoons





Row #82: Marketplace   Amazon,            LiYJSMGS





Row #83: Marketplace   Amazon,            Mazen-Shop





Row #84: Marketplace   Amazon,          TERUO YORDANI



Row #85: Marketplace   Amazon,          Kovtulen Shop





Row #86: Marketplace   Amazon,            tsuh'ty





Row #87: Marketplace   Amazon,          ElyseShirt"s





Row #88: Marketplace  Amazon,          Ajosalam



Row #89: Marketplace   Amazon,          Special Offer Gift



Row #90: Marketplace   Amazon,            MazaikaStore





Row #91: Marketplace   Amazon,          Manvel Bazikyan



Row #92: Marketplace   Amazon,          Cherrytees



Row #93: Marketplace   Amazon,          Nurbekkyzy Shops





Row #94: Marketplace   Amazon,         Qiang Super





Row #95: Marketplace   Amazon,            Arat Store





Row #96: Marketplace   Amazon,            Nguyen Thi Nhan Store



Row #97: Marketplace   Amazon,            Papeshop





Row #98: Marketplace   Amazon,            Xiuqiang He





Row #99: Marketplace   Amazon,          Constantine 231





Row # 100: Marketplace          Amazon,          METALICK





Row # 101: Marketplace          Amazon,          ZHR-STOP





Row # 102: Marketplace          Amazon,          Samoilex Shop





Row # 103: Marketplace      Amazon,      MINJI KIM SHOP



Row # 104: Marketplace          Amazon,          5 NORTH BREWING COMPANY LLC





Row # 105: Marketplace          Amazon,          YXL-STOP





Row # 106: Marketplace          Amazon,          WANG YIFEI



Row # 108: Marketplace          Amazon,          Blingseven





Row # 109: Marketplace          Amazon,          AKIKOSTORE





Row # 110: Marketplace          Amazon,          FOA023





Row # 111: Marketplace      Amazon,      KPAS003





Row # 112: Marketplace          Amazon,          MotleyStore





Row # 113: Marketplace          Amazon,          ledangkhoa130499





Row # 114: Marketplace      eBay,    khmy46





Row # 115: Marketplace eBay, theresa.noreen7286





Row # 116: Marketplace          eBay,     alimitc341





Row # 119: Marketplace          eBay,     tile93





Row # 121: Marketplace      eBay,    costaric7





Row # 122: Marketplace          eBay,     jefcous-62





Row # 123: Marketplace      eBay,   hi_australia



