Row # 126: Marketplace          eBay,     i_lizard





Row # 127: Marketplace          eBay,     hey_shoppingtime





Row # 128: Marketplace     eBay,   pringcorflags





Row # 129: Marketplace          eBay,     starlinkone





Row # 130: Marketplace          eBay,     ctd-20





Row # 131: Marketplace          eBay,     duvant0





Row # 132: Marketplace        eBay,    lauannmcc-0





Row # 133: Marketplace eBay, hehi_5420





Row # 135: Marketplace          eBay,     pwkenter-0





Row # 136: Marketplace          eBay,    nh-2467





Row # 137: Marketplace eBay, akimn_58





Row # 138: Marketplace        eBay,     lirday-0





Row # 139: Marketplace eBay, nhanhgigigi





Row # 140: Marketplace          eBay,     luckycustomgift





Row # 141: Marketplace          eBay,     christianeg-0





Row # 142: Marketplace          eBay,    clarmat-3





Row # 144: Marketplace          eBay,     audryja_9





Row # 145: Marketplace          eBay,     hotpytaste





Row # 147: Marketplace          eBay,     vali-store2





Row # 148: Marketplace          eBay,    singg_37





Row # 149: Marketplace          eBay,     donaalmod-90





Row # 150: Marketplace          eBay,     ng5079





Row # 152:  Marketplace          eBay,     jamescjos-0





Row # 155: Marketplace          Etsy,     HeikeKramerStudio





Row # 156: Marketplace          Etsy,     COLXOCraftStore





Row # 157: Marketplace          Etsy,     EcomX





Row # 158: Marketplace          Etsy,      MatasAndHana





Row # 159: Marketplace          Etsy,      FrankSchroderShop





Row # 160: Marketplace          Etsy,     MarionHartweinStudio





Row # 161: Marketplace          Etsy,     DanielGiftsStudio





Row # 162: Marketplace        Etsy,        FlorianBohnhofShop





Row # 163: Marketplace          Etsy,     WernerCzaplaStudio





Row # 165: Marketplace        Etsy,        ChristianWalls



