Row # 169: Marketplace          Etsy,      RodgerDecor





Row # 170: Marketplace          Etsy,     CustomCreations31326





Row # 171: Marketplace  Etsy, GildedOrchidDesigns





Row # 173: Marketplace          Etsy,          ShiningGiftDesign





Row # 174: Marketplace          Etsy,      FlorenceFlag





Row # 176: Marketplace          Etsy,      BlingPainting





Row # 177: Marketplace      Etsy,     TheEpicstyle





Row # 178: Marketplace    Etsy,    HeikeNowakStore





Row # 179: Website     https://3d-checkout.com/     3d-checkout, MERCHIZE LIMITED





Row # 180: Website  https://89customized.com/  89 Customized





Row # 181: Website    https://atmtee.com/    ATMTEE LTD





Row # 182: Website        https://azbettershop.com/        AZBETTERSHOP





Row # 183: Website    https://blackmonsport.com/    BLACKMON SPORT PTE, LTD





Row # 184: Website      https://brightroomy.com/      Bright & Roomy





Row # 185: Website    https://cloudyteeshirt.com/    MERCHIZE LIMITED





Row # 186: Website      https://crushprints.com/      Crushprints





Row # 187: Website      https://eviralstore.com/      Eviralstore





Row # 188: Website    https://fandomgift.com/    Fandom Gift





Row # 189: Website     https://glanra.com/     Glanra





Row # 190: Website       https://kingartz.com/      BeKingArt





Row # 191: Website     https://kybershop.com/          Kybershop







Row # 192: Website    https://littlegiftsthing.com/    Little Gifts Thing





Row # 193: Website        https://metalpigeon.com/        Metal Pigeon





Row # 194: Website     https://nagotee.com/                    nagotee





Row # 195: Website    [https://pamotee.com/](https://pamotee.com/)        Pamotee





Row # 196: Website    https://plangraphics.com/    Plangraphics





Row # 197: Website    https://respectthelook.com/    Respect The Look





Row # 198: Website        https://robinplacefabrics.com/              Robinplacefabrics





Row # 199: Website    https://st2pod.com/    ST2POD Store





Row # 200: Website    https://tagotee.com/    Tagotee







Row # 201: Website    https://tashirts.com/    Teashirts3d.net









Row # 202: Website     https://tee4lives.com/          Tee4lives





Row # 203: Website        https://teehall.com/        Teehall





Row # 204: Website     https://thecustomee.com/     The Customee





Row # 205: Website     https://tongassf.com/       Tongassf



