Row # 206: Website    [https://vibepy.com/](https://vibepy.com/)    vipey





Row # 207: Website      https://wardrobetee.com/      Wardrobetee





Row # 208: Website    https://www.btratechs.com/    btratechs





Row # 209: Website　　　https://www.cadadesigns.com/　　　Cadadesigns





Row # 210: Website    https://www.darkhorsedesigns.net/    Theworshipproject





Row # 211: Website      https://www.faithlovehope.online/      Faith Love Hope





Row # 214: Website     https://www.hacezy.com/     Hacezy





Row # 215: Website      https://www.kthuocxoang.com/          kthuocxoang





Row # 217: Website     https://www.prideearthdesign.com/     prideearthdesign





Row # 218: Website    https://www.projetizu.com/    projetizu





Row # 219: Website     https://www.syahrulu.com/          Syahru





Row # 220: Website    https://www.tvbuynow.com/                TVBUYNOW





Row # 221: Website      https://www.vmovieme.top/                    Vmovieme





Row # 222: Website    https://www.wefinexip.com/    wefinexip





Row # 225: Marketplace          Wish,              shijijiaxueyuan





Row # 226: Marketplace          Wish,          Surapal19-75





Row # 227: Marketplace          Wish,          Chasidys





Row # 228: Marketplace          Wish,          hadjagddqhjdgqshy





Row # 229: Marketplace          Wish,          chahuaxuecun





Row # 230: Marketplace          Wish,              xudaxiaoxuecun





Row # 231: Marketplace Wish, Serita Whittington





Row # 232: Marketplace          Wish,               estribillos



Row # 233: Marketplace          Wish,                tsubiz





Row # 234: Marketplace        Wish,            C6C66C6C





Row # 236: Marketplace      Wish,      zbcakdghcjkjckah





Row # 237: Marketplace          Wish,                bezmrqzeen





Row # 238: Marketplace          Wish,          kopwiwezki





Row # 239: Marketplace       Wish,       ahdjkDGHKDHDKA





Row # 240: Marketplace        Wish,        Qaphsiel





Row # 241: Marketplace          Wish,          ahdaJGQDJDJHSGghqah





Row # 242: Marketplace          Wish,              Salvador Ortega66





Row # 243: Marketplace          Wish,          Omega Allies





Row # 244: Marketplace          Wish,              gajdhdqkuwdjhdjq





Row # 245: Marketplace          Wish,          Dilgin





Row # 246: Marketplace       Wish,       Oropeza style



Row # 247: Marketplace          Wish,          Wiopo





Row # 248: Marketplace       Wish,       The Big Market Sport



Row # 249: Marketplace          Wish,                    howoti





Row # 250: Marketplace         Wish,         Tamiel



