Row # 251: Marketplace          Wish,          Reaction Fashion



Row # 252: Marketplace     Wish,          ajdkahwdkhwkjhakjdqj





Row # 253: Marketplace     Wish,     Accentex





Row # 254: Marketplace          Wish,          Donnaultimate





Row # 255: Marketplace          Wish,               cudevali



Row # 256: Marketplace          Wish,          Lisa Colvin





Row # 257: Marketplace          Wish,          Ovejitas



Row # 258: Marketplace          Wish,          decarbonater





Row # 259: Marketplace          Wish,          kabbfqylilxan





Row # 260: Marketplace     Wish,     zymolyte



Row # 261: Marketplace          Wish,          Guadalupe Moore





Row # 262: Marketplace          Wish,          KidsMart2



Row # 263: Marketplace        Wish,              bocovetock





Row # 264: Marketplace          Wish,          keisermrlxgvy





Row # 265: Marketplace          Wish,          Bacchanal



Row # 266: Marketplace          Wish,                leirt





Row # 267: Marketplace          Wish,                carny164sjea



Row # 268: Marketplace          Wish,          Tauro fine





Row # 269: Marketplace        Wish,        4boliao



Row # 270: Marketplace          Wish,                    Imseadds





Row # 271: Marketplace         Wish,              huajingyuanxuecun





Row # 272: Marketplace          Wish,          JoAnne Hileman





Row # 273: Marketplace          Wish,          smotoezupnrd



Row # 274: Marketplace       Wish,       zhangjingyao123





Row # 275: Marketplace          Wish,                zhangguanghong8563656





Row # 276: Marketplace      Wish,      Alan 5



Row # 277: Marketplace          Wish,          Lisa Perez





Row # 278: Marketplace Wish, winezouwivr





Row # 279: Marketplace          Wish,                chenping44





Row # 281: Marketplace          Wish,          deskxtotson





Row # 282: Marketplace      Wish,      constmhycy



