**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **XPED LLC,** ) | |
| ) | **Case No. 21-6237** |
| **Plaintiff,** ) | |
| ) | **Honorable Andrea R. Wood** |
| **vs.** ) | |
| ) | **Magistrate Judge Sheila M. Finnegan** |
| **THE ENTITIES listed on EXHIBIT 1,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION TO REASSIGN CASE**

Plaintiff requests, pursuant to Northern District of Illinois Local Rule 40.4, that this Court reassign "related case" Case No. 21-6440 (Kocoras, J.), filed on behalf of the Plaintiff on December 2, 2021, to Judge Andrea R. Wood so that it may be consolidated with the above-captioned case, which involves the same Plaintiff, identical allegations and issues of law, and some of the same Defendants. The handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort, the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially, and the cases are susceptible of disposition in a single proceeding.

Dated this 3rd day of December, 2021

Respectfully submitted,

By:     /s/ Patrick M. Jones
Patrick M. Jones
Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
John A. Wiberg
Sarah M. Beaujour

PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com

_____

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 3, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/* Patrick M. Jones