# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Xped LLC

                      Plaintiff,

v.                                          Case No.: 1:21−cv−06237
                                          Honorable Andrea R. Wood

The Entities Listed on Exhibit 1

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 21, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's ex parte motion for entry of a (1) Temporary Restraining Order, (2) asset restraining order, (3) expedited discovery order, and (4) service of process by email [10] is granted. The Clerk is directed to enter the Ex Parte Temporary Restraining Order, as modified by the Court. The Clerk shall maintain the Ex Parte Temporary Restraining Order under seal until further order of the Court. The Temporary Restraining Order is entered effective 12:00 noon on 12/21/2021 and shall expire in fourteen (14) days. It is further ordered that Plaintiff shall deposit with the Court five thousand dollars ($5,000.00) as security, determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder. Telephonic status hearing set for 12/23/2021 is stricken and reset for 1/4/2022 at 10:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.