LW



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**FILED**

DEC 22 2021 

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## REGISTRY DEPOSIT INFORMATION FORM

Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. Case Number  21-06237
2. Case Title  Xped v. Defendants listed on Ex. 1
3. Moving Party  Plaintiff Xped LLC
4. Amount of Deposit  $5,000
5. Are the funds being deposited as interpleader funds under 28 U.S.C. § 1335?   Yes   (No)
6. If "yes," do you anticipate interim disbursements of funds for case expenses before the court determines the ownership of the funds?   Yes   No

_____          12/22/21
Attorney or Unrepresented Party          Date

Rev. 03222017