IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XPED LLC, | ) |
| | ) Case No. 21-6237 |
| Plaintiff, | ) |
| | ) Judge: Honorable Andrea R. Wood |
| vs. | ) |
| | ) |
| THE ENTITIES listed on EXHIBIT 1, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S EMERGENCY MOTION TO EXTEND
TEMPORARY RESTRAINING ORDER**

Plaintiff seeks entry of an Order extending the Temporary Restraining Order, entered on December 21, 2021 (Dkt. #20), which provided for the entry of a Temporary Restraining Order, effective beginning at 12:00 p.m. on December 21, 2021 for fourteen (14) days, and to expire on January 4, 2022, unless the Plaintiff files a motion extend the temporary restraining order by December 21, 2021.

The Plaintiff has served the third parties with expedited document requests, but has not received all requested information or served all potential defendants and, therefore, request the entry of an order extending the Temporary Restraining Order to January 18, 2022 on an emergency basis. The Plaintiff did not file this motion earlier due to its desire to complete the initial discovery served on the platforms, as well as the intervening holiday. The Plaintiff will file a motion for a preliminary injunction prior to the expiration of this extended TRO.

Dated January 3, 2022                                Respectfully submitted,

                                                     By:   /s/ Patrick M. Jones
                                                           Patrick M. Jones
                                                           Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)

John A. Wiberg
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com