**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| XPED LLC,        ) | |
|         ) | **Case No. 21-6237** |
|     **Plaintiff,**      ) | |
|         ) | **Judge: Honorable Andrea R. Wood** |
| vs.         ) | |
|         ) | |
| THE ENTITIES listed on EXHIBIT 1,   ) | |
|         ) | |
|     **Defendants.**      ) | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO
EXTEND TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiff in the above-captioned matter (the "Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on December 21, 2021 (the "TRO") [Dkt. #20] for a period of fourteen (14) days until January 4, 2022.

On December 21, 2021, this Court entered the TRO against the Defendants identified on Exhibit 1 to the Complaint. [Dkt. #1-1]. As of January 3, 2022, the third parties have not completed effectuating the TRO. Declaration of Patrick M. Jones, at ¶ 2, a copy of which is attached as Exhibit 1. Plaintiff plans to freeze financial accounts identified by the third parties. *Id.*

Rule 65(b)(2) states that a temporary restraining order entered without notice may be extended provided a party can show, prior to expiration of the order, good cause for such an extension. Fed. R. Civ. P. 65(b)(2). Plaintiff respectfully submits that there is good cause to extend the TRO, since there is a high probability that the Defendants will continue to harm Plaintiff without the TRO in place. Specifically, Defendants will likely attempt to move any assets from their financial accounts to offshore bank accounts. As discussed in Plaintiff's Memorandum

in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order, and as found by

the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest

of justice, Plaintiff submits that extension of the TRO is necessary. In light of the above, Plaintiff

respectfully requests that the TRO be extended for a period of fourteen (14) days until January

18, 2022.

Dated January 2, 2022                                    Respectfully submitted,


                                                        By:    /s/ Patrick M. Jones_____
                                                               Patrick M. Jones
                                                               Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
John A. Wiberg
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com