# EXHIBIT 1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| XPED LLC, | ) |
| | ) Case No. 21-6237 |
| Plaintiff, | ) |
| | ) Judge: Honorable Andrea R. Wood |
| vs. | ) |
| | ) |
| THE ENTITIES listed on EXHIBIT 1, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF PATRICK M. JONES IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

I, Patrick M. Jones, an attorney over the age of 18 years old, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff in the above-captioned matter (the "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. As of January 3, 2022, all third parties (7) responded, but three have not completed effectuating the Temporary Restraining Order. Plaintiff plans to freeze financial accounts identified by the third parties. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated January 3, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By:　/s/ Patrick M. Jones
　　　　　　　　　　　　　　　　　　　　　　　　Patrick M. Jones
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for the Plaintiff