# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE LLC, ) | |
| ) | Case No. 21-6237 |
| Plaintiff, ) | |
| ) | Judge Hon. Andrea R. Wood |
| vs. ) | |
| ) | |
| THE ENTITIES listed on EXHIBIT 1, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court and the parties set forth on the attached Certificate of Service that the Plaintiff voluntarily dismiss any and all claims against defendants, none of which have filed an answer or motion for summary judgment, without prejudice:

| Defendant | Platform | Store ID |
|---|---|---|
| nhanhgigigi | eBay | magicdesignr |
| duvant0 | eBay | luyueclothing |
| banglinhshop | eBay | banglinhshop |
| tile93 | eBay | banglinhshop |
| luckycustomgift | eBay | Qsstore |
| lmmcuo-88 | eBay | Tdamintop |
| LauraFarmBrand | Etsy | LauraFarmBrand |
| Pamotee | PayPal | n/a |

Dated: January 7, 2022  
Chicago, Illinois

Respectfully submitted,

_____  
Patrick M. Jones, One of the Attorneys for Plaintiff

PMJ PLLC

Patrick M. Jones
Sarah M. Beaujour
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 404-3225
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

## CERTIFICATE OF SERVICE

I, Sarah M. Beaujour, one of the attorneys for Plaintiff, hereby certify that on January 7, 2022, I did serve a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL on the following via electronic mail:

nhanhgigigi
eBay merchant ID 2040548522
thanhnhan5638@gmail.com

duvant0
eBay merchant ID 1814483907
duongvantuyen1975@hotmail.com

banglinhshop
eBay merchant ID 1659247550
andrewg.hopkins@hotmail.com

tile93
eBay merchant ID 1848056067
tranlinh_90x@yahoo.com

luckycustomgift
eBay merchant ID 1606583103
nguyenvanhoa2191@gmail.com

lmmcuo-88
eBay merchant ID 2250412682
lemmcuong1990@yahoo.com

LauraFarmBrand
Etsy merchant ID 8waa0qivi2rrv65h
Laurajquinn@protonmail.com

2

Laurajquinn01@gmail.com

pamotee.com
PayPal account nos. 2027478819445628702
1423406727153281381
1195716823314962083
2061952143243671383
2032363416328848480
support@pamotee.com

/s/ Sarah M. Beaujour