# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE LLC, | ) |
|     Plaintiff, | ) Case No. 21-6237 |
| | ) |
| vs. | ) Hon. Andrea R. Wood |
| | ) |
| THE ENTITIES listed on EXHIBIT 1, | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff seeks entry of Preliminary Injunction. The scope of Plaintiff's proposed Preliminary Injunction Order is materially indistinguishable from the Temporary Restraining Order [Dkt. #19]. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated January 10, 2022                                 Respectfully submitted,

                                                  By:     /s/ Patrick M. Jones
                                                             Patrick M. Jones
                                                             Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
John A. Wiberg
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com