IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **EXPEDITEE LLC,** | ) |
| | ) Case No. 21-6237 |
| **Plaintiff,** | ) |
| | ) Hon. Andrea R. Wood |
| vs. | ) |
| | ) |
| **THE ENTITIES listed on EXHIBIT 1,** | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify and declare that I am over 18 years of age, employed in the State of Illinois, County of Cook, and I am an attorney for the Plaintiff in the above captioned action.

On January 10, 2022, the attorney for the Plaintiff, caused to be served true and accurate copies of the following documents:

1. Summons;

2. Complaint, with exhibits (Dkt. #1);

3. *Ex Parte* Temporary Restraining Order with Asset Freeze and Other Equitable Relief entered in the above-captioned case on all Defendants via electronic mail, to the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO (Dkt. #19); and

4. Motion for preliminary injunction (Dkt. #26) and supporting memorandum (Dkt. #27);

via email on the Defendants listed on Schedule A to the proposed order granting preliminary injunction.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated January 10, 2022

By:   /s/ Patrick M. Jones
      Patrick M. Jones
      Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
John A. Wiberg
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com