# **Exhibit B**

Row # 197: Website   https://respectthelook.com/   Respect The Look



