IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE ENTITIES listed on EXHIBIT 1,<br><br>    *Defendants*,<br><br>RJITSCT LLC d/b/a Respect The Look,<br><br>    *Counterclaim-Plaintiff*,<br><br>v.<br><br>Expeditee LLC,<br><br>    *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237<br><br>Judge Andrea R. Wood<br><br><u>Jury Trial Demanded</u> |

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF RJITSCT LLC'S**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

DEFENDANT AND COUNTERCLAIM-PLAINTIFF RJITSCT LLC d/b/a Respect the Look ("Respect The Look"), by and through its attorneys, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states that it has no parent corporation and that no publicly held corporation owns more than 5% of its stock.

Respectfully submitted,

RJITSCT LLC d/b/a Respect The Look

Dated: January 14, 2022  By: /s/ *Brian J. Beck*

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for Defendant and
Counterclaim-Plaintiff
RJITSCT LLC d/b/a Respect The Look

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 14, 2022, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

*/s/ Brian J. Beck*