IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC., *Plaintiff*, v. THE ENTITIES listed on EXHIBIT 1, *Defendants*, RJITSCT LLC d/b/a Respect The Look, *Counterclaim-Plaintiff*, v. Expeditee LLC, *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237 Judge Andrea R. Wood <u>Jury Trial Demanded</u> |

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF RJITSCT LLC'S**
<u>**MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF FIFTEEN PAGES**</u>

DEFENDANT AND COUNTERCLAIM-PLAINTIFF RJITSCT LLC d/b/a Respect the Look ("Respect The Look"), pursuant to LR 7.1 and the Court's motion procedures, respectfully moves this Court for leave to file a memorandum in excess of fifteen (15) pages in opposition to Plaintiff's Motion for Preliminary Injunction and in support of Defendant Respect the Look's Motion to Dissolve the TRO and For Sanctions, and states as follows:

1.	LR 7.1 and the Court's motion procedures provide that, without leave of court in brief in support of a motion shall not exceed fifteen (15) pages.

2.	In connection with the Defendant Respect The Look's Motion to Dissolve the TRO and For Sanctions, and in opposition to Plaintiff's pending Motion for Preliminary Injunction, Respect The Look has prepared a supporting Memorandum that contains 20 pages.

3.	Respect The Look has addressed these three motions collectively in the same memorandum because they concern substantially the same factual allegations, evidence, and legal principles, and are most efficiently addressed collectively by both the parties and the Court.

4.	Respect The Look's brief, at 20 pages, is substantially less than the 45 page limit allowed if all three motions were filed separately.

5.	Plaintiff's *ex parte* motion for a TRO (Dkt. No. 10), on which Plaintiff's motion for a preliminary injunction is based, was supported by a memorandum that contains 35 pages. The Court granted Plaintiff leave to file those excess pages. Respect The Look's memorandum, which is in support of its motion to dissolve the TRO and in opposition to Plaintiff's motion for a preliminary injunction, is only 20 pages in length.

WHEREFORE, DEFENDANT AND COUNTERCLAIM-PLAINTIFF RJITSCT LLC d/b/a Respect the Look ("Respect The Look") respectfully requests that the Court grant this motion and enter an Order allowing Defendant leave to file a 20 page Memorandum in opposition to Plaintiff's Motion for Preliminary Injunction and in support of Defendant Respect the Look's Motion to Dissolve the TRO and For Sanctions.

Respectfully submitted,

RJITSCT LLC d/b/a Respect The Look

Dated: January 14, 2022  By: /s/ *Brian J. Beck*

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for Defendant and
Counterclaim-Plaintiff
RJITSCT LLC d/b/a Respect The Look

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 14, 2022, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

*/s/ Brian J. Beck*