IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE ENTITIES listed on EXHIBIT 1,<br><br>    *Defendants*,<br><br>────────────────<br><br>RJITSCT LLC d/b/a Respect The Look,<br><br>    *Counterclaim-Plaintiff*,<br><br>v.<br><br>Expeditee LLC,<br><br>    *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237<br><br>Judge Andrea R. Wood<br><br>Jury Trial Demanded |

**DEFENDANT RESPECT THE LOOK'S MOTION TO DISSOLVE THE TRO AND FOR SANCTIONS AGAINST PLAINTIFF EXPEDITEE, LLC**

Defendant and Counterclaim-Plaintiff RJITSCT LLC d/b/a Respect The Look ("Respect The Look"), by and through its attorneys, hereby moves to (a) dissolve the *ex parte* TRO entered on December 21, 201 (Dkt. No. 20) against Respect The Look, and (b) for sanctions against Plaintiff, including an order to show cause, for litigation misconduct in filing its complaint, motion for an *ex parte* temporary restraining order, and motion for a preliminary injunction.

Respect The Look's motion requests a dissolution of the TRO because: (1) Plaintiff has offered no evidence to demonstrate a possibility of success on the merits; (2) Plaintiff is unable

to demonstrate irreparable harm; (3) the balance of irreparable harm to Respect The Look and to the public interest requires dissolution of the TRO; (4) the TRO is scheduled to expire by its own terms on January 18, 2022, and there is no good cause for further extension; and (5) the TRO was originally granted in violation of Rule 65(b)(1) and should therefore never have been granted.

Respect The Look's motion for sanctions seeks terminating sanctions as to Plaintiff's complaint against Respect The Look (while Respect The Look proceeds with its Counterclaim against Plaintiff), attorney fees and costs, an order to show cause, and whatever other sanctions the Court determines to be appropriate. Respect The Look seeks sanctions pursuant to this Court's inherent power and Illinois Rules of Professional Conduct 3.1 and 3.3, based on the evidence, presented in Respect The Look's accompanying memorandum, declarations, and exhibits, that Plaintiff filed the Complaint, application for TRO, and motion for preliminary injunction without any evidence that Respect The Look had committed an act of infringement; misrepresented Plaintiff's principal place of business in its complaint to support venue in this District, misrepresented numerous facts regarding Respect The Look and Plaintiff's own trademark in order to obtain the *ex parte* TRO, failed to promptly notify Respect The Look of its application for an *ex parte* TRO, and misrepresented to the Court that it had served Respect The Look with the summons, complaint, TRO, and motion for a preliminary injunction on January 10, 2022.

In support of these Motions to Dissolve the TRO and for Sanctions, Respect The Look relies upon and incorporates by reference its Memorandum of Law in Opposition to Plaintiff Expeditee, LLC's Motion For a Preliminary Injunction, and in Support of Defendant Respect

The Look's Motion to Dissolve the TRO and For Sanctions, the accompanying Declarations of Reginald Jennings, Jr. and Brian J. Beck, and the exhibits thereto, filed herewith.

Respectfully submitted,

RJITSCT LLC d/b/a Respect The Look

Dated: January 14, 2022  By: /s/ *Brian J. Beck*

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for Defendant and
Counterclaim-Plaintiff
RJITSCT LLC d/b/a Respect The Look

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on January 14, 2022, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

                     */s/ Brian J. Beck*