IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE ENTITIES listed on EXHIBIT 1, <br><br> *Defendants*, <br><br> ──────────────────────── <br><br> RJITSCT LLC d/b/a Respect The Look, <br><br> *Counterclaim-Plaintiff*, <br><br> v. <br><br> Expeditee LLC, <br><br> *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237 <br><br> Judge Andrea R. Wood <br><br> <u>Jury Trial Demanded</u> |

**DECLARATION OF REGINALD JENNINGS, JR., IN OPPOSITION TO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND IN SUPPORT OF
<u>DEFENDANT RESPECT THE LOOK'S MOTION FOR SANCTIONS</u>**

I, Reginald Jennings, Jr., declare as follows:

1. I am the owner of Defendant RJITSCT LLC d/b/a Respect The Look ("Respect The Look"). I am personally familiar with the facts stated below and, if called as a witness, could testify competently thereto.

1

2. I am an American citizen and a resident of the state of Connecticut. RJITSCT LLC is a limited liability company organized and existing under the laws of the state of Connecticut, and is registered to do business in the state of Connecticut. A true and correct copy of a printout from the Connecticut Secretary of State website showing RJITSCT's business address of One Columbia Street, New Britain, Connecticut, 06052, and identifying me as its principal and registered agent for service, is attached hereto as Exhibit 1.

3. Respect The Look is a business that sells apparel, flags, and similar products bearing designs that I and my team create in-house. Our website explains that Respect The Look prides itself on its high-quality products and original designs.

4. Respect The Look's website, http://respectthelook.com, identifies its mailing address of 135 Chestnut St., P.O. Box 2301, New Britain, Connecticut, 06050, as well as its email address of respectthelook@gmail.com, and support phone number of 877-953-9351, at the bottom of the home page. A true and correct copy of portions of the Respect The Look homepage, with that contact information displayed, is attached hereto as Exhibit 2.

5. The weekend of Christmas, 2021, I went on vacation with my family. When I returned from vacation on December 28, 2021, I discovered that Respect The Look's PayPal account had been frozen. Respect The Look's PayPal account had at the time, and still, has, about $280,000 in funds.

6. RJITSCT LLC uses the PayPal account for other business activities than processing Respect The Look payments. For example, I am an IT professional, run an Advertising Agency, and am a Consultant / E-commerce Coach who provides contract solutions for small businesses through my other websites, http://rjitsct.com and

https://theecomfamily.com/YoureOneStepAway. I process payments for those services through the same PayPal account that was frozen.

7. RJITSCT LLC has about nine independent contractors providing part time or full time services for Respect The Look. Those workers are paid out of the funds in Respect The Look's PayPal account. In order to pay them while the PayPal account was frozen, I have had to take out personal credit card debt.

8. Respect The Look relies heavily on PayPal payments for its business, and estimates that it has so far lost about $100,000 in direct lost sales as a result of the account freeze. Respect The Look's total sales for the period of December 28, 2020 to January 31, 2021 were about $100,000. In comparison, while the PayPal account was frozen from December 28, 2021 to January 14, 2022, Respect The Look only made about $8,000 in sales.

9. I attempted to contact PayPal to determine why the account was frozen as soon as I learned of the freeze. A PayPal employee spoke to me on the phone on December 29, 2021, and informed me that the freeze was due to an outside court order, but that she could provide no other details. That same employee emailed me on December 30, 2021, and confirmed that she had no contact information or other information about the court order that she could provide. A true and correct copy of the email I received from her on December 30, 2021, with my subsequent response to her on January 5, 2022, is attached hereto as Exhibit 3.

10. On January 7, 2022, my attorney Domonique Price sent a letter to PayPal's legal department demanding the name of the court, the file number for the court order, and any other documentation that resulted in a hold on the account. A true and correct copy of that letter is attached hereto as Exhibit 4.

11. Later on January 7, 2022, PayPal responded to Ms. Price by email that the only details it could provide regarding the order was that the law firm that sent it was PMJ PLLC, that its email address was pmj@pmjpllc.com, and that the case number was "216237." The email did not state what court the lawsuit was in, or what the reason for the lawsuit was. PayPal advised Ms. Price to contact the law firm for further questions. A true and correct copy of that email is attached hereto as Exhibit 5.

12. After learning that my PayPal account had been frozen as a result of a lawsuit, I was extremely fearful that whoever had obtained this court order would attempt to seize other personal assets belonging to me and my wife. At the time, I had no way of knowing what the order was about, or even whether the order sought civil or criminal relief.

13. I subsequently learned that the order was issued in this lawsuit, based on an allegation that Respect The Look had counterfeited products belonging to Plaintiff. Plaintiff is a competitor of Respect The Look's that I knew of before this lawsuit was filed, through its website http://flagwix.com.

14. I understand that Plaintiff has alleged counterfeiting of its registered trademark in the word FLAGWIX. Respect The Look has never used the word FLAGWIX on any of its products, website, marketing materials, or in any other way. In my opinion, Plaintiff's products are inferior to ours, and I would not want to damage Respect The Look's good will and reputation by association with Plaintiff.

15. Plaintiff had previously copied Respect The Look's mock-ups and designs, sometimes with minor modifications, and sold them as its own flag products. I had not previously taken any legal action against Plaintiff for these acts of infringement.

16. I understand that Plaintiff offered as evidence of infringement a listing for Respect The Look's "One Nation Under God" flag. That flag does not have the word FLAGWIX on it. Respect The Look created the designs for that flag, and owns all intellectual property rights in it.

17. Plaintiff appears to sell a "One Nation Under God" flag with a design that is essentially identical to Respect The Look's "One Nation Under God" flag, but with the American flag replaced by a Puerto Rican flag. Plaintiff's product is advertised at https://flagwix.com/products/jesus-flag-one-nation-under-god-jesus-puerto-rico-grommet-flag-trl1697gf/. On information and belief, Plaintiff copied Respect The Look's flag and changed the American flag to a Puerto Rican flag to create its product.

18. The "One Nation Under God" flag is one of hundreds of items sold by Respect The Look. Respect The Look has sold few if any units of this flag. To my knowledge, Plaintiff has never claimed that any other Respect The Look product infringes any intellectual property right of Plaintiff's. Due to the PayPal account being frozen, Respect The Look is unable to sell any of its products, none of which are alleged to infringe any of Plaintiff's intellectual property rights.

19. I understand that Plaintiff claims to have served Respect The Look by email with the summons, complaint, TRO, and motion for preliminary injunction on January 10, 2022. I have searched all email accounts owned by Respect The Look or associated with Respect The Look's PayPal account, including all spam folders for those accounts. I have found no email in any of those accounts from Plaintiff's law firm or from any other email address attaching the summons, complaint, TRO, and motion for preliminary injunction in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of January, 2022, at New Britain, Connecticut.

_____
Reginald Jennings, Jr.