# **Exhibit 1**

# RJITSCT LLC   ACTIVE

1 COLUMBIA ST, NEW BRITAIN, CT, 06052

## BUSINESS DETAILS

## Business Details

### General Information

**Business Name**
RJITSCT LLC

**Business status**
ACTIVE

**Citizenship/place of formation**
Domestic/Connecticut

**Business address**
1 COLUMBIA ST, NEW BRITAIN, CT, 06052

**Annual report due**
8/11/2013

**NAICS code**

**Business ALEI**
1080419

**Date formed**
8/10/2012

**Business type**
LLC

**Mailing address**
No information provided

**Last report filed**

**NAICS sub code**

### Principal Details

**Principal Name**
REGINALD JENNINGS JR

**Principal Title**
OWNER MANAGER

**Principal Business address**

1 COLUMBIA ST, NEW BRITAIN, CT, United States

Principal Residence address
1 COLUMBIA ST, NEW BRITAIN, CT, United States

## Agent details

Agent name
REGINALD JENNINGS JR

Agent Business address
1 COLUMBIA ST, NEW BRITAIN, CT, United States

Agent Residence addresss
1 COLUMBIA ST , NEW BRITAIN, CT, United States

## Filing History

**Business Formation - Certificate of Organization**
**0004702578**
Filing date: 8/10/2012

Volume Type
B

Volume
1711

Start page
2564

Pages
2

Date generated
8/10/2012

## Name History

None

## Shares

None