# **Exhibit 2**

**2022 START THE YEAR RIGHT | GET 20% OFF FOR EVERY $45+ PURCHASE | USE CODE: HNY20**



| Home | Let's Go Brandon - FJB | Collections | Flags | Ugly Sweaters | Canvas |
| Tools and Accessories | Men | Women | Trump Memorabilia | Track My Order |



# TOP ITEMS - CUSTOMER'S CHOICE



## Unhappy With Your Product? We'll Take It Back!

30 DAY MONEY BACK GUARANTEE WITH 30% RESTOCKING FEE & 100% SAFE PAYMENTS

ALL HEALTH AND WELLNESS PRODUCTS ARE NON-REFUNDABLE.

Respect The Look is not affiliated with, authorized, or sponsored by Donald J. Trump for President Inc, which is the principal campaign committee of President Donald J. Trump. Products sold through Respect The Look are not licensed, endorsed, or otherwise authorized or approved by President Trump, his Campaign, or any of its affiliated. President Trump's Campaign committee does not receive any proceeds whatsoever from sales or activities.

## Quick links

ABOUT US

SHIPPING POLICY

PRIVACY POLICY

TERMS OF SERVICE

RETURN POLICY

REFUND POLICY

FAQ

RETURNS AND EXCHANGES FLOW

CONTACT US

PAYMENT POLICY

My Personal Data

My Personal Data

## Contact Information

Respect the Look

Support Phone Number

☏ 1-877-953-9351

Mon-Fri 8am-3pm ET

Support Email : respectthelook@gmail.com

Return Address:
135 Chestnut St PO BOX 2301
New Britain, CT 06050

## Stay In The Loop

| Enter Your Email address | KEEP ME IN THE LOOP |

             

© 2022, Respect The Look Powered by Shopify