# **Exhibit 3**

**RE: Follow-up regarding the call yesterday (KMM451253121V774L0KM)**

Reginald Jennings Jr <reggie@reginaldjennings.com>
Wed 1/5/2022 5:23 PM
To: support@paypal.com <support@paypal.com>

No we are still unable to locate any additional information and really need help, The name of the the law firm or district that filed it would be greatly appreciated. We need some type of information to resolved this matter. Please help.

-Reginald Jennings Jr

RJITSCT LLC
Technology and Web Solutions
860-805-6395
https://www.linkedin.com/in/rjenningsjr/

---

**From:** support@paypal.com <support@paypal.com>
**Sent:** Thursday, December 30, 2021 4:46 PM
**To:** Reginald Jennings Jr <reggie@reginaldjennings.com>
**Subject:** Follow-up regarding the call yesterday (KMM451253121V774L0KM)

Dear Reginald Jennings,

We spoke yesterday about a limitation that was placed on the account due to an outside court order that was issued. I have been checking back all day to see if there are any updates or new contact information. So far, it remains the same on our side. I do hope you were able to reach out to an attorney to find more details in the meantime.

Sincerely,
Chantal
PayPal Customer Solutions
PayPal

Copyright © 1999-2021 PayPal. All rights reserved.