**Exhibit 4**

# PRICE LAW LLC

Dprice@DomoniquePrice.com
417 28th Ave S. Suite 1 Seattle, WA 98144 206-331-7024

January 7, 2022

**Via Email & Certified Mail**

PayPal, Inc.
Legal Department
2211 N 1st St,
San Jose, CA 95131

Re: RJITSCT LLC/ Mr. Reginald Jennings Account Hold Ref. Id: PP-101-360-296-566

Attn: PayPal Legal

I am Attorney Domonique Price, and my firm represents RJITSCT LLC and owner Mr. Reginald Jennings with the PayPal Account Business Account Merchant ID

We were notified via PayPal Customer Solutions that there is pending litigation which has resulted in a hold of my client, Reginald Jennings RJITSCT LLC Business PayPal account. We believe that this information may be of error, as we have not been served or notified by any courts or law firms regarding any current or pending litigation.

We are requesting PayPal release the hold on the Account listed above or furnish us with the name of the court and the file number for any said court order if PayPal has received documentation and/or notice of litigation listing RJITSCT LLC and/or Mr. Reginald Jennings that would result in a hold of this Account.

Please understand that this hold has placed an undue burden and irreparable harm on my client and its day-to-day business operations for what, again, we believe to be of error. As such, we request PayPal immediately release the funds or release the above-requested information in hopes of avoiding seeking injunctive relief. With an essence of time please email Dprice@Domoniqueprice.com.

Sincerely,

Domonique Price Esq.

Enclosed:
Customer Solutions Email
PayPal Business Account Information