# **<u>Exhibit 5</u>**

[redacted]

**From:** EEOmaLegalSpecialist@paypal.com <eeomalegalspecialist@paypal.com>
**To:** med siimo <lawenforcement@paypal.com>; Domonique Price <dprice@domoniqueprice.com>
**Subject:** RE: RJITSCT LLC/ Mr. Reginald Jennings Account Hold Ref. Id: PP-101-360-296-566 (KMM452172507V32696L0KM)



Dear Domonique Price,
Thank you for your email. EE Legal is able to provide the following details regarding the Order impacting your client's PayPal account which you may in turn provide to the customer.

Law Firm: PMJ PLLC
Law Firm Contact Information: pmj@pmjpllc.com
Case Number: 216237

Please advise the customer to contact the law firm for further questions, including any concerns that the account should not be subject to the Order.
Should you have any further questions or need any additional information, please feel free to contact me directly by email at EEOmaLegalSpecialist@PayPal.com.


Sincerely,
Gavin
Executive Escalations
PayPal

Copyright ? 1999-2022 PayPal. All rights reserved.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

**From:** lawenforcement@paypal.com
**Sent:** Friday, January 7, 2022 1:47:23 PM (-08:00)
**Subject:** FW: RJITSCT LLC/ Mr. Reginald Jennings Account Hold Ref. Id: PP-101-360-296-566

Hello,

We received the below email via our US law enforcement inbox.

Thank you,

Ashley Betzhold

Pronouns: she/her

Global Law Enforcement Liaison

Global Investigations

Global Financial Crime and Customer Protection

Risk and Platforms

Phone: ###-###-####

#### N. ##th St.

Scottsdale, AZ #####

Law Enforcement Resources:

https://www.paypal.com/us/webapps/mpp/law-enforcement

http://safetyhub.paypal.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this message by error, please delete it from your records.

From: Domonique Price <dprice@domoniqueprice.com>
Sent: Friday, January ##, #### ##:## PM
To: GI LE Fulfillment, US <Lawenforcement@paypal.com>
Cc: Reginald Jennings Jr <reggie@reginaldjennings.com>
Subject: RJITSCT LLC/ Mr. Reginald Jennings Account Hold Ref. Id: PP-101-360-296-566

Greetings,

I am Attorney Domonique Price, and my firm represents RJITSCT LLC and owner Mr. Reginald Jennings with the PayPal Account Business Account Merchant ID YGQH#SKFR##ZC.

We were notified via PayPal Customer Solutions that there is pending litigation which has resulted in a hold of my client, Reginald Jennings RJITSCT LLC Business PayPal account. We believe that this information may be of error, as we have not been served or notified by any courts or law firms regarding any current or pending litigation.

We are requesting PayPal release the hold on the Account listed above or furnish us with the name of the court and the file number for any said court order if PayPal has received documentation and/or notice of litigation listing RJITSCT LLC and/or Mr. Reginald Jennings that would result in a hold of this Account.

Please understand that this hold has placed an undue burden and irreparable harm on my client and its day-to-day business operations for what, again, we believe to be of error. As such, we request PayPal immediately release the funds or release the above-requested information in hopes of avoiding seeking injunctive relief.

Sincerely,


Domonique Price | Principal Attorney


Enclosed:

Hold Release Letter

Customer Solutions Email

PayPal Business Account Information

* * * * * * * * * * * * * * * * * * * * * * *
Price Law, LLC

3

Cell: ###.###.####

Email: Dprice@DomoniquePrice.com

IG: @DomoniqueP_Esq

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.