# Exhibit 11





# Recommended For You



**3-DAY DELIVERY, UNCATEGORIZED**

## Yorkshire Terrier Dog Flag Charming Dog NTB216Fv6

4.97 Stars | 8477 reviews

$29.95 – $39.95

**Add to Cart**

# Browse Products By Categories





## Personalized



## Flag



**Religious Texas Flag Longhorn Cattle Skull Flag TRV1745F**
$29.95 – $39.95
Add to cart

**Texas Flag Longhorn Cattle Flag TRV1745F**
$29.95 – $39.95
Add to cart

**Silver Labrador Retriever Flag Ready For Easter BNL55Fv8**
$29.95 – $39.95
Add to cart

**Native American US Flag TRV1747F**
$29.95 – $39.95
Add to cart

## Custom Zip Hoodie





## Top Categories



**SAINT PATRICK'S DAY - ST PATRICKS DAY FLAG**

Browse This Category →

**RELIGION**

Browse This Category →



**UNITED STATES**

Browse This Category →

## Frequently Asked Questions



★★★★★ 5 Stars

**Love it's vibe!!**
Colorful, vibrant flag! Very well made!! We have a solar light on it and a glazing ball that matches perfectly in front of it! We

1. How much does shipping cost?

2. What method payment do you accept?

3. How long does it take to receive the merchandise?

4. How do I cancel or change my order?

5. What is your return policy?

FLAGWIX

Search for anything...

$0.00 0

All Products 3-Day Delivery Products Occasions Feature Flags Hobbies

Help Center

Personalized Product Blog

Address:
539 W. Commerce St, Suite 2859 Dallas, TX 75208

© Flagwix 2022 • DMCA

Sign Up to get the latest on sales, new releases and more...

SUBSCRIBE

Enter You Email

## About Flagwix

About Us

Privacy Policy

Terms of service

Return & Refund

Shipping Information

Copyright Policy

DCMA Report

## Help

FAQs

Contact Us

Track Your Order

Happy Customers

Sign up / Sign in

Our Loyalty Program

## Follow Us

Facebook

Twitter

Instagram

Pinterest

