# **Exhibit 12**



cyberdriveillinois.com is now ilsos.gov

Office of the Secretary of State Jesse White

ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

## Message

**Your search for Expeditee, did not match any records.**

**Please try again.**

Return to Search

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office. Fri Jan 14 2022

https://apps.ilsos.gov/corporatellc/CorporateLlcController 1/1



cyberdriveillinois.com is now ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

Corporation/LLC Search Results

Search Criteria: **XPED**

| Entity Type | | File Number | Corporation/LLC Name |
|---|---|---|---|
| LLC | MST | 01148389 | XPEDIATE CONSULTING LLC |
| LLC | MST | 02391287 | XPEDIENT CONSULTING, LLC |
| CORP | MST | 67941268 | XPEDIENT MAIL CORP. |
| LLC | MST | 05370612 | XPEDIENT MANAGEMENT GROUP, LLC |
| LLC | MST | 09060006 | XPEDIENT TRUCKING LLC |
| CORP | MST | 60867097 | XPEDIOR AMERICA INCORPORATED |
| CORP | MST | 60679657 | XPEDIOR INCORPORATED |
| CORP | MST | 59536273 | XPEDIOR K INCORPORATED |
| CORP | MST | 59323164 | XPEDIOR M INCORPORATED |
| CORP | MST | 59303589 | XPEDIOR V INCORPORATED |
| CORP | MST | 54611803 | XPEDIOR W INCORPORATED |
| LLC | MST | 07160283 | XPEDITE BUSINESS SOLUTIONS LLC |
| CORP | MST | 67391225 | XPEDITE CORPORATION |
| CORP | MST | 72989678 | XPEDITE INC. |
| CORP | MST | 69698212 | XPEDITE LOGISTICS INC. |
| LLC | MST | 08486832 | XPEDITE ONE LLC |

| | | | |
|---|---|---|---|
| CORP | MST | 56961569 | XPEDITE SYSTEMS, INC. |
| LLC | MST | 01644114 | XPEDITE SYSTEMS, LLC |
| LLC | MST | 09924736 | XPEDITED BULK CARRIERS LLC |
| LLC | OLD | 08252955 | XPEDITED HOTSHOT TRUCKING LLC |
| LLC | MST | 08673101 | XPEDITED LOGISTICS SERVICES LLC |
| CORP | ASE | 72914236 | XPEDITED PLUS CORP |
| LLC | MST | 09761462 | XPEDITED SOLUTIONS, LLC |
| CORP | MST | 62200596 | XPEDITEIT, INC. |
| CORP | OLD | 62200596 | XPEDITELT, INC. |
| LLC | MST | 06944213 | XPEDITION EXCHANGE, LLC |
| CORP | MST | 61687335 | XPEDITION KAYAK, INC. |
| LLC | MST | 04147057 | XPEDITION KITCHEN LLC |
| LLC | MST | 06699146 | XPEDITION LLC |
| LLC | MST | 04796918 | XPEDX, LLC |

[Return to the Search Screen](#)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.   Fri Jan 14 2022