# **Exhibit 13**



# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Jan 14 03:17:22 EST 2022

**5 Records(s) found (This page: 1 ~ 5)**

**Current Search:** S1: **(XPed)[ON]** docs: 5 occ: 5

Export displayed results (1 ~ 5) .csv

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead | Class(es) |
|---|---|---|---|---|---|---|
| 1 | 88701965 | 6269418 | XPED GLOBAL | TSDR | LIVE | |
| 2 | 87344349 | 5295989 | | TSDR | LIVE | 009; 038 |
| 3 | 79099819 | 4329806 | XPED | TSDR | DEAD | |
| 4 | 79205232 | 5420435 | ADRC | TSDR | LIVE | 009 |
| 5 | 79133082 | | | TSDR | DEAD | 009; 038 |

Export displayed results (1 ~ 5) .csv

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**