# **Exhibit 16**







Free Shipping for Orders Over $99 Order Now →

FLAGWIX

Search for anything...

$0.00 0

All Products 3-Day Delivery Products Occasions Feature Flags Hobbies Help Center

Personalized Product Blog

Home / Product Type / Flag / Beautiful Flag

# Jesus Flag One Nation Under God Jesus Puerto Rico Grommet Flag TRL1697GF

★★★★★ 4.97 Stars | 8477 reviews

SIZE

3×5 ft. | 4×6 ft. | 5×8 ft.

TYPE

No Flag Pole Rings

With Flag Pole Rings

$49.95 ~~$59.99~~ You saved 17% this time

QUANTITY:

- 1 +

Add to cart

|  |  |  |
|---|---|---|
| Specifications | Shipping | Reviews 8477 |

Jesus Flag One Nation Under God Jesus Puerto Rico Grommet Flag TRL1697GF

Are you looking for something to decorate your home stand out more or make a gift for your beloved? Our custom printed flags would be a wonderful choice for a home decor accessory or a perfect gift to give your families and friends.

**Product features**

All flags are custom-made to order and handcrafted to American quality standards.

Material: Canvas.
Type: Print – Double sided printed.
Available 3 sizes:
3×5 ft. (92 x 152 cm)
4×6 ft. (122 x 183 cm)
5×8 ft. (152 x 244 cm)
 The flag is made of 100% canvas and is equipped with 2 heavy metal grommets. And available with two options: **No Flag Pole Rings and With Flag Pole Rings**, so it is easy to hang on. You can choose the right hanging method according to your needs.
Flag stands and poles are NOT included.
Using premium dye but environmentally friendly and eco-friendly to create colorful, vibrant, bright designs from creative artwork.
UV, fade, and mildew resistant to keep them flying for many seasons.
Add a colorful and welcoming touch to your home with a custom printed flag, perfect for both indoor and outdoor use.
The material is light enough to wave even in a gentle breeze.

   * The actual product colors may vary from those shown on the site depending on the device you are using to view the product or the angle of the item is photographed.

*Check out our full selection of themed flags and bring your favorite ones home today <3*

## Related products

**Jesus Flag One Nation Under God Jesus Puer...**

$29.95 – $39.95

Add to cart

**Puerto Rico U.S. States Patriot Eagle American...**

$29.95 – $39.95

Add to cart

**Rooster Puerto Rican Grommet Flag...**

$49.95 – $89.95

Add to cart

**Puerto Rico Flag Symbol NTB279Fv1**

$29.95 – $39.95

Add to cart

### Get in Touch

Email: support@dev.flagwix.com
Mon – Sat: 9AM-5PM EST
We're always happy to help!

 Address:

539 W. Commerce St, Suite 2859 Dallas, TX 75208

© Flagwix 2022 • DMCA

Sign Up to get the latest on sales, new releases and more...

SUBSCRIBE

Enter You Email

### About Flagwix

About Us

Privacy Policy

Terms of service

Return & Refund

Shipping Information

Copyright Policy

DCMA Report

### Help

FAQs

Contact Us

Track Your Order

Happy Customers

Sign up / Sign in

Our Loyalty Program

### Follow Us

Facebook

Twitter

Instagram

Pinterest