# **Exhibit 17**

**Brian J. Beck**

| | |
|---|---|
| **From:** | Brian J. Beck |
| **Sent:** | Wednesday, January 12, 2022 5:26 PM |
| **To:** | 'pmj@pmjpllc.com'; 'sb@pmjpllc.com' |
| **Subject:** | RE: XPed LLC v. Entities listed on Exhibit 1, No. 1:21-cv-6237 (NDIL) |

Mr. Jones,

Thank you for receiving my call earlier. We look forward to receiving the evidence of my client's alleged infringement that was presented to the Court, as well as your client's purported trademark registration.

In reviewing the docket, we have noticed that you represented to the Court that you served each of the defendants by email. My client is unaware of any email to any address associated with his Paypal account containing the complaint, the motion for a temporary restraining order, or the motion for a preliminary injunction. Could you please send me a copy of the email that you believe was sent to my client, whose eCommerce platform is respectthelook.com, serving it with the complaint and the motions for a temporary restraining order and preliminary injunction?

Regards,

**BRIAN J. BECK |** Associate
Zuber Lawler LLP | 135 S. LaSalle Street, Suite 4250, Chicago, IL 60603, USA
T: +1 (312) 346-1100 | bbeck@zuberlawler.com | www.zuberlawler.com

**ZUBER LAWLER**

---

**From:** Brian J. Beck
**Sent:** Wednesday, January 12, 2022 10:47 AM
**To:** 'pmj@pmjpllc.com' <pmj@pmjpllc.com>; 'sb@pmjpllc.com' <sb@pmjpllc.com>
**Subject:** XPed LLC v. Entities listed on Exhibit 1, No. 1:21-cv-6237 (NDIL)

Mr. Jones and Ms. Beaujour,

I represent a client whose PayPal account appears to have been frozen as the result of the above-captioned lawsuit. His eCommerce platform is respectthelook.com. Paypal reported that his account was frozen due to an order in the above-captioned case, and identified your firm as the attorneys who sent the order.

Because both the purported evidence of my client's alleged infringement and your client's trademark registration are sealed, my client has no way of knowing what trademark he is alleged to have infringed, or how he is alleged to have done so. It is additionally disturbing that I cannot find, through a search of the USPTO's trademark database, any registered trademark purportedly owned by XPed LLC.

Could you please produce to me your client's trademark registration and an identification of the basis for your infringement claim, so that we can discuss quickly resolving this dispute? I am available to discuss by phone at 224-374-3514.

Regards,

**BRIAN J. BECK |** Associate
Zuber Lawler LLP | 135 S. LaSalle Street, Suite 4250, Chicago, IL 60603, USA
T: +1 (312) 346-1100 | bbeck@zuberlawler.com | www.zuberlawler.com

**ZUBER LAWLER**

2