# **Exhibit 18**

# Brian J. Beck

| | |
|---|---|
| **From:** | Brian J. Beck |
| **Sent:** | Thursday, January 13, 2022 12:24 PM |
| **To:** | 'Patrick Jones'; Sarah Beaujour |
| **Subject:** | RE: Respectthelook (PayPal) XPed LLC v. Entities listed on Exhibit 1, No. 1:21-cv-6237 (ND Ill) Flagwix (TM) |

Thank you, Patrick.

The sample allegedly infringing page you sent is extremely blurry, but I don't see the word "Flagwix" anywhere on it. Is that correct?

And per my last email, could you please send a copy of the email you purportedly sent to my client serving him with the complaint and motions for a temporary restraining order and preliminary injunction?

I look forward to receiving your settlement demand.

Regards,

**BRIAN J. BECK |** Associate
Zuber Lawler LLP | 135 S. LaSalle Street, Suite 4250, Chicago, IL 60603, USA
T: +1 (312) 346-1100 | bbeck@zuberlawler.com | www.zuberlawler.com

**ZUBER LAWLER**

---

**From:** Patrick Jones <pmj@pmjpllc.com>
**Sent:** Thursday, January 13, 2022 12:22 PM
**To:** Brian J. Beck <bbeck@zuberlawler.com>; Sarah Beaujour <sb@pmjpllc.com>
**Subject:** Respectthelook (PayPal) XPed LLC v. Entities listed on Exhibit 1, No. 1:21-cv-6237 (ND Ill) Flagwix (TM)

Brian,

Here is the information that PayPal provided to us regarding your client:

[redacted]        https://respectthelook.com/        https://respectthelook.com/26012428/checkouts/3e40eeda2a10

Attached is a copy of the Plaintiff TM registration, and the sample infringing product that was submitted to the Court with the Complaint.

Your client was a significant infringer, and my client has not provided a settlement range for this case. I will ask them again. Let me know if you need additional information.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603

Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

This email message and accompanying data may contain information that is confidential and subject to privilege. If you are not the intended recipient, you are notified that any use, dissemination, distribution or copying of this message or data is prohibited. If you have received this email in error, please notify me immediately and delete all material pertaining to this email.

---

**From:** "Brian J. Beck" <bbeck@zuberlawler.com>
**Date:** Wednesday, January 12, 2022 at 5:27 PM
**To:** Patrick Jones <pmj@pmjpllc.com>, Sarah Beaujour <sb@pmjpllc.com>
**Subject:** RE: XPed LLC v. Entities listed on Exhibit 1, No. 1:21-cv-6237 (NDIL)

Mr. Jones,

Thank you for receiving my call earlier. We look forward to receiving the evidence of my client's alleged infringement that was presented to the Court, as well as your client's purported trademark registration.

In reviewing the docket, we have noticed that you represented to the Court that you served each of the defendants by email. My client is unaware of any email to any address associated with his Paypal account containing the complaint, the motion for a temporary restraining order, or the motion for a preliminary injunction. Could you please send me a copy of the email that you believe was sent to my client, whose eCommerce platform is respectthelook.com, serving it with the complaint and the motions for a temporary restraining order and preliminary injunction?

Regards,

**BRIAN J. BECK** | Associate
Zuber Lawler LLP | 135 S. LaSalle Street, Suite 4250, Chicago, IL 60603, USA
T: +1 (312) 346-1100 | bbeck@zuberlawler.com | www.zuberlawler.com

**ZUBER LAWLER**

---

**From:** Brian J. Beck
**Sent:** Wednesday, January 12, 2022 10:47 AM
**To:** 'pmj@pmjpllc.com' <pmj@pmjpllc.com>; 'sb@pmjpllc.com' <sb@pmjpllc.com>
**Subject:** XPed LLC v. Entities listed on Exhibit 1, No. 1:21-cv-6237 (NDIL)

Mr. Jones and Ms. Beaujour,

I represent a client whose PayPal account appears to have been frozen as the result of the above-captioned lawsuit. His eCommerce platform is respectthelook.com. Paypal reported that his account was frozen due to an order in the above-captioned case, and identified your firm as the attorneys who sent the order.

Because both the purported evidence of my client's alleged infringement and your client's trademark registration are sealed, my client has no way of knowing what trademark he is alleged to have infringed, or how

he is alleged to have done so. It is additionally disturbing that I cannot find, through a search of the USPTO's trademark database, any registered trademark purportedly owned by XPed LLC.

Could you please produce to me your client's trademark registration and an identification of the basis for your infringement claim, so that we can discuss quickly resolving this dispute? I am available to discuss by phone at 224-374-3514.

Regards,

**BRIAN J. BECK |** Associate
Zuber Lawler LLP | 135 S. LaSalle Street, Suite 4250, Chicago, IL 60603, USA
T: +1 (312) 346-1100 | bbeck@zuberlawler.com | www.zuberlawler.com



---

**Please note our new address**