IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE LLC, | ) |
| | ) Case No. 21-6237 |
| Plaintiff, | ) |
| | ) Judge Hon. Andrea R. Wood |
| vs. | ) |
| | ) |
| THE ENTITIES listed on EXHIBIT 1, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsels for plaintiff hereby notify this Court and the party set forth on the attached Certificate of Service that the Plaintiff voluntarily dismiss any and all claims against defendants, none of which has filed an answer or motion for summary judgment, without prejudice:

| Defendant | Platform | Store ID |
|---|---|---|
| CenturyTee | Amazon | AE51GCTNGTCL0 |
| starlinkone | eBay | 134325119 |

Dated: January 15, 2022
Chicago, Illinois

Respectfully submitted,

_____
Patrick M. Jones, One of the Attorneys
for Plaintiff

PMJ PLLC

Patrick M. Jones
Sarah M. Beaujour
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 404-3225
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

## CERTIFICATE OF SERVICE

      I, Sarah M. Beaujour, one of the attorneys for Plaintiff, hereby certify that on January 15, 2022, I did serve a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL on the following via electronic mail:

Starlinkone
eBay merchant ID 134325119
jkobulnick@bg.law
julie@katzgroupllc.com
mabel@bg.law

CenturyTee
Amazon merchant ID AE51GCTNGTCL0
vuongnguyenios91@gmail.com

                                                            /s/ Sarah M. Beaujour