THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE LLC, | ) |
| | ) Case No. 21-6237 |
| Plaintiff, | ) |
| | ) Hon. Andrea R. Wood |
| vs. | ) |
| | ) |
| THE ENTITIES listed on EXHIBIT 1, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Expeditee LLC seeks to continue the hearing on the Motion for Entry of a Preliminary Injunction (Dkt. #26) to January 25, 2022, at 9:00 a.m. to allow the Plaintiff to (a) complete service on all Defendants,[1] (b) provide all Defendants with notice of the hearing on the motion, and (c) respond to the Defendant Respect the Look's Motion to Dissolve the TRO and for Sanctions Against Plaintiff Expeditee, LLC (Dkt. #34), which was filed on Friday, January 14, 2022, less than one business day before the scheduled hearing.

Dated January 16, 2022                                    Respectfully submitted,

                                                          By:    /s/ Patrick M. Jones
                                                                 Patrick M. Jones
                                                                 Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
John A. Wiberg
Sarah M. Beaujour
PMJ PLLC
The National Building

---

[1] On January 10, 2022, counsel to Plaintiff directed the Plaintiff to serve the "PayPal Defendants," and served all other Defendants set forth on Schedule A to the [Proposed] Preliminary Injunction Order. Counsel learned on January 16, 2022 that the Plaintiff did not serve the PayPal Defendants on January 10, 2022. Counsel understands the gravity of this oversight and will amend the Certificate of Service when counsel has evidence that all Defendants have been served.

125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com

## CERTIFICATE OF SERVICE

      I certify that on January 16, 2022, a copy of the foregoing motion was served on the following parties who have filed an appearance in this case by ECF and electronic mail:

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for RJITSCT LLC d/b/a Respect The Look

                                                                  /s/ Patrick M. Jones