IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **EXPEDITEE LLC,** | ) |
| | ) Case No. 21-6237 |
| **Plaintiff,** | ) |
| | ) Hon. Andrea R. Wood |
| vs. | ) |
| | ) |
| **THE ENTITIES listed on EXHIBIT 1,** | ) |
| | ) |
| **Defendants.** | ) |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify and declare that I am over 18 years of age, employed in the State of Illinois, County of Cook, and I am an attorney for the Plaintiff in the above captioned action.

The attorney for the Plaintiff caused to be served true and accurate copies of the following documents:

1. Summons;

2. Complaint, with exhibits (Dkt. #1);

3. *Ex Parte* Temporary Restraining Order with Asset Freeze and Other Equitable Relief entered in the above-captioned case on all Defendants via electronic mail, to the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO (Dkt. #19); and

4. Motion for preliminary injunction (Dkt. #26) and supporting memorandum (Dkt. #27);

via email on the Defendants on January 10, 2022, as set forth on Schedule A to the proposed order granting preliminary injunction. Due to a miscommunication between the Plaintiff and its counsel, the "PayPal Defendants" were not served on January 16, 2022. Plaintiff's counsel was not aware

that the "PayPal Defendants" had not been served on January 10, 2022, until January 16, 2022, at which time he immediately informed the Court and filed this Amended Certificate of Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated January 16, 2022

By:   /s/ Patrick M. Jones
       Patrick M. Jones
       Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
John A. Wiberg
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com

## CERTIFICATE OF SERVICE

I certify that on January 16, 2022, a copy of the foregoing Amended Certificate of Service was served on the following parties who have filed an appearance in this case by ECF and electronic mail:

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for RJITSCT LLC d/b/a Respect The Look

       /s/ Patrick M. Jones