THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EXPEDITEE LLC,** )<br>) **Case No. 21-6237**<br>**Plaintiff,** )<br>) **Hon. Andrea R. Wood**<br>vs. )<br>)<br>**THE ENTITIES listed on EXHIBIT 1,** )<br>)<br>**Defendants.** ) | |

**REPLY IN SUPPORT OF MOTION FOR TIME TO RESPOND**

Plaintiff Expeditee LLC sought to continue the hearing on the Plaintiff's Motion for Entry of a Preliminary Injunction (Dkt. #26) (the "Motion for Time"). Since the filing of the Motion for Time, the Plaintiff would like to report that:

- The Plaintiff seeks entry of a Preliminary Injunction Order against all Defendants listed on Schedule A to the Proposed Preliminary Injunction Order, with the exception of RJITSCT LLC (d/b/a www.respectthelook.com) (the "Opposing Defendant"), so that Plaintiff may respond to its allegations of fraud, perjury, etc.;

- Service has been effected on all Defendant listed on Schedule A to the Proposed Preliminary Injunction Order, except for the Alibaba defendants, as noted on the Schedule. *See* Amended Certificate of Service (Dkt. #38), attached as Exhibit B;

- By its own admission, actual service was effected on the Opposing Party on January 7, 2022[1], consistent with the terms of the Temporary Restraining Order (Dkt. #20), at ¶10 ("Defendants and any persons in active concert or participation with them who have actual notice of this Order…"); and

- The Opposing Party is one of the most sophisticated counterfeiters among the more than 250 Defendants listed on Exhibit 1 to the Complaint, and it continues to advertise and sell infringing products. Here is an example of the Opposing Party's counterfeit listing,

---

[1] *See* MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF EXPEDITEE, LLC'S MOTION FOR A PRELIMINARY INJUNCTION, AND IN SUPPORT OF DEFENDANT RESPECT THE LOOK'S MOTION TO DISSOLVE THE TRO AND FOR SANCTIONS, Dkt. #35, at p.3 ("PayPal eventually, on January 7, 2022, provided the name of Plaintiff's law firm and case number "216237," but was still unable to offer any other details—not even the identity of this District.") Plaintiff authorized PayPal to provide information for Plaintiff's firm so that any Defendant could contact them immediate and resolve or dispute the Plaintiff's claims against it.

compared to the Plaintiff original listing:

**ORIGINAL FLAGWIX PRODUCT:**



**OPPOSING PARTY'S "NON-INFRINGING" PRODUCT:**





**The Opposing Party didn't even bother to change the name of the product.** If this is not counterfeiting, nothing is.

Wherefore, the Plaintiff requests that the Court enter the Preliminary Injunction as to All of the Defendant listed on Schedule A to the Proposed Preliminary Injunction, but continue the

hearing for seven (7) days as to the Opposing Party, so that the Plaintiff may formally respond to its allegations of fraud, perjury, etc.

Dated January 17, 2022 								Respectfully submitted,

							By:	/s/ Patrick M. Jones
								Patrick M. Jones
								Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
John A. Wiberg
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com

## CERTIFICATE OF SERVICE

I certify that on January 17, 2022, a copy of the foregoing motion was served on the following parties who have filed an appearance in this case by ECF and electronic mail:

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for RJITSCT LLC d/b/a Respect The Look

								/s/ Patrick M. Jones

4