UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Expeditee LLC, et al.
                                        Plaintiff,

v.                                      Case No.: 1:21−cv−06237
                                        Honorable Andrea R. Wood

The Entities Listed on Exhibit 1, et al.
                                        Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 17, 2022:

    MINUTE entry before the Honorable Andrea R. Wood: This order confirms that, notwithstanding Plaintiff's motion to continue hearing on motion for preliminary injunction [37], the Court will proceed with the scheduled telephonic court hearing at 9:00 AM on 1/18/2022. At that time, the Court will consider the relief requested by Plaintiff's motion [37], as modified in its reply brief filed 1/17/2022 [40]. The Court will also consider whether further briefing and/or an evidentiary hearing is necessary for resolution of Defendant Respect the Look's motion to dissolve the TRO and for sanctions against Plaintiff Expeditee, LLC [34]. Mailed notice(aw,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.