IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE ENTITIES listed on EXHIBIT 1, <br><br> *Defendants*, <br><br> ——————————————— <br><br> RJITSCT LLC d/b/a Respect The Look, <br><br> *Counterclaim-Plaintiff*, <br><br> v. <br><br> Expeditee LLC, <br><br> *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237 <br><br> Judge Andrea R. Wood <br><br> <u>Jury Trial Demanded</u> |

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF RJITSCT LLC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND IN SUPPORT OF <u>RJITSCT LLC'S MOTIONS TO DISSOLVE THE TRO AND FOR SANCTIONS</u>**

DEFENDANT AND COUNTERCLAIM-PLAINTIFF RJITSCT LLC d/b/a Respect the Look ("Respect The Look"), by and through its attorneys, hereby files a motion for leave to file the service email sent by Plaintiff on January 16, 2022 (attached hereto as Exhibit 1) as supplemental evidence in opposition to Plaintiff's motion for a preliminary injunction and in

1

support of Respect The Look's motions to dissolve the TRO and for sanctions, and, in support thereof, states as follows:

1. On January 16, 2022, Respect the Look received an email from legalteam@uoymedia.work purporting to serve it with the Complaint and Motion for Preliminary Injunction in this lawsuit. A true and correct copy of that email with its attachments is attached hereto as Exhibit 1.

2. Respect The Look seeks leave to file Exhibit 1 as additional evidence in opposition to Plaintiff's motion for preliminary injunction and in support of its motions to dissolve the TRO and for sanctions for two reasons, set forth below.

3. First, the service email fails to notify Defendants of the preliminary injunction hearing scheduled for January 18, 2022 (Dkt. Nos. 29, 41), while informing Defendants they have 21 days to answer or otherwise respond to the Complaint. The service email therefore not only fails to inform Defendants that they must appear at the January 18 hearing to avoid being subject to an injunction that will continue until trial (i.e., for over a year if the case is fully litigated), it actively discourages Defendants from appearing at the hearing to defend themselves. The email appears to be a form email, and therefore, on information and belief, Respect The Look believes the same email was sent to all other Defendants. Because Plaintiff still seeks to have the Court enter a preliminary injunction against all Defendants except Respect The Look at the January 18 hearing (*see* Dkt. No. 40), Respect The Look believes this unethical conduct should be brought to the Court's attention in advance of that hearing.

4. Second, the service email does not include sufficient information to properly serve the Defendants or notify them of the allegations against them. The service email omits Exhibit 2 to the Complaint, without which the Complaint fails to identify what trademark

Plaintiff alleges the Defendants to be infringing. The service email includes Exhibit 1 to the Complaint, which identifies the names of the alleged counterfeit products, but the vast majority of these products do not include Plaintiff's FLAGWIX trademark. A search of Exhibit 1 does not reveal an entry for Respect The Look, preventing Respect The Look from determining whether it was even named in the Complaint. Because Plaintiff does not identify its trademark, the TRO does not inform Defendants what activities they are prohibited from conducting in enjoining them from "using the trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner." And finally, because Plaintiff's motion for preliminary injunction is entirely based on the same evidence and arguments presented in Plaintiff's motion for a TRO (Dkt. No. 27 at 2-4), but Plaintiff has not served the Defendants with its memorandum in support of its application for a TRO or the purported evidence of infringement it presented with that application, the Defendants have no way of knowing what act of infringement they are accused of performing. In sum, even Plaintiff's severely belated service by email fails to satisfy the service requirement of Fed. R. Civ. P. 4(c)(1), or to provide the defendants in this lawsuit with the due process required before depriving them of property through a preliminary injunction.

      WHEREFORE, DEFENDANT AND COUNTERCLAIM-PLAINTIFF RJITSCT LLC d/b/a Respect the Look ("Respect The Look") respectfully requests that the Court grant this motion and permit the filing of the service email to Respect The Look, attached as Exhibit 1 to this motion, in opposition to Plaintiff's motion for a preliminary injunction and support of Respect The Look's motions to dissolve the TRO and for sanctions.

Respectfully submitted,

RJITSCT LLC d/b/a Respect The Look

Dated: January 17, 2022  By: /s/ *Brian J. Beck*

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for Defendant and
Counterclaim-Plaintiff
RJITSCT LLC d/b/a Respect The Look

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 17, 2022, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

*/s/ Brian J. Beck*