**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **EXPEDITEE LLC,** ) | |
| ) | **Case No. 21-6237** |
| **Plaintiff,** ) | |
| ) | **Hon. Andrea R. Wood** |
| **vs.** ) | |
| ) | |
| **THE ENTITIES listed on EXHIBIT 1,** ) | |
| ) | |
| **Defendants.** ) | |

**SUPPLEMENTAL AUHTORITY**

**RJITSCT claims to be the victim in this case.**
**Plaintiff strongly disagrees.**

RJITSCT LLC (the "Opposing Party") is one of the more sophisticated TM infringers in this case. Attached, as Exhibit A and included herewith, is a product currently listed on its website that displayed – *and continues to display* – the FLAGWIX logo. RJITSCT LLC continues to sell FLAGWIX counterfeit products despite the lawsuit and *this Court's order.* It's right there – circled, upper right hand corner – you can't miss it. They copied the image, changed the flag to the United States, and removed the FLAGWIX TM. This Court cannot permit this.



These defendants, and this Defendant RJITSCT LLC in particular, ***are counterfeiters.*** There is no way around it.

On January 16, 2022, Plaintiff Expeditee LLC sought to continue the hearing on the Plaintiff's Motion for Entry of a Preliminary Injunction (Dkt. #26) (the "<u>Motion for Time</u>"). RJITSCT LLC (the "<u>Opposing Party</u>"). As set forth above, the Opposing Party and the Defendants cannot, in good faith, claim that they did not or are not violating the Plaintiff's Trademark. The evidence shows that they did: bottom line.

Also, the applicable statutes do not require marking for the trademark owner:

"Registration of a mark on the principal register provided by this chapter or under the Act of March 3, 1881, or the Act of February 20, 1905, shall be constructive notice of the registrant's claim of ownership thereof."

15 U.S.C. §1072, attached as <u>Exhibit A</u>.

"Notwithstanding the provisions of section 1072 of this title, a registrant of a mark registered in the Patent and Trademark Office, may give notice that his mark is registered by displaying with the mark the words "Registered in U.S. Patent and Trademark Office" or "Reg. U.S. Pat. & Tm. Off." or the letter R enclosed within a circle, thus ®; and in any suit for infringement under this chapter by such a registrant failing to give such notice of registration, no profits and no damages shall be recovered under the provisions of this chapter unless the defendant had actual notice of the registration." 15 U.S.C. §1111, attached as <u>Exhibit C</u>.

To prove trademark infringement, "a trademark holder must show that the defendant's use of its trademark 'is likely to cause confusion, or to cause mistake, or to deceive.'" *Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Mgmt., Inc.*, 618 F.3d 1025, 1030 (9th Cir.2010) (quoting 15 U.S.C. § 1125(a)(1)). The "core element of trademark infringement" is "[p]rotecting against a likelihood of confusion," which helps to "ensur[e] that owners of trademarks can benefit

from the goodwill associated with their marks" and "that consumers can distinguish among competing producers." *Id.* (quoting *Brookfield Commc'ns v. W. Coast Entm't Corp.*, 174 F.3d 1036, 1053 (9th Cir.1999); *Thane Int'l, Inc. v. Trek Bicycle Corp.*, 305 F.3d 894, 901 (9th Cir.2002)).

The statute says that the registrant may give notice, but does not require it, except as relates to damages. Photoshopping off trademark notice would serve as evidence of intentional infringement – but **the Mark is the Mark**. Removing the symbol does not make the Mark not the Mark. This would undercut the entire point of registration. In support, see the legal decisions, attached as <u>Exhibit C</u>.

When it filed the Complaint, the Plaintiff presented ample evidence of the Defendants' TM infringement that supported the TRO. Attached is the additional authority requested the Court, attached as <u>Exhibit D</u>.

January 18, 2022                                              Respectfully submitted,


                                                    By:      /s/ Patrick M. Jones
                                                             Patrick M. Jones
                                                             Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
John A. Wiberg
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com


### CERTIFICATE OF SERVICE

I certify that on January 18, 2022, a copy of the foregoing motion was served on the following parties who have filed an appearance in this case by ECF and electronic mail:

…

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for RJITSCT LLC d/b/a Respect The Look


/s/ Patrick M. Jones