**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **EXPEDITEE LLC,** ) | |
| ) | **Case No. 21-6237** |
| **Plaintiff,** ) | |
| ) | **Hon. Andrea R. Wood** |
| **vs.** ) | |
| ) | |
| **THE ENTITIES listed on EXHIBIT 1,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

The Plaintiff Expeditee LLC will present its Motion for Preliminary Injunction, a copy of

which has been served on you, to Judge Andrea R. Wood via telephonic hearing on January 20,

2022 at 2:00 p.m. CST. Should you wish to participate, contact the Court or the Plaintiff for dial-

in information. Your rights may be affected.

Dated January 19, 2022                                    Respectfully submitted,


                                                   By:    /s/ Patrick M. Jones
                                                          Patrick M. Jones
                                                          Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
John A. Wiberg
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com


**CERTIFICATE OF SERVICE**

I certify that on January 19, 2022, a copy of the foregoing motion was served on the parties

listed on Schedule A to the Proposed Preliminary Judgment Order and on following party who has filed an appearance in this case by ECF and electronic mail:

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for RJITSCT LLC d/b/a Respect The Look

                     /s/ Patrick M. Jones

**SCHEDULE A**

| | Email source | Defendant | Seller/Merchant ID |
|---|---|---|---|
| 1 | Alibaba* | Yiwu Qianming Jewelry Co., Ltd. | kimingjewelry.en.alibaba.com |
| 2 | AliExpress | Jaywood Advertising Store | 910359428 |
| 3 | AliExpress | Joey Su Store | 912271082 |
| 4 | AliExpress | Jaywood Advertising Store | 910359428 |
| 5 | AliExpress | Shop5039013 Store | 5039013 |
| 6 | AliExpress | Seabow Official-Flagship Store | 518252 |
| 7 | AliExpress | Ronning Industry Store | 2657239 |
| 8 | AliExpress | Shop5363155 Store | 5363155 |
| 9 | AliExpress | Shop910368292 Store | 910368292 |
| 10 | AliExpress | Shop5589403 Store | 5589403 |
| 11 | AliExpress | Xi Le textile Store | 912027358 |
| 12 | AliExpress | toyofmine | 1938895 |
| 13 | AliExpress | RonningStar Factory Store | 1414054 |
| 14 | AliExpress | Shop911075021 Store | 911075021 |
| 15 | Amazon | UNIKIHOMUM | B09D4T19ZD |
| 16 | Amazon | ALEYXARECO | B09FY26BR7 |
| 17 | Amazon | Generic | B09J11C4DB |
| 18 | Amazon | Giftastic | B099KHKVNY |
| 19 | Amazon | TFDXIH | B096NXQNZX |
| 20 | Amazon | Goewrao | B08YNMZ5T2 |
| 21 | Amazon | LSIWMSK | B08HH3B374 |
| 22 | Amazon | Tugesha | B09KS27PST |
| 23 | Amazon | SuTingYang | B09GS7VD13 |
| 24 | Amazon | Noshye Store | B09H8LCZCD |
| 25 | Amazon | Auoltior | B09DB5HSFS |
| 26 | Amazon | CLYTTE | B09J58X8QH |
| 27 | Amazon | BDHTYU | B09LGSMT55 |
| 28 | Amazon | AHBVJK | B09JYC2QKQ |
| 29 | Amazon | LLLiang | B09312TH18 |
| 30 | Amazon | chengxun | B0998BDKDP |
| 31 | Amazon | Awesome Shirt Gift MD21 | B095MZZQ3W |
| 32 | Amazon | Chan & Yoo | B09CDSB7FF |
| 33 | Amazon | WILDLAVIE Store | B08ZCCJ1DG |
| 34 | Amazon | Sandra E Becker | B09CCZPJHW |
| 35 | Amazon | ⭐⭐⭐⭐⭐Store | B099ZBS7NT |
| 36 | Amazon | Can Online Store | B097NXJJKB |
| 37 | Amazon | SuperZhou | B09D3KHCTX |
| 38 | Amazon | Win Shine | B098TCV3VJ |
| 39 | Amazon | chaoteam | B09F2Z9NQK |
| 40 | Amazon | superzhou | B09BJQ3SFQ |
| 41 | Amazon | Best Ting | B09GV5MB3Z |
| 42 | Amazon | SADIE JEFFRIES | B09KPLJ78C |

