# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Expeditee LLC, et al.

                                        Plaintiff,

v.                                                                              Case No.: 1:21−cv−06237
                                                                             Honorable Andrea R. Wood

The Entities Listed on Exhibit 1, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 18, 2022:

    MINUTE entry before the Honorable Andrea R. Wood: Telephonic status and motion hearing held on 1/18/2022. Counsel for Plaintiff and Defendant RJITSCT appear by phone. The Court heard testimony from Reginald Jennings. The parties shall file any supplemental authority as discussed on the record by 6:00 PM on 1/18/2022. Plaintiff shall respond to the counter−claim by 2/4/2022. Defendant RJITSCT shall answer or otherwise respond to the complaint by 2/7/2022. Defendant RJITSCT LLC's motion for leave to file memorandum in excess of fifteen pages [33] is granted. Plaintiff's motion for entry of preliminary injunction [26] and Defendant's motion to dissolve the TRO and for Sanctions against Plaintiff [34] are taken under advisement. The Court will set a schedule for resolution of the motions at the next status hearing. The Temporary Restraining Order is extended to 1/20/2022. Telephonic status hearing set for 1/20/2022 at 2:00 PM. Any party wishing to be heard on the pending motions shall file an appearance and contact the courtroom deputy (david_lynn@ilnd.uscourts.gov) for instructions on how to join the call. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.