## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Expeditee LLC, et al.

                                 Plaintiff,

v.                                             Case No.: 1:21−cv−06237
                                                        Honorable Andrea R. Wood

The Entities Listed on Exhibit 1, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 20, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: In light of Plaintiff's motion for entry of a preliminary injunction [26] and there no longer being good cause to maintain any portion of the docket under seal, the Clerk of Court is directed to unseal: (1) Exhibits 1 and 2 to the Complaint [2], (2) Plaintiff's Civil Cover Sheet [3] [4], (3) Exhibit 1 and 2 to the memorandum of law in support of the temporary restraining order [12], (4) the"Jones Declaration" [13], (5) the supplement to Plaintiff's exhibit B [15], and (6) the temporary restraining order [20]. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.