IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XPED LLC, a/k/a EXPEDITEE LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE ENTITIES LISTED ON EXHIBIT 1, ) <br> ) <br>     Defendants. ) <br> _____) | Case No. 21-cv-06237 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Sheila M. Finnegan** |

**ORDER DISSOLVING TEMPORARY RESTRAINING ORDER
AS TO DEFENDANT RJOTSCT d/b/a/ RESPECT THE LOOK**

This matter having come before the Court on the motion by Defendant RJOTSCT d/b/a Respect the Look to dissolve the TRO and for Sanctions against Plaintiff Expeditee, LLC ("Motion") (Dkt. No. 34), and the Court having reviewed the written submissions, held a motion hearing, and otherwise been advised in the premises, IT IS HEREBY ORDERED:

    1.    The Motion is granted as to Defendant RJOTSCT's request that the *ex parte* temporary restraining order entered on December 21, 2021 (Dkt. No. 20) be dissolved as to Defendant RJOTSCT only.

    2.    Plaintiff is directed immediately to provide notice of this order dissolving the Temporary Restraining Order as to Defendant RJOTSCT to all third parties that previously received notice of the entry of the Temporary Restraining Order.

    3.    The Temporary Restraining Order remains in effect as to the remaining Defendants pending resolution of Plaintiff's motion for preliminary injunction (Dkt. No. 26) and/or further order of this Court.

Dated: January 20, 2022

                                                                           Andrea R. Wood
                                                                           United States District Judge