IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE LLC, | ) |
| | ) Case No. 21-6237 |
| Plaintiff, | ) |
| | ) Judge: Honorable Andrea R. Wood |
| vs. | ) |
| | ) |
| THE ENTITIES listed on EXHIBIT 1, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the Plaintiff voluntarily dismiss any and all claims against defendants, none of which have filed an answer or motion for summary judgment, without prejudice:

| Defendant | Platform | Store ID |
|---|---|---|
| Clarmat-3 | eBay | 2175706183 |
| Vali-Store 2 | eBay | 2272443839 |
| Blingpainting | eBay | 06xh2apj |
| ShiningGiftDesign | eBay | N/A |
| ATMTee | Paypal | N/A |
| Gifnest | Paypal | N/A |
| Tvbuynow | Paypal | N/A |
| theresa.noreen7286 | eBay | 1786844352 |
| Vibepy | Stripe + Paypal | https://vibepy.com/ |
| RespectTheLook | Paypal | N/A |
| pringcorflags | eBay | 2758093 |
| khmy46 | eBay | 2185480727 |
| 89 Customized | Paypal | N/A |
| Wildlavie | Amazon | A32Z6MZUKYIZ63 |

Dated: January 24, 2022  
Chicago, Illinois

Respectfully submitted,

_____  
Patrick M. Jones, One of the Attorneys for Plaintiff

PMJ PLLC

Patrick M. Jones  
Sarah M. Beaujour  
The National Building  
125 South Clark Street, 17th Floor  
Chicago, Illinois 60603  
Tel: (312) 404-3225  
Tel: (312) 255-7976  
Email: pmj@pmjpllc.com  
Email: sb@pmjpllc.com

## CERTIFICATE OF SERVICE

I, Sarah M. Beaujour, one of the attorneys for Plaintiff, hereby certify that on January 24, 2022, I did serve a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL on the following via electronic mail:

**Amazon:**  
King, Michelle (MichelleKing@dwt.com)  
Novak, Teri (TeriNovak@dwt.com)

**eBay:**  
tros@ebay.com

**Paypal:**  
EEOmaLegalSpecialist@paypal.com

**Stripe:**  
notices@stripe.com

/s/ Sarah M. Beaujour