IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XPED LLC a/k/a/ EXPEDITEE LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>THE ENTETIES LISTED ON EXHIBIT 1,<br><br>Defendant(s). | Case No. 21 C 6237<br>Judge Andrea Wood |

### **ORDER**

Status and motion hearing held on 1/20/2022. For the reasons stated on the record, Plaintiff's motion for entry of a preliminary injunction [26] is denied as to Defendant RJITSCT d/b/a Respect the Look. The Court sets the following briefing schedule with respect to Defendant RJITSCT's motion for sanctions against Plaintiff Expeditee, LLC [34]. Plaintiff shall file a response by 2/10/2022. Defendant RJITSCT shall file a reply by 2/24/2022. By 1/27/2022, Plaintiff shall file (1) a supplement to its motion for entry of preliminary injunction setting forth which Defendants it believes used the FLAGWIZ trademark, and (2) a proof of service confirming the date and method by which Defendants were notified of the prelimianry injunction motion and hearing. By 2/3/2022, Plaintiff shall file a supplement setting forth (1) an accounting of the total assets frozen pursuant to the Temporary Restraining Order and (2) a separate accounting of the assets frozen for the Defendants that used the actual FLAGWIZ trademark. Based on the information provided on the record, the Court increases the bond amount required by the Temporary Restraining Order to $33,000.00. Plaintiff is directed to deposit with the Court an additional $28,000.00 in the form of cash, certified funds, or surety bond. Any party seeking to have the Temporary Restraining Order dissolved should file the request on the docket and contact the courtroom deputy (david_lynn@ilnd.uscourts.gov) for a hearing date. Any such request shall be heard on no more than two-day's notice. Telephonic status hearing set for 2/15/2022 at 1:30 PM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Date: 1/20/2022

_____
Andrea R. Wood
United States District Judge