IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EXPEDITEE LLC,** | ) |
|     **Plaintiff,** | ) Case No. 21-6237 <br> ) <br> ) Judge: ANDREA R. WOOD |
| vs. | ) <br> ) |
| **THE ENTITIES listed on EXHIBIT 1,** | ) <br> ) |
|     **Defendants.** | ) |

**SUPPLEMENT TO MOTION TO CONVERT
TEMPORARY RETRAINING ORDER TO PERMANENT INJUNCTION**

Plaintiff Expeditee LLC, pursuant to the Order, dated January 20, 2022 (Dkt. #55) (the "PI Order") and to supplement the Plaintiff's Motion for Entry of a Permanent Injunction (Dkt. #26) (the "PI Motion"), as requested by the PI Order, states as follows:

The relevant portion of the PI Order directed the Plaintiff to, by January 27, 2022, (1) supplement to its motion for entry of preliminary injunction setting forth which Defendants it believes used the FLAGWIX trademark, and (2) a proof of service confirming the date and method by which Defendants were notified of the preliminary injunction motion and hearing. The proof of services is filed separately and contemporaneously herewith.

**Defendants that Plaintiff believes used the FLAGWIX Trademark**

As set forth in the Declaration of Taylor Vo, attached hereto as Exhibit A, the Plaintiff believes that 245 of the Defendants listed on Schedule A to the proposed preliminary injunction order[1] used the image of the Plaintiff's Trademark on products similar the products designed, manufactured and sold by the Plaintiff. *See* Vo. Decl., at ¶10. Of those 245 Defendants, the

---

[1] A copy of the updated Schedule A eliminating the approx. 20 Defendants that the Plaintiffs have reached agreements with is attached as Exhibit B for ease of reference,

Plaintiff has images of 225 actually using the FLAGWIX trademark on counterfeit products. *Id.* The Plaintiff also has good reason to believe that remaining 20 Defendants on Attached 1 used the FLAGWIX trademark in the past and have since deleted the offending images from the internet, provided links to the FLAGWIX website, and in some instances completely deleted their ecommerce website. *Id.*, at ¶11. To distinguish this group, the latter category is marked with an asterisk on Attachment 1 to the Vo Decl.

      The vast majority of the Defendants who did not display the FLAGWIX trademark either (i) airbrushed the image off of the product, or (ii) cropped the image stolen from the FLAGWIX website so that the FLAGWIX trademark is removed from the image, in violation of the Anti-Counterfeiting Consumer Protection Act of 1996 (Count II), the Prioritizing Resources and Organization for Intellectual Property Act of 2007 (Count III), and amounting to unlawful and deceptive acts and practices under the laws of the State of Illinois (Count IV). Because the Plaintiff seeks monetary and equitable relief, the Plaintiff contends that the Court also could have entered the TRO based on the equitable relief sought on Counts Two, Three and Four.

      Respectfully submitted,

By: /s/ Patrick M. Jones

Patrick M. Jones (IL #6271256)
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

2

## CERTIFICACTE OF SERVICE

      I hereby certify that on January 27, 2022, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

                                                            /s/ Patrick M. Jones