# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE LLC, | ) |
| Plaintiff, | ) Case No. 21-6237 |
| | ) |
| vs. | ) Judge: Honorable Andrea R. Wood |
| | ) |
| | ) Magistrate: Sheila M. Finnegan |
| THE ENTITIES listed on EXHIBIT 1, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF TAYLOR VO

I, Taylor Vo, declare as follows:

1. I am over 18 years of age. I make this declaration in support of Plaintiff's SUPPLEMENT TO MOTION TO CONVERT TEMPORARY RETRAINING ORDER TO PERMANENT INJUNCTION and, if called as a witness, I could and would competently testify as follows:

2. I am employed by Expeditee LLC (d/b/a "FLAGWIX"), a limited liability company duly organized and existing under the laws of the State of Delaware and owner of the FLAGWIX trademark (the "Mark"). Except as set forth herein, I have personal knowledge of the facts set forth herein.

3. The Plaintiff designs and sells flags, banners, and other domestic decorations under the Mark.[1] My title with FLAGWIX is CEO Assistant.

4. I have been employed by FLAGWIX and since July 1, 2021. In my capacity as CEO Assistant, I am familiar with the business and financial affairs of FLAGWIX, including but not

---

[1] Capitalized terms used herein but not defined herein shall have the meanings given them in the Complaint.

6

limited to international sales and use of the FLAGWIX Mark, and its competitors legitimate and otherwise.

5. FLAGWIX products have been sold since April 20, 2020, and the FLAGWIX trademark was registered in the United States in 2020. Through advertising, sales, and international popularity, the FLAGWIX Mark has become strongly identified with FLAGWIX and its products.

6. FLAGWIX has invested significant expense, time, and effort to create strong market and consumer recognition for its FLAGWIX Mark worldwide, including in mainland China and throughout Asia. In recent years FLAGWIX has spent in excess of $4,000,000 dollars in marketing, advertising, and promoting its products, all of which are marketed in connection with the Mark.

7. FLAGWIX's products featuring the Mark have been advertised, promoted, offered for sale, and sold internationally, including in China. FLAGWIX has a supplier in China that manufactures and ships FLAGWIX products to customers around the world, including to residents the State of Illinois. FLAGWIX maintains an ecommerce (www.flagwix.com) and "stores" on Amazon, Etsy, Walmart.com and eBay.

8. The FLAGWIX website receives well over 10,000 orders per month, and approximately nineteen or twenty times that number of page views. Upon entering the worldwide site, viewers can view the site in English languages. The site became active as early as 2020 and was visible to potential customers around the world from that time forward. The FLAGWIX's store on Amazon receives well over 1,000 orders per month, and approximately nine or ten that number of page views. Upon entering the worldwide site, viewers can view the site in any of two different languages.

9. The Mark is exclusive to FLAGWIX and is displayed extensively on FLAGWIX products and in its marketing and promotional materials. FLAGWIX products have long been recognized in the world as innovative and unique products and have been extensively promoted and advertised at great expense to FLAGWIX.

10. I reviewed the attached Attachment 1 with the CEO of the Company, and concluded that the Plaintiff possesses images of the counterfeit products marketed by the Defendants using the Mark who are marked "Yes" on Attachment 1.

11. The Plaintiff also has reason to believe that the Defendants on Exhibit 1 have also used the Mark in the past. Since using the Mark, they have deleted the images of counterfeit FLAGWIX products that used the Mark from their websites, included links the FLAGWIX website in at least one instance, and in many cases closed their infringing websites completely. These Defendants are marked with "Yes*" on the attached Exhibit 1.

12. The overwhelming success of the FLAGWIX brand has resulted in significant counterfeiting by individuals and entities who unlawfully use the trademarks and goodwill built by FLAGWIX in this industry to sell cheap imitation counterfeits of FLAGWIX products. Consequently, FLAGWIX regularly investigates suspicious websites and online marketplace listings identified in proactive internet sweeps and reported by consumers.

