## SCHEDULE A

| | Email source | Defendant |
|---|---|---|
| 1 | Alibaba | Yiwu Qianming Jewelry Co., Ltd. |
| 2 | AliExpress | Jaywood Advertising Store |
| 3 | AliExpress | Joey Su Store |
| 4 | AliExpress | Jaywood Advertising Store |
| 5 | AliExpress | Shop5039013 Store |
| 6 | AliExpress | Seabow Official-Flagship Store |
| 7 | AliExpress | Ronning Industry Store |
| 8 | AliExpress | Shop5363155 Store |
| 9 | AliExpress | Shop910368292 Store |
| 10 | AliExpress | Shop5589403 Store |
| 11 | AliExpress | Xi Le textile Store |
| 12 | AliExpress | toyofmine |
| 13 | AliExpress | RonningStar Factory Store |
| 14 | AliExpress | Shop911075021 Store |
| 15 | Amazon | UNIKIHOMUM |
| 16 | Amazon | ALEYXARECO |
| 17 | Amazon | Generic |
| 18 | Amazon | Giftastic |
| 19 | Amazon | TFDXIH |
| 20 | Amazon | Goewrao |
| 21 | Amazon | LSIWMSK |
| 22 | Amazon | Tugesha |
| 23 | Amazon | SuTingYang |
| 24 | Amazon | Noshye Store |
| 25 | Amazon | Auoltior |
| 26 | Amazon | CLYTTE |
| 27 | Amazon | BDHTYU |
| 28 | Amazon | AHBVJK |
| 29 | Amazon | LLLiang |
| 30 | Amazon | chengxun |
| 31 | Amazon | Awesome Shirt Gift MD21 |
| 32 | Amazon | Chan & Yoo |
| 33 | Amazon | WILDLAVIE Store |
| 34 | Amazon | Sandra E Becker |
| 35 | Amazon | ⭐⭐⭐⭐⭐Store |
| 36 | Amazon | Can Online Store |
| 37 | Amazon | SuperZhou |
| 38 | Amazon | Win Shine |
| 39 | Amazon | chaoteam |
| 40 | Amazon | superzhou |
| 41 | Amazon | Best Ting |
| 42 | Amazon | SADIE JEFFRIES |

| | | |
|---|---|---|
| 43 | Amazon | Min Online |
| 44 | Amazon | ZJ Online |
| 45 | Amazon | DaJieDa Online |
| 46 | Amazon | Snow Rui |
| 47 | Amazon | POXAIDON |
| 48 | Amazon | George Hovsepyan |
| 49 | Amazon | Rabinderkey |
| 50 | Amazon | WLQ-Shops |
| 51 | Amazon | WRS-Shops |
| 52 | Amazon | Jinan City Tianqiao District Chushi Clothing Store |
| 53 | Amazon | yuanqianbeimei |
| 54 | Amazon | Olga 1989 |
| 55 | Amazon | PING SUPER |
| 56 | Amazon | Gomez-Shop |
| 57 | Amazon | Noshye |
| 58 | Amazon | TRZ-Shops |
| 59 | Amazon | Rayhorn |
| 60 | Amazon | JXCAMSRDS |
| 61 | Amazon | JCF-Shops |
| 62 | Amazon | LLLiang |
| 63 | Amazon | Torodora |
| 64 | Amazon | Awesome Shirt Gift MD21 |
| 65 | Amazon | Harmonyoo |
| 66 | Amazon | Wildlavie |
| 67 | Amazon | LEONE HALEY |
| 68 | Amazon | YUNJEONG SEO |
| 69 | Amazon | Evgenii Kalashnikov Shop |
| 70 | Amazon | BedItems |
| 71 | Amazon | NiceCloud |
| 72 | Amazon | ZAIVOK LLC |
| 73 | Amazon | Dandidang |
| 74 | Amazon | GoodsHousehold |
| 75 | Amazon | BOBOTRY |
| 76 | Amazon | Giusepalma |
| 77 | Amazon | DVORSKILOP |
| 78 | Amazon | Hanzaless |
| 79 | Amazon | LeiriaSpoons |
| 80 | Amazon | LiYJSMGS |
| 81 | Amazon | Mazen-Shop |
| 82 | Amazon | TERUO YORDANI |
| 83 | Amazon | Kovtulen Shop |
| 84 | Amazon | tsuh'ty |
| 85 | Amazon | ElyseShirt"s |
| 86 | Amazon | Ajosalam |

