**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **EXPEDITEE LLC,** | ) |
| | ) Case No. 21-6237 |
| **Plaintiff,** | ) |
| | ) Judge: ANDREA R. WOOD |
| vs. | ) |
| | ) |
| **THE ENTITIES listed on EXHIBIT 1,** | ) |
| | ) |
| **Defendants.** | ) |

**PROOF OF SERVICE**

The Plaintiff states that, pursuant to the Order, dated January 20, 2022 (Dkt. #55) (the "PI Order"), and in further support of the Plaintiff's Motion for Entry of a Permanent Injunction (Dkt. #26), the Plaintiff offers this Proof of Service on the Defendants listed on Schedule A to the proposed Preliminary Injunction Order (Dkt. #58-2) (the "Schedule A Defendants"), a copy of which was attached as Exhibit B to the Plaintiff's Supplement to the Motion to Convert the Temporary Restraining Order to Permanent Injunction.

The Plaintiff served each of the Defendants listed on Schedule A Defendants prior to the hearing with the following documents:

    a.    **Summons, Complaint, Temporary Restraining Order, Motion for Preliminary Injunction, and Proposed Order Granting the Preliminary Injunction:**

- eBay Defendants on January 10, 2022 (*see* Exhibit A);

- Wish.com Defendants on January 10, 2022 (*see* Exhibit B);

- Amazon Defendants on January 11, 2022 (*see* Exhibit C);

- Etsy Defendants on January 16, 2022 (*see* Exhibit D);

- PayPal Defendants on January 16, 2022 (*see* Exhibit E); and

- Alibaba Defendants on January 19, 2022 (*see* <u>Exhibit F</u>).[1]

b.     **Notice of the Hearing on the Motion to Enter the Preliminary Injunction**

All of the Defendants listed on Schedule A to the Proposed Order Granting the Preliminary Injunction were served with notice of the hearing on January 19, 2022, including the only attorney who had filed an appearance in the case at that time, as set forth on Exhibits A-F.

Portions of Exhibits A-F have been redacted to protect the privacy of the Defendants, most of whom link their personal email addresses to their ecommerce websites. Upon approval from the Court, an unredacted copy of Exhibits A-F will be filed with the Court under seal.

Respectfully submitted,

By: /s/ Patrick M. Jones

Patrick M. Jones (IL #6271256)
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

---

[1] The Alibaba Defendants were not served until January 19, 2022, because Alibaba did not provide the identifying information until January 19, 2022.

## CERTIFICACTE OF SERVICE

      I hereby certify that on January 27, 2022, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

                /s/ Patrick M. Jones