**Subject:** Expeditiee LLC v. Defendants listed on Ex. 1, Case No 21-6237 (ND Ill) Flagwix TM

**Date:** Monday, January 10, 2022 at 10:29:08 PM Central European Standard Time

**From:** Patrick Jones

**To:** Patrick Jones

**CC:**

**BCC:**



**Attachments:** PI package.pdf, Complaint and summons.pdf

EBAY Defendants: You have been served.

Contact me if you wish to negotiate a settlement.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

Th s ema  message and accompany ng data may conta n  nformat on that  s conf dent a  and subject to pr v  ege.  If you are not the  ntended rec p ent, you are not f ed that any use, d ssem nat on, d str but on or copy ng of th s message or data  s proh b ted.  If you have rece ved th s ema    n error, p ease not fy me  mmed ate y and de ete a   mater a  perta n ng to th s ema  .

**Subject:** eBay - Expeditee LLC v. Defendants listed on Ex. 1, Case No. 21-6237 (NDIll) Flagwix TM
**Date:** Wednesday, January 19, 2022 at 9:07:09 PM Central European Standard Time
**From:** Patrick Jones
**To:** Patrick Jones
**BCC:**



**Attachments:** Notice of hearing on PI.pdf

Please see the attached. Disregard if you have settled your claim with the Plaintiff.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

Th s ema  message and accompany ng data may conta n  nformat on that  s conf dent a  and subject to pr v  ege.  If you are
not the  ntended rec p ent, you are not f ed that any use, d ssem nat on, d str but on or copy ng of th s message or data  s
proh b ted.  If you have rece ved th s ema   n error, p ease not fy me  mmed ate y and de ete a   mater a  perta n ng to th s
ema  .

**Exhibit B - Wish.com**

| | |
|---|---|
| **Subject:** | Expeditiee LLC v. Defendants listed on Ex. 1, Case No 21-6237 (ND Ill) Flagwix TM |
| **Date:** | Monday, January 10, 2022 at 10:32:43 PM Central European Standard Time |
| **From:** | Patrick Jones |
| **To:** | Patrick Jones |
| **CC:** | 'Google Workspace Technical Support Test Sender' via Legal |
| **BCC:** | |



**Attachments:** PI package.pdf, Complaint and summons.pdf

Wish.com Defendants: You have been served.

Contact me if you wish to negotiate a settlement.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

Th s ema  message and accompany ng data may conta n nformat on that  s conf dent a  and subject to pr v ege.  If you are not the ntended rec p ent, you are not f ed that any use, d ssem nat on, d str but on or copy ng of th s message or data  s proh b ted.  If you have rece ved th s ema  n error, p ease not fy me  mmed ate y and de ete a  mater a  perta n ng to th s ema .

**Subject:** Wish - Expeditee LLC v. Defendants listed on Ex. 1, Case No. 21-6237( ND Ill) Flagwix TM
**Date:** Wednesday, January 19, 2022 at 2:40:46 PM Central European Standard Time
**From:** Patrick Jones
**To:** Patrick Jones
**BCC:**



**Attachments:** Notice of hearing on PI.pdf

Please see the attached. Disregard if you have settled your claim with the Plaintiff.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

Th s ema  message and accompany ng data may conta n  nformat on that  s conf dent a  and subject to pr v  ege.  If you are
not the  ntended rec p ent, you are not f ed that any use, d ssem nat on, d str but on or copy ng of th s message or data  s
proh b ted.  If you have rece ved th s ema   n error, p ease not fy me  mmed ate y and de ete a   mater a  perta n ng to th s
ema  .

**Exhibit C - Amazon**

| | |
|---|---|
| **Subject:** | AMZ - Expeditee LLC v. Defendants listed on Ex. 1., Case No. 21-6237 (ND Ill) Flagwix (TM) |
| **Date:** | Tuesday, January 11, 2022 at 6:16:22 PM Central European Standard Time |
| **From:** | Patrick Jones |
| **To:** | Patrick Jones |
| **CC:** | 'Google Workspace Technical Support Test Sender' via Legal |
| **BCC:** | |





**Attachments:** FLW Schedule A.pdf, Complaint and summons.pdf, PI package.pdf

Flagwix Defendants:

Attached please find a copy of the summons, Complaint, temporary restraining order and Schedule A to the proposed order granting the Preliminary Injunction, also attached.

