IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE LLC, | ) |
|     Plaintiff, | ) Case No. 21-6237 |
| vs. | ) Judge: Honorable Andrea R. Wood |
| THE ENTITIES listed on EXHIBIT 1, | ) |
|     Defendants. | ) |

**SUPPLEMENT TO PLAINTIFF'S MOTION FOR
ENTRY OF A PRELIMINARY INJUNCITON**

Plaintiff Expeditee LLC, by and through its undersigned counsel, submits this supplement to the Plaintiff's Request for Entry of a Preliminary Injunction (Dkt. #26), pursuant to the minute order entered by the Court on January 20, 2022 (Dkt. #55), which required in relevant part that on or before February 3, 2022, the "Plaintiff shall file a supplement setting forth (1) an accounting of the total assets frozen pursuant to the Temporary Restraining Order and (2) a separate accounting of the assets frozen for the Defendants that used the actual FLAGWI[X] trademark."

Based on the information provided to the Plaintiff by the ecommerce platforms, *e.g.*, Amazon, eBay, PayPal, etc., the total assets frozen pursuant to the Temporary Restraining Order entered in this case is $883,261.61. That accounting includes one Defendant that had a balance of $623,083.55. That account was not frozen pursuant to the Temporary Restraining Order entered in this case, but was frozen pursuant to a Temporary Restraining Order entered in a previous case. If that one Defendant is excluded, then the "total assets frozen pursuant to the Temporary Restraining Order entered in this case" is **$260,178.07**. Additionally, Alibaba (one defendant) and AliExpress (13 defendants) did not provide balances in response to the Plaintiff's requests.

Also based on the information provided to the Plaintiff by the ecommerce platforms, the

total assets frozen for the Defendants that used the actual FLAGWIX trademark is **$216,141.22**.

Dated February 3, 2022  Respectfully submitted,

By:   <u>/s/ Patrick M. Jones</u>
     Patrick M. Jones
     Counsel for the Plaintiff

Patrick M. Jones (#6271256)
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

**CERTIFICATE OF SERVICE**

 I certify that on February 3, 2022, I caused to be served copies of the following documents in the Defendants listed on Schedule 1 to Complaint via the email addresses provided by the ecommerce platforms, *e.g.*, PayPal, etsy, eBay, Wish, etc.:

Supplement to the Motion to Convert Temporary Restraining Order to Permanent Injunction, with exhibits (Dkt #58); and the foregoing

Supplement to the Plaintiff's Motion for Entry of a Preliminary Injunction.

                /s/ Patrick M. Jones