# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE LLC, | ) |
| | ) Case No. 21-6237 |
| Plaintiff, | ) |
| | ) Judge: Honorable Andrea R. Wood |
| vs. | ) |
| | ) |
| THE ENTITIES listed on EXHIBIT 1, | ) |
| | ) |
| Defendants. | ) |

## AGREED MOTION TO EXTEND DEADLINES

Plaintiff Expeditee LLC (the "Plaintiff") and Defendant RJITSCT LLC (d/b/a "Respect The Look", the "Defendant" or "RTL"), present this agreed motion to extend the deadline for the Plaintiff to respond to the Defendant's counterclaims to February 11, 2022, and the deadline for the Defendant to respond to the Plaintiff's Complaint to February 14, 2022.

Respectfully submitted,

By: /s/ Patrick M. Jones
    Patrick M. Jones
    Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

Consented to and agreed to by:

/s/ Brian J. Beck
Brian J. Beck

1

ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel to Defendant RJITSCT LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2022, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

                                            /s/ Patrick M. Jones