IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE ENTITIES listed on EXHIBIT 1, <br><br> *Defendants*, <br><br>――――――――――――――――――― <br><br> RJITSCT LLC d/b/a Respect The Look, <br><br> *Counterclaim-Plaintiff*, <br><br> v. <br><br> Expeditee LLC, <br><br> *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237 <br><br> Judge Andrea R. Wood <br><br> <u>Jury Trial Demanded</u> |

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF RJITSCT LLC'S
<u>MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF FIFTEEN PAGES</u>**

DEFENDANT AND COUNTERCLAIM-PLAINTIFF RJITSCT LLC d/b/a Respect the Look ("Respect The Look"), pursuant to LR 7.1 and the Court's motion procedures, respectfully moves this Court for leave to file a memorandum in excess of fifteen (15) pages in support of its Motion to Dismiss, For Summary Judgment, and For Attorney Fees and Costs, and states as follows:

1. LR 7.1 and the Court's motion procedures provide that, without leave of court, a brief in support of a motion shall not exceed fifteen (15) pages.

2. In support of Defendant RJITSCT LLC d/b/a Respect The Look's Motion to Dismiss, For Summary Judgment, and For Attorney Fees and Costs, Respect The Look has prepared a supporting Memorandum that contains 28 pages.

3. Respect The Look has addressed these three motions (to dismiss, for summary judgment, and for attorney fees) collectively in the same memorandum because they concern substantially similar factual allegations, evidence, and legal principles, and are most efficiently addressed collectively by both the parties and the Court. Specifically, each of the three motions concerns related issues regarding Plaintiff's failure to plausibly plead or offer evidence that Respect The Look ever used Plaintiff's FLAGWIX Mark, and how Plaintiff's failure to plausibly plead or offer evidence of Respect The Look's use of Plaintiff's Mark entitles Respect The Look to dismissal of the Complaint, summary judgment, and an award of attorney fees under 15 U.S.C. § 1117(a).

4. Respect The Look's brief, at 28 pages, is substantially less than the 45 page limit allowed if all three motions were filed separately.

5. Plaintiff's *ex parte* motion for a TRO (Dkt. No. 10) was supported by a memorandum that contains 35 pages. The Court granted Plaintiff leave to file those excess pages. Respect The Look's memorandum, which must address material submitted in Plaintiff's Complaint, its TRO application, its motion for preliminary injunction, and the preliminary injunction hearing, is only 28 pages in length for comparison.

WHEREFORE, DEFENDANT AND COUNTERCLAIM-PLAINTIFF RJITSCT LLC d/b/a Respect the Look ("Respect The Look") respectfully requests that the Court grant this motion and enter an Order allowing Defendant leave to file a 28 page Memorandum in support of its Motion to Dismiss, For Summary Judgment, and For Attorney Fees and Costs.

Respectfully submitted,

RJITSCT LLC d/b/a Respect The Look

Dated: February 14, 2022  By: /s/ *Brian J. Beck*

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for Defendant and
Counterclaim-Plaintiff
RJITSCT LLC d/b/a Respect The Look

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 14, 2022, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

*/s/ Brian J. Beck*