IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE ENTITIES listed on EXHIBIT 1, <br><br> *Defendants*, <br><br>――――――――――――――――― <br><br> RJITSCT LLC d/b/a Respect The Look, <br><br> *Counterclaim-Plaintiff*, <br><br> v. <br><br> Expeditee LLC, <br><br> *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237 <br><br> Judge Andrea R. Wood <br><br> <u>Jury Trial Demanded</u> |

**DECLARATION OF BRIAN J. BECK IN SUPPORT OF
DEFENDANT RESPECT THE LOOK'S
<u>MOTION FOR SUMMARY JUDGMENT AND ATTORNEY FEES</u>**

I, Brian J. Beck, declare as follows:

1.    I am an attorney licensed to practice in this Court, and an associate in the law firm of Zuber Lawler LLP, attorneys of record for Defendant RJITSCT LLC d/b/a Respect The Look

("Respect The Look"). I am personally familiar with the facts stated below and, if called as a witness, could testify competently thereto.

2. Attached to Respect The Look's Statement of Material Facts as Exhibit 1 is a true and correct copy of a document previously filed by Respect The Look at Dkt. No. 35-1, the Declaration of Reginald Jennings, Jr., in Opposition to Plaintiff's Motion for a Preliminary Injunction and in Support of Defendant Respect The Look's Motion for Sanctions.[1]

3. Attached to Respect The Look's Statement of Material Facts as Exhibit 2 is a true and correct copy of the certified transcript of the preliminary injunction hearing held in this case on January 18, 2022.

4. Attached to Respect The Look's Statement of Material Facts as Exhibit 3 is a true and correct copy of a printout that I generated on February 14, 2022, of the ICANN Lookup page for the respectthelook.com webpage, showing that the respectthelook.com webpage was created on December 31, 2016.

5. Attached to Respect The Look's Statement of Material Facts as Exhibit 4 is a true and correct copy of a document previously filed by Plaintiff at Dkt. No. 53, Plaintiff's Amended Corporate Disclosure Statement.

6. Attached to Respect The Look's Statement of Material Facts as Exhibit 5 is a true and correct copy of a document previously filed by Plaintiff at Dkt. No. 58-1, titled Declaration of Taylor Vo and filed as a supplement to Plaintiff's motion for preliminary injunction.

---

[1] Per Local Rule 56.1(a)(2), all evidentiary material cited in the Statement of Material Facts is attached to the Statement of Material Facts. This Declaration is offered to authenticate the exhibits attached to the Statement of Material Facts that are not already in the record, namely Exhibits 2-3 and 11, as well as to attach, as Exhibit A, a copy of the Complaint in an unrelated case to demonstrate that Plaintiff's Complaint was plagiarized, as evidence that Plaintiff failed to perform a reasonable pre-suit investigation and has litigated this case in an unreasonable manner, and therefore that this case is "exceptional" under 15 U.S.C. § 1117(a).

7. Attached to Respect The Look's Statement of Material Facts as Exhibit 6 is a true and correct copy of an excerpt from a document previously filed by Plaintiff at Dkt. No. 15-5, page 28 of which contained the screenshots of Respect The Look's webpage that Plaintiff submitted as evidence in support of its motion for an *ex parte* TRO.

8. Attached to Respect The Look's Statement of Material Facts as Exhibit 7 is a true and correct copy of a document previously filed by Respect The Look at Dkt. No. 35-17, a printout of the Respect The Look listing for its "One Nation Under God" flag submitted in opposition to Plaintiff's motion for preliminary injunction and in support of Respect The Look's motion to dissolve the TRO and for sanctions.

9. Attached to Respect The Look's Statement of Material Facts as Exhibit 8 is a true and correct copy of a document previously filed by Plaintiff at Dkt. No. 12, titled "Declaration of Taylor Vo" and submitted in support of Plaintiff's *ex parte* motion for a TRO.

10. Attached to Respect The Look's Statement of Material Facts as Exhibit 9 is a true and correct copy of a document previously filed by Plaintiff at Dkt. No. 13, titled "Declaration of Patrick M. Jones" and submitted in support of Plaintiff's *ex parte* motion for a TRO.

11. Attached to Respect The Look's Statement of Material Facts as Exhibit 10 is a true and correct copy of a document previously filed by Plaintiff at Dkt. No. 15, titled "Declaration of Taylor Vo in Support of Preliminary Injunction Order."

12. Attached to Respect The Look's Statement of Material Facts as Exhibit 11 is a true and correct copy of the certified transcript of the continued preliminary injunction hearing held in this case on January 20, 2022.

13. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in *ABC, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, No. 1:20-cv-5928, Dkt. No. 1 (N.D. Ill. Oct. 5, 2020).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of February, 2022, at Glenview, Illinois.

*/s/ Brian J. Beck*
Brian J. Beck