# **<u>Exhibit 3</u>**

English

**ICANN** | LOOKUP (/)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/faq)

respectthelook.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** RESPECTTHELOOK.COM

**Registry Domain ID:** 2086277083_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
AUSTIN.NS.CLOUDFLARE.COM
DORTHY.NS.CLOUDFLARE.COM

## Dates

**Registry Expiration:** 2022-12-31 00:19:29 UTC

**Updated:** 2021-12-01 07:33:40 UTC

**Created:** 2016-12-31 00:19:29 UTC

## Contact Information

### Abuse:

**Name:** NAMECHEAP INC

**Email:** abuse@namecheap.com

**Phone:** tel:+1.9854014545

### Registrant:

**Handle:** redacted for privacy

**Name:** Redacted for Privacy

**Organization:** Privacy service provided by Withheld for Privacy ehf

**Email:** 324b1cdde7e04fcebdc4530124d57227.protect@withheldforprivacy.com

**Phone:** tel:+354.4212434

**Kind:** individual

**Mailing Address:** Kalkofnsvegur 2, Reykjavik, Capital Region, 101, IS

### Administrative:

**Handle:** redacted for privacy

**Name:** Redacted for Privacy

**Organization:** Privacy service provided by Withheld for Privacy ehf

**Email:** 324b1cdde7e04fcebdc4530124d57227.protect@withheldforprivacy.com

**Phone:** tel:+354.4212434

**Kind:** individual

**Mailing Address:** Kalkofnsvegur 2, Reykjavik, Capital Region, 101, IS

## Technical:

**Handle:** redacted for privacy

**Name:** Redacted for Privacy

**Organization:** Privacy service provided by Withheld for Privacy ehf

**Email:** 324b1cdde7e04fcebdc4530124d57227.protect@withheldforprivacy.com

**Phone:** tel:+354.4212434

**Kind:** individual

**Mailing Address:** Kalkofnsvegur 2, Reykjavik, Capital Region, 101, IS

## Registrar Information

**Name:** NAMECHEAP INC

**IANA ID:** 1068

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/respectthelook.com (https://rdap.verisign.com/com/v1/domain/respectthelook.com)

**Last updated from Registry RDAP DB:** 2022-02-14 14:26:49 UTC

**Registrar Server URL:** https://rdap.namecheap.com/domain/RESPECTTHELOOK.COM (https://rdap.namecheap.com/domain/RESPECTTHELOOK.COM)

**Last updated from Registrar RDAP DB:** 2022-02-14 15:27:09 UTC

## Notices and Remarks

### Notices:

**RDAP Terms of Service**

By querying Namecheap's RDAP Domain Database, you agree to comply with Namecheap's RDAP Terms of Service, including but not limited to the terms herein, and you acknowledge and agree that your information will be used in accordance with Namecheap Privacy Policy (https://www.namecheap.com/legal/general/privacy-policy/), including that Namecheap may retain certain details about queries to our RDAP Domain Database for the purposes of detecting and preventing misuse. If you do not agree to any of these terms, do not access or use ,the RDAP Domain Database.

Although Namecheap believes the data to be reliable, you agree and acknowledge that any information provided is 'as is' without any guarantee of accuracy.

You further agree that you will:

1) Not misuse the RDAP Domain Database. It is intended solely for query-based access and should not be used for or relied upon for any other purpose.

2) Not use the RDAP Domain Database to allow, enable, or otherwise support the transmission of unsolicited, commercial advertising or solicitations.

3) Not access the RDAP Domain Database through the use of high volume, automated electronic processes that send queries or data to the systems of Namecheap, any other ICANN-accredited registrar, or any registry operator.

4) Not compile, repackage, disseminate, or otherwise use the information contained in the RDAP Domain Database in its entirety, or in any substantial portion, without our prior written permission.

5) You will only use the information contained in the RDAP Domain Database for lawful purposes.

We reserve the right to restrict or deny your access to the RDAP Domain Database if we suspect that you have failed to comply with these terms.

We reserve the right to modify this agreement at any time.

https://www.namecheap.com/legal/domains/rdap (https://www.namecheap.com/legal/domains/rdap)

This response conforms to the RDAP Operational Profile for gTLD Registries and Registrars version 1.0

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf

https://www.icann.org/wicf (https://www.icann.org/wicf)



Youtube (http://www.youtube.com/icannnews)   Twitter (https://www.twitter.com/icann)   Linkedin (https://www.linkedin.com/company/icann)   Flickr (http://www.flickr.com/photos/icann)

Facebook (http://www.facebook.com/icannorg)   Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)   Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**Who We Are**    **Contact Us**    **Accountability & Transparency**    **Governance**    **Help**    **Data Protection**

© Internet Corporation for Assigned Names and Numbers.   Privacy Policy (https://www.icann.org/privacy/policy)   Terms of Service (https://www.icann.org/privacy/tos)   Cookies Policy (https://www.icann.org/privacy/cookies)