# **Exhibit 4**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EXPEDITEE LLC, | ) |
| | ) Case No. 21-6237 |
| Plaintiff, | ) |
| | ) Judge: ANDREA R. WOOD |
| vs. | ) |
| | ) |
| THE ENTITIES listed on EXHIBIT 1, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, undersigned counsel for Plaintiff, is and always has been a Delaware limited liability company. *See* attached. For reasons that are not known by Plaintiff or its counsel, the FLAGWIX trademark registration lists it as a Nevada LLC. The is and always has been a Delaware LLC with its principal place of business in Hanoi, Vietnam. The Plaintiff is private, nongovernmental corporate party to this action ("Plaintiff"), and it hereby submits the following Amended Corporate Disclosure Statement and certifies that Plaintiff has no publicly traded parent company that owns five percent (5%) or more of its stock.

Respectfully submitted,

By: /s/ Patrick M. Jones

Patrick M. Jones (IL #6271256)
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

## CERTIFICACTE OF SERVICE

      I hereby certify that on January 23, 2022, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

                                                            /s/ Patrick M. Jones