# **Exhibit 6**

Case: 1:21-cv-06237 Document #: 15-5 Filed: 12/02/21 Page 28 of 38 PageID #:385

Row # 197: Website     https://respectthelook.com/     Respect The Look



