# Exhibit 7

1/14/22, 12:08 PM

2022 START THE YEAR RIGHT | GET 20% OFF FOR EVERY $45+ PURCHASE | USE CODE: HNY20

















# One Nation Under God Flag

★★★★★ (11)

## $34.95 USD



**$34.95 USD ADD TO CART 🛍 (1 ITEM)**

**BUY IT NOW**

🚚 **TYPICALLY SHIPS WITHIN 3 BUSINESS DAYS**

| PRODUCT DESCRIPTION | + |
|---|---|

| RETURNS, REFUNDS AND EXCHANGE POLICY | + |
|---|---|

**f** SHARE   **🐦** TWEET   **📌** PIN IT

## FREQUENTLY BOUGHT TOGETHER







Total price: **$104.80** ~~$289.80~~

**ADD SELECTED TO CART**

☑ **This item: One Nation Under God Flag** [ Single Reverse ⌄ ]  **$34.95** ~~$79.95~~

☑ I Pledge Allegiance - Eagle Flag [ Single Reverse ⌄ ]  **$29.95** ~~$79.95~~

☑ Eagle Emblems - America Love It Or Leave It USA Flag [ Single Reverse ⌄ ]

**$29.95** ~~$49.95~~

☑ (ON-SALE LIMITED STOCK) Trump Won - Save America Flag [ Single Reverse ⌄ ]

**$9.95** ~~$79.95~~

 **11 Reviews**

[ Write a review ] [ ⚙ ]

**Rebecca N.**

8/11/2021



Flag is well made and durable.

**Michael R.**

8/11/2021



I fly this under my American flag 24/7 just to let everyone know where I stand.

**Phoebe S.**

8/11/2021



Beautiful and glad with it.

**Deborah I.**

8/11/2021



Both sides have color and the flag is as pictured. I'm happy with it.

**Ruby D.**

8/11/2021



I like the color of this flag the quality of the material.

**Carol A.**

8/11/2021



The flag depicts the essence of God and our country.

**Janice D.**

8/11/2021



The size and quality is amazing. We proudly displa it everyday.

**Dina G.**

8/11/2021



Wonderful "big" flag that hel show others. I love the color.

**Alice W.**

8/11/2021



LOVE LOVE LOVE this flag! I bought 1 and Mom bought too..

# YOU MAY ALSO LIKE

I Pledge Allegiance - Eagle Flag

★★★★★ (12)

**From $29.95**

All Gave Some Gave All POW MIA Flag

**From $34.95**

One Nation Under God Flag - respectthelook.com

Eagle Emblems - America Love It Or Leave It USA Flag

⭐⭐⭐⭐⭐ (22)

**From $29.95**

Respect The Look - We The People - Camo Orange - 2nd Amendment Flag

**From $29.95**

← BACK TO NEWLY RELEASED PRODUCTS

## Unhappy With Your Product? We'll Take It Back!

30 DAY MONEY BACK GUARANTEE WITH 30% RESTOCKING FEE & 100% SAFE PAYMENTS

ALL HEALTH AND WELLNESS PRODUCTS ARE NON-REFUNDABLE.

Respect The Look is not affiliated with, authorized, or sponsored by Donald J. Trump for President Inc, which is the principal campaign committee of Donald J. Trump. Products

sold through Respect The Look are not licensed, endorsed, or otherwise authorized or approved by President Trump, his Campaign, or any of its affiliated. President Trump's Campaign committee does not receive any proceeds whatsoever from sales or activities.

## Quick links

ABOUT US

SHIPPING POLICY

PRIVACY POLICY

TERMS OF SERVICE

RETURN POLICY

REFUND POLICY

FAQ

RETURNS AND EXCHANGES FLOW

CONTACT US

PAYMENT POLICY

My Personal Data

## Contact Information

Respect the Look

Support Phone Number
✆ 1-877-953-9351

