# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XPED LLC, | ) |
|     Plaintiff, | ) Case No. 21-6237 ) |
| vs. | ) Judge: Honorable Andrea R. Wood ) |
| | ) Magistrate: Sheila M. Finnegan |
| THE ENTITIES listed on EXHIBIT 1, | ) ) |
|     Defendants. | ) |

### DECLARATION OF PATRICK M. JONES

I, Patrick M. Jones, of Chicago, Illinois, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order (the "*Ex Parte* Motion for TRO") and, if called as a witness, I could and would competently testify as follows:

2. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois.

3. Plaintiff is seeking *ex parte* relief and is requesting service by email and electronic publication to Defendants identified on Exhibit 1 to Plaintiff's Complaint (collectively, the "Defendants"). Defendants operate webstores to sell counterfeit products in violation of Plaintiff's trademark (the "Counterfeit Products"). Based on my research of similar cases where brand owners who have identified websites and webstore listings selling counterfeit products, if Plaintiff proceeds on normal advance notice prior to seeking to preclude modification of control of the webstores, the Defendants can easily and quickly transfer data and content to other Webstores. Defendants will also transfer assets from U.S.-based financial

institutions to offshore accounts outside the jurisdiction of this Court. Such actions by Defendants will effectively thwartPlaintiff's ability to obtain meaningful relief and will continue to irreparably harm Plaintiff through Defendants' sale of Counterfeit Products.

4. Upon entry of a Temporary Restraining Order in this matter, I will notify the Defendants by sending copies of Plaintiff's *Ex Parte* Motion for TRO and supporting papers via e-mail to the e-mail addresses provided by the Defendants to the Websites responsible for hosting their respective Webstores.[1]

5. A listing of Defendants' unauthorized use of Mark on the Infringing Webstore listings to advertise the sale of Counterfeit Products was filed under seal as Exhibit 1 to the Complaint. This document was prepared by the Plaintiff and its employees or contractors under their direction and supervision and I have authenticated the listings myself. In this exhibit, selected screenshots of the listings from Defendants' Infringing Webstores appear with the Mark listed in the listing title, images associated with the listing, and/or within the description of the product itself.

6. Genuine and authentic copies of the unpublished decisions cited in Plaintiff's Memorandum of Law in Support of *Ex Parte* Motion for TRO are attached hereto as <u>Exhibit A</u>.

7. Screenshots of the offending Websites, paired with screenshots of Plaintiff's product are attached as <u>Exhibit B</u>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[Signature page to follow]

---

[1] Capitalized terms used herein by not defined herein shall have the meanings given them in the Complaint.

Dated this 22nd of November, 2021.                    Respectfully submitted,

 

_____
Patrick M. Jones
Counsel for the Plaintiff

Patrick M. Jones (IL #6271256)
Sarah M. Beaujour
PMJ PLLC
The National Building
125 South Clark Street, 17th Floor
Chicago, Illinois 60603
Tel: (312) 255-7976
Email: pmj@pmjpllc.com
Email: sb@pmjpllc.com

2