**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **EXPEDITEE LLC,** | ) |
|       **Plaintiff,** | ) **Case No. 21-6237** |
| | ) |
| vs. | ) **Judge: Honorable Andrea R. Wood** |
| | ) |
| **THE ENTITIES listed on EXHIBIT 1,** | ) |
| | ) |
|       **Defendants.** | ) |

**DECLARATION OF TAYLOR VO IN SUPPORT
OF PRELIMINARY INJUNCTION ORDER**

I, Taylor Vo, am the over the age of 18 years old, declare as follows:

1. I am employed by Expeditee LLC (d/b/a "FLAGWIX"), a limited liability company duly organized and existing under the laws of the State of Delaware that owns the FLAGWIX brand and sells flags, banners, and other domestic decorations under the Mark. My title with FLAGWIX is CEO Assistant.

2. Attached are images of the "One Nation Under God" flag taken from the Flagwix website and bearing the FLAGWIX trademark in the upper left-hand corner.

3. The Defendants identified on Ex. 1 to the Complaint clone our products and images of our products using software and manufacturers located primarily in Vietnam and China.

4. Sophisticated counterfeiters, like [www.respectthelook.com](www.respectthelook.com), remove the FLAGWIX trademark from the image of our products before advertising them.

5. The Plaintiff created the design of the "One Nation Under God" flag.

Dated January 19, 2022                  Respectfully submitted,

                                                       By: *Taylor Vo*
                                                                Taylor Vo

Wednesday, January 19, 2022 at 13:34:34 Central European Standard Time

| | |
|---|---|
| **Subject:** | Re: "One Nation Under God" flag |
| **Date:** | Wednesday, January 19, 2022 at 10:20:11 AM Central European Standard Time |
| **From:** | Trung Nguyen Dang |
| **To:** | Patrick Jones |
| **CC:** | Legal |
| **Attachments:** | image.png, image.png, LbIiOrQ6S6__TRL06GFv5_GrommetFlag.webp, trl06gfv5.jpeg |





On Wed, Jan 19, 2022 at 4:09 AM Patrick Jones <pmj@pmjpllc.com> wrote:

Sincerely,

Patrick M. Jones

PMJ PLLC

125 South Clark Street

Chicago, Illinois 60603

Tel: (312) 255-7976

Cell: (312) 404-3225

Fax: (312) 803-0931

www.pmjpllc.com

101 North 1st Ave

Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

This email message and accompanying data may contain information that is confidential and subject to privilege. If you are not the intended recipient, you are notified that any use, dissemination, distribution or copying of this message or data is prohibited. If you have received this email in error, please notify me immediately and delete all material pertaining to this email.

--
**Nguyễn Đăng Trung**
UOYmedia | Amazon Marketplace Manager
278-280 Xô Viết Nghệ Tĩnh, Khuê Trung, Cẩm Lệ, Đà Nẵng, Việt Nam
**E: trung.nguyen@uoymedia.work  P:** +84914001199