UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC., ) | Case No.: 1:21-cv-06237 |
| ) | |
| Plaintiff, ) | District Judge: Hon. Andrea R. Wood |
| ) | |
| v. ) | |
| ) | |
| THE ENTITIES listed on EXHIBIT 1, ) | |
| ) | |
| Defendants ) | |
| ) | |
| RJITSCT LLC d/b/a/ Respect The Look, ) | |
| ) | |
| Counterclaim-Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Expeditee LLC, ) | |
| ) | |
| Counterclaim-Defendant. ) | |

**MOTION OF PLAINTIFF TO SUBSTITUTE COUNSEL**

NOW COMES the Plaintiff, Expeditee LLC ("Expeditee"), by and through its attorneys, Loza & Loza, LLP, and presents its Motion to Substitute Counsel. Pursuant to N.D. Ill. Local Rule 83.17, Expeditee respectfully moves this Court to substitute the attorneys of Loza & Loza, LLP for the attorneys of PMJ PLLC. Plaintiff requests that Loza & Loza, LLP attorney Lena Nadine Bacani be appointed Lead Attorney and lead trial counsel in this matter. Attorneys for Aronberg Goldgehn

Davis and Garmisa have filed an appearance and will serve as local counsel for Plaintiffs and Loza & Loza, LLP.

However, the attorneys for PMJ are to remain as co-counsel solely for the purposes of addressing the currently pending Motion for Sanctions (Dkt. 34). Upon resolution of that Motion for Sanctions, PMJ will completely withdraw from this matter.

WHEREFORE, Plaintiff respectfully requests that this court grant leave of court to substitute lead counsel.

Respectfully submitted,

ARONBERG GOLDGEHN DAVIS & GARMISA

Dated: February 18, 2022

*/s/ Matthew De Preter*
Matthew De Preter
330 N. Wabash Ave. Suite 1700
Chicago, IL 60611
(p) 312.828.9600
(f) 312.828.9635
cdepreter@agdglaw.com

Lena N. Bacani (*pro hac vice*)
Loza & Loza LLP
305 N. Second Ave., #127
Upland, CA 91786
Tel: (847) 670-1223
Email: lena.bacani@lozaip.com

*Attorneys for Exeditee LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 18, 2022 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to counsel of record. The undersigned further certifies that concurrently with this filing it will serve on counsel of record copies of the sealed exhibits at the email address maintained by counsel of record on this Court's CM/ECF system.

      Additionally, in accordance with the present Coronavirus COVID-19 Public Emergency Order, it is the undersigned's understanding that there are to be no in-person deliveries of any kind may be made to a judge's chambers or to the Clerk's Office and thus no courtesy hard copy of the electronic filing is to be delivered to the Courtroom Deputy on the date of filing.

/s/ Matthew De Preter

One of the Attorneys for Plaintiff