**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Expeditee LLC, et al.

                               Plaintiff,

v.                                                 Case No.: 1:21−cv−06237

                                                        Honorable Andrea R. Wood

The Entities Listed on Exhibit 1, et al.

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 15, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 2/15/2022. The Court noted that, on 1/5/2022, Plaintiff's counsel terminated the party identified as Plaintiff Xped, LLC and added Expeditee, LLC as the named Plaintiff on the docket. Plaintiff's counsel reported on the record that Expeditee LLC is the correct Plaintiff, and that Xped, LLC was a pseudonym used to bring the case anonymously. The Court further noted that no motion was ever filed to proceed under a pseudonym, nor was there ever a motion filed to substitute parties on the docket. The Court admonished Plaintiff's counsel that he must seek permission of the Court in the future to proceed under a pseudonym or to alter any part of the case caption. Any such changes may only be made by order of the Court. For the reasons stated on the record, Plaintiff's motion for entry of preliminary injunction [26] is granted, as supplemented, as to all Defendants indicated to have used the FLAGWIX trademark. Enter preliminary injunction order. The temporary restraining order [20] is dissolved as to the remaining Defendants. PMJ PLLC and Loza & Loza LLP are ordered to add ALL Defendant names listed in the Schedule A to the docket within three business days, instructions can be found on the court's website www.ilnd.courts.com/instructions. Defendant and Counterclaim−Plaintiff's RJITSCT LLC's motion for leave to file memorandum in excess of fifteen pages [69] is granted. RJITSCT LLC is granted leave to file a 28 page memorandum in support of its motion to dismiss, for summary judgment, and for attorney fees and costs. Motion by counsel for leave to appear pro hac vice is granted. Plaintiff's counsel reported that Plaintiff will be seeking to substitute Loza & Loza LLP for PMJ PLLC as counsel of record. Attorney Bacani shall recruit new local counsel and file a motion for substitution of counsel by 2/23/2022. The Court will set a further case schedule at the next status hearing. Telephonic status hearing set for 3/8/2022 at 1:30 PM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.