IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC., *Plaintiff*, v. THE ENTITIES listed on EXHIBIT 1, *Defendants*, ——————————— RJITSCT LLC d/b/a Respect The Look, *Counterclaim-Plaintiff*, v. Expeditee LLC, *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237 Judge Andrea R. Wood <u>Jury Trial Demanded</u> |

**DEFENDANT RJITSCT LLC D/B/A RESPECT THE LOOK'S
RENEWED MOTION FOR SANCTIONS**

Defendant and Counterclaim-Plaintiff RJITSCT LLC d/b/a Respect The Look ("Respect The Look"), by and through its attorneys, hereby moves for sanctions against Plaintiff pursuant to the Court's inherent power for Plaintiff's litigation misconduct in filing a legally and factually baseless complaint, *ex parte* motion for a temporary restraining order supported by false sworn declarations, and motion for a preliminary injunction in violation of Fed. R. Civ. P. 11(b)(2)-(3), and filing perjured declarations and a perjured certificate of service in support of Plaintiff's motions for a temporary restraining order and for a preliminary injunction. This motion

supersedes and replaces the motion for sanctions filed as part of Respect The Look's Motion to Dissolve the TRO and for Sanctions (Dkt. No. 34), originally filed on January 14, 2022, and incorporates additional material and evidence obtained by Respect The Look after that date.

Respect The Look's motion seeks sanctions of an award of attorney fees and dismissal of Plaintiff's complaint against Respect The Look with prejudice. Plaintiff violated Fed. R. Civ. P. 11(b)(2)-(3) by filing a complaint against Respect The Look for infringement of Plaintiff's FLAGWIX Mark including false allegations that: (1) Plaintiff's principal place of business is in Chicago, Illinois, and (2) that Respect The Look sold products bearing the FLAGWIX Mark. Plaintiff then filed an *ex parte* motion for a TRO including an asset freeze, supported by sworn declarations under penalty of perjury from Plaintiff's CEO Assistant Taylor Vo and Plaintiff's counsel Patrick Jones falsely alleging that (1) they had each personally verified that Respect The Look's product listings displayed the FLAGWIX Mark, and (2) they had conducted investigations that verified that Respect The Look was a foreign company with its assets held outside the United States. Finally, Mr. Jones filed a fraudulent certificate of service with the Court representing that he had served all defendants on January 10, 2022, when he had in fact failed to do so, and despite being notified of his failure to serve defendants by Respect The Look's counsel on January 12, 2022, Mr. Jones did not correct his error until after Respect The Look filed its original motion for sanctions.

Respect The Look's motion seeks, pursuant to this Court's inherent power to impose sanctions for abuse of the judicial system, an award of Respect The Look's attorney fees and costs imposed against both Plaintiff and Mr. Jones, and dismissal with prejudice of Plaintiff's Complaint against Respect The Look. If the Court does not grant dismissal with prejudice, the award of attorney fees and costs should at least include the fees incurred by Respect The Look in

moving to dissolve the TRO, opposing Plaintiff's motion for preliminary injunction, and in filing this motion for sanctions. If the Court grants dismissal with prejudice, the award of attorney fees and costs should include all fees incurred in defense against the Complaint, as Respect The Look would be a prevailing party in an exceptional case under the Lanham Act, 15 U.S.C. § 1117(a).

In support of this motions for sanctions, Respect The Look relies upon and incorporates by reference its Memorandum of Law in Support of Defendant RJITSCT LLC D/B/A Respect The Look's Renewed Motion for Sanctions, the Declaration of Brian J. Beck in Support of Respect The Look's Renewed Motion for Sanctions, and the exhibits thereto, filed herewith, as well as all documents filed with the Court on this case's docket and cited in the accompanying papers.

Respectfully submitted,

RJITSCT LLC d/b/a Respect The Look

Dated: March 7, 2022     By: /s/ *Brian J. Beck*

Brian J. Beck
ZUBER LAWLER LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
(312) 346-1100
(213) 596-5621 (fax)
bbeck@zuberlawler.com

Counsel for Defendant and
Counterclaim-Plaintiff
RJITSCT LLC d/b/a Respect The Look

3722-1002 / 2113247.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2022, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

*/s/ Brian J. Beck*