IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE ENTITIES listed on EXHIBIT 1,<br><br>    *Defendants*,<br><br>―――――――――――――――<br><br>RJITSCT LLC d/b/a Respect The Look,<br><br>    *Counterclaim-Plaintiff*,<br><br>v.<br><br>Expeditee LLC,<br><br>    *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237<br><br>Judge Andrea R. Wood<br><br>Jury Trial Demanded |

**DECLARATION OF BRIAN J. BECK IN SUPPORT OF
RESPECT THE LOOK'S RENEWED MOTION FOR SANCTIONS**

I, Brian J. Beck, declare as follows:

1. I am an attorney licensed to practice in this Court, and an associate in the law firm of Zuber Lawler LLP, attorneys of record for Defendant RJITSCT LLC d/b/a Respect The Look ("Respect The Look"). I am personally familiar with the facts stated below and, if called as a witness, could testify competently thereto.

2.     Attached hereto as Exhibit 1 is a true and correct copy of a document filed at Dkt. No. 37-1 in *Expeditee LLC v. The Entities Listed on Exhibit 1*, No. 1:21-cv-6440 (N.D. Ill.), which several defendants purported to be an "invoice" received from Plaintiff, and which those defendants attached to their memorandum in support of a motion to vacate the preliminary injunction against them.

3.     On March 7, 2022, I performed a search on Westlaw within the United States District Court for the Northern District of Illinois for dockets in which the defendant name included the phrase "The Partnerships and Unincorporated Associations" and in which the Nature of Suit was marked as 840 (Trademark). The search returned 1,912 dockets, the first of which began on January 3, 2013. A true and correct copy of a printout of the first page of the search results, showing the search parameters and that 1,912 results were returned, is attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of March, 2022, at Glenview, Illinois.

*/s/ Brian J. Beck*_____
Brian J. Beck