# **Exhibit 1**

# Exhibit A

# HÓA ĐƠN



**PMJ PLLC**

Jones Patrick

The National Building, 125 South Clark Street, 17th Floor, Chicago, IL 60603, UNITED STATES

Mã số thuế: 82-2846011

oupatjones@gmail.com; Trang web: www.pmjpllc.com

Số hóa đơn: 0524
Ngày lập hóa đơn: 23-12-2021
Ngày đến hạn: 23-12-2021



Quét. Thanh toán. Vậy là xong

ĐÃ HỦY

**15.000,00 $**

SỐ TIỀN PHẢI TRẢ

## NGƯỜI THANH TOÁN

https://sportyzen.com/
Le Chau
chau3975@gmail.com

| # | HÀNG HÓA & MÔ TẢ | SỐ LƯỢNG/GIỜ | GIÁ | Số tiền($) |
|---|---|---|---|---|
| 1 | Xped LLC v. Defendants listed on Ex. 1<br>"Block of Gear" TM infringement. | 1 | 15.000,00 $ | 15.000,00 $ |

| | |
|---|---|
| Tổng tiền | 15.000,00 $ |
| Vận chuyển | 0,00 $ |
| **TỔNG SỐ** | **15.000,00 $ USD** |

## GHI CHÚ CHO KHÁCH HÀNG

You may also pay this invoice by check or wire transfer to:

Account name: PMJ PLLC
Bank: Citibank, N.A.
Routing no.: 271070801
Account no.: 801483658
SWIFT code: CITI US 33