# **Exhibit 2**

THOMSON REUTERS WESTLAW EDGE

3722-1... History Folders My links Notifications Sign out

Illinois Federal District C... advanced: DEF("The Partnerships #and Unincorporated Advanced

Filter

Select multiple

Apply

Filter category

Docket

Restore previous filters

Search within results

- Jurisdiction +
- Key Nature of Suit +
- U.S. Class Number +
- Date +
- Judge +
- Attorney +
- Law Firm +
- Previously Viewed +
- Documents in Folders +
- Annotated Documents +

Apply

Back to Illinois Federal District Court Dockets - Northern District

# Illinois Federal District Court Dockets - Northern District (1,912)

YOUR SEARCH Edit

**Party Type:** Defendant | **Participant Name:** "The Partnerships #and Unincorporated Associations" | **NOS Code:** 840 Trademark

1 - 100 Filing Date Update

Select all items • No items selected

1. **Eicher Motors Limited v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto**
March 04, 2022 • IL U.S. Dist. Ct., North • 1:22-CV-01145 • Intellectual Property, Trademark/Trade Name

2. **Advance Magazine Publishers Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"**
March 04, 2022 • IL U.S. Dist. Ct., North • 1:22-CV-01152 • Intellectual Property, Trademark/Trade Name

3. **Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"**
March 04, 2022 • IL U.S. Dist. Ct., North • 1:22-CV-01172 • Intellectual Property, Trademark/Trade Name

4. **Luxottica Group S.p.A. et al v. The Partnerships and Unincorporated Associations Identified on Schedule "A"**
March 04, 2022 • IL U.S. Dist. Ct., North • 1:22-CV-01175 • Intellectual Property, Trademark/Trade Name

5. **Wham-O Holding, Ltd. et al v. The Partnerships and Unincorporated Associations Identified on Schedule "A"**
March 03, 2022 • IL U.S. Dist. Ct., North • 1:22-CV-01114 • Intellectual Property, Trademark/Trade Name

6. **Toho Co., Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"**
March 02, 2022 • IL U.S. Dist. Ct., North • 1:22-CV-01094 • Intellectual Property, Trademark/Trade Name

7. **Bad Vibes Forever, LLC v. The Partnerships an**

1

