UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Expeditee LLC, et al.
                                    Plaintiff,
v.                                                    Case No.: 1:21−cv−06237
                                                      Honorable Andrea R. Wood
The Entities Listed on Exhibit 1, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 8, 2022:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held. As stated on the record, motion of Plaintiff to substitute counsel [75] is granted. Attorneys Lena Nadine Bacani and Matthew L. De Preter are substituted as counsel for Plaintiff. Attorney Patrick Jones will no longer represent Plaintiff but shall remain as an attorney of record on the docket for the purpose of responding to the motion for sanctions filed by Defendant RJITSCT d/b/a Respect the Look against Attorney Jones and his law firm. Plaintiff shall file any motion for leave to file a second amended complaint by 3/22/2022. Plaintiff's current and former counsel shall meet and confer in order to determine what discovery is necessary to respond to Defendant's motion for sanctions. By 3/29/2022 Plaintiff and Defendant RJITSCT shall file a joint status report setting forth a proposed discovery plan and/or a proposed briefing schedule on Defendant's motion for sanctions. Telephonic status hearing set for 4/7/2022 at 11:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.