# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EXPEDITEE, LLC, | : | Case No.: 1:21-cv-06237 |
| Plaintiff, | : | **PLAINTIFF EXPEDITEE LLC'S NOTICE OF VOLUNTARY DISMISSAL #3** |
| vs. | : | |
| THE ENTITIES listed on EXHIBIT 1, | : | District Judge: Hon. Andrea R. Wood |
| Defendants. | : | |
| RJITSCT LLC d/b/a/ Respect The Look, | : | |
| Counterclaimant, | : | |
| vs. | : | |
| EXPEDITEE LLC, | : | |
| Counter-defendant. | : | |

**VOLUNTARY DISMISSAL #3**
Case No.: 1:21-cv-06237

1

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses the below listed defendants in this action ("Defendants").

| **Defendant** | **Platform** |
|---|---|
| Torodora | Amazon |
| chengxun | Amazon |
| 89 Customized | PayPal |
| Glanra | PayPal |
| shijijiaxueyuan | Wish |
| hadjagddqhjdgqshy | Wish |
| chahuaxuecun | Wish |
| xudaxiaoxuecun | Wish |
| Serita Whittington | Wish |
| zbcakdghcjkjckah | Wish |
| gajdhdqkuwdjhdjq | Wish |
| ajdkahwdkhwkjhakjdqj | Wish |

Defendants have not filed an answer or otherwise responded in this action. Plaintiff therefore dismisses Defendants without prejudice.

Dated: March 13, 2022

/s/ Marie E. Richmond
Marie E. Richmond (*pro hac vice*)
LOZA & LOZA LLP
305 N. Second Ave., #127
Upland, CA 91786
Email: marie.richmond@lozaip.com

*Attorneys for Expeditee, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

By: /s/ Marie E. Richmond