# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EXPEDITEE, LLC, | : | Case No.: 1:21-cv-06237 |
| Plaintiff, | : | |
| | : | **PLAINTIFF EXPEDITEE LLC'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AS TO CERTAIN DEFENDANTS** |
| vs. | : | |
| THE ENTITIES listed on EXHIBIT 1, | : | District Judge: Hon. Andrea R. Wood |
| Defendants. | : | |
| RJITSCT LLC d/b/a/ Respect The Look, | : | |
| Counterclaimant, | : | |
| vs. | : | |
| EXPEDITEE LLC, | : | |
| Counter-defendant. | : | |

Pursuant to Fed. R. Civ. 55(a), Plaintiff Expeditee, LLC ("Plaintiff" or "Expeditee") hereby requests entry default and default judgment against the Defendants listed in Exhibit A to Plaintiff Expeditee, LLC's Memorandum in Support of Motion for Entry of Default and Default Judgment as to Certain Defendants ("Defaulting Defendants"), filed concurrently herewith. To support its Motion for Entry of Default and Default Judgment, Plaintiff hereby states:

On December 21, 2021, the Court granted, among other relief, Plaintiff's *ex parte* motion for service of process by email (ECF No. 19);

On January 27, 2022, Patrick Jones, former counsel for Plaintiff, filed a Proof of Service stating that the summons and complaint were served on all Defaulting Defendants on or before January 19, 2022 (ECF No. 59);

Defaulting Defendants' deadline to answer or otherwise respond was set for February 9, 2022 (ECF No. 56);

No answer, motion, or responsive pleading has been filed by any of the Defaulting Defendants within the time limit set by the Court;

Upon information and belief, Defaulting Defendants are not juveniles, incompetent, or in the military service.

Accordingly, Plaintiff respectfully requests the Court enter default and default judgment against the each of the Defaulting Defendants.

Dated: March 18, 2022

/s/ Marie E. Richmond

LOZA & LOZA LLP
305 N. Second Ave., #127
Upland, CA 91786
Email: marie.richmond@lozaip.com

*Attorneys for Expeditee, LLC*

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 18, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court. Notice will also be provided to Defaulting Defendants by email.

        By: /s/ Marie E. Richmond
        LOZA & LOZA LLP
        305 N. Second Ave., #127
        Upland, CA 91786
        Email: marie.richmond@lozaip.com

        *Attorneys for Expeditee, LLC*