# EXHIBIT A

| Platform | Defaulting Defendant |
|---|---|
| AliExpress | Jaywood Advertising Store |
| AliExpress | Joey Su Store |
| AliExpress | Shop5039013 Store |
| AliExpress | Shop5589403 Store |
| AliExpress | Shop910368292 Store |
| AliExpress | toyofmine |
| AliExpress | Xi Le textile Store |
| AliExpress | Jaywood Advertising Store |
| Amazon | SuperZhou |
| Amazon | superzhou |
| Amazon | Awesome Shirt Gift MD21 |
| Amazon | BedItems |
| Amazon | PING SUPER |
| Amazon | Harmonyoo |
| Amazon | ⭐⭐⭐⭐⭐Store |
| Amazon | AHBVJK |
| Amazon | Ajosalam |
| Amazon | ALEYXARECO |
| Amazon | Auoltior |
| Amazon | Awesome Shirt Gift MD21 |
| Amazon | Best Ting |
| Amazon | Blingseven |
| Amazon | BOBOTRY |
| Amazon | Can Online Store |
| Amazon | chaoteam |
| Amazon | DaJieDa Online |
| Amazon | Dandidang |
| Amazon | DVORSKILOP |

| Amazon | Evgenii Kalashnikov Shop |
|--------|--------------------------|
| Amazon | Generic |
| Amazon | George Hovsepyan |
| Amazon | Giftastic |
| Amazon | Giusepalma |
| Amazon | Gomez-Shop |
| Amazon | GoodsHousehold |
| Amazon | Hanzaless |
| Amazon | Kovtulen Shop |
| Amazon | LeiriaSpoons |
| Amazon | LEONE HALEY |
| Amazon | LiYJSMGS |
| Amazon | Manvel Bazikyan |
| Amazon | MazaikaStore |
| Amazon | Mazen-Shop |
| Amazon | METALICK |
| Amazon | Min Online |
| Amazon | MINJI KIM SHOP |
| Amazon | MotleyStore |
| Amazon | Nguyen Thi Nhan Store |
| Amazon | NiceCloud |
| Amazon | Nurbekkyzy Shops |
| Amazon | Olga 1989 |
| Amazon | Papeshop |
| Amazon | POXAIDON |
| Amazon | Qiang Super |
| Amazon | Rabinderkey |
| Amazon | Samoilex Shop |
| Amazon | Sandra E Becker |
| Amazon | Snow Rui |
| Amazon | Special Offer Gift |

| | |
|---|---|
| Amazon | SuTingYang |
| Amazon | TERUO YORDANI |
| Amazon | UNIKIHOMUM |
| Amazon | WANG YIFEI |
| Amazon | WILDLAVIE Store |
| Amazon | Win Shine |
| Amazon | WLQ-Shops |
| Amazon | WRS-Shops |
| Amazon | Xiuqiang He |
| Amazon | YUNJEONG SEO |
| Amazon | ZAIVOK LLC |
| Amazon | ZHR-STOP |
| Amazon | ZJ Online |
| Amazon | Constantine 231 |
| Amazon | FOA023 |
| Amazon | SADIE JEFFRIES |
| eBay | audryja_9 |
| eBay | hotpytaste |
| eBay | lirday-0 |
| eBay | ng5079 |
| eBay | nh-2467 |
| eBay | alimitc341 |
| eBay | christianeg-0 |
| eBay | costaric7 |
| eBay | ctd-20 |
| eBay | donaalmod-90 |
| eBay | hehi_5420 |
| eBay | hey_shoppingtime |
| eBay | hi_australia |
| eBay | i_lizard |
| eBay | jamescjos-0 |

| | |
|---|---|
| eBay | jefcous-62 |
| eBay | lauannmcc-0 |
| eBay | peam_7139 |
| eBay | pwkenter-0 |
| eBay | singg_37 |
| eBay | trn7569 |
| eBay | vuhan_41 |
| eBay | gradenflagstore |
| eBay | hotpyonline |
| eBay | i_parrot |
| eBay | michfont4 |
| eBay | rtdj5821 |
| Etsy | FrankSchroderShop |
| Etsy | HeikeKramerStudio |
| Etsy | MatasAndHana |
| Etsy | COLXOCraftStore |
| Etsy | CustomCreations31326 |
| Etsy | DanielGiftsStudio |
| Etsy | EcomX |
| Etsy | FlorianBohnhofShop |
| Etsy | GildedOrchidDesigns |
| Etsy | LLCPECK |
| Etsy | MarionHartweinStudio |
| Etsy | RodgerDecor |
| Etsy | TheEpicstyle |
| Etsy | Alligatorblue |
| Etsy | BadMamaJamaJewelry |
| Etsy | DeckTheWall |
| Etsy | FlorenceFlag |
| Etsy | Jona4GiftStore |
| Wish | 4boliao |

| Wish | Accentex |
|------|----------|
| Wish | ahdaJGQDJDJHSGghqah |
| Wish | ahdjkDGHKDHDKA |
| Wish | bezmrqzeen |
| Wish | C6C66C6C |
| Wish | carny164sjea |
| Wish | constmhycy |
| Wish | cudevali |
| Wish | decarbonater |
| Wish | deskxtotson |
| Wish | Dilgin |
| Wish | Donnaultimate |
| Wish | estribillos |
| Wish | Guadalupe Moore |
| Wish | howoti |
| Wish | huajingyuanxuecun |
| Wish | JoAnne Hileman |
| Wish | kabbfqylilxan |
| Wish | KidsMart2 |
| Wish | kopwiwezki |
| Wish | Omega Allies |
| Wish | Oropeza style |
| Wish | Ovejitas |
| Wish | Salvador Ortega66 |
| Wish | Surapal19-75 |
| Wish | The Big Market Sport |
| Wish | tsubiz |