UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EXPEDITEE, LLC, | : | Case No.: 1:21-cv-06237 |
| Plaintiff, | : | **AFFIDAVIT IN SUPPORT OF PLAINTIFF EXPEDITEE LLC'S REQUEST FOR ENTRY OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT** |
| vs. | : | |
| THE ENTITIES listed on EXHIBIT 1, | : | |
| Defendants. | : | District Judge: Hon. Andrea R. Wood |
| RJITSCT LLC d/b/a/ Respect The Look, | : | |
| Counterclaimant, | : | |
| vs. | : | |
| EXPEDITEE LLC, | : | |
| Counter-defendant. | : | |

**AFFIDAVIT ISO DEFAULT
AND DEFAULT JUDGMENT**
Case No.: 1:21-cv-06237

I, Patrick Jones, declare as follows:

1. I am an attorney licensed to practice in this Court.

2. I am personally familiar with the facts stated below and, if called as a witness, could testify competently thereto.

3. Plaintiff effected service on all Defaulting Defendants in accordance with the Court's Order concerning electronic service (ECF No. 19), on the dates listed below:

- eBay Defendants on January 10, 2022 (ECF No. 59; *id.*, Exh. A);
- Wish.com Defendants on January 10, 2022 (ECF No. 59; *id.*, Exh. B);
- Amazon Defendants on January 11, 2022 (ECF No. 59; *id.,* Exh. C);
- Etsy Defendants on January 16, 2022 (ECF No. 59; *id.,* Exh. D);
- PayPal Defendants on January 16, 2022 (ECF No. 59; *id.,* Exh. E); and
- Alibaba Defendants on January 19, 2022 (ECF No. 59; *id.,* Exh. F).

4. No answer, motion, or other responsive pleading was received from any of Defaulting Defendants.

5. Upon information and belief, Defaulting Defendants are not juveniles, incompetent, or in the military.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of March, in Chicago, Illinois.

/s/ Patrick M. Jones