UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE, LLC, | Case No.: 1:21-cv-06237 |
| Plaintiff, | **PLAINTIFF EXPEDITEE LLC'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| THE ENTITIES listed on EXHIBIT 1, | District Judge: Hon. Andrea R. Wood |
| Defendants. | |
| RJITSCT LLC d/b/a/ Respect The Look, | |
| Counterclaimant, | |
| vs. | |
| EXPEDITEE LLC, | |
| Counter-defendant. | |

Pursuant to Fed. R. Civ. P. 15, Plaintiff Expeditee LLC ("Plaintiff"), by and through its attorneys, respectfully requests that this Court enter an order granting Plaintiff leave to file a First Amended Complaint ("FAC"). In support, Plaintiff states as follows:

1. On November 22, 2021, Plaintiff filed its original Complaint alleging claims of: (1) Federal Trademark Counterfeiting and Infringement (15 U.S.C. § 1114); (2) Unfair Competition and False Designation of Origin (15 U.S.C. § 1125(a)); and (3) violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS 510), against The Entities listed on Exhibit 1. (ECF No. 1.)

2. RTL filed a Motion to Dismiss for Failure to State a Claim and for Summary Judgment on February 14, 2022. (ECF No. 70.) No other defendants have appeared in the action.

3. Several non-appearing defendants have contacted Plaintiff to resolve their dispute

and Plaintiff has filed Notices of Voluntary Dismissal with prejudice to dismiss them. (ECF Nos. 25, 36, 54, 61, 65 and 83.) Plaintiff also filed a Motion for Default Judgment against certain non-appearing defendants on March 18, 2022. (ECF Nos. 84-85.)

4. On March 8, 2022, the parties attended a status conference before this Court. (ECF No. 80.) The parties discussed Plaintiff's intention to file a first amended complaint (mistakenly referred to as a "second amended complaint" by Plaintiff's counsel during the hearing). RTL's counsel indicated that he would oppose Plaintiff's motion to amend. Counsel for the parties had previously discussed Plaintiff's intention to file the amended complaint to add copyright infringement and trade dress claims on February 23, 2022. The Court ordered Plaintiff to file its Motion for Leave to File the FAC by March 22, 2022. (*Id.*)

5. Plaintiff now seeks leave to file its FAC to: (1) add additional facts supporting its existing claims; (2) add claims for trade dress and copyright infringement; and (3) add 13 store aliases as defendants.

6. As detailed in its Memorandum in Support of its Motion for Leave to File a FAC, Plaintiff did not unduly delay in amending its complaint and the FAC was not brought in bad faith, is not futile, and will not cause undue prejudice to any of the defendants.

WHEREFORE, Plaintiff respectfully requests this Court grant its Motion for Leave to File its FAC.

Dated: March 22, 2022  Respectfully Submitted,

LOZA & LOZA LLP

/s/ *Lena N. Bacani*
Lena N. BacaniI (admitted *pro hac vice*)
Lena.bacani@lozaip.com
Marie Richmond (admitted *pro hac vice*)
Marie.richmond@lozaip.com
305 N. Second Ave., #127
Upland, CA 91786
Tel: (213) 394-3625

ARONBERG GOLDGEHN DAVIS & GARMISA
Matthew De Preter
330 N. Wabash Ave. Suite 1700
Chicago, IL 60611
(p) 312.828.9600
(f) 312.828.9635
cdepreter@agdglaw.com

*Attorneys for Plaintiff, Expeditee LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

By: /s/ *Lena N. Bacani*_____
Lena N. Bacani