**EXHIBIT 2**

**I.    Previously Named Defendants**

Respect the Look,



Noshye Store. https://www.amazon.com/Noshye-Veteran-Seasonal-Vertical-Decorations/dp/B09FZRQQR4/ref=sr_1_8?crid=1FO4EXCF2VAGW&keywords=noshye+jesus&qid=1647943662&sprefix=noshye+jesus%2Caps%2C115&sr=8-8



Ronning Industry Store, https://www.alibaba.com/product-detail/High-Quality-Hanging-National-100D-Polyester_1600118490539.html?spm=a2700.galleryofferlist.normal_offer.d_title.530f7d90b61rp5



TFDXIH, https://www.amazon.com/TFDXIH-American-Polyester-Decorative-Farmhouse/dp/B09JWK9W9Z/ref=sr_1_1_sspa?crid=3BF5FNRNJ3657&keywords=tfdxih&qid=1647942464&sprefix=tfdxih%2Caps%2C131&sr=8-1-spons&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyVlRTSFc0WUtEUFlCJmVuY3J5cHRlZElkPUEwMTE0MjEyU1NUkpFTlUxQU5RJmVuY3J5cHRlZEFkSWQ9QTA3MzY1ODczTDNNQzk1TVZKQksxJndpZGdldE5hbWU9c3BfYXRmJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1



TFDXIH Don't Be Afraid Just
Have Faith Flag Easter Jesus
American Flag 3x5 Outdoor
Double Sided Polyester House
Home Flags Outside Decor
Banners

Size:One Size

Color:Don't Be Afraid. Just Have Faith -1

   
  



**TFDXIH One Nation Under God Flag 3x5 Ft Easter Jesus American Flag for Outdoor Indoor Double Sides Printed Polyester House Flag Decorative Home Flags...**

Size:One Size

Color:One Nation Under God -2

   

 

## II.    New Defendants

Giusepalma, dba Songallies, https://www.amazon.com/Racism-Human-Garden-Outdoor-Double/dp/B09C2GRXHF/ref=sr_1_6?m=A1IB6X6Y92QA51&marketplaceID=ATVPDKIKX0DER&qid=1647399981&s=merchant-items&sr=1-6&th=1



Grandracha, dba LLKK, https://www.amazon.com/LLKK-Vintage-Sasquatch-American-Decoration/dp/B09PRK7535/ref=sr_1_3?m=A34HL85P86S63R&marketplaceID=ATVPDKIKX0DER&qid=1647400046&s=merchant-items&sr=1-3



Conde Mar, dba MIHO OZAWA Store, https://www.amazon.com/Hippie-Imagine-People-Decorative-OutDoor/dp/B0978XP3BY/ref=sr_1_1?crid=18EQVHJKI5YD6&keywords=flag&m=A2WSXKSUO7B2LE&qid=1647400496&s=merchant-items&sprefix=fla%2Caps%2C307&sr=1-1





FaFaFa Online, dba Shimmer Lin, https://www.amazon.com/Sunflower-Imagine-Weatherproof-Outdoor-White-2/dp/B09Q11LXBL/ref=sr_1_41?crid=1JAMP2FWI1VJ4&keywords=hippie%2Bflag&qid=1647398983&sprefix=hippie%2Bfl%2Caps%2C404&sr=8-41&th=1



YangFang 1995, https://www.amazon.com/Nation-American-Suitable-Outdoors-Seasons/dp/B09NM2WTRY/ref=sr_1_44?crid=X5Q70M7OIWEO&keywords=one%2Bnation%2Bunder%2Bgod%2Bflag&qid=1647400602&sprefix=one%2Bnati%2Caps%2C325&sr=8-44&th=1



Quality Search Inc,, https://www.amazon.com/Flag-One-Nation-Under-Garden/dp/B09PVKN7Z9/ref=sr_1_12?crid=LKLHB8UC5MTP&keywords=flag&m=A3VZQM1Z47SSYY&qid=1647400730&s=merchant-items&sprefix=fla%2Caps%2C318&sr=1-12





I. **Infringing Websites**

Colin Store, https://www.colinstore.com/products/lineman-american-us-flag



Crushprint, https://crushprints.com/collections/house-flag/products/jesus-christian-american-flag-garden-flag?variant=40993226883221



Familygater, https://www.familygater.com/products/one-nation-under-god-flag-mlh939f



Igbmerch, https://igbmerch.com/products/boxer-dog-american-cross-god-flag-gold-cross-god-flag-one-nation-under-god-us-flag-ln-gifts-for-dog-owners?currency=USD&gclid=CjwKCAjw8sCRBhA6EiwA6_IF4QUabklnOjutIIqa_WtJzLZfd2YeduuRqe93h2vBIOPkzRd6FisxnhoCXh4QAvD_BwE



Veteranclothin, https://www.veteranclothin.com/products/gift-for-christian-bus-driver-jesus-take-the-wheel-american-flag-christ-jesus-flag-gold-cross-god-flag-one-nation-under-god-us-flag-ln



Nastigal, https://www.nastigal.co/products/one-nation-under-god-christian-eagle-flag-100000862216?variant=1000007988715836



Hopeflight, https://hopefight.com/products/one-nation-under-god-flag-house-garden-god28104?currency=USD&utm_medium=cpc&utm_source=google&utm_campaign=Google%20Shopping



Upfamillie, https://upfamilie.com/products/one-nation-under-god-america-flag-pn262fv1?currency=USD&variant=36417412399255



Family Presents, https://www.family-presents.com/products/one-nation-under-god-america-god-flag-jesus-flag-christian-s-flag-god-flag-patriot-double-sided-house-flag-garden-flag?variant=1000004937060875



https://www.family-presents.com/products/chihuahua-police-dog-thin-blue-line-christian-cross-flag-garden-flag-peace-flag-house-flag-farmhouse-peace-flag-yard-decor

