## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Expeditee LLC, et al.

                                Plaintiff,

v.                                                        Case No.: 1:21−cv−06237
                                                                        Honorable Andrea R. Wood

The Entities Listed on Exhibit 1, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 7, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 4/7/2022. The Court will issue an order setting an early discovery schedule in this matter. Plaintiff's motion for entry of default and default judgment as to certain defendants [84] is set for a telephonic hearing on 4/25/2022 at 1:30 PM CST. Plaintiff shall provide email notice of the hearing to the subjects of the motion. Any party wishing to appear at the hearing shall email the courtroom deputy (david_lynn@ilnd.uscourts.gov) for instructions to join the call. If any party cannot attend the hearing, they may request an adjustment in the date or time by emailing the courtroom deputy by the close of business on 4/22/2022. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.