UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Expeditee LLC, et al.

                              Plaintiff,

v.                                             Case No.: 1:21−cv−06237
                                                                  Honorable Andrea R. Wood

The Entities Listed on Exhibit 1, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 25, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephone status hearing held. Plaintiff shall provide an additional filing by 4/27/2022 indicating which defendants are being voluntarily dismissed, for which defendants default judgment is being sought, and for which defendants email notice of the default judgment proceeding was returned as undeliverable. The motion for default judgment is taken under advisement for ruling. Plaintiff's response to the motion for sanctions [78] and Defendant RJITSCT LLC's response to the motion for leave to amend complaint [88] are due by 5/19/2022; respective replies by 6/9/2022. For docket clarification, Defendant RJITSCT LLC's motion to dissolve the TRO and for sanctions against Plaintiff [34] and Plaintiff's motion to continue hearing on motion for preliminary injunction [37] are terminated as moot in light of subsequent orders. In addition, Defendant and Counterclaim−Plaintiff RJITSCT LLC's motion for leave to file supplemental exhibit in opposition to Plaintiff's motion for a preliminary injunction and in support of RJITSCT LLC's motions to dissolve the TRO and for sanctions [42] is granted. Plaintiff's motion for leave to file the proof of service under seal and to file and serve a redacted proof of service on the parties [60] is granted. A telephone status hearing is set for 6/16/2022 at 9:15 a.m. Any party wishing to appear at the hearing shall email the courtroom deputy (david_lynn@ilnd.uscourts.gov) for instructions to join the call. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.