UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> THE ENTITIES listed on EXHIBIT 1, <br><br> Defendants. <br> _____ <br><br> RJITSCT LLC d/b/a/ Respect The Look, <br><br> Counterclaimant, <br><br> vs. <br><br> EXPEDITEE LLC, <br><br> Counter-defendant. | Case No.: 1:21-cv-06237 <br><br> **PLAINTIFF EXPEDITEE LLC'S NOTICE OF VOLUNTARY DISMISSAL #6, WITHOUT PREJUDICE** <br><br> District Judge: Hon. Andrea R. Wood |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses the below listed defendants in this action ("Defendants"):

| Platform | Defendant | Seller ID |
|---|---|---|
| Amazon | ⭐⭐⭐⭐⭐Store | A1PDGJF8HUCCJY |
| Amazon | Can Online Store | A3B70DP3Q2AUP8 |
| Amazon | chaoteam | A1DDU1VN7DZJXV |
| Amazon | Evgenii Kalashnikov Shop | A3W44UHPCCZJ72 |
| Amazon | MINJI KIM SHOP | A21SD7MGNOJ5HF |
| Amazon | NiceCloud | A123RPDWE4S600 |

| | | |
|---|---|---|
| Amazon | Nurbekkyzy Shops | A5QZHVZ76H9LQ |
| Amazon | POXAIDON | A3ABGKPZUNKCDS |
| Amazon | Qiang Super | A2VX9G00038XPL |
| Amazon | TERUO YORDANI | AO92E9JDXBIDX |
| Amazon | UNIKIHOMUM | A3ABGKPZUNKCDS |
| Amazon | WANG YIFEI | A1NW7F6BK84C8M |
| Amazon | WLQ-Shops | AGUYVINSTJLDB |
| Amazon | YUNJEONG SEO | A35JM7ZKWE7M61 |
| Amazon | ZAIVOK LLC | A29X77TORJ90OK |
| Amazon | ZJ Online | A1PD6EAWN8W74U |
| eBay | i_lizard | ilizard |

Defendants have not filed an answer or otherwise responded in this action. Plaintiff therefore dismisses Defendants **without prejudice**.

Dated: April 25, 2022

/s/ Marie E. Richmond
Marie E. Richmond (*pro hac vice*)
LOZA & LOZA LLP
305 N. Second Ave., #127
Upland, CA 91786
Email: marie.richmond@lozaip.com

*Attorneys for Expeditee, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

                                              By: /s/ Marie E. Richmond