**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EXPEDITEE, LLC, | : | Case No.: 1:21-cv-06237 |
| | : | |
| Plaintiff, | : | **PLAINTIFF EXPEDITEE LLC'S** |
| | : | **NOTICE OF AMENDED EXHIBIT A** |
| vs. | : | **TO MEMORANDUM IN SUPPORT** |
| | : | **OF MOTION FOR DEFAULT AND** |
| THE ENTITIES listed on EXHIBIT 1, | : | **DEFAULT JUDGMENT AS TO** |
| | : | **CERTAIN DEFENDANTS [ECF NO.** |
| Defendants. | : | **85]** |
| | : | |
| | : | District Judge: Hon. Andrea R. Wood |
| RJITSCT LLC d/b/a/ Respect The Look, | : | |
| | : | |
| Counterclaimant, | : | |
| | : | |
| vs. | : | |
| | : | |
| EXPEDITEE LLC, | : | |
| | : | |
| Counter-defendant. | : | |

 

      Pursuant to the Court's Notification of Docket Entry (ECF No. 92), Plaintiff Expeditee, LLC ("Plaintiff") hereby submits an Amended Exhibit A to Plaintiff's Memorandum in Support of Motion for Entry of Default and Default Judgment, filed concurrently herewith as Exhibit 1.

**NOTICE OF AMENDED EXHIBIT A**
**TO MEMO ISO MOTION FOR DEFAULT**
**AND DEFAULT JUDGMENT [ECF NO. 85]**
Case No.: 1:21-cv-06237

1

Dated: April 27, 2022

/s/ Marie E. Richmond
_____
Marie E. Richmond (*pro hac vice*)
LOZA & LOZA LLP
305 N. Second Ave., #127
Upland, CA 91786
Email: marie.richmond@lozaip.com

*Attorneys for Expeditee, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, I electronically filed the foregoing with the Clerk
of the Court by using the CM/ECF system which will send notice of electronic filing to all parties
at the email addresses on file with the Clerk of Court.

By: /s/ Marie E. Richmond

**NOTICE OF AMENDED EXHIBIT A**
**TO MEMO ISO MOTION FOR DEFAULT**
**AND DEFAULT JUDGMENT [ECF NO. 85]**
Case No.: 1:21-cv-06237

2