IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE ENTITIES listed on EXHIBIT 1, <br><br> *Defendants*, <br><br>――――――――――――――――― <br><br> RJITSCT LLC d/b/a Respect The Look, <br><br> *Counterclaim-Plaintiff*, <br><br> v. <br><br> Expeditee LLC, <br><br> *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237 <br><br> Judge Andrea R. Wood <br><br> <u>Jury Trial Demanded</u> |

**DECLARATION OF BRIAN J. BECK IN OPPOSITION TO
<u>PLAINTIFF'S MOTION FOR LEAVE TO AMEND</u>**

I, Brian J. Beck, declare as follows:

1. I am an attorney licensed to practice in this Court, and an associate in the law firm of Zuber Lawler LLP, attorneys of record for Defendant RJITSCT LLC d/b/a Respect The Look ("Respect The Look"). I am personally familiar with the facts stated below and, if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a printout of the United States Copyright Office's information for Copyright Registration No. VA0002287991, that I made on May 17, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of a printout of an Instagram post that I prepared on May 13, 2022. I discovered this Instagram post by performing a Google Image Search for the picture of Jesus used in Plaintiff's "One Nation Under God" flag.

4. On May 18, 2022, I performed searches on Plaintiff's website, http://flagwix.com, for the phrases "Jesus Signature" and "Signature Jesus." Attached hereto as Exhibit 3 is a true and correct copy of printouts of the results of those two searches on Plaintiff's website.

5. On May 18, 2022, I performed searches on Google for the phrases "'Jesus Signature' flag" and "'Signature Jesus' flag." Attached hereto as Exhibit 4 is a true and correct copy of printouts of the results of those two Google searches.

6. Attached hereto as Exhibit 5 is a true and correct copy of a printout of the "Jesus Flag" page of Plaintiff's website, https://flagwix.com/collections/religion/jesus/, that I retrieved and prepared on May 13, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of May, 2022, at Glenview, Illinois.

/s/ Brian J. Beck_____
Brian J. Beck