# **Exhibit 1**

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002287991 / 2022-02-17

Application Title: TRL06F ? One Nation Under God.

Title:              TRL06F ? One Nation Under God.

Description:        Electronic file (eService)

Copyright Claimant:
                    Expeditee LLC.

Date of Creation:   2020

Date of Publication:
                    2020-09-04

Nation of First Publication:
                    United States

Authorship on Application:
                    Expeditee LLC, employer for hire; Citizenship: United
                       States. Authorship: 2-D artwork.

Rights and Permissions:
                    Lena N. Bacani, LOZA & LOZA, LLP, 305 North Second Avenue,
                       #127, Upland, CA, 91786-6064, United States, (213)
                       394-3625, lena-pto@lozaip.com

Copyright Note:     C.O. correspondence.

Names:              Expeditee LLC

================================================================================
```