# **Exhibit 2**





   

Promoted
Illumeably


