# **Exhibit 3**

| UA Help the people of Ukraine. | Donate now. |



"Jesus Signature"  $0.00 🛒 0

All Products    3-Day Delivery    Products ▾    Occasions ▾    Feature Flags ▾    Hobbies ▾    Help Center ▾

Personalized Product    Blog    UA Stand With Ukraine    Rewards

No products were found matching your selection.

## Recommended products



**Jesus Flag. One Nation Under God…**
$19.95 – $39.95
Add to Cart



**Jesus American Flag Flagwix™ Don't Be…**
$19.95 – $39.95
Add to Cart



**Hippie Every Little Thing Is Gonna Be…**
$19.95 – $39.95
Add to Cart



**German Shepherd American Flag**
$19.95 – $39.95
Add to Cart



### Get in Touch

Email: support@flagwix.com
Mon – Sat: 9AM-5PM EST
We're always happy to help!

📍 **Address:**
539 W. Commerce St, Suite 2859 Dallas, TX 75208

📍 **Address 2:**
117 Kerfoot Cres, Keswick, ON, L4P 4B5

© Flagwix 2022 • DMCA

Sign Up to get the latest on sales, new releases and more…

SUBSCRIBE    GET 10% OFF YOUR FIRST ORDER

Enter You Email

Enter You Email

## About Flagwix

About Us

Privacy Policy

Terms of service

Return & Refund

Shipping Information

Copyright Policy

DCMA Report

## Help

FAQs

Contact Us

Track Your Order

Happy Customers

Sign up / Sign in

Rewards

## Follow Us

Facebook

Twitter

Instagram

Pinterest

GET 10% OFF YOUR FIRST ORDER

Help the people of Ukraine. Donate now.



"Signature Jesus"

$0.00  0

All Products  3-Day Delivery  Products  Occasions  Feature Flags  Hobbies

Help Center

Personalized Product  Blog  Stand With Ukraine

No products were found matching your selection.

## Recommended products



**Jesus Flag. One Nation Under God…**

$19.95 – $39.95

Add to Cart



**Jesus American Flag Flagwix™ Don't Be…**

$19.95 – $39.95

Add to Cart



**Hippie Every Little Thing Is Gonna Be…**

$19.95 – $39.95

Add to Cart



**German Shepherd American Flag**

$19.95 – $39.95

Add to Cart

### Get in Touch

Email: support@flagwix.com
Mon – Sat: 9AM-5PM EST
We're always happy to help!

**Address:**
539 W. Commerce St, Suite 2859 Dallas, TX 75208

**Address 2:**
117 Kerfoot Cres, Keswick, ON, L4P 4B5

© Flagwix 2022 • DMCA

Sign Up to get the latest on sales, new releases and more…

SUBSCRIBE

Enter You Email

Enter You Email

## About Flagwix

About Us

Privacy Policy

Terms of service

Return & Refund

Shipping Information

Copyright Policy

DCMA Report

## Help

FAQs

Contact Us

Track Your Order

Happy Customers

Sign up / Sign in

Our Loyalty Program

## Follow Us

Facebook

Twitter

Instagram

Pinterest