# **Exhibit 4**











Google "Jesus Signature" flag

Sign in

All Images Shopping News Videos More Tools

About 42,600 results (0.41 seconds)

## Images for "Jesus Signature" flag

oscar statue | plastic jesus | sweet tea | posters | decal

Feedback

View all

https://customdecornet.com › Product Category

### Fall into Jesus-Flag by Studio Ramona - Custom Decor

Fall into Jesus-**Flag** by Studio Ramona ... Each **flag** is printed using a fade resistant ink, on luxurious velvety soft ... Fall into **Jesus-Signature** Sign.

https://customdecornet.com › Product Category

### Fall into Jesus-Signature Sign - Custom Decor

Fall into **Jesus-Signature** Sign. Our USA printed 15"x 5" PVC Signature Signs are a perfect choice to adorn any garden with their colorful beautiful designs.

https://www.christianbook.com › raised-sweet-tea-jesus-...

### Raised on Sweet Tea & Jesus Flag, Large: Tina Wenke

Southern charm welcome with pitcher of iced tea on **flag** and garden decorArtisan design by Tina Wenke; ... Raised on Sweet Tea & **Jesus Signature** Sign.

Format: Gift Weight: 8 ounces

★★★★★ Rating: 5 · 1 review · $19.99 · In stock

https://www.christianbook.com › raised-sweet-tea-jesus-...

### Raised on Sweet Tea & Jesus Flag, Small: Tina Wenke

Southern charm welcome with pitcher of iced tea on **flag** and garden decor. Artisan design by Tina Wenke; ... Raised on Sweet Tea & **Jesus Signature** Sign.

Format: Gift Weight: 3 ounces

★★★★★ Rating: 5 · 2 reviews · $10.99 · In stock

https://www.pinterest.com › ... › Tea

### Raised on Sweet Tea & Jesus Signature Sign in 2022 - Pinterest

Raised on Sweet Tea & **Jesus Signature** Sign · Southern charm welcome with pitcher of iced tea on **flag** and garden decor.Artisan design by Tina Wenke; daisies, ...

https://customstickershop.us › Products

### Jesus Signature Christian Decal Stickers | MADE IN USA

**Jesus Signature** Christian Decal Stickers | 5 Star Rated Seller - Satisfaction Guaranteed - Over 1 million orders Shipped - Buy 2 Get 1 Free - Shop Now!

★★★★★ Rating: 5 · 6 reviews · $5.99 to $10.99 · In stock

https://www.teeshirtpalace.com › posters

Stand For the **Flag** Kneel for the Cross USA Eagle Wings Posters. $11.95. TeeShirtPalace SID25245-POST ... **Jesus Signature** Cross Script Christ Easter Posters.

http://tdcdecals.com › Religious

### (2) Jesus Signature Vinyl Decal Sticker - Texas Die Cuts

(2) **Jesus Signature** Vinyl Die Cut Decals. Size: 3.00" x 7.00", 3.75" x 9.00", 4.62" x 11.00". These decals is made to last 8-10 years with hi performance ...



https://genelles.com › promotions › signature-signs

### Signature Signs - Garden & Outdoor - Home - Genelles

Thank You **Jesus Signature** Sign. $12.99. Lemon Topiary Signature Sign. $12.99. Lemons On Blue Signature Sign. $12.99. Red Gingham Daisy Signature Sign.

Ad · https://www.etsy.com/

### Jesus Flags

Shop, Create, And Be Inspired By Unique Items You Can't Find Anywhere Else. Buy And Sell Millions Of One-Of-A-Kind Items. Handmade & Vintage Items. One-of-a-Kind Community.

★★★★☆ Rating for etsy.com: 4.2 - 329 reviews - Order accuracy: 95–100%

Black-Owned Shops · Star Sellers · Personalized Gifts · Home Decor Favorites

### Related searches

| 🔍 description of jesus christ | 🔍 jesus of nazareth person |
| 🔍 what color was jesus christ | 🔍 i am jesus christ |



1  2  3  4  5  6  7  8  9  10    Next

---

● 90012, Los Angeles, CA  -  Based on your past activity  -  Update location

Help    Send feedback    Privacy    Terms



### Images for "Signature Jesus" flag

View all

**https://en.wikipedia.org › wiki › Divine_Mercy_image**
### Divine Mercy image - Wikipedia
The Image of the Divine Mercy is a depiction of Jesus Christ that is based on the devotion ... to the pattern you see, with the **signature:** "**Jesus**, I trust in You".

