# **Exhibit 5**



# Jesus Flag

Home / Religion / Jesus Flag

1  2  3  …  56  →

Sort by popularity

  

Jesus Flag. One Nation Under God Jesus Flag TRL06Fv5

$19.95 – $39.95

Add to cart

Jesus American Flag Flagwix™ Don't Be Afraid, Just Have Fait…

$19.95 – $39.95

Add to cart

One Nation Under God America Flag PN262Fv1

$19.95 – $39.95

Add to cart

  

Faith Over Fear God Jesus Flag TRL763F

$19.95 – $39.95

Add to cart

Christian Cross Flag

$19.95 – $39.95

Add to cart

Way Maker Miracle Worker Jesus Christ Flag

$29.95 – $39.95

Add to cart



### Cross With Jesus Flagwix™ Way Maker And Miracle Worker Flag

$19.95 – $39.95

Add to cart



### Jesus Christian Flag As For Me And My House, We Will Serve…

$19.95 – $39.95

Add to cart



### Jesus Christian Cross. Be Still And Know That I Am God…

$19.95 – $39.95

Add to cart



### Jesus Flag Jesus Faith Over Fear Australian Flag TRL1254Fv2

$29.95 – $39.95

Add to cart



### Jesus American Flag

$29.95 – $39.95

Add to cart



### Faith Over Fear Flag

$19.95 – $39.95

Add to cart





**Old Rugged Cross Flag**

$19.95 – $39.95

Add to cart

**One Nation Under God Flag**

$19.95 – $39.95

Add to cart

**Christmas Flag Jesus Is Born THB3501F**

$29.95 – $39.95

Add to cart



**Christian Cross Flag**

$19.95 – $39.95

Add to cart

1  2  3  …  56  →

## Why You Should Fly a Jesus Flag

How to find the perfect **Jesus flag** that you can proudly display on your property, in your car, or in your church? The answer to this question depends mainly on what you want to achieve by flying a Jesus flag.

Some people choose to fly these flags because they want to spread the message of the Christian faith, while others simply see them as an indication of their faith. Whatever your reasons may be, keep reading for some information that helps you find the perfect Jesus flag based on your needs and preferences.

## What is a Jesus Flag?

**Jesus flags, also known as Sacred Flags, are Christian banners that include The Lord's Prayer written in white on a blue background.** In addition to using these flags at their church or place of worship, many Christians will use them in homes as an inspirational and spiritual reminder.

**There are many different versions of the Jesus flag available today to appeal to various aesthetic tastes.** Nonetheless, they retain the original flag's pure meaning. However, The Lord's Prayer isn't always included on a Jesus flag. It can simply have images of Jesus Christ, religious symbols, communal prayers, or any Bible verse. All of this points towards the same goal: **Strengthening the Christian faith in people**.

## Are Flags Mentioned in The Bible?

**Yes, they actually are.**

The word "banner" or "banners" are caught 18 times in the New International Version of the Bible, and the word "flagstaff" appears in Isaiah 30:17.

The word "flag" also appears (in the sense of the plant) in the King James Version, but the word "banner" is caught 6 times.

## Where Can I Buy Jesus Flags and Banners?

**Flagwix is a trusted resource for high-quality custom flags, banners, and signs.** Whether you're looking to show your patriotism or want to make a specific statement about your religious beliefs, we can help.

Our selection of Jesus flags and banners is extensive, but if there's something that you don't see on our site, just ask us! As a **Jesus Flag company,** we will do our best to help you find what you need.

## Jesus Flags For Sale



# Jesus American Flag

As the number of people who believe in the power of prayer increases, so do those looking for flags with biblical verses. **The One Nation Under God Flag** is one such flag that features the verse from the Pledge of Allegiance—and has been flying high for decades as a statement of faith and patriotism.

We sell Jesus flags featuring the verse One Nation Under God and the image of the American Stars and Stripes, along with several other similar designs for every corner of your home or office.



# Christian Flags

We also sell Christian flags that, in addition to featuring any scripture, can be used to proclaim your faith with their bold designs. When it comes to living out your beliefs, why not go big? Go bold!

