UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE, LLC, | Case No.: 1:21-cv-06237 |
| Plaintiff, | |
| vs. | District Judge: Hon. Andrea R. Wood |
| THE ENTITIES listed on EXHIBIT 1, | |
| Defendants. | |
| RJITSCT LLC d/b/a/ Respect The Look, | |
| Counterclaimant, | |
| vs. | |
| EXPEDITEE LLC, | |
| Counter-defendant. | |

**DECLARATION OF LENA N. BACANI IN SUPPORT OF EXPEDITEE'S OPPOSITION TO RJITSCT LLC D/B/A RESPECT THE LOOK'S RENEWED MOTION FOR SANCTIONS**

I, Lena N. Bacani, under penalty of perjury, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts below and, if called upon to testify, can and would testify competently thereto.

2. I am a partner with the law firm, Loza & Loza LLP, and substituted in as counsel for Plaintiff Expeditee LLC ("Expeditee") on February 15, 2022, taking over as their attorney from their former law firm, PMJ PLLC. I am admitted to this Court *pro hac vice*. I submit this declaration in support of Expeditee's Opposition to RJITSCT LLC d/b/a Respect the Look's

1

("RTL's") Renewed Motion for Sanctions ("Motion").

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a printout from RTL's Facebook page.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct. Executed this 19th day of May, 2022 in Monrovia, California.

*Lena Bacani*

Lena N. Bacani

# **EXHIBIT 1**

    1  20+ 





### Respect The Look Trends

2.5 (8 reviews) · Clothing (Brand)

■ Shop on Website

 respectthelook.com

| Home | Reviews | Photos | More ▼ | ■ Like | ■ Message | ■ ••• |

#### Ask Respect The Look Trends

"Can I check if an item is available?"   ■ Ask

"Can someone assist me?"   ■ Ask

"How much do your items cost?"   ■ Ask

"Can you recommend something for me?"   ■ Ask

Type a question   ■ Ask

#### About
See

    1   20+

Typically replies within a day
Send message

Clothing (Brand)

## Photos                                                                   See all



## Page transparency                                                        See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

RJITSCT LLC is responsible for this Page.

Page manager locations: United States, Philippines

## Related Pages

 **UPS employees that aren't A-holes**
Just for fun                                                                 Like

 **Alex's Outdoors**
Personal blog                                                               Like

 **Respect The Look - Online Boutique**
Interest                                                                    Like

     

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▪ · Cookies · More · Meta © 2022



**Create post**

Photo/video          Check in          Tag friends

Pinned post



**Respect The Look Trends**
January 28, 2021 · 🌐

A true flag for every American! 🇺🇸🇺🇸🇺🇸
✔ Brand new and high quality flag.
✔ 100% Durable polyester.
✔ 2 metal grommets ready for mounting.
✔ Hig... **See more**





32     11 Comments   13 Shares

Like     Comment     Share

Most relevant

Write a comment...

**Author**
**Respect The Look Trends**
Get Yours Today with a FREE USA lapel pin : respectthelook.com/1dtomusfp

**RESPECTTHELOOK.COM**
DTOM American Flag + USA Flag Pin

Like   Reply   1y

View 4 more comments

**Other posts**

**Respect The Look Trends**
February 2, 2021

New Limited Edition Apparel Designs and More Unique Products Available Today!

Shop Now: https://respectthelook.com/collecti.../newly-released-products





# 4                                        3 Comments

Like          Comment          Share

Most relevant

Write a comment...

**Author**
Respect The Look Trends
https://respectthelook.com/collec.../newly-released-products

RESPECTTHELOOK.COM
Newly Released Products

Like    Reply    1y

Most Relevant is selected, so some comments may have been filtered out.

**Respect The Look Trends**
January 28, 2021 ·

Don't Tread On Me - Hope and Courage for 2021!

Shop Now: respectthelook.com/dtomvert



      



 17    6 Comments   11 Shares

 Like     Comment     Share

Most relevant

 Write a comment...

 ✏️ Author
Respect The Look Trends
Shop Now: respectthelook.com/dtomvert

RESPECTTHELOOK.COM
DTOM USA Vertical Flag



**Respect The Look Trends**
January 28, 2021

A simple salute to our frontliners amidst issues in our country today! 🧍‍♂️👮‍♂️👷‍♂️🎖️

We are strong as One Nation! America Strong! 🇺🇸🇺🇸

Get One Today: respectthelook.com/vasf



👍❤️ 22    4 Comments  10 Shares

Like    Comment    Share

Most relevant



