IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE ENTITIES listed on EXHIBIT 1, <br><br> *Defendants*, <br><br> ——————————————————— <br><br> RJITSCT LLC d/b/a Respect The Look, <br><br> *Counterclaim-Plaintiff*, <br><br> v. <br><br> Expeditee LLC, <br><br> *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237 <br><br> Judge Andrea R. Wood <br><br> <u>Jury Trial Demanded</u> |

**REPLY DECLARATION OF BRIAN J. BECK IN SUPPORT OF
<u>RESPECT THE LOOK'S MOTION FOR SANCTIONS</u>**

I, Brian J. Beck, declare as follows:

1. I am an attorney licensed to practice in this Court, and an associate in the law firm of Zuber Lawler LLP, attorneys of record for Defendant RJITSCT LLC d/b/a Respect The Look

("Respect The Look"). I am personally familiar with the facts stated below and, if called as a witness, could testify competently thereto.

2.  On June 3, 2022, I performed a search on Google for the phrase "RJITSCT LLC." Attached hereto as Exhibit 1 is a true and correct copy of a printout of the results of that Google search.

3.  Attached hereto as Exhibit 2 is a true and correct copy of a Facebook Group cover photo for the group "21st Ward Fourth of July Association" containing the colonial 13-star United States flag against the same stock photograph of a house with yellow and pink flowers shown in Plaintiff's opposition (Dkt. No. 98 at 3) (the "Stock Photograph"), which I printed on May 20, 2022.

4.  Attached hereto as Exhibit 3 is a true and correct copy of an Internet listing for a "German Shepherd American House Flag" on Etsy containing a photograph of the flag, sold by user "needleone," against the Stock Photograph backdrop, which I printed on May 20, 2022.

5.  Attached hereto as Exhibit 4 is a true and correct copy of an Internet listing for an "Indigenous Native American Flag" on "personal89.com," containing a photograph of the flag against the Stock Photograph backdrop, which I printed on May 20, 2022

6. Attached hereto as Exhibit 5 is a true and correct copy of an article published on October 5, 2021 online at Outfront Magazine, available at https://www.outfrontmagazine.com/the-banning-of-blm-and-pride-flags-from-schools/, entitled "The Banning of BLM and Pride Flags from Schools," illustrated by a photograph of a combination Black Lives Matter and Pride flag displayed against the Stock Photograph backdrop, which I printed on June 9, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of June, 2022, at Glenview, Illinois.

*/s/ Brian J. Beck*_____
Brian J. Beck

3