# **Exhibit 1**


Google RJITSCT LLC Sign in

All Maps News Images Shopping More Tools

Any time All results

http://rjitsct.com

[Reginald Jennings IT Solutions - Connecting You With ...]

Reginald Jennings IT Solutions- RJITS. Servicing the Greater Hartford Area. New Britain, CT, 06053 860-515-8127 · info@**RJITSCT**.com.

https://www.ctcompanydir.com › companies › rjitsct-llc

[RJITSCT LLC - Connecticut Business Directory]

**RJITSCT LLC** was registered on Aug 10, 2012 as a type company located at 1 COLUMBIA ST, NEW BRITAIN, CT 06052 . The agent name of this company is: REGINALD ...

https://bizstanding.com › RJ › RJ-23

[RJITSCT LLC, New Britain CT - Company Profile - BizStanding]

Company Profile, Contact information, Current and former Employee directory, Corporate history, state/tax IDs. **RJITSCT LLC**, New Britain CT.

https://www.zoominfo.com › reginald-jennings-it-soluti...

[Reginald Jennings IT Solutions - Overview, News & Competitors]

View Reginald Jennings IT Solutions (www.**rjitsct**.com) location in Connecticut, United States , revenue, industry and description. Find related and similar ...

https://www.ct-registry.com › 1080419-rjitsct-llc

[RJITSCT LLC, 1080419 | Ct-register.com - CT-registry.com]

Aug 10, 2012 — **RJITSCT LLC** is a business legal entity registered in compliance with the national legislation of the State of Connecticut under the legal ...

https://www.ctopendata.com › 1080419-rjitsct-llc

[RJITSCT LLC, 1080419 - CTOPENDATA.com]

Aug 10, 2012 — Subject **RJITSCT LLC** is a legal business entity registered in the Register of the state of Connecticut under the legal form of Domestic ...

https://www.ctcompanygo.com › companies

[RJITSCT LLC | Connecticut Companies Directory]

**RJITSCT LLC** was incorporated on Aug 10, 2012 as a Domestic Limited Liability Com type registered at 1 COLUMBIA ST, NEW BRITAIN, CT, 06052.

http://www.connecticutcorps.com › corp

[RJITSCT LLC - ConnecticutCorps – Company Profiles of Connecticut]

This is a QR Code for **RJITSCT LLC**. If you have a QR Code scanning app, you can simply scan this image to have this business's information displayed on your ...

https://www.facebook.com › The-Shop-LLC-10385355...

[The Shop LLC - Home - Facebook]

Design and Manufacturing modern interior products for the modern muscle car. Made in the USA Pompano Beach, FL 33060.

https://www.facebook.com › ... › The Shop LLC

[The Shop LLC - Home | Facebook]

Design and Manufacturing modern interior products for the modern muscle car. Made in the USA

1  2  3        Next

90012, Los Angeles, CA  - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms