# **Exhibit 2**

21st Ward Fourth of July... - 21st Ward Fourth of July Association



**21st Ward Fourth of July Association**

Cover photos · Sep 13, 2021 ·

View Full Size · More Options

Like · Comment · Share

 6

Write a comment...