# **Exhibit 3**



Search for anything

Sign in



← Back to search results



needleone

315 sales | ★★★★½

## German Shepherd American House Flag, German Shepherd Lover Garden Flag, Yard Art, Housewarming Gifts for Dog Dad Mom, House Decor

**$21.64+**

~~$24.05+~~

✓ In stock
You save $2.41 (10%)

Styles

Select an option ▾

**Add to cart**



Other people want this. 12 people have this in their carts right now.



Case: 1:21-cv-06237 Document #: 100-4 Filed: 06/09/22 Page 3 of 3 PageID #:1711

**Hooray!** This item ships free to the US.

## Highlights


Handmade


Materials: Heavy Canvas

## Description

German Shepherd American House Flag, German Shepherd Lover Garden Flag, Yard Art, Housewarming Gifts for Dog Dad Mom, House Decor
garden flag,garden decoration,america house flag,patriotic flag,police dog,red line flag,gift for veteran,dog owner gift,Yard flag decor,German Shepherd dog,German Shepherd mom,family gifts,mother's day gifts

Garden Flag
Add a bit of charm to your garden! These smaller sized 12"x18" garden flags are an exciting and easy way to add some color and personalized flair to your home and outdoor space. Whether you're spreading holiday cheer, celebrating the arrival of a new season, or sharing a positive or fun message, garden flags are the perfect medium. For a complete look, coordinate your

**Learn more about this item**

## Shipping and return policies

| Estimated arrival | Cost to ship | Returns & exchanges | Etsy offsets carbon emissions from shipping and packaging on this purchase. |
|---|---|---|---|
| May 27-Jun 10 | Free | Accepted | |
| | | Exceptions may apply | |



May 20 — May 24-27 — May 27-Jun 10
Order placed  Order ships  Delivered!

Ships from Ogden, UT

**Deliver to United States** ˅

View shop policies

## Meet your sellers