# **Exhibit 4**

FREE SHIPPING FOR ORDERS OVER $199 | DISCOVER MORE

0

HOME

# Indigenous Native American Flag - House Flag

$19.97

Product : Are you looking for more garden accessories for your outdoor area? Let's decorate your front yard or your garden with one of our...

View full details

TYPE

FLAG

SIZE

12"X18" 18"X27" 24"X35" 59"X35" 30"X40"

QTY

1

ADD TO CART

★ Judge.me Reviews

- Made from Heavy Canvas.
- Single image printed on two sides.
- Pole/stake not included.

Please note: This is a print, cut and sew product. The finishing thread will be either black or white thread depending on the final art.

