UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE, LLC, | Case No.: 1:21-cv-06237 |
| Plaintiff, | |
| vs. | **PLAINTIFF EXPEDITEE LLC'S NOTICE OF AMENDED EXHIBIT A TO MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT AND DEFAULT JUDGMENT AS TO CERTAIN DEFENDANTS [DKT. NO. 85]** |
| THE ENTITIES listed on EXHIBIT 1, | |
| Defendants. | |
| | District Judge: Hon. Andrea R. Wood |
| RJITSCT LLC d/b/a/ Respect The Look, | |
| Counterclaimant, | |
| vs. | |
| EXPEDITEE LLC, | |
| Counter-defendant. | |

**NOTICE OF AMENDED EXHIBIT A
TO MEMO ISO MOTION FOR DEFAULT
AND DEFAULT JUDGMENT [DKT NO. 85]**
Case No.: 1:21-cv-06237

1

Following the Status Conference held on July 22, 2022, Plaintiff Expeditee, LLC ("Plaintiff") hereby submits an Amended Exhibit A to Plaintiff's Memorandum in Support of Motion for Entry of Default and Default Judgment (Dkt. No. 85), filed concurrently herewith as Exhibit 1.

Dated: July 22, 2022

/s/ Marie E. Richmond
Marie E. Richmond (*pro hac vice*)
LOZA & LOZA LLP
305 N. Second Ave., #127
Upland, CA 91786
Email: marie.richmond@lozaip.com

*Attorneys for Expeditee, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

By: /s/ Marie E. Richmond