# Exhibit 1

**AMENDED EXHIBIT A TO PLAINTIFF EXPEDITEE LLC'S MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AS TO CERTAIN DEFENDANTS**

| No. | Email Source | Defendant | Seller/Merchant ID | Served with Dkt. Nos. 84-85 | Served with Dkt. Nos. 84-85, 91 |
|---|---|---|---|---|---|
| 1. | AliExpress | Jaywood Advertising Store | cn1534037989zvrg | 7-Apr-22 | 15-Apr-22 |
| 2. | AliExpress | Jaywood Advertising Store | 910359428 | 7-Apr-22 | 15-Apr-22 |
| 3. | AliExpress | Joey Su Store | cn1542326314nrmg | 7-Apr-22 | 15-Apr-22 |
| 4. | AliExpress | Shop5039013 Store | cn1526673259kafb | 7-Apr-22 | 15-Apr-22 |
| 5. | AliExpress | Shop5363155 Store | cn1529213991vxru | 7-Apr-22 | 15-Apr-22 |
| 6. | AliExpress | Shop5589403 Store | cn1529315850augd | 7-Apr-22 | 15-Apr-22 |
| 7. | AliExpress | Shop910368292 Store | cn1533911871vmio | 7-Apr-22 | 15-Apr-22 |
| 8. | AliExpress | Toyofmine | cn1512366840 | 7-Apr-22 | 15-Apr-22 |
| 9. | AliExpress | Xi Le textile Store | cn1541855079nxnq | 7-Apr-22 | 15-Apr-22 |
| 10. | Amazon | AHBVJK | AZZAS5S02YW5Y | 7-Apr-22 | 15-Apr-22 |
| 11. | Amazon | Ajosalam | ATNH0ZHTIIQGE | 7-Apr-22 | 15-Apr-22 |
| 12. | Amazon | ALEYXARECO | A3I2ESINIUGJU6 | 7-Apr-22 | 15-Apr-22 |
| 13. | Amazon | Auoltior | A1XXYC0X6XWM82 | 7-Apr-22 | 15-Apr-22 |
| 14. | Amazon | Awesome Shirt Gift MD21 | A3LR18SS6BXFYT | 7-Apr-22 | 15-Apr-22 |
| 15. | Amazon | Awesome Shirt Gift MD21 | A3LR18SS6BXFYT | 7-Apr-22 | 15-Apr-22 |
| 16. | Amazon | Best Ting | A2570JWHWKSJWK | 7-Apr-22 | 15-Apr-22 |
| 17. | Amazon | Blingseven | A55RGL2G76TT7 | 7-Apr-22 | 15-Apr-22 |
| 18. | Amazon | BOBOTRY | AXG9L34PVW4VM | 7-Apr-22 | 15-Apr-22 |
| 19. | Amazon | Constantine 231 | A1QOE4I8Y74YFG | 7-Apr-22 | 15-Apr-22 |
| 20. | Amazon | DaJieDa Online | A3275Q2ZO9WZYK | 7-Apr-22 | 15-Apr-22 |
| 21. | Amazon | Dandidang | A35O9DD6XNJJ2 | 7-Apr-22 | 15-Apr-22 |
| 22. | Amazon | DVORSKILOP | A1D4HWPUAYKM74 | 7-Apr-22 | 15-Apr-22 |
| 23. | Amazon | FOA023 | A10TLPOQJW6KUS | 7-Apr-22 | 15-Apr-22 |
| 24. | Amazon | Generic | A1VLESGIQTDOXN | 7-Apr-22 | 15-Apr-22 |
| 25. | Amazon | George Hovsepyan | A3I2ESINIUGJU6 | 7-Apr-22 | 15-Apr-22 |
| 26. | Amazon | Giftastic | A3L8OK86C1KYWO | 7-Apr-22 | 15-Apr-22 |
| 27. | Amazon | Gomez-Shop | AIC85MJH1BLXX | 7-Apr-22 | 15-Apr-22 |
| 28. | Amazon | GoodsHousehold | A12KR0N3CWREOV | 7-Apr-22 | 15-Apr-22 |

