## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Expeditee LLC, et al.
                                        Plaintiff,

v.                                       Case No.: 1:21−cv−06237
                                                    Honorable Andrea R. Wood

The Entities Listed on Exhibit 1, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: For docket clarification purposes, the parties' agreed motion to extend deadlines [63] is granted. The docket shall reflect that Expeditee LLC's Answer to Defendant RJITSCT LLC's counterclaims [68] and Defendant RJITSCT LLC's motion to dismiss, for summary judgment, and for attorney fees and costs [70] were timely filed. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.