## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Expeditee LLC, et al.

Plaintiff,

v.                                                    Case No.: 1:21–cv–06237
                                                      Honorable Andrea R. Wood

The Entities Listed on Exhibit 1, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2022:

   MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing set for 10/27/2022 is stricken and will be reset by separate order. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.