IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| XPED LLC<br><br>                Plaintiff,<br><br>   and<br>THE ENTITIES LISTED ON EXHIBIT 1,<br>ET AL.,<br><br>                Defendant. | Case No.: 1:21-cv-06237 |

## NOTICE OF CHANGE OF ADDRESS

TO:   Patrick M. Jones
PMJ PLLC
900 S. Clark St.
Suite 2101
Chicago, IL, 60606
(312) 255-7976
pmj@patjonesPLLC.com

Lena Nadine Bacani
Loza & Loza LLP
305 N. Second Ave.
Ste. 127
Upland, CA 91786
(213) 394-3625
Lena.Bacani@Lozaip.com

Mary E. Richmond
Loza & Loza LLP
#127
Upland, CA 91786
(323) 967-8404
Marie.richmond@lozaip.com

Brian J. Beck
Zuber Lawler LLP
111 W. Jackson Boulevard
Ste. 1700
Chicago, IL 60604
(312) 767-6060
bbeck@zuberlawler.com

Please take notice that effective on the **30th** of **May, 2023** ARONBERG GOLDGHEN has relocated to the following address – Kindly send any mailings to:

ARONBERG GOLDGEHN
225 W. Washington Street
Suite 2800
Chicago, Illinois 60606

All phone numbers, fax numbers and email addresses will remain unchanged.

Dated: May 30, 2023     Respectfully submitted,

/s/ Matthew De Preter

Matthew De Preter

ARONBERG GOLDGEHN DAVIS AND GARMISA

225 W. Washington Street
Suite 2800
Chicago, IL, 60606
(312) 755-3153
cdepreter@agdglaw.com

Counsel for Expeditee LLC

## CERTIFICATE OF SERVICE

I hereby certify on this 30th day May, 2023 the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification to all ECF registrants that are counsel of record for this matter.

/s/ Matthew De Preter
Matthew De Preter
One of the Attorneys for Plaintiff