IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| XPED, LLC<br><br>      Plaintiff,<br><br> and<br>THE ENTITIES LISTED ON EXHIBIT 1,<br>ET AL.,<br><br>      Defendants. | Case No.: 1:21-cv-06237 |

### NOTICE OF FILING

TO: Patrick M. Jones
   PMJ PLLC
   900 S. Clark St.
   Suite 2101
   Chicago, IL, 60606
   (312) 255-7976
   pmj@patjonesPLLC.com

   Lena Nadine Bacani
   Loza & Loza LLP
   305 N. Second Ave.
   Ste. 127
   Upland, CA 91786
   (213) 394-3625
   Lena.Bacani@Lozaip.com

Mary E. Richmond
Loza & Loza LLP
#127
Upland, CA 91786
(323) 967-8404
Marie.richmond@lozaip.com

Brian J. Beck
Zuber Lawler LLP
111 W. Jackson Boulevard
Ste. 1700
Chicago, IL 60604
(312) 767-6060
bbeck@zuberlawler.com

  PLEASE TAKE NOTICE that on May 30, 2023, I shall cause to be filed with the Clerk of the Court: **Notice of Change of Address**, a copy of which is appended hereto and served upon you.

.

               */s/ Matthew De Preter*
               One of their attorneys

Dated: May 30, 2023  Respectfully submitted,

/s/ Matthew De Preter
Matthew De Preter

ARONBERG GOLDGEHN DAVIS AND GARMISA
225 W. Washington Street
Suite 2800
Chicago, IL, 60606
(312) 755-3153
cdepreter@agdglaw.com

Counsel for Expeditee LLC.

## CERTIFICATE OF SERVICE

I hereby certify on this 30th day of May, 2023, the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification to all ECF registrants that are counsel of record for this matter.

/s/ Matthew De Preter
Matthew De Preter
One of the Attorneys for Plaintiff.