| 43 | Amazon | Min Online | B09BM3B3VP |
|----|--------|------------|------------|
| 44 | Amazon | ZJ Online | B097P1RBHK |
| 45 | Amazon | DaJieDa Online | B09CPZYHR1 |
| 46 | Amazon | Snow Rui | B09CPGQ5F6 |
| 47 | Amazon | POXAIDON | B09D4T19ZD |
| 48 | Amazon | George Hovsepyan | B09FY26BR7 |
| 49 | Amazon | Rabinderkey | B099KC1S71 |
| 50 | Amazon | WLQ-Shops | B096NWDW9F |
| 51 | Amazon | WRS-Shops | B093XTSHZP |
| 52 | Amazon | Jinan City Tianqiao District Chushi Clothing Store | B08HH3B374 |
| 53 | Amazon | yuanqianbeimei | B09K4BF28M |
| 54 | Amazon | Olga 1989 | B096KHRCX2 |
| 55 | Amazon | PING SUPER | B09981LZZZ |
| 56 | Amazon | Gomez-Shop | B09C28TYK3 |
| 57 | Amazon | Noshye | B09H8LCZCD |
| 58 | Amazon | TRZ-Shops | B09DB5HSFS |
| 59 | Amazon | Rayhorn | B09J58X8QH |
| 60 | Amazon | JXCAMSRDS | B09LGSMT55 |
| 61 | Amazon | JCF-Shops | B09JYC2QKQ |
| 62 | Amazon | LLLiang | B09312TH18 |
| 63 | Amazon | Torodora | B0998BDKDP |
| 64 | Amazon | Awesome Shirt Gift MD21 | B095MZZQ3W |
| 65 | Amazon | Harmonyoo | B09CDTL67M |
| 66 | Amazon | Wildlavie | B08ZCCJ1DG |
| 67 | Amazon | LEONE HALEY | B09KXM6TRV |
| 68 | Amazon | YUNJEONG SEO | B09GF8YXTT |
| 69 | Amazon | Evgenii Kalashnikov Shop | B09G122KL4 |
| 70 | Amazon | CenturyTee | B099SD88L2 |
| 71 | Amazon | BedItems | B0963L4CMB |
| 72 | Amazon | NiceCloud | B09HRQG86B |
| 73 | Amazon | ZAIVOK LLC | B097C7XDVK |
| 74 | Amazon | Dandidang | B097HGXTB1 |
| 75 | Amazon | GoodsHousehold | B09J8VJJMC |
| 76 | Amazon | BOBOTRY | B09LLZJ9W9 |
| 77 | Amazon | Giusepalma | B09BLYMY4M |
| 78 | Amazon | DVORSKILOP | B09F6C5FF1 |
| 79 | Amazon | Hanzaless | B09C28XTGQ |
| 80 | Amazon | LeiriaSpoons | B09C2DRR26 |
| 81 | Amazon | LiYJSMGS | B08RY7558F |
| 82 | Amazon | Mazen-Shop | B09CDWSRYQ |
| 83 | Amazon | TERUO YORDANI | B09925N1VT |
| 84 | Amazon | Kovtulen Shop | B09L72QLZF |
| 85 | Amazon | tsuh'ty | B0923MDY92 |