13. These investigations have established that Defendants are using the various websites and webstores on platforms such as Amazon, Wish, eBay, etc. to sell Counterfeit Products from foreign countries such as China to consumers in the United States and the State of Illinois, including the Northern District of Illinois. FLAGWIX has analyzed each of the Infringing Websites and determined that Counterfeit Products were being offered for sale to residents of the United States and the State of Illinois. Through visual inspection of the products as they appeared on the Infringing Websites, the price at which the Counterfeit Products were

offered for sale, other features commonly associated with websites selling counterfeit products, because Defendants offered shipping to Illinois, and because Defendants and the Infringing Websites do not conduct business with FLAGWIX and do not have the right or authority to use the FLAGWIX mark for any reason, these products are clearly identifiable as counterfeit.

14. It is estimated that the Defendants are responsible for approximately 25,000, and likely many more in the past, counterfeit FLAGWIX products being sold, amounting to approximately $1,000,000 in lost revenue.

15. Each sale made by the Defendants through one of their webstores results in a direct loss to FLAGWIX. As the illegal marketplace for FLAGWIX Products grows on the internet, the legitimate marketplace for FLAGWIX Products shrinks. Monetary damages cannot adequately compensate FLAGWIX for ongoing infringement because monetary damages fail to address the loss of control and damage to the loss of reputation and goodwill. Furthermore, monetary damages are difficult, if not impossible, to ascertain due to the inability to calculate measurable damage in dollars and cents caused to our reputation and goodwill by acts of infringement.

16. FLAGWIX's goodwill and reputation are irreparably damaged when the FLAGWIX Trademark is used on goods not authorized, produced, or manufactured by FLAGWIX. Moreover, brand confidence is damaged, which can result in loss of future sales and market share. The extent of harm to our reputation and goodwill and the possible diversion of customers due to loss in brand confidence are largely unquantifiable.

17. FLAGWIX is further irreparably harmed by the unauthorized use of the FLAGWIX mark because counterfeiters take away our ability to control the nature and quality of counterfeit products. Loss of quality control over goods bearing the FLAGWIX trademark

and, in turn, loss of control over our reputation, is neither calculable nor precisely compensable.

18. The sale of Counterfeit Products is likely causing and will continue to cause consumer confusion that weakens the FLAGWIX mark recognition and reputation. Consumers who mistakenly believe that the Counterfeit Products he or she has purchased originated from FLAGWIX will come to believe that FLAGWIX offers low quality FLAGWIX products. Inferior quality products will result in increased skepticism and hesitance in consumers presented with genuine FLAGWIX products, resulting in a loss, or undermining of FLAGWIX's reputation and goodwill associated with its FLAGWIX brand. Indeed, there is damage to our reputation and goodwill even if a consumer knows that the goods he or she is purchasing are counterfeit. Prospective consumers who see inferior FLAGWIX Counterfeit Products used by others may mistakenly believe such goods to be genuine and may consequently develop a poor impression of FLAGWIX products. Such post-sale confusion results in further damage to FLAGWIX's reputation and correlates to a loss of unquantifiable future sales.

19. FLAGWIX is further irreparably damaged due to a loss of exclusivity. FLAGWIX's extensive marketing and innovative designs are aimed at growing and sustaining sales. The FLAGWIX mark is distinctive and signifies to consumers that the products exclusively originate from FLAGWIX. When counterfeiters use the FLAGWIX mark on goods without authorization, the exclusivity of the FLAGWIX products as well as FLAGWIX's reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

FURTHER AFFIANT SAYETH NOT.

[Signature page to follow]

I declare under penalty of perjury under the laws of the United States of America that theforegoing is true and correct.

Dated this 27th day of January, 2022.