| | | |
|---|---|---|
| 87 | Amazon | Special Offer Gift |
| 88 | Amazon | MazaikaStore |
| 89 | Amazon | Manvel Bazikyan |
| 90 | Amazon | Cherrytees |
| 91 | Amazon | Nurbekkyzy Shops |
| 92 | Amazon | Qiang Super |
| 93 | Amazon | Arat Store |
| 94 | Amazon | Nguyen Thi Nhan Store |
| 95 | Amazon | Papeshop |
| 96 | Amazon | Xiuqiang He |
| 97 | Amazon | Constantine 231 |
| 98 | Amazon | METALICK |
| 99 | Amazon | ZHR-STOP |
| 100 | Amazon | Samoilex Shop |
| 101 | Amazon | MINJI KIM SHOP |
| 102 | Amazon | 5 NORTH BREWING COMPANY LLC |
| 103 | Amazon | YXL-STOP |
| 104 | Amazon | WANG YIFEI |
| 105 | Amazon | ButaLeatherGoods |
| 106 | Amazon | Blingseven |
| 107 | Amazon | AKIKOSTORE |
| 108 | Amazon | FOA023 |
| 109 | Amazon | KPAS003 |
| 110 | Amazon | MotleyStore |
| 111 | Amazon | ledangkhoa130499 |
| 112 | eBay | khmy46 |
| 113 | eBay | alimitc341 |
| 114 | eBay | i_parrot |
| 115 | eBay | peam_7139 |
| 116 | eBay | gradenflagstore |
| 117 | eBay | costaric7 |
| 118 | eBay | jefcous-62 |
| 119 | eBay | hi_australia |
| 120 | eBay | hotpyonline |
| 121 | eBay | i_lizard |
| 122 | eBay | hey_shoppingtime |
| 123 | eBay | ctd-20 |
| 124 | eBay | lauannmcc-0 |
| 125 | eBay | hehi_5420 |
| 126 | eBay | pwkenter-0 |
| 127 | eBay | nh-2467 |
| 128 | eBay | akimn_58 |
| 129 | eBay | lirday-0 |

| | | |
|---|---|---|
| 130 | eBay | christianeg-0 |
| 131 | eBay | michfont4 |
| 132 | eBay | audryja_9 |
| 133 | eBay | hotpytaste |
| 134 | eBay | rtdj5821 |
| 135 | eBay | singg_37 |
| 136 | eBay | donaalmod-90 |
| 137 | eBay | ng5079 |
| 138 | eBay | trn7569 |
| 139 | eBay | jamescjos-0 |
| 140 | eBay | vuhan_41 |
| 141 | Etsy | PECK |
| 142 | Etsy | HeikeKramerStudio |
| 143 | Etsy | COLXOCraftStore |
| 144 | Etsy | EcomX |
| 145 | Etsy | MatasAndHana |
| 146 | Etsy | FrankSchroderShop |
| 147 | Etsy | MarionHartweinStudio |
| 148 | Etsy | DanielGiftsStudio |
| 149 | Etsy | FlorianBohnhofShop |
| 150 | Etsy | WernerCzaplaStudio |
| 151 | Etsy | DeckTheWall |
| 152 | Etsy | ChristianWalls |
| 153 | Etsy | Jona4GiftStore |
| 154 | Etsy | Alligatorblue |
| 155 | Etsy | RodgerDecor |
| 156 | Etsy | CustomCreations31326 |
| 157 | Etsy | GildedOrchidDesigns |
| 158 | Etsy | BadMamaJamaJewelry |
| 159 | Etsy | ShiningGiftDesign |
| 160 | Etsy | FlorenceFlag |
| 161 | Etsy | LLCPECK |
| 162 | Etsy | TheEpicstyle |
| 163 | Etsy | HeikeNowakStore |
| 164 | PayPal | 3d-checkout, MERCHIZE LIMITED |
| 165 | PayPal | 89 Customized |
| 166 | PayPal | AZBETTERSHOP |
| 167 | PayPal | BLACKMON SPORT PTE, LTD |
| 168 | PayPal | Bright & Roomy |
| 169 | PayPal | MERCHIZE LIMITED |
| 170 | PayPal | Crushprints |
| 171 | PayPal | Eviralstore |
| 172 | PayPal | Fandom Gift |
| 173 | PayPal | Glanra |
| 174 | PayPal | BeKingArt |