Your Amazon account may have been locked by the Court as a result of the Plaintiff's lawsuit against you. Please contact me to resolve the issue, or file an appearance with the Court.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

Th s ema  message and accompany ng data may conta n  nformat on that  s conf dent a  and subject to pr v  ege.  If you are not the  ntended rec p ent, you are not f ed that any use, d ssem nat on, d str but on or copy ng of th s message or data  s proh b ted.  If you have rece ved th s ema   n error, p ease not fy me  mmed ate y and de ete a   mater a  perta n ng to th s ema  .

**Subject:** AMZ Expeditee LLC v. Defendants listed on Ex. 1, Case No. 21-6237 (ND Ill.) Flagwix TM
**Date:** Wednesday, January 19, 2022 at 2:22:22 PM Central European Standard Time
**From:** Patrick Jones
**To:** Patrick Jones
**BCC:**





**Attachments:** Notice of hearing on PI.pdf

Please see the attached notice. Disregard if you have settled your claim with the Plaintiff.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

Th s ema  message and accompany ng data may conta n  nformat on that  s conf dent a  and subject to pr v  ege.  If you are not the  ntended rec p ent, you are not f ed that any use, d ssem nat on, d str but on or copy ng of th s message or data  s proh b ted.  If you have rece ved th s ema   n error, p ease not fy me  mmed ate y and de ete a   mater a  perta n ng to th s ema .

**Exhibit D - Etsy**        Sunday, January 16, 2022 at 12:31:28 Central European Standard Time

| | |
|---|---|
| **Subject:** | Expeditiee LLC v. Defendants listed on Ex. 1, Case No 21-6237 (ND Ill) Flagwix TM |
| **Date:** | Monday, January 10, 2022 at 10:23:56 PM Central European Standard Time |
| **From:** | Patrick Jones |
| **To:** | Patrick Jones |
| **CC:** | 'Google Workspace Technical Support Test Sender' via Legal |
| **BCC:** | |



Attachments: PI package.pdf, Complaint and summons.pdf

You have been served. Contact me if you wish to negotiate a settlement.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

Th s ema  message and accompany ng data may conta n nformat on that s conf dent a  and subject to pr v ege.  If you are not the ntended rec p ent, you are not f ed that any use, d ssem nat on, d str but on or copy ng of th s message or data s proh b ted.  If you have rece ved th s ema  n error, p ease not fy me mmed ate y and de ete a  mater a  perta n ng to th s ema .

**Subject:** etsy - Expeditee LLC v. Defendants listed on Ex. 1, Case No. 21-623 (ND Ill) Flagwix TM
**Date:** Wednesday, January 19, 2022 at 2:36:02 PM Central European Standard Time
**From:** Patrick Jones
**To:** Patrick Jones
**BCC:**



**Attachments:** Notice of hearing on PI.pdf

Please see the attached. Disregard if you have settled your claim with the Plaintiff.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

Th s ema  message and accompany ng data may conta n  nformat on that  s conf dent a  and subject to pr v  ege.  If you are not the  ntended rec p ent, you are not f ed that any use, d ssem nat on, d str but on or copy ng of th s message or data  s proh b ted.  If you have rece ved th s ema   n error, p ease not fy me  mmed ate y and de ete a   mater a  perta n ng to th s ema .

**Exhibit E - PayPal**

Expeditee LLC v. Defendants listed on Ex. 1, Case No. 21-6237 (N.D. Ill.) FL...

To ████████████ ████████████ ████████████ ████████████ ████████████ ████████████ ████████████
████████████ ████████████ ████████████ ████████████ ████████████ ████████████ ████████████
████████████ ████████████ ████████████ ████████████ ████████████ ████████████ ████████████

Cc Bcc

Expeditee LLC v. Defendants listed on Ex. 1, Case No. 21-6237 (N.D. Ill.) FLAGWIX (TM)

Dear Sir or Madame:

You are receiving this notice because you have been named as a Defendant in Expeditee LLC v. Defendants listed on Exhibit 1, Case No. 21-6237 pending in the Northern District of Illinois.

The Defendants operating the Defendant Internet Stores listed in Ex.1 to the Complaint are hereby advised:

Plaintiff has charged Defendants with violations of United States federal and state laws prohibiting trademark/copyright infringement and counterfeiting. Attached are copies of the Complaint, Ex. 1, the summons and the Preliminary Injunction, which may have resulted in the freezing of your ecommerce account.

Any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days after service of this summons upon you. If no appearance or pleading is filed, the Court may render a judgment against you.