**https://en.wikipedia.org › wiki › Divine_Mercy**
### Divine Mercy - Wikipedia
The Divine Mercy is a form of God's compassion, an act of grace based on trust or ... The first and second elements relate to the **signature** "**Jesus** I trust in ...

**https://www.pinterest.com › ... › Women's Top**
### Liberty Guns Beer Trump BBQ American Flag shirt, hoodie ...
We designed Trending, American **Flag** based on the fashion trend of the world. ... All I Need Today Is A Little Of Freddie Mercury **Signature Jesus** shirt ...

**https://wherecreativityworks.com › divine-mercy**
### Divine Mercy - Where Creativity Works
Apr 2, 2018 — That vessel is this image with the **signature: Jesus**, I trust in You (327)… ... as the Polish **flag** colors rather then their actual meaning.

**https://myjourneytojesus.net › saint-faustyna**
### SAINT FAUSTYNA - My Journey to Jesus
May 13, 2020 — ... to the pattern you see, with the **signature:** "**Jesus**, I trust in You". ... with the image's similarity to the red and white Polish **flag**.

**https://kingteeshops.com › T-Shirt**
### Nothing Else Matters 38 Years 1981 2019 ... - Kingteeshop
I hadn't realized that Ugmonk Nothing Else Matters 38 Years 1981 2019 Metallica **Signature Jesus** T-Shirt . did not have a dedicated wome.



**https://shirtsowl.com › Shop**
### Nothing Else Matters 38 Years 1981 2019 Metallica ...
Nothing Else Matters 38 Years 1981 2019 Metallica **Signature Jesus** Shirt For birthday, Valentines Day, Father's Day, Halloween Day, Thanksgiving.
$19.00 to $23.00 · In stock



**https://www.walmart.com › Books › All Books**

The Signature of Jesus: The Call to a Life Marked by ... - Walmart
The Signature of Jesus: The call to a life marked by holy abandon and radical discipleship. With passion and boldness, author Brennan Manning ...
$5.06 · In stock

https://www.catholictothemax.com › catholic-art › divin...
**Divine Mercy Vilnius Original Wall Plaque**
Paint an image according to the pattern you see, with the **signature: Jesus** I trust in You. I desire that this image be venerated, first in your chapel, ...
$27.00 · In stock



Ad · https://www.flagsimporter.com/ · (909) 345-1616
**Religious Flags | FlagsImporter.com**
Flags 3x5 Feet From $1.80. Quality Guaranteed. Fast Shipping. Order Now! We Produce Country **Flags**, State **Flags**, American **Flags**, Super **Flags**, Military **Flags** & More.
New Products · Monthly Promotions · Help Center · About Us · Download Catalog
3 x 5 Feet Flags - from $2.00 - Buy More and Save · More

Ad · https://www.etsy.com/
**Jesus Flags**
Shop, Create, And Be Inspired By Unique Items You Can't Find Anywhere Else. Buy And Sell Millions Of One-Of-A-Kind Items. DIY Headquarters. Ready To Ship Top Sellers. Talented Creators. Free Shipping Available. Everyday Supplies. Handmade & Vintage Items.
Rating for etsy.com: 4.2 - 329 reviews · Order accuracy: 95–100%
Star Sellers · Black-Owned Shops · Personalized Gifts · Home Decor Favorites

## Related searches

Divine Mercy picture
Divine Mercy painting

Feedback

- divine mercy image meaning
- jesus, i trust in you image original
- what is the main message of divine mercy?
- jesus, i trust in you image meaning
- divine mercy image st faustina
- what is divine mercy



Goooooooooogle  >
1  2  3  4  5  6  7  8  9  10    Next

● 90012, Los Angeles, CA  -  Based on your past activity  -  Update location

Help      Send feedback      Privacy      Terms