We **combine the American flag and cross** to create the best flags for Christians to strengthen their faith and beliefs in Him.

We also make the **Sacred Heart of Jesus Flag**, which features the Sacred Heart's image. The Sacred Heart was first conceived by Saint Margaret Mary Alocoque (1647-1690) as an act of reparation for the sins of those who had scorned and crucified Jesus Christ. Since then, images of his Sacred Heart have become widespread in Catholic culture worldwide.

# Fall For Jesus He Never Leaves Flag

It's like a **Thank You Jesus flag** for Thanksgiving time or just to give out that vibe all year long. To add more, we'd like to say it's a way to display your faith and express gratitude for what Jesus did in his short but impactful life on earth.

## Jesus Is The Reason For The Season Flag

This flag is a must-have decor for the Christmas season, the time we celebrate annually to honor the birth of our Christ savior. And for many, it's the only reason we should have the occasion. Nonetheless, we make sure that **our designs are excellent enough to bring the Holiday vibe and Christian blessings to your home!**

# Why Flying Jesus Flags Should be Important to Us

Many people are surprised to learn that displaying a religious symbol, **such as a Jesus flag**, on public or government property is perfectly legal. Even though some groups disagree with our values and have tried to ban our flags (and other religious symbols), we think it's important to stand up for what we believe in: America is at its best when it embraces freedom of religion.

The United States was founded by those who sought refuge from persecution and oppression, and they have devoted Christians just like us. There's nothing wrong with flying a Jesus flag!

Here is the best reason why we think everyone should show their love for God by flying one of these beautiful banners:

By displaying a Jesus flag outside your home or business, you can **demonstrate your beliefs to others**. This may help them better understand your faith—or inspire them to research more about Christianity and how it helps people live good lives (and avoid sin).

Nonetheless, whether someone decides to become Christian because of seeing your Jesus flag hanging outside depends entirely on their heart; all we can do is live out our own faith and let God do the rest.

# Frequently Asked Questions

## What does Jesus with a white flag red cross represent?

**George G. Felt created the white flag with a red cross and name Jesus after a vision in 1985.** The meaning is threefold: to proclaim that Jesus Christ is Lord over all nations, remind people of their need for redemption through Him, and declare that there will be world peace as He establishes His righteous rule on earth one day. The conquer symbol refers to Colossians 1:13-14; He has delivered us from the power of darkness and conveyed us into His kingdom. (NIV) What we are seeing today – war, disasters, disease epidemics – are just examples of what happens when nations reject God's rule.

## What is the colour of Christianity?

In particular, the colors **red, white, and blue** have special meanings when it comes to Christianity. The red represents Jesus' blood shed for us, white stands for purity, and blue represents His resurrection. When taken all together, it shows that even after Jesus was crucified on a cross, He rose again victorious over death. That may be why many people think flying a Jesus flag represents hope because followers of Christ understand that no matter what happens in life, there is always victory in Christ over any difficulty or circumstance we face.

# Conclusion

It's hard to deny that Jesus has had a significant impact on our nation, so why not raise your own Jesus flags and banners? With our **Jesus Flag** Collection right on this page, you can show your faith in God and patriotism for the country.

Fly one today and thank God for his glory on Earth! May Him bless you.

### Get in Touch

Email: support@flagwix.com
Mon – Sat: 9AM-5PM EST
We're always happy to help!

**Address:**
539 W. Commerce St, Suite 2859 Dallas, TX 75208

**Address 2:**
117 Kerfoot Cres, Keswick, ON, L4P 4B5

© Flagwix 2022 • DMCA

Sign Up to get the latest on sales, new releases and more...

SUBSCRIBE

Enter You Email

Case: 1:21-cv-06237 Document #: 96-6 Filed: 05/19/22 Page 10 of 10 PageID #:1630

## About Flagwix

About Us

Privacy Policy

Terms of service

Return & Refund

Shipping Information

Copyright Policy

DCMA Report

## Help

FAQs

Contact Us

Track Your Order

Happy Customers

Sign up / Sign in

Our Loyalty Program

## Follow Us

Facebook

Twitter

Instagram

Pinterest