| | | | | | |
|---|---|---|---|---|---|
| 29. | Amazon | Hanzaless | A2GXHUAJP8S32H | 7-Apr-22 | 15-Apr-22 |
| 30. | Amazon | Kovtulen Shop | A2C9BU5R0KW90F | 7-Apr-22 | 15-Apr-22 |
| 31. | Amazon | LeiriaSpoons | A31UV9MQNU4VN2 | 7-Apr-22 | 15-Apr-22 |
| 32. | Amazon | LEONE HALEY | A1VLESGIQTDOXN | 7-Apr-22 | 15-Apr-22 |
| 33. | Amazon | LiYJSMGS | A12AKS6S1DNGJB | 7-Apr-22 | 15-Apr-22 |
| 34. | Amazon | Manvel Bazikyan | A1776CL5MD9GNY | 7-Apr-22 | 15-Apr-22 |
| 35. | Amazon | MazaikaStore | AP5P9ZTN8A9LM | 7-Apr-22 | 15-Apr-22 |
| 36. | Amazon | Mazen-Shop | AY626LCUIQ90N | 7-Apr-22 | 15-Apr-22 |
| 37. | Amazon | METALICK | A2VBJINDL0BXKK | 7-Apr-22 | 15-Apr-22 |
| 38. | Amazon | Min Online | A256GDIUZC94HF | 7-Apr-22 | 15-Apr-22 |
| 39. | Amazon | MotleyStore | A394ZAY40GG4SE | 7-Apr-22 | 15-Apr-22 |
| 40. | Amazon | Nguyen Thi Nhan Store | A2NVMYYX4PJUVI | 7-Apr-22 | 15-Apr-22 |
| 41. | Amazon | Papeshop | A38LWKAEKDO3BZ | 7-Apr-22 | 15-Apr-22 |
| 42. | Amazon | PING SUPER | A3PLQBHO6I7BJ8 | 7-Apr-22 | 15-Apr-22 |
| 43. | Amazon | Rabinderkey | A3L8OK86C1KYWO | 7-Apr-22 | 15-Apr-22 |
| 44. | Amazon | SADIE JEFFRIES | A37JF011WV7RSN | 7-Apr-22 | 15-Apr-22 |
| 45. | Amazon | Samoilex Shop | A3P6JE08MSF19R | 7-Apr-22 | 15-Apr-22 |
| 46. | Amazon | Sandra E Becker | A9T0EBOFESMEK | 7-Apr-22 | 15-Apr-22 |
| 47. | Amazon | Snow Rui | AG6WM5LOZJN67 | 7-Apr-22 | 15-Apr-22 |
| 48. | Amazon | SuperZhou | AWB4IENC6HBAP | 7-Apr-22 | 15-Apr-22 |
| 49. | Amazon | superzhou | AWB4IENC6HBAP | 7-Apr-22 | 15-Apr-22 |
| 50. | Amazon | SuTingYang | AG6WM5LOZJN67 | 7-Apr-22 | 15-Apr-22 |
| 51. | Amazon | WILDLAVIE Store | A32Z6MZUKYIZ63 | 7-Apr-22 | 15-Apr-22 |
| 52. | Amazon | Win Shine | A3B6DW9I3UOSVI | 7-Apr-22 | 15-Apr-22 |
| 53. | Amazon | WRS-Shops | AM05IWGV4NZE6 | 7-Apr-22 | 15-Apr-22 |
| 54. | Amazon | Xiuqiang He | A3TU95QQESYLOR | 7-Apr-22 | 15-Apr-22 |
| 55. | Amazon | ZHR-STOP | AXAABP0WANLRC | 7-Apr-22 | 15-Apr-22 |
| 56. | eBay | christianeg-0 | christianeg-0 | 7-Apr-22 | 15-Apr-22 |
| 57. | eBay | costaric7 | costaric7 | 7-Apr-22 | 15-Apr-22 |
| 58. | eBay | ctd-20 | convenient | 7-Apr-22 | 15-Apr-22 |
| 59. | eBay | donaalmod-90 | donaalmod-90 | 7-Apr-22 | 15-Apr-22 |
| 60. | eBay | gradenflagstore | acbghe | 7-Apr-22 | 15-Apr-22 |
| 61. | eBay | hehi_5420 | hehi_5420 | 7-Apr-22 | 15-Apr-22 |
| 62. | eBay | hey_shoppingtime | heyshoppingtime | 7-Apr-22 | 15-Apr-22 |
| 63. | eBay | hi_australia | bestpricehere | 7-Apr-22 | 15-Apr-22 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 64. | eBay | hotpyonline | lowpricecity888 | 7-Apr-22 | 15-Apr-22 |
| 65. | eBay | hotpytaste | directsaleshk | 7-Apr-22 | 15-Apr-22 |
| 66. | eBay | i_parrot | iparrot | 7-Apr-22 | 15-Apr-22 |
| 67. | eBay | jamescjos-0 | jamescjos-0 | 7-Apr-22 | 15-Apr-22 |
| 68. | eBay | jefcous-62 | jefcous-62 | 7-Apr-22 | 15-Apr-22 |
| 69. | eBay | lauannmcc-0 | lauannmcc-0 | 7-Apr-22 | 15-Apr-22 |
| 70. | eBay | lirday-0 | lirday-0 | 7-Apr-22 | 15-Apr-22 |
| 71. | eBay | michfont4 | michfont4 | 7-Apr-22 | 15-Apr-22 |
| 72. | eBay | ng5079 | blonggstore | 7-Apr-22 | 15-Apr-22 |
| 73. | eBay | nh-2467 | dannhamgiftstore | 7-Apr-22 | 15-Apr-22 |
| 74. | eBay | peam_7139 | peam_7139 | 7-Apr-22 | 15-Apr-22 |
| 75. | eBay | pwkenter-0 | aditino | 7-Apr-22 | 15-Apr-22 |
| 76. | eBay | rtdj5821 | rtdj5821store | 7-Apr-22 | 15-Apr-22 |
| 77. | eBay | trn7569 | fexhandmadestore | 7-Apr-22 | 15-Apr-22 |
| 78. | eBay | vuhan_41 | vuhan_41 | 7-Apr-22 | 15-Apr-22 |
| 79. | Etsy | Alligatorblue | Alligatorblue | 7-Apr-22 | 15-Apr-22 |
| 80. | Etsy | BadMamaJamaJewelry | BadMamaJamaJewelry | 7-Apr-22 | 15-Apr-22 |
| 81. | Etsy | COLXOCraftStore | COLXOCraftStore | 7-Apr-22 | 15-Apr-22 |
| 82. | Etsy | CustomCreations31326 | CustomCreations31326 | 7-Apr-22 | 15-Apr-22 |
| 83. | Etsy | DanielGiftsStudio | DanielGiftsStudio | 7-Apr-22 | 15-Apr-22 |
| 84. | Etsy | DeckTheWall | DeckTheWall | 7-Apr-22 | 15-Apr-22 |
| 85. | Etsy | EcomX | EcomX | 7-Apr-22 | 15-Apr-22 |
| 86. | Etsy | FlorenceFlag | FlorenceFlag | 7-Apr-22 | 15-Apr-22 |
| 87. | Etsy | FlorianBohnhofShop | FlorianBohnhofShop | 7-Apr-22 | 15-Apr-22 |
| 88. | Etsy | FrankSchroderShop | FrankSchroderShop | 7-Apr-22 | 15-Apr-22 |
| 89. | Etsy | GildedOrchidDesigns | GildedOrchidDesigns | 7-Apr-22 | 15-Apr-22 |
| 90. | Etsy | HeikeKramerStudio | HeikeKramerStudio | 7-Apr-22 | 15-Apr-22 |
| 91. | Etsy | Jona4GiftStore | Jona4GiftStore | 7-Apr-22 | 15-Apr-22 |
| 92. | Etsy | LLCPECK | LLCPECK | 7-Apr-22 | 15-Apr-22 |
| 93. | Etsy | MarionHartweinStudio | MarionHartweinStudio | 7-Apr-22 | 15-Apr-22 |
| 94. | Etsy | MatasAndHana | MatasAndHana | 7-Apr-22 | 15-Apr-22 |
| 95. | Etsy | RodgerDecor | RodgerDecor | 7-Apr-22 | 15-Apr-22 |
| 96. | Etsy | TheEpicstyle | TheEpicsty | 7-Apr-22 | 15-Apr-22 |
| 97. | Wish | 4boliao | 60da5bc62fb7110c9426fc3c | 7-Apr-22 | 15-Apr-22 |
| 98. | Wish | Accentex | 5fec39a73badb77ddc1b5f88 | 7-Apr-22 | 15-Apr-22 |