| 86 | Amazon | ElyseShirt"s | B09CDY1R3C |
|---|---|---|---|
| 87 | Amazon | Ajosalam | B097QWGGBF |
| 88 | Amazon | Special Offer Gift | B09LQLS198 |
| 89 | Amazon | MazaikaStore | B09BM88NW6 |
| 90 | Amazon | Manvel Bazikyan | B09FXBVWC7 |
| 91 | Amazon | Cherrytees | B08KSTL2VG |
| 92 | Amazon | Nurbekkyzy Shops | B09JSW5JJ5 |
| 93 | Amazon | Qiang Super | B09L7RJ2LH |
| 94 | Amazon | Arat Store | B0991YCQ8D |
| 95 | Amazon | Nguyen Thi Nhan Store | B09C1G22J4 |
| 96 | Amazon | Papeshop | B097BV9BHX |
| 97 | Amazon | Xiuqiang He | B09GR5W57R |
| 98 | Amazon | Constantine 231 | B09D7M5VDZ |
| 99 | Amazon | METALICK | B099DHHSN3 |
| 100 | Amazon | | B096VCS6LH |
| | | ZHR-STOP | |
| 101 | Amazon | Samoilex Shop | B09J3RLBXM |
| 102 | Amazon | MINJI KIM SHOP | B09HKGBZLB |
| 103 | Amazon | 5 NORTH BREWING COMPANY LLC | B09L5PWHL8 |
| 104 | Amazon | YXL-STOP | B08NSF4B34 |
| 105 | Amazon | WANG YIFEI | B09J13P62K |
| 106 | Amazon | ButaLeatherGoods | B09LRVZPHL |
| 107 | Amazon | Blingseven | B09M3KH1KP |
| 108 | Amazon | AKIKOSTORE | B09728M7K3 |
| 109 | Amazon | FOA023 | B0969SBCY9 |
| 110 | Amazon | KPAS003 | B0963SMBKH |
| 111 | Amazon | MotleyStore | B095729YMM |
| 112 | Amazon | ledangkhoa130499 | B0969SBCY9 |
| 113 | eBay | khmy46 | lukifostore |
| 114 | eBay | theresa.noreen7286 | theresanoreen |
| 115 | eBay | alimitc341 | alimitc341 |
| 116 | eBay | i_parrot | iparrot |
| 117 | eBay | peam_7139 | peam_7139 |
| 118 | eBay | tile93 | miamiashop |
| 119 | eBay | gradenflagstore | acbghe |
| 120 | eBay | costaric7 | costaric7 |
| 121 | eBay | jefcous-62 | jefcous-62 |
| 122 | eBay | hi_australia | bestpricehere |
| 123 | eBay | Banglinhshop | banglinhshop |
| 124 | eBay | hotpyonline | lowpricecity888 |
| 125 | eBay | i_lizard | ilizard |
| 126 | eBay | hey_shoppingtime | heyshoppingtime |
| 127 | eBay | pringcorflags | pringcorflagco |
| 128 | eBay | starlinkone | vzwoutlet |