<u>Taylor Vo</u>

Taylor Vo
CEO Assistant

## Attachment 1
**Defendants who used the FLAGWIX TM**

| # | Name | Used |
|---|------|------|
| 1 | Shop5363155 Store | Yes. |
| 2 | toyofmine | Yes. |
| 3 | ⭐⭐⭐⭐⭐Store | Yes. |
| 4 | Joey Su Store | Yes. |
| 5 | Shop910368292 Store | Yes. |
| 6 | Shop5589403 Store | Yes. |
| 7 | UNIKIHOMUM | Yes. |
| 8 | ALEYXARECO | Yes. |
| 9 | Generic | Yes. |
| 10 | Giftastic | Yes. |
| 11 | Awesome Shirt Gift MD21 | Yes. |
| 12 | WILDLAVIE Store | Yes. |
| 13 | Sandra E Becker | Yes. |
| 14 | Can Online Store | Yes. |
| 15 | SuperZhou | Yes. |
| 16 | Win Shine | Yes. |
| 17 | chaoteam | Yes. |
| 18 | superzhou | Yes. |
| 19 | Best Ting | Yes. |
| 20 | SADIE JEFFRIES | Yes. |
| 21 | Min Online | Yes. |
| 22 | ZJ Online | Yes. |
| 23 | Snow Rui | Yes. |
| 24 | POXAIDON | Yes. |
| 25 | George Hovsepyan | Yes. |
| 26 | Rabinderkey | Yes. |
| 27 | WLQ-Shops | Yes. |
| 28 | WRS-Shops | Yes. |
| 29 | Olga 1989 | Yes. |
| 30 | Gomez-Shop | Yes. |
| 31 | Torodora | Yes. |
| 32 | Awesome Shirt Gift MD21 | Yes. |
| 33 | Harmonyoo | Yes. |
| 34 | Wildlavie | Yes. |
| 35 | LEONE HALEY | Yes. |
| 36 | YUNJEONG SEO | Yes. |
| 37 | Evgenii Kalashnikov Shop | Yes. |
| 38 | CenturyTee | Yes. |
| 39 | ZAIVOK LLC | Yes. |
| 40 | Dandidang | Yes. |
| 41 | GoodsHousehold | Yes. |
| 42 | BOBOTRY | Yes. |

| | | |
|---|---|---|
| 43 | Giusepalma | Yes. |
| 44 | DVORSKILOP | Yes. |
| 45 | Hanzaless | Yes. |
| 46 | LeiriaSpoons | Yes. |
| 47 | LiYJSMGS | Yes. |
| 48 | Mazen-Shop | Yes. |
| 49 | TERUO YORDANI | Yes. |
| 50 | Kovtulen Shop | Yes. |
| 51 | Ajosalam | Yes. |
| 52 | Special Offer Gift | Yes. |
| 53 | MazaikaStore | Yes. |
| 54 | Manvel Bazikyan | Yes. |
| 55 | Cherrytees | Yes. |
| 56 | Nurbekkyzy Shops | Yes. |
| 57 | Qiang Super | Yes. |
| 58 | Arat Store | Yes. |
| 59 | Nguyen Thi Nhan Store | Yes. |
| 60 | Papeshop | Yes. |
| 61 | Xiuqiang He | Yes. |
| 62 | METALICK | Yes. |
| 63 | ZHR-STOP | Yes. |
| 64 | Samoilex Shop | Yes. |
| 65 | MINJI KIM SHOP | Yes. |
| 66 | WANG YIFEI | Yes. |
| 67 | Blingseven | Yes. |
| 68 | MotleyStore | Yes. |
| 69 | khmy46 | Yes. |
| 70 | theresa.noreen7286 | Yes. |
| 71 | alimitc341 | Yes. |
| 72 | tile93 | Yes. |
| 73 | costaric7 | Yes. |
| 74 | jefcous-62 | Yes. |
| 75 | hi_australia | Yes. |
| 76 | Banglinhshop | Yes. |
| 77 | i_lizard | Yes. |
| 78 | hey_shoppingtime | Yes. |
| 79 | pringcorflags | Yes. |
| 80 | starlinkone | Yes. |
| 81 | ctd-20 | Yes. |
| 82 | duvant0 | Yes. |
| 83 | lauannmcc-0 | Yes. |
| 84 | hehi_5420 | Yes. |
| 85 | lmmcuo-88 | Yes. |
| 86 | pwkenter-0 | Yes. |
| 87 | akimn_58 | Yes. |