| | | |
|---|---|---|
| 175 | PayPal | Kybershop |
| 176 | PayPal | Little Gifts Thing |
| 177 | PayPal | Metal Pigeon |
| 178 | PayPal | nagotee |
| 179 | PayPal | Plangraphics |
| 180 | PayPal | Respect The Look |
| 181 | PayPal | Robinplacefabrics |
| 182 | PayPal | ST2POD Store |
| 183 | PayPal | Tagotee |
| 184 | PayPal | [Teashirts3d.net](Teashirts3d.net) |
| 185 | PayPal | Tee4lives |
| 186 | PayPal | Teehall |
| 187 | PayPal | The Customee |
| 188 | PayPal | Tongassf |
| 189 | PayPal | Wardrobetee |
| 190 | PayPal | btratechs |
| 191 | PayPal | Cadadesigns |
| 192 | PayPal | Theworshipproject |
| 193 | PayPal | Faith Love Hope |
| 194 | PayPal | Gobanus |
| 195 | PayPal | Hacezy |
| 196 | PayPal | kthuocxoang |
| 197 | PayPal | phankimtuf |
| 198 | PayPal | prideeearthdesign |
| 199 | PayPal | projetizu |
| 200 | PayPal | Syahru |
| 201 | PayPal | Vmovieme |
| 202 | PayPal | wefinexip |
| 203 | Wish | shijijiaxueyuan |
| 204 | Wish | Surapal19-75 |
| 205 | Wish | Chasidys |
| 206 | Wish | hadjagddqhjdgqshy |
| 207 | Wish | chahuaxuecun |
| 208 | Wish | xudaxiaoxuecun |
| 209 | Wish | Serita Whittington |
| 210 | Wish | estribillos |
| 211 | Wish | tsubiz |
| 212 | Wish | C6C66C6C |
| 213 | Wish | binzzzzz |
| 214 | Wish | zbcakdghcjkjckah |
| 215 | Wish | bezmrqzeen |
| 216 | Wish | kopwiwezki |
| 217 | Wish | ahdjkDGHKDHDKA |
| 218 | Wish | Qaphsiel |
| 219 | Wish | ahdaJGQDJDJHSGghqah |

| | | |
|---|---|---|
| 220 | Wish | Salvador Ortega66 |
| 221 | Wish | Omega Allies |
| 222 | Wish | gajdhdqkuwdjhdjq |
| 223 | Wish | Dilgin |
| 224 | Wish | Oropeza style |
| 225 | Wish | Wiopo |
| 226 | Wish | The Big Market Sport |
| 227 | Wish | howoti |
| 228 | Wish | Tamiel |
| 229 | Wish | Reaction Fashion |
| 230 | Wish | ajdkahwdkhwkjhakjdqj |
| 231 | Wish | Accentex |
| 232 | Wish | Donnaultimate |
| 233 | Wish | cudevali |
| 234 | Wish | Lisa Colvin |
| 235 | Wish | Ovejitas |
| 236 | Wish | decarbonater |
| 237 | Wish | kabbfqylilxan |
| 238 | Wish | zymolyte |
| 239 | Wish | Guadalupe Moore |
| 240 | Wish | KidsMart2 |
| 241 | Wish | bocovetock |
| 242 | Wish | keisermrlxgvy |
| 243 | Wish | Bacchanal |
| 244 | Wish | leirt |
| 245 | Wish | carny164sjea |
| 246 | Wish | Tauro fine |
| 247 | Wish | 4boliao |
| 248 | Wish | Imseadds |
| 249 | Wish | huajingyuanxuecun |
| 250 | Wish | JoAnne Hileman |
| 251 | Wish | smotoezupnrd |
| 252 | Wish | zhangjingyao123 |
| 253 | Wish | zhangguanghong8563656 |
| 254 | Wish | Alan 5 |
| 255 | Wish | Lisa Perez |
| 256 | Wish | winezouwivr |
| 257 | Wish | chenping44 |
| 258 | Wish | jeuvouvtser |
| 259 | Wish | deskxtotson |
| 260 | Wish | constmhycy |
| 261 | | |
| 262 | | |
| 263 | | |
| 264 | | |