**If you do not wish to litigate this matter in court, we can still offer you a settlement and, if agreed to, we will notify your ecommerce service provider to unlock your account back, and we will then dismiss you as a defendant in the case.**

**If you are interested in settlement, please contact us through U.S. legal counsel.**

**Please note: Please use the Reply all for keep this chain moving forward**

Sincerely,

Attorneys for Plaintiff

--
Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603

Serif

GMass

Wednesday, January 26, 2022 at 18:24:06 Central European Standard Time

**Subject:** Service on PayPal defendants
**Date:** Monday, January 10, 2022 at 10:42:30 PM Central European Standard Time
**From:** Patrick M. Jones
**To:** 'Google Workspace Technical Support Test Sender' via Legal
**Attachments:** FLW PayPal Acct Identifiers.xlsx

Team Expeditee:

Could you serve the PayPal defendants? We served AMZ,eBay, etsy, and wish.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

Th s ema  message and accompany ng data may conta n  nformat on that  s conf dent a  and subject to pr v  ege.  If you are not the  ntended rec p ent, you are not f ed that any use, d ssem nat on, d str but on or copy ng of th s message or data  s proh b ted.  If you have rece ved th s ema   n error, p ease not fy me  mmed ate y and de ete a   mater a  perta n ng to th s ema  .

**Subject:** Expeditee LLC v. Defendants listed on Ex. 1, Case No. 21-6237 (ND Ill) Flagwix TM
**Date:** Wednesday, January 19, 2022 at 1:52:44 PM Central European Standard Time
**From:** Patrick Jones
**To:** Patrick Jones
**BCC:**



**Attachments:** Notice of hearing on PI.pdf

PayPal Defendants:

Please see the attached Notice of Hearing.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

Th s ema  message and accompany ng data may conta n  nformat on that  s conf dent a  and subject to pr v ege.  If you are
not the  ntended rec p ent, you are not f ed that any use, d ssem nat on, d str but on or copy ng of th s message or data  s
proh b ted.  If you have rece ved th s ema   n error, p ease not fy me  mmed ate y and de ete a   mater a  perta n ng to th s
ema .

**Exhibit G - Alibaba**    Wednesday, January 26, 2022 at 18:57:49 Central European Standard Time

| | |
|---|---|
| **Subject:** | Alibaba defendants - Expeditee v. Defendant listed on Ex. 1, Case No. 21-6237 (ND Ill) Flagwix TM |
| **Date:** | Wednesday, January 19, 2022 at 4:02:26 PM Central European Standard Time |
| **From:** | Patrick Jones |
| **To:** | Patrick Jones |
| **CC:** | Legal |
| **BCC:** | |



**Attachments:** Prelimiary inj.pdf, Complaint and summons.pdf, 47 - Notice of motion on PI.pdf

Please see the attached documents. Contact me if you would like to discuss possible settlement.

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

Th s ema  message and accompany ng data may conta n  nformat on that  s conf dent a  and subject to pr v  ege.  If you are not the  ntended rec p ent, you are not f ed that any use, d ssem nat on, d str but on or copy ng of th s message or data  s proh b ted.  If you have rece ved th s ema   n error, p ease not fy me  mmed ate y and de ete a   mater a  perta n ng to th s ema .

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **EXPEDITEE LLC,** ) | |
| ) | **Case No. 21-6237** |
| **Plaintiff,** ) | |
| ) | **Hon. Andrea R. Wood** |
| **vs.** ) | |
| ) | |
| **THE ENTITIES listed on EXHIBIT 1,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

The Plaintiff Expeditee LLC will present its Motion for Preliminary Injunction, a copy of

which has been served on you, to Judge Andrea R. Wood via telephonic hearing on January 20,

2022 at 2:00 p.m. CST. Should you wish to participate, contact the Court or the Plaintiff for dial-

in information. Your rights may be affected.