| | | | | | |
|---|---|---|---|---|---|
| 99. | Wish | ahdaJGQDJDJHSGghqah | 6087b5c0419d7e217fb42233 | 7-Apr-22 | 15-Apr-22 |
| 100. | Wish | ahdjkDGHKDHDKA | 608793295ad2f535d55bca69 | 7-Apr-22 | 15-Apr-22 |
| 101. | Wish | C6C66C6C | 5e94f81729e7860fbf6fbf01 | 7-Apr-22 | 15-Apr-22 |
| 102. | Wish | carny164sjea | 5e80a932e273cd49514917de | 7-Apr-22 | 15-Apr-22 |
| 103. | Wish | cudevali | 5fde266617ba95f7561f3a96 | 7-Apr-22 | 15-Apr-22 |
| 104. | Wish | decarbonater | 5f8d9ee7db0534983359bdc4 | 7-Apr-22 | 15-Apr-22 |
| 105. | Wish | Dilgin | 5fbbd860474b5f31bc7c644d | 7-Apr-22 | 15-Apr-22 |
| 106. | Wish | Donnaultimate | 5fd374ffb92384719cb2bd45 | 7-Apr-22 | 15-Apr-22 |
| 107. | Wish | Guadalupe Moore | 5f545f869f843f0219eaa3c0 | 7-Apr-22 | 15-Apr-22 |
| 108. | Wish | howoti | 5fbf1d6d947cd01cb40515c0 | 7-Apr-22 | 15-Apr-22 |
| 109. | Wish | huajingyuanxuecun | 608781c759ded62102ccee62 | 7-Apr-22 | 15-Apr-22 |
| 110. | Wish | JoAnne Hileman | 5f547415357093e6ee42b95e | 7-Apr-22 | 15-Apr-22 |
| 111. | Wish | KidsMart2 | 5fd922ff686bfaf6f49be926 | 7-Apr-22 | 15-Apr-22 |
| 112. | Wish | Omega Allies | 600d75cb4f1a7df9b6da91db | 7-Apr-22 | 15-Apr-22 |
| 113. | Wish | Ovejitas | 60dbf4e33ff67ad9b9d089fa | 7-Apr-22 | 15-Apr-22 |
| 114. | Wish | Salvador Ortega66 | 5f54581db980b239a708896b | 7-Apr-22 | 15-Apr-22 |
| 115. | Wish | Surapal19-75 | 5f850ca77c1bc3ba8009b691 | 7-Apr-22 | 15-Apr-22 |
| 116. | Wish | The Big Market Sport | 60d79ba436dd49fd5984f2d6 | 7-Apr-22 | 15-Apr-22 |
| 117. | Wish | tsubiz | 5fc9b889b35b1830a1883f74 | 7-Apr-22 | 15-Apr-22 |
| 118. | eBay | singg_37 | singg_37 | 7-Apr-22 | Undeliverable[1] |
| 119. | eBay | alimitc341 | alimitc341 | Undeliverable | Undeliverable |
| 120. | eBay | audryja_9 | audryja_9 | Undeliverable | Undeliverable |
| 121. | Wish | bezmrqzeen | 5e995c24eece766932664132 | Undeliverable | Undeliverable[2] |
| 122. | Wish | constmhycy | 5e9fc0c54d57a489d742cddb | Undeliverable | Undeliverable |
| 123. | Wish | deskxtotson | 5e9fc03329e786159b5ae33e | Undeliverable | Undeliverable |
| 124. | Wish | estribillos | 5f9ad2330e46e9dc7fc80388 | Undeliverable | Undeliverable |
| 125. | Wish | Oropeza style | 5e5011d24e18b6ca18bccacd | Undeliverable | Undeliverable |