| | | | |
|---|---|---|---|
| 129 | eBay | ctd-20 | convenient |
| 130 | eBay | duvant0 | luyueclothing |
| 131 | eBay | lauannmcc-0 | lauannmcc-0 |
| 132 | eBay | hehi_5420 | hehi_5420 |
| 133 | eBay | lmmcuo-88 | tdamintop |
| 134 | eBay | pwkenter-0 | aditino |
| 135 | eBay | nh-2467 | dannhamgiftstore |
| 136 | eBay | akimn_58 | akimn_58 |
| 137 | eBay | lirday-0 | lirday-0 |
| 138 | eBay | nhanhgigigi | magicdesignr |
| 139 | eBay | luckycustomgift | qsstore |
| 140 | eBay | christianeg-0 | christianeg-0 |
| 141 | eBay | clarmat-3 | clamatstore |
| 142 | eBay | michfont4 | michfont4 |
| 143 | eBay | audryja_9 | audryja_9 |
| 144 | eBay | hotpytaste | directsaleshk |
| 145 | eBay | rtdj5821 | rtdj5821store |
| 146 | eBay | vali-store2 | valistore2 |
| 147 | eBay | singg_37 | singg_37 |
| 148 | eBay | donaalmod-90 | donaalmod-90 |
| 149 | eBay | ng5079 | blonggstore |
| 150 | eBay | trn7569 | fexhandmadestore |
| 151 | eBay | jamescjos-0 | jamescjos-0 |
| 152 | eBay | vuhan_41 | vuhan_41 |
| 153 | Etsy | PECK | PECK |
| 154 | Etsy | HeikeKramerStudio | HeikeKramerStudio |
| 155 | Etsy | COLXOCraftStore | COLXOCraftStore |
| 156 | Etsy | EcomX | EcomX |
| 157 | Etsy | MatasAndHana | MatasAndHana |
| 158 | Etsy | FrankSchroderShop | FrankSchroderShop |
| 159 | Etsy | MarionHartweinStudio | MarionHartweinStudio |
| 160 | Etsy | DanielGiftsStudio | DanielGiftsStudio |
| 161 | Etsy | FlorianBohnhofShop | FlorianBohnhofShop |
| 162 | Etsy | WernerCzaplaStudio | WernerCzaplaStudio |
| 163 | Etsy | DeckTheWall | DeckTheWall |
| 164 | Etsy | ChristianWalls | ChristianWalls |
| 165 | Etsy | Jona4GiftStore | Jona4GiftStore |
| 166 | Etsy | Alligatorblue | Alligatorblue |
| 167 | Etsy | LauraFarmBrand | LauraFarmBrand |
| 168 | Etsy | RodgerDecor | RodgerDecor |
| 169 | Etsy | CustomCreations31326 | CustomCreations31326 |
| 170 | Etsy | GildedOrchidDesigns | GildedOrchidDesigns |
| 171 | Etsy | BadMamaJamaJewelry | BadMamaJamaJewelry |
| 172 | Etsy | ShiningGiftDesign | ShiningGiftDesign |
| 173 | Etsy | FlorenceFlag | FlorenceFlag |

| 174 | Etsy | LLCPECK | LLCPECK |
|---|---|---|---|
| 175 | Etsy | BlingPainting | BlingPainting |
| 176 | Etsy | TheEpicstyle | TheEpicsty |
| 177 | Etsy | HeikeNowakStore | HeikeNowakStore |
| 178 | PayPal | 3d-checkout, MERCHIZE LIMITED | https://3d-checkout.com/ |
| 179 | PayPal | 89 Customized | https://89customized.com/ |
| 180 | PayPal | ATMTEE LTD | https://atmtee.com/ |
| 181 | PayPal | AZBETTERSHOP | https://azbettershop.com/ |
| 182 | PayPal | BLACKMON SPORT PTE, LTD | https://blackmonsport.com/ |
| 183 | PayPal | Bright & Roomy | https://brightroomy.com/ |
| 184 | PayPal | MERCHIZE LIMITED | https://cloudyteeshirt.com/ |
| 185 | PayPal | Crushprints | https://crushprints.com/ |
| 186 | PayPal | Eviralstore | https://eviralstore.com/ |
| 187 | PayPal | Fandom Gift | https://fandomgift.com/ |
| 188 | PayPal | Glanra | https://glanra.com/ |
| 189 | PayPal | BeKingArt | https://kingartz.com/ |
| 190 | PayPal | Kybershop | https://kybershop.com/ |
| 191 | PayPal | Little Gifts Thing | https://littlegiftsthing.com/ |
| 192 | PayPal | Metal Pigeon | https://metalpigeon.com/ |
| 193 | PayPal | nagotee | https://nagotee.com/ |
| 194 | PayPal | Pamotee | https://pamotee.com/ |
| 195 | PayPal | Plangraphics | https://plangraphics.com/ |
| 196 | PayPal | Respect The Look | https://respectthelook.com/ |
| 197 | PayPal | Robinplacefabrics | https://robinplacefabrics.com/ |
| 198 | PayPal | ST2POD Store | https://st2pod.com/ |
| 199 | PayPal | Tagotee | https://tagotee.com/ |
| 200 | PayPal | Teashirts3d.net | https://tashirts.com/ |
| 201 | PayPal | Tee4lives | https://tee4lives.com/ |
| 202 | PayPal | Teehall | https://teehall.com/ |
| 203 | PayPal | The Customee | https://thecustomee.com/ |
| 204 | PayPal | Tongassf | https://tongassf.com/ |
| 205 | PayPal | vipey | https://vibepy.com/ |
| 206 | PayPal | Wardrobetee | https://wardrobetee.com/ |
| 207 | PayPal | btratechs | https://www.btratechs.com/ |
| 208 | PayPal | Cadadesigns | https://www.cadadesigns.com/ |
| 209 | PayPal | Theworshipproject | https://www.darkhorsedesigns.net/ |
| 210 | PayPal | Faith Love Hope | https://www.faithlovehope.online/ |
| 211 | PayPal | GIFNEST SHOP | https://www.gifnestshop.com/ |
| 212 | PayPal | Gobanus | https://www.gobanus.com/ |
| 213 | PayPal | Hacezy | https://www.hacezy.com/ |
| 214 | PayPal | kthuocxoang | https://www.kthuocxoang.com/ |
| 215 | PayPal | phankimtuf | https://www.phankimtuf.com/ |