| # | Name | |
|---|---|---|
| 88 | nhanhgigigi | Yes. |
| 89 | luckycustomgift | Yes. |
| 90 | christianeg-0 | Yes. |
| 91 | clarmat-3 | Yes. |
| 92 | vali-store2 | Yes. |
| 93 | singg_37 | Yes. |
| 94 | donaalmod-90 | Yes. |
| 95 | jamescjos-0 | Yes. |
| 96 | vuhan_41 | Yes. |
| 97 | LLCPECK | Yes. |
| 98 | COLXOCraftStore | Yes. |
| 99 | EcomX | Yes. |
| 100 | MarionHartweinStudio | Yes. |
| 101 | DanielGiftsStudio | Yes. |
| 102 | FlorianBohnhofShop | Yes. |
| 103 | LauraFarmBrand | Yes. |
| 104 | GildedOrchidDesigns | Yes. |
| 105 | ShiningGiftDesign | Yes. |
| 106 | BlingPainting | Yes. |
| 107 | 3d-checkout, MERCHIZE LIMITED | Yes. |
| 108 | ATMTEE LTD | Yes. |
| 109 | AZBETTERSHOP | Yes. |
| 110 | BLACKMON SPORT PTE, LTD | Yes. |
| 111 | Bright & Roomy | Yes. |
| 112 | MERCHIZE LIMITED | Yes. |
| 113 | Crushprints | Yes. |
| 114 | Eviralstore | Yes. |
| 115 | Fandom Gift | Yes. |
| 116 | Glanra | Yes. |
| 117 | BeKingArt | Yes. |
| 118 | Kybershop | Yes. |
| 119 | Kybershop | Yes. |
| 120 | Little Gifts Thing | Yes. |
| 121 | Metal Pigeon | Yes. |
| 122 | Pamotee | Yes. |
| 123 | Robinplacefabrics | Yes. |
| 124 | Tagotee | Yes. |
| 125 | Tee4lives | Yes. |
| 126 | Teehall | Yes. |
| 127 | The Customee | Yes. |
| 128 | Tongassf | Yes. |
| 129 | Tongassf | Yes. |
| 130 | vipey | Yes. |
| 131 | vipey | Yes. |
| 132 | btratechs | Yes. |

| # | Name | |
|---|------|---|
| 133 | Cadadesigns | Yes. |
| 134 | Cadadesigns | Yes. |
| 135 | Faith Love Hope | Yes. |
| 136 | GIFNEST SHOP | Yes. |
| 137 | Hacezy | Yes. |
| 138 | kthuocxoang | Yes. |
| 139 | projetizu | Yes. |
| 140 | Syahru | Yes. |
| 141 | TVBUYNOW | Yes. |
| 142 | shijijiaxueyuan | Yes. |
| 143 | Surapal19-75 | Yes. |
| 144 | hadjagddqhjdgqshy | Yes. |
| 145 | chahuaxuecun | Yes. |
| 146 | xudaxiaoxuecun | Yes. |
| 147 | Serita Whittington | Yes. |
| 148 | estribillos | Yes. |
| 149 | tsubiz | Yes. |
| 150 | C6C66C6C | Yes. |
| 151 | zbcakdghcjkjckah | Yes. |
| 152 | bezmrqzeen | Yes. |
| 153 | kopwiwezki | Yes. |
| 154 | ahdjkDGHKDHDKA | Yes. |
| 155 | ahdaJGQDJDJHSGghqah | Yes. |
| 156 | Salvador Ortega66 | Yes. |
| 157 | Omega Allies | Yes. |
| 158 | gajdhdqkuwdjhdjq | Yes. |
| 159 | Dilgin | Yes. |
| 160 | Oropeza style | Yes. |
| 161 | The Big Market Sport | Yes. |
| 162 | howoti | Yes. |
| 163 | ajdkahwdkhwkjhakjdqj | Yes. |
| 164 | Accentex | Yes. |
| 165 | Donnaultimate | Yes. |
| 166 | cudevali | Yes. |
| 167 | Ovejitas | Yes. |
| 168 | decarbonater | Yes. |
| 169 | kabbfqylilxan | Yes. |
| 170 | KidsMart2 | Yes. |
| 171 | carny164sjea | Yes. |
| 172 | 4boliao | Yes. |
| 173 | huajingyuanxuecun | Yes. |
| 174 | JoAnne Hileman | Yes. |
| 175 | deskxtotson | Yes. |
| 176 | constmhycy | Yes. |
| 177 | Shop5039013 Store | Yes |