265
266
267
268
269
270
271
272
273
274
275
276
277
278
279

| Seller/Merchant ID |
|---|
| kimingjewelry.en.alibaba.com |
| 910359428 |
| 912271082 |
| 910359428 |
| 5039013 |
| 518252 |
| 2657239 |
| 5363155 |
| 910368292 |
| 5589403 |
| 912027358 |
| 1938895 |
| 1414054 |
| 911075021 |
| B09D4T19ZD |
| B09FY26BR7 |
| B09J11C4DB |
| B099KHKVNY |
| B096NXQNZX |
| B08YNMZ5T2 |
| B08HH3B374 |
| B09KS27PST |
| B09GS7VD13 |
| B09H8LCZCD |
| B09DB5HSFS |
| B09J58X8QH |
| B09LGSMT55 |
| B09JYC2QKQ |
| B09312TH18 |
| B0998BDKDP |
| B095MZZQ3W |
| B09CDSB7FF |
| B08ZCCJ1DG |
| B09CCZPJHW |
| B099ZBS7NT |
| B097NXJJKB |
| B09D3KHCTX |
| B098TCV3VJ |
| B09F2Z9NQK |
| B09BJQ3SFQ |
| B09GV5MB3Z |
| B09KPLJ78C |

B09BM3B3VP
B097P1RBHK
B09CPZYHR1
B09CPGQ5F6
B09D4T19ZD
B09FY26BR7
B099KC1S71
B096NWDW9F
B093XTSHZP
B08HH3B374

B09K4BF28M
B096KHRCX2
B09981LZZZ
B09C28TYK3
B09H8LCZCD
B09DB5HSFS
B09J58X8QH
B09LGSMT55
B09JYC2QKQ
B09312TH18
B0998BDKDP
B095MZZQ3W
B09CDTL67M
B08ZCCJ1DG
B09KXM6TRV
B09GF8YXTT
B09G122KL4
B0963L4CMB
B09HRQG86B
B097C7XDVK
B097HGXTB1
B09J8VJJMC
B09LLZJ9W9
B09BLYMY4M
B09F6C5FF1
B09C28XTGQ
B09C2DRR26
B08RY7558F
B09CDWSRYQ
B09925N1VT
B09L72QLZF
B0923MDY92
B09CDY1R3C
B097QWGGBF

B09LQLS198
B09BM88NW6
B09FXBVWC7
B08KSTL2VG
B09JSW5JJ5
B09L7RJ2LH
B0991YCQ8D
B09C1G22J4
B097BV9BHX
B09GR5W57R
B09D7M5VDZ
B099DHHSN3
B096VCS6LH

B09J3RLBXM

B09HKGBZLB
B09L5PWHL8
B08NSF4B34

B09J13P62K
B09LRVZPHL
B09M3KH1KP
B09728M7K3
B0969SBCY9
B0963SMBKH
B095729YMM
B0969SBCY9
lukifostore
alimitc341
iparrot
peam_7139
acbghe
costaric7
jefcous-62
bestpricehere
lowpricecity888
ilizard
heyshoppingtime
convenient
lauannmcc-0
hehi_5420
aditino
dannhamgiftstore
akimn_58
lirday-0