Dated January 19, 2022                           Respectfully submitted,


                                        By:      /s/ Patrick M. Jones
                                                 Patrick M. Jones
                                                 Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
John A. Wiberg
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: jw@pmjpllc.com
Email: sb@pmjpllc.com


**CERTIFICATE OF SERVICE**

I certify that on January 19, 2022, a copy of the foregoing motion was served on the parties

listed on Schedule A to the Proposed Preliminary Judgment Order and on following party who has filed an appearance in this case by ECF and electronic mail:

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for RJITSCT LLC d/b/a Respect The Look

/s/ Patrick M. Jones

**SCHEDULE A**

| | Email source | Defendant | Seller/Merchant ID |
|---|---|---|---|
| 1 | Alibaba* | Yiwu Qianming Jewelry Co., Ltd. | kimingjewelry.en.alibaba.com |
| 2 | AliExpress | Jaywood Advertising Store | 910359428 |
| 3 | AliExpress | Joey Su Store | 912271082 |
| 4 | AliExpress | Jaywood Advertising Store | 910359428 |
| 5 | AliExpress | Shop5039013 Store | 5039013 |
| 6 | AliExpress | Seabow Official-Flagship Store | 518252 |
| 7 | AliExpress | Ronning Industry Store | 2657239 |
| 8 | AliExpress | Shop5363155 Store | 5363155 |
| 9 | AliExpress | Shop910368292 Store | 910368292 |
| 10 | AliExpress | Shop5589403 Store | 5589403 |
| 11 | AliExpress | Xi Le textile Store | 912027358 |
| 12 | AliExpress | toyofmine | 1938895 |
| 13 | AliExpress | RonningStar Factory Store | 1414054 |
| 14 | AliExpress | Shop911075021 Store | 911075021 |
| 15 | Amazon | UNIKIHOMUM | B09D4T19ZD |
| 16 | Amazon | ALEYXARECO | B09FY26BR7 |
| 17 | Amazon | Generic | B09J11C4DB |
| 18 | Amazon | Giftastic | B099KHKVNY |
| 19 | Amazon | TFDXIH | B096NXQNZX |
| 20 | Amazon | Goewrao | B08YNMZ5T2 |
| 21 | Amazon | LSIWMSK | B08HH3B374 |
| 22 | Amazon | Tugesha | B09KS27PST |
| 23 | Amazon | SuTingYang | B09GS7VD13 |
| 24 | Amazon | Noshye Store | B09H8LCZCD |
| 25 | Amazon | Auoltior | B09DB5HSFS |
| 26 | Amazon | CLYTTE | B09J58X8QH |
| 27 | Amazon | BDHTYU | B09LGSMT55 |
| 28 | Amazon | AHBVJK | B09JYC2QKQ |
| 29 | Amazon | LLLiang | B09312TH18 |
| 30 | Amazon | chengxun | B0998BDKDP |
| 31 | Amazon | Awesome Shirt Gift MD21 | B095MZZQ3W |
| 32 | Amazon | Chan & Yoo | B09CDSB7FF |
| 33 | Amazon | WILDLAVIE Store | B08ZCCJ1DG |
| 34 | Amazon | Sandra E Becker | B09CCZPJHW |
| 35 | Amazon | ⭐⭐⭐⭐⭐Store | B099ZBS7NT |
| 36 | Amazon | Can Online Store | B097NXJJKB |
| 37 | Amazon | SuperZhou | B09D3KHCTX |
| 38 | Amazon | Win Shine | B098TCV3VJ |
| 39 | Amazon | chaoteam | B09F2Z9NQK |
| 40 | Amazon | superzhou | B09BJQ3SFQ |
| 41 | Amazon | Best Ting | B09GV5MB3Z |
| 42 | Amazon | SADIE JEFFRIES | B09KPLJ78C |