---

[1] On April 22, 2022, Ebay confirmed the service email addresses for Defendant Nos. 118-120, which were served on April 7, 2022, and April 15, 2022, are the email addresses on file with Ebay for such accounts.

[2] On April 21, 2022, Counsel for Plaintiff reached out to Wish to: (1) inform them that the service emails for Defendant Nos. 121-127 had been returned as undeliverable; (2) provide a copy of Docket No. 91, which contained information concerning the hearing held on April 25, 2022; and (3) confirm whether the service email addresses were still accurate for such Defendant accounts. Counsel for Plaintiff has not received a substantive response.

| 126. | Wish | kabbfqylilxan | 5e9fc10a4b4ea8702b917e70 | Undeliverable | Undeliverable |
| 127. | Wish | kopwiwezki | 5e9fe033c638fd0b85dc98ac | Undeliverable | Undeliverable |
| 128. | Amazon | Olga 1989 | A131KU2LRL5VZA | Undeliverable | Undeliverable[3] |
| 129. | Amazon | Special Offer Gift | A2GMFXOUI6B7TR | Undeliverable | Undeliverable |

---

[3] On April 21, 2022, Counsel for Plaintiff reached out to Amazon to: (1) inform them that the service emails for Defendant Nos. 128-129 had been returned as undeliverable; (2) provide a copy of Docket No. 91, which contained information concerning the hearing held on April 25, 2022; and (3) confirm whether the service email addresses were still accurate such Defendant accounts. Counsel for Plaintiff has not received a substantive response.