| | | | |
|---|---|---|---|
| 216 | PayPal | prideearthdesign | https://www.prideearthdesign.com/ |
| 217 | PayPal | projetizu | https://www.projetizu.com/ |
| 218 | PayPal | Syahru | https://www.syahrulu.com/ |
| 219 | PayPal | TVBUYNOW | https://www.tvbuynow.com/ |
| 220 | PayPal | Vmovieme | https://www.vmovieme.top/ |
| 221 | PayPal | wefinexip | https://www.wefinexip.com/ |
| 222 | Lazada | Pinktty Girl Store | pinktty-girl-store |
| 223 | Lazada | UI MALL | ui-mall |
| 224 | Wish | shijijiaxueyuan | 6087854a5ffced22570040d8 |
| 225 | Wish | Surapal19-75 | 5f850ca77c1bc3ba8009b691 |
| 226 | Wish | Chasidys | 5f8eb3bb7e959b7370a166ce |
| 227 | Wish | hadjagddqhjdgqshy | 6087aec033c1620b0192197d |
| 228 | Wish | chahuaxuecun | 608634f23b711c10c5274c6a |
| 229 | Wish | xudaxiaoxuecun | 60865c5759dc64e000d7b160 |
| 230 | Wish | Serita Whittington | 6002a99ad3d83212410a4cc3 |
| 231 | Wish | estribillos | 5f9ad2330e46e9dc7fc80388 |
| 232 | Wish | tsubiz | 5fc9b889b35b1830a1883f74 |
| 233 | Wish | C6C66C6C | 5e94f81729e7860fbf6fbf01 |
| 234 | Wish | binzzzzz | 61270efe7fb5271d29592809 |
| 235 | Wish | zbcakdghcjkjckah | 6087c61b40a4d11bc4b7ae44 |
| 236 | Wish | bezmrqzeen | 5e995c24eece766932664132 |
| 237 | Wish | kopwiwezki | 5e9fe033c638fd0b85dc98ac |
| 238 | Wish | ahdjkDGHKDHDKA | 608793295ad2f535d55bca69 |
| 239 | Wish | Qaphsiel | 600bd15fbdd8d76aabb3d172 |
| 240 | Wish | ahdaJGQDJDJHSGghqah | 6087b5c0419d7e217fb42233 |
| 241 | Wish | Salvador Ortega66 | 5f54581db980b239a708896b |
| 242 | Wish | Omega Allies | 600d75cb4f1a7df9b6da91db |
| 243 | Wish | gajdhdqkuwdjhdjq | 6088f3e5223f5d71e654c220 |
| 244 | Wish | Dilgin | 5fbbd860474b5f31bc7c644d |
| 245 | Wish | Oropeza style | 5e5011d24e18b6ca18bccacd |
| 246 | Wish | Wiopo | 5fdbe8a19514f1185657b724 |
| 247 | Wish | The Big Market Sport | 60d79ba436dd49fd5984f2d6 |
| 248 | Wish | howoti | 5fbf1d6d947cd01cb40515c0 |
| 249 | Wish | Tamiel | 600b7a466116020d82bef2b4 |
| 250 | Wish | Reaction Fashion | 5fdb818248d0e1072b23e50c |