| # | Name | Answer |
|---|---|---|
| 178 | BedItems | Yes |
| 179 | Auoltior | Yes. |
| 180 | Guadalupe Moore | Yes. |
| 181 | Jaywood Advertising Store | Yes. |
| 182 | Xi Le textile Store | Yes. |
| 183 | SuTingYang | Yes |
| 184 | AHBVJK | Yes. |
| 185 | DaJieDa Online | Yes. |
| 186 | PING SUPER | Yes. |
| 187 | NiceCloud | Yes. |
| 188 | Constantine 231 | Yes* |
| 189 | FOA023 | Yes* |
| 190 | i_parrot | Yes* |
| 191 | peam_7139 | Yes* |
| 192 | gradenflagstore | Yes* |
| 193 | hotpyonline | Yes* |
| 194 | nh-2467 | Yes |
| 195 | lirday-0 | Yes |
| 196 | michfont4 | Yes* |
| 197 | audryja_9 | Yes |
| 198 | hotpytaste | Yes |
| 199 | rtdj5821 | Yes* |
| 200 | ng5079 | Yes |
| 201 | trn7569 | Yes* |
| 202 | HeikeKramerStudio | Yes |
| 203 | MatasAndHana | Yes |
| 204 | FrankSchroderShop | Yes |
| 205 | DeckTheWall | Yes* |
| 206 | Jona4GiftStore | Yes* |
| 207 | Alligatorblue | Yes* |
| 208 | RodgerDecor | Yes* |
| 209 | CustomCreations31326 | Yes. |
| 210 | BadMamaJamaJewelry | Yes* |
| 211 | FlorenceFlag | Yes* |
| 212 | TheEpicstyle | Yes. |
| 213 | nagotee | Yes. |
| 214 | Plangraphics | Yes. |
| 215 | ST2POD Store | Yes. |
| 216 | Teashirts3d.net | Yes. |
| 217 | Gobanus | Yes* |
| 218 | phankimtuf | Yes |
| 219 | prideearthdesign | Yes. |
| 220 | Vmovieme | Yes. |
| 221 | wefinexip | Yes. |
| 222 | Pinktty Girl Store | Yes* |

| | | |
|---|---|---|
| 223 | Ul MALL | Yes* |
| 224 | Chasidys | Yes* |
| 225 | binzzzzz | Yes* |
| 226 | Qaphsiel | Yes |
| 227 | Wiopo | Yes |
| 228 | Tamiel | Yes |
| 229 | Reaction Fashion | Yes |
| 230 | Lisa Colvin | Yes |
| 231 | zymolyte | Yes |
| 232 | bocovetock | Yes |
| 233 | keisermrlxgvy | Yes |
| 234 | Bacchanal | Yes |
| 235 | leirt | Yes |
| 236 | Tauro fine | Yes |
| 237 | Imseadds | Yes |
| 238 | smotoezupnrd | Yes. |
| 239 | zhangjingyao123 | Yes |
| 240 | zhangguanghong8563656 | Yes |
| 241 | Alan 5 | Yes |
| 242 | Lisa Perez | Yes |
| 243 | winezouwivr | Yes |
| 244 | chenping44 | Yes |
| 245 | jeuvouvtser | Yes |