christianeg-0
michfont4
audryja_9
directsaleshk
rtdj5821store
singg_37
donaalmod-90
blonggstore
fexhandmadestore
jamescjos-0
vuhan_41
PECK
HeikeKramerStudio
COLXOCraftStore
EcomX
MatasAndHana
FrankSchroderShop
MarionHartweinStudio
DanielGiftsStudio
FlorianBohnhofShop
WernerCzaplaStudio
DeckTheWall
ChristianWalls
Jona4GiftStore
Alligatorblue
RodgerDecor
CustomCreations31326
GildedOrchidDesigns
BadMamaJamaJewelry
ShiningGiftDesign
FlorenceFlag
LLCPECK
TheEpicsty
HeikeNowakStore
https://3d-checkout.com/
https://89customized.com/
https://azbettershop.com/
https://blackmonsport.com/
https://brightroomy.com/
https://cloudyteeshirt.com/
https://crushprints.com/
https://eviralstore.com/
https://fandomgift.com/
https://glanra.com/
https://kingartz.com/

https://kybershop.com/
https://littlegiftsthing.com/
https://metalpigeon.com/
https://nagotee.com/
https://plangraphics.com/
https://respectthelook.com/
https://robinplacefabrics.com/
https://st2pod.com/
https://tagotee.com/
https://tashirts.com/
https://tee4lives.com/
https://teehall.com/
https://thecustomee.com/
https://tongassf.com/
https://wardrobetee.com/
https://www.btratechs.com/
https://www.cadadesigns.com/
https://www.darkhorsedesigns.net/
https://www.faithlovehope.online/
https://www.gobanus.com/
https://www.hacezy.com/
https://www.kthuocxoang.com/
https://www.phankimtuf.com/
https://www.prideearthdesign.com/
https://www.projetizu.com/
https://www.syahrulu.com/
https://www.vmovieme.top/
https://www.wefinexip.com/
6087854a5ffced22570040d8
5f850ca77c1bc3ba8009b691
5f8eb3bb7e959b7370a166ce
6087aec033c1620b0192197d
608634f23b711c10c5274c6a
60865c5759dc64e000d7b160
6002a99ad3d83212410a4cc3
5f9ad2330e46e9dc7fc80388
5fc9b889b35b1830a1883f74
5e94f81729e7860fbf6fbf01
61270efe7fb5271d29592809
6087c61b40a4d11bc4b7ae44
5e995c24eece766932664132
5e9fe033c638fd0b85dc98ac
608793295ad2f535d55bca69
600bd15fbdd8d76aabb3d172
6087b5c0419d7e217fb42233

5f54581db980b239a708896b
600d75cb4f1a7df9b6da91db
6088f3e5223f5d71e654c220
5fbbd860474b5f31bc7c644d
5e5011d24e18b6ca18bccacd
5fdbe8a19514f1185657b724
60d79ba436dd49fd5984f2d6
5fbf1d6d947cd01cb40515c0
600b7a466116020d82bef2b4
5fdb818248d0e1072b23e50c
6087d797ee65ee240281aef4
5fec39a73badb77ddc1b5f88
5fd374ffb92384719cb2bd45
5fde266617ba95f7561f3a96
5f5364686fd8beac26e8f9de
60dbf4e33ff67ad9b9d089fa
5f8d9ee7db0534983359bdc4
5e9fc10a4b4ea8702b917e70
5f8dd00ceaac3569f0c84f3c
5f545f869f843f0219eaa3c0
5fd922ff686bfaf6f49be926
5fda7fd7cb13b47712a7dbad
5e9fe15b99b6f14fd9d375c8
5f8dd22aeaac35a329c85354
5fbb9c54474b5feb647c65b2
5e80a932e273cd49514917de
60d9ce7336dd492df384e670
60da5bc62fb7110c9426fc3c
5fbd40d920ba1e5310e0d048
608781c759ded62102ccee62
5f547415357093e6ee42b95e
5e9798744ec15b0450f4cb1c
5ffbe62e00d57e7b5b8142d5
5fec28f78f874e0054f91f87
60d497eb95458e2880054606
5f54723b5118ed457160abc8
5e996b5a5ca37f2541577d1d
5ffc0718fba0f2287b998933
5e995a66d1b1ae68b52b24b0
5e9fc03329e786159b5ae33e
5e9fc0c54d57a489d742cddb