| 43 | Amazon | Min Online | B09BM3B3VP |
|----|--------|------------|------------|
| 44 | Amazon | ZJ Online | B097P1RBHK |
| 45 | Amazon | DaJieDa Online | B09CPZYHR1 |
| 46 | Amazon | Snow Rui | B09CPGQ5F6 |
| 47 | Amazon | POXAIDON | B09D4T19ZD |
| 48 | Amazon | George Hovsepyan | B09FY26BR7 |
| 49 | Amazon | Rabinderkey | B099KC1S71 |
| 50 | Amazon | WLQ-Shops | B096NWDW9F |
| 51 | Amazon | WRS-Shops | B093XTSHZP |
| 52 | Amazon | Jinan City Tianqiao District Chushi Clothing Store | B08HH3B374 |
| 53 | Amazon | yuanqianbeimei | B09K4BF28M |
| 54 | Amazon | Olga 1989 | B096KHRCX2 |
| 55 | Amazon | PING SUPER | B09981LZZZ |
| 56 | Amazon | Gomez-Shop | B09C28TYK3 |
| 57 | Amazon | Noshye | B09H8LCZCD |
| 58 | Amazon | TRZ-Shops | B09DB5HSFS |
| 59 | Amazon | Rayhorn | B09J58X8QH |
| 60 | Amazon | JXCAMSRDS | B09LGSMT55 |
| 61 | Amazon | JCF-Shops | B09JYC2QKQ |
| 62 | Amazon | LLLiang | B09312TH18 |
| 63 | Amazon | Torodora | B0998BDKDP |
| 64 | Amazon | Awesome Shirt Gift MD21 | B095MZZQ3W |
| 65 | Amazon | Harmonyoo | B09CDTL67M |
| 66 | Amazon | Wildlavie | B08ZCCJ1DG |
| 67 | Amazon | LEONE HALEY | B09KXM6TRV |
| 68 | Amazon | YUNJEONG SEO | B09GF8YXTT |
| 69 | Amazon | Evgenii Kalashnikov Shop | B09G122KL4 |
| 70 | Amazon | CenturyTee | B099SD88L2 |
| 71 | Amazon | BedItems | B0963L4CMB |
| 72 | Amazon | NiceCloud | B09HRQG86B |
| 73 | Amazon | ZAIVOK LLC | B097C7XDVK |
| 74 | Amazon | Dandidang | B097HGXTB1 |
| 75 | Amazon | GoodsHousehold | B09J8VJJMC |
| 76 | Amazon | BOBOTRY | B09LLZJ9W9 |
| 77 | Amazon | Giusepalma | B09BLYMY4M |
| 78 | Amazon | DVORSKILOP | B09F6C5FF1 |
| 79 | Amazon | Hanzaless | B09C28XTGQ |
| 80 | Amazon | LeiriaSpoons | B09C2DRR26 |
| 81 | Amazon | LiYJSMGS | B08RY7558F |
| 82 | Amazon | Mazen-Shop | B09CDWSRYQ |
| 83 | Amazon | TERUO YORDANI | B09925N1VT |
| 84 | Amazon | Kovtulen Shop | B09L72QLZF |
| 85 | Amazon | tsuh'ty | B0923MDY92 |

| | | | |
|---|---|---|---|
| 86 | Amazon | ElyseShirt"s | B09CDY1R3C |
| 87 | Amazon | Ajosalam | B097QWGGBR |
| 88 | Amazon | Special Offer Gift | B09LQLS198 |
| 89 | Amazon | MazaikaStore | B09BM88NW6 |
| 90 | Amazon | Manvel Bazikyan | B09FXBVWC7 |
| 91 | Amazon | Cherrytees | B08KSTL2VG |
| 92 | Amazon | Nurbekkyzy Shops | B09JSW5JJ5 |
| 93 | Amazon | Qiang Super | B09L7RJ2LH |
| 94 | Amazon | Arat Store | B0991YCQ8D |
| 95 | Amazon | Nguyen Thi Nhan Store | B09C1G22J4 |
| 96 | Amazon | Papeshop | B097BV9BHX |
| 97 | Amazon | Xiuqiang He | B09GR5W57R |
| 98 | Amazon | Constantine 231 | B09D7M5VDZ |
| 99 | Amazon | METALICK | B099DHHSN3 |
| 100 | Amazon | | B096VCS6LH |
| 101 | Amazon | ZHR-STOP Samoilex Shop | B09J3RLBXM |
| 102 | Amazon | MINJI KIM SHOP | B09HKGBZLB |
| 103 | Amazon | 5 NORTH BREWING COMPANY LLC | B09L5PWHL8 |
| 104 | Amazon | YXL-STOP | B08NSF4B34 |
| 105 | Amazon | WANG YIFEI | B09J13P62K |
| 106 | Amazon | ButaLeatherGoods | B09LRVZPHL |
| 107 | Amazon | Blingseven | B09M3KH1KP |
| 108 | Amazon | AKIKOSTORE | B09728M7K3 |
| 109 | Amazon | FOA023 | B0969SBCY9 |
| 110 | Amazon | KPAS003 | B0963SMBKH |
| 111 | Amazon | MotleyStore | B095729YMM |
| 112 | Amazon | ledangkhoa130499 | B0969SBCY9 |
| 113 | eBay | khmy46 | lukifostore |
| 114 | eBay | theresa.noreen7286 | theresanoreen |
| 115 | eBay | alimitc341 | alimitc341 |
| 116 | eBay | i_parrot | iparrot |
| 117 | eBay | peam_7139 | peam_7139 |
| 118 | eBay | tile93 | miamiashop |
| 119 | eBay | gradenflagstore | acbghe |
| 120 | eBay | costaric7 | costaric7 |
| 121 | eBay | jefcous-62 | jefcous-62 |
| 122 | eBay | hi_australia | bestpricehere |
| 123 | eBay | Banglinhshop | banglinhshop |
| 124 | eBay | hotpyonline | lowpricecity888 |
| 125 | eBay | i_lizard | ilizard |
| 126 | eBay | hey_shoppingtime | heyshoppingtime |
| 127 | eBay | pringcorflags | pringcorflagco |
| 128 | eBay | starlinkone | vzwoutlet |