| 251 | Wish | ajdkahwdkhwkjhakjdqj | 6087d797ee65ee240281aef4 |
| 252 | Wish | Accentex | 5fec39a73badb77ddc1b5f88 |
| 253 | Wish | Donnaultimate | 5fd374ffb92384719cb2bd45 |
| 254 | Wish | cudevali | 5fde266617ba95f7561f3a96 |
| 255 | Wish | Lisa Colvin | 5f5364686fd8beac26e8f9de |
| 256 | Wish | Ovejitas | 60dbf4e33ff67ad9b9d089fa |
| 257 | Wish | decarbonater | 5f8d9ee7db0534983359bdc4 |
| 258 | Wish | kabbfqylilxan | 5e9fc10a4b4ea8702b917e70 |
| 259 | Wish | zymolyte | 5f8dd00ceaac3569f0c84f3c |
| 260 | Wish | Guadalupe Moore | 5f545f869f843f0219eaa3c0 |
| 261 | Wish | KidsMart2 | 5fd922ff686bfaf6f49be926 |
| 262 | Wish | bocovetock | 5fda7fd7cb13b47712a7dbad |
| 263 | Wish | keisermrlxgvy | 5e9fe15b99b6f14fd9d375c8 |
| 264 | Wish | Bacchanal | 5f8dd22aeaac35a329c85354 |
| 265 | Wish | leirt | 5fbb9c54474b5feb647c65b2 |
| 266 | Wish | carny164sjea | 5e80a932e273cd49514917de |
| 267 | Wish | Tauro fine | 60d9ce7336dd492df384e670 |
| 268 | Wish | 4boliao | 60da5bc62fb7110c9426fc3c |
| 269 | Wish | Imseadds | 5fbd40d920ba1e5310e0d048 |
| 270 | Wish | huajingyuanxuecun | 608781c759ded62102ccee62 |
| 271 | Wish | JoAnne Hileman | 5f547415357093e6ee42b95e |
| 272 | Wish | smotoezupnrd | 5e9798744ec15b0450f4cb1c |
| 273 | Wish | zhangjingyao123 | 5ffbe62e00d57e7b5b8142d5 |
| 274 | Wish | zhangguanghong8563656 | 5fec28f78f874e0054f91f87 |
| 275 | Wish | Alan 5 | 60d497eb95458e2880054606 |
| 276 | Wish | Lisa Perez | 5f54723b5118ed457160abc8 |
| 277 | Wish | winezouwivr | 5e996b5a5ca37f2541577d1d |
| 278 | Wish | chenping44 | 5ffc0718fba0f2287b998933 |
| 279 | Wish | jeuvouvtser | 5e995a66d1b1ae68b52b24b0 |
| 280 | Wish | deskxtotson | 5e9fc03329e786159b5ae33e |
| 281 | Wish | constmhycy | 5e9fc0c54d57a489d742cddb |

*Alibaba has not responded to the Plaintiff's request. All other defendants have been served.