| | | | |
|---|---|---|---|
| 129 | eBay | ctd-20 | convenient |
| 130 | eBay | duvant0 | luyueclothing |
| 131 | eBay | lauannmcc-0 | lauannmcc-0 |
| 132 | eBay | hehi_5420 | hehi_5420 |
| 133 | eBay | lmmcuo-88 | tdamintop |
| 134 | eBay | pwkenter-0 | aditino |
| 135 | eBay | nh-2467 | dannhamgiftstore |
| 136 | eBay | akimn_58 | akimn_58 |
| 137 | eBay | lirday-0 | lirday-0 |
| 138 | eBay | nhanhgigigi | magicdesignr |
| 139 | eBay | luckycustomgift | qsstore |
| 140 | eBay | christianeg-0 | christianeg-0 |
| 141 | eBay | clarmat-3 | clamatstore |
| 142 | eBay | michfont4 | michfont4 |
| 143 | eBay | audryja_9 | audryja_9 |
| 144 | eBay | hotpytaste | directsaleshk |
| 145 | eBay | rtdj5821 | rtdj5821store |
| 146 | eBay | vali-store2 | valistore2 |
| 147 | eBay | singg_37 | singg_37 |
| 148 | eBay | donaalmod-90 | donaalmod-90 |
| 149 | eBay | ng5079 | blonggstore |
| 150 | eBay | tm7569 | fexhandmadestore |
| 151 | eBay | jamescjos-0 | jamescjos-0 |
| 152 | eBay | vuhan_41 | vuhan_41 |
| 153 | Etsy | PECK | PECK |
| 154 | Etsy | HeikeKramerStudio | HeikeKramerStudio |
| 155 | Etsy | COLXOCraftStore | COLXOCraftStore |
| 156 | Etsy | EcomX | EcomX |
| 157 | Etsy | MatasAndHana | MatasAndHana |
| 158 | Etsy | FrankSchroderShop | FrankSchroderShop |
| 159 | Etsy | MarionHartweinStudio | MarionHartweinStudio |
| 160 | Etsy | DanielGiftsStudio | DanielGiftsStudio |
| 161 | Etsy | FlorianBohnhofShop | FlorianBohnhofShop |
| 162 | Etsy | WernerCzaplaStudio | WernerCzaplaStudio |
| 163 | Etsy | DeckTheWall | DeckTheWall |
| 164 | Etsy | ChristianWalls | ChristianWalls |
| 165 | Etsy | Jona4GiftStore | Jona4GiftStore |
| 166 | Etsy | Alligatorblue | Alligatorblue |
| 167 | Etsy | LauraFarmBrand | LauraFarmBrand |
| 168 | Etsy | RodgerDecor | RodgerDecor |
| 169 | Etsy | CustomCreations31326 | CustomCreations31326 |
| 170 | Etsy | GildedOrchidDesigns | GildedOrchidDesigns |
| 171 | Etsy | BadMamaJamaJewelry | BadMamaJamaJewelry |
| 172 | Etsy | ShiningGiftDesign | ShiningGiftDesign |
| 173 | Etsy | FlorenceFlag | FlorenceFlag |

| | | | |
|---|---|---|---|
| 174 | Etsy | LLCPECK | LLCPECK |
| 175 | Etsy | BlingPainting | BlingPainting |
| 176 | Etsy | TheEpicstyle | TheEpicsty |
| 177 | Etsy | HeikeNowakStore | HeikeNowakStore |
| 178 | PayPal | 3d-checkout, MERCHIZE LIMITED | https://3d-checkout.com/ |
| 179 | PayPal | 89 Customized | https://89customized.com/ |
| 180 | PayPal | ATMTEE LTD | https://atmtee.com/ |
| 181 | PayPal | AZBETTERSHOP | https://azbettershop.com/ |
| 182 | PayPal | BLACKMON SPORT PTE, LTD | https://blackmonsport.com/ |
| 183 | PayPal | Bright & Roomy | https://brightroomy.com/ |
| 184 | PayPal | MERCHIZE LIMITED | https://cloudyteeshirt.com/ |
| 185 | PayPal | Crushprints | https://crushprints.com/ |
| 186 | PayPal | Eviralstore | https://eviralstore.com/ |
| 187 | PayPal | Fandom Gift | https://fandomgift.com/ |
| 188 | PayPal | Glanra | https://glanra.com/ |
| 189 | PayPal | BeKingArt | https://kingartz.com/ |
| 190 | PayPal | Kybershop | https://kybershop.com/ |
| 191 | PayPal | Little Gifts Thing | https://littlegiftsthing.com/ |
| 192 | PayPal | Metal Pigeon | https://metalpigeon.com/ |
| 193 | PayPal | nagotee | https://nagotee.com/ |
| 194 | PayPal | Pamotee | https://pamotee.com/ |
| 195 | PayPal | Plangraphics | https://plangraphics.com/ |
| 196 | PayPal | Respect The Look | https://respectthelook.com/ |
| 197 | PayPal | Robinplacefabrics | https://robinplacefabrics.com/ |
| 198 | PayPal | ST2POD Store | https://st2pod.com/ |
| 199 | PayPal | Tagotee | https://tagotee.com/ |
| 200 | PayPal | Teashirts3d.net | https://tashirts.com/ |
| 201 | PayPal | Tee4lives | https://tee4lives.com/ |
| 202 | PayPal | Teehall | https://teehall.com/ |
| 203 | PayPal | The Customee | https://thecustomee.com/ |
| 204 | PayPal | Tongassf | https://tongassf.com/ |
| 205 | PayPal | vipey | https://vibepy.com/ |
| 206 | PayPal | Wardrobetee | https://wardrobetee.com/ |
| 207 | PayPal | btratechs | https://www.btratechs.com/ |
| 208 | PayPal | Cadadesigns | https://www.cadadesigns.com/ |
| 209 | PayPal | Theworshipproject | https://www.darkhorsedesigns.net/ |
| 210 | PayPal | Faith Love Hope | https://www.faithlovehope.online/ |
| 211 | PayPal | GIFNEST SHOP | https://www.gifnestshop.com/ |
| 212 | PayPal | Gobanus | https://www.gobanus.com/ |
| 213 | PayPal | Hacezy | https://www.hacezy.com/ |
| 214 | PayPal | kthuocxoang | https://www.kthuocxoang.com/ |
| 215 | PayPal | phankimtuf | https://www.phankimtuf.com/ |

| 216 | PayPal | prideearthdesign | https://www.prideearthdesign.com/ |
| 217 | PayPal | projetizu | https://www.projetizu.com/ |
| 218 | PayPal | Syahru | https://www.syahrulu.com/ |
| 219 | PayPal | TVBUYNOW | https://www.tvbuynow.com/ |
| 220 | PayPal | Vmovieme | https://www.vmovieme.top/ |
| 221 | PayPal | wefinexip | https://www.wefinexip.com/ |
| 222 | Lazada | Pinktty Girl Store | pinktty-girl-store |
| 223 | Lazada | UI MALL | ui-mall |
| 224 | Wish | shijijiaxueyuan | 6087854a5ffced22570040d8 |
| 225 | Wish | Surapal19-75 | 5f850ca77c1bc3ba8009b691 |
| 226 | Wish | Chasidys | 5f8eb3bb7e959b7370a166ce |
| 227 | Wish | hadjagddqhjdgqshy | 6087aec033c1620b0192197d |
| 228 | Wish | chahuaxuecun | 608634f23b711c10c5274c6a |
| 229 | Wish | xudaxiaoxuecun | 60865c5759dc64e000d7b160 |
| 230 | Wish | Serita Whittington | 6002a99ad3d83212410a4cc3 |
| 231 | Wish | estribillos | 5f9ad2330e46e9dc7fc80388 |
| 232 | Wish | tsubiz | 5fc9b889b35b1830a1883f74 |
| 233 | Wish | C6C66C6C | 5e94f81729e7860fbf6fbf01 |
| 234 | Wish | binzzzzz | 61270efe7fb5271d29592809 |
| 235 | Wish | zbcakdghcjkjckah | 6087c61b40a4d11bc4b7ae44 |
| 236 | Wish | bezmrqzeen | 5e995c24eece766932664132 |
| 237 | Wish | kopwiwezki | 5e9fe033c638fd0b85dc98ac |
| 238 | Wish | ahdjkDGHKDHDKA | 608793295ad2f535d55bca69 |
| 239 | Wish | Qaphsiel | 600bd15fbdd8d76aabb3d172 |
| 240 | Wish | ahdaJGQDJDJHSGghqah | 6087b5c0419d7e217fb42233 |
| 241 | Wish | Salvador Ortega66 | 5f54581db980b239a708896b |
| 242 | Wish | Omega Allies | 600d75cb4f1a7df9b6da91db |
| 243 | Wish | gajdhdqkuwdjhdjq | 6088f3e5223f5d71e654c220 |
| 244 | Wish | Dilgin | 5fbbd860474b5f31bc7c644d |
| 245 | Wish | Oropeza style | 5e5011d24e18b6ca18bccacd |
| 246 | Wish | Wiopo | 5fdbe8a19514f1185657b724 |
| 247 | Wish | The Big Market Sport | 60d79ba436dd49fd5984f2d6 |
| 248 | Wish | howoti | 5fbf1d6d947cd01cb40515c0 |
| 249 | Wish | Tamiel | 600b7a466116020d82bef2b4 |
| 250 | Wish | Reaction Fashion | 5fdb818248d0e1072b23e50c |

| 251 | Wish | ajdkahwdkhwkjhakjdqj | 6087d797ee65ee240281aef4 |
| 252 | Wish | Accentex | 5fec39a73badb77ddc1b5f88 |
| 253 | Wish | Donnaultimate | 5fd374ffb92384719cb2bd45 |
| 254 | Wish | cudevali | 5fde266617ba95f7561f3a96 |
| 255 | Wish | Lisa Colvin | 5f5364686fd8beac26e8f9de |
| 256 | Wish | Ovejitas | 60dbf4e33ff67ad9b9d089fa |
| 257 | Wish | decarbonater | 5f8d9ee7db0534983359bdc4 |
| 258 | Wish | kabbfqylilxan | 5e9fc10a4b4ea8702b917e70 |
| 259 | Wish | zymolyte | 5f8dd00ceaac3569f0c84f3c |
| 260 | Wish | Guadalupe Moore | 5f545f869f843f0219eaa3c0 |
| 261 | Wish | KidsMart2 | 5fd922ff686bfaf6f49be926 |
| 262 | Wish | bocovetock | 5fda7fd7cb13b47712a7dbad |
| 263 | Wish | keisermrlxgvy | 5e9fe15b99b6f14fd9d375c8 |
| 264 | Wish | Bacchanal | 5f8dd22aeaac35a329c85354 |
| 265 | Wish | leirt | 5fbb9c54474b5feb647c65b2 |
| 266 | Wish | carny164sjea | 5e80a932e273cd49514917de |
| 267 | Wish | Tauro fine | 60d9ce7336dd492df384e670 |
| 268 | Wish | 4boliao | 60da5bc62fb7110c9426fc3c |
| 269 | Wish | lmseadds | 5fbd40d920ba1e5310e0d048 |
| 270 | Wish | huajingyuanxuecun | 608781c759ded62102ccee62 |
| 271 | Wish | JoAnne Hileman | 5f547415357093e6ee42b95e |
| 272 | Wish | smotoezupnrd | 5e9798744ec15b0450f4cb1c |
| 273 | Wish | zhangjingyao123 | 5ffbe62e00d57e7b5b8142d5 |
| 274 | Wish | zhangguanghong8563656 | 5fec28f78f874e0054f91f87 |
| 275 | Wish | Alan 5 | 60d497eb95458e2880054606 |
| 276 | Wish | Lisa Perez | 5f54723b5118ed457160abc8 |
| 277 | Wish | winezouwivr | 5e996b5a5ca37f2541577d1d |
| 278 | Wish | chenping44 | 5ffc0718fba0f2287b998933 |
| 279 | Wish | jeuvouvtser | 5e995a66d1b1ae68b52b24b0 |
| 280 | Wish | deskxtotson | 5e9fc03329e786159b5ae33e |
| 281 | Wish | constmhycy | 5e9fc0c54d57a489d742cddb |

*Alibaba has not responded to the Plaintiff's request. All other defendants have been served.