**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Expeditee LLC, et al., <br><br> *Plaintiff*, <br><br> v. <br><br> The Entities listed on Exhibit 1, et al., <br><br> *Defendants*. | Case No.: 1:21-cv-06237 <br><br> Honorable Lindsay C. Jenkins |
| RJITSCT LLC d/b/a Respect The Look, <br><br> *Counterclaim-Plaintiff*, <br><br> v. <br><br> Expeditee LLC, <br><br> *Counterclaim-Defendant*. | |

**JOINT STATUS REPORT**

Pursuant to the Executive Committee Order entered February 23, 2023, reassigning this matter to the Honorable Lindsay C. Jenkins (Dkt. No. 118), and Judge Jenkins' Initial Status Report for Reassigned Case, Defendant RJITSCT LLC, dba Respect the Look ("Respect The Look") and Plaintiff Expeditee LLC ("Expeditee" of "Plaintiff"), (collectively, the "Parties"), respectfully submit the following Status Report:

## I. <u>Nature of the Case</u>

    **A.**     Counsel of record:

<u>Plaintiff Expeditee LLC:</u>[1]

| | |
|---|---|
| Lena Nadine Bacani | Matthew L. De Preter (local counsel) |
| Marie E. Richmond | Aronberg Goldgehn |
| Loza & Loza LLP | 225 W. Washington St., Suite 2800 |
| 305 N. Second Ave., Suite 127 | Chicago, IL 60606 |
| Upland, CA 91786 | cdepreter@agdglaw.com |
| Lena.Bacani@lozaip.com | |
| marie.richmond@lozaip.com | |

<u>Defendant RJITSCT LLC dba Respect The Look:</u>
Brian J. Beck
Zuber Lawler LLP
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
bbeck@zuberlawler.com

<u>All other Defendants:</u> Unrepresented.

    **B.**     <u>**Basis for jurisdiction:**</u> Federal question (Lanham Act).

    **C.**     <u>**Summary of the complaint and counterclaims:**</u>

The active complaint, filed on November 22, 2021 (Dkt. 1), alleged counts for Federal Trademark Counterfeiting and Infringement under 15 U.S.C. § 1114, Unfair Competition and False Designation of Origin under 15 U.S.C. § 1125(a), and violation of the Illinois Uniform Deceptive Trade Practices Act under 815 ILCS 510, all alleging counterfeiting or infringement of Plaintiff's registered trademark "FLAGWIX."

On March 22, 2022, Plaintiff Expeditee filed a motion for leave to file a First Amended Complaint ("FAC"), discussed in further detail in Section II.A, *infra* (*see also* Dkts. 88-89). The FAC sets forth additional evidence of federal counterfeiting and trademark infringement (15 U.S.C. § 1114), false designation of origin and unfair competition (15 U.S.C. § 1125(a)), violations of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS 510), and adds

---

[1] Plaintiff's former counsel Patrick M. Jones, PMJ PLLC, 900 South Clark St., Apt. 2101, Chicago, IL 60605, oupatjones@gmail.com, has been kept in the case in connection with Respect The Look's pending motion for sanctions (*see* Section II.A, *infra*).

claims for trade dress infringement (15 U.S.C. § 1125(a)) and copyright infringement (17 U.S.C. § 501).

On January 14, 2022, Defendant RJITSCT LLC dba Respect The Look ("Respect The Look") filed counterclaims for malicious abuse of process, violation of the Illinois Uniform Deceptive Trade Practices Act, intentional interference with prospective economic advantage, and a declaratory judgment of trademark non-infringement and/or unenforceability.

### D. Relief sought by the parties:

Relief sought by Plaintiff: Recovery of compensatory damages and all profits realized by Defendants by reason of Defendants' unlawful acts, and that the amount of damages for infringement of the FLAGWIX trademark and trade dress be increased by a sum not exceeding three times the amount thereof as provided by law as provided by 15 U.S.C. §1117 or, alternatively, statutory damages of $2,000,000.00 for each and every use of the Plaintiff's Mark counterfeited by each Defendant; Plaintiff seeks also an order permanently enjoining Defendants from infringing Plaintiff's FLAGWIX trademark, together with its attorneys' fees, punitive damages, and any other relief the Court deems proper. If leave to file an amended complaint is granted Plaintiff also seeks damages in connection with its claims for trade dress and copyright infringement.

Relief sought by Counterclaimant Respect The Look: Recovery of damages to Respect The Look's business incurred as a result of the fraudulently obtained *ex parte* temporary restraining order, an amount it alleges to be in excess of $100,000, together with its attorneys fees, punitive damages, and any other relief the Court deems proper.

### E. Names of any parties who have not been served:
Plaintiff's former counsel filed a Proof of Service stating that Defendants had been served with, among other documents, the Summons and Complaint between January 10, 2022 and January 19, 2022 (Dkt. 59). Defendant Respect the Look questions the effectiveness of service, as discussed in Section II.A, *infra*.

## II. Discovery and Pending Motions

### A. Status of Currently Pending Motions:

Defendant Respect The Look's Motion for Sanctions:

On March 7, 2022, Respect The Look filed a renewed motion for sanctions against Plaintiff (Dkt. 78, 79), seeking as sanctions dismissal with prejudice of Plaintiff's Complaint against Respect The Look and an award of attorney fees and costs imposed against both Plaintiff and its then-counsel Patrick Jones. The basis for the motion is that Plaintiff's original Complaint, application for an *ex parte* TRO, sworn declarations in support of its TRO application, certificate of service for its motion for a preliminary injunction, and other filings included numerous materially false representations to the Court regarding Respect The Look's location and acts of alleged counterfeiting as well as Plaintiff's domicile, and had been made without adequate pre-suit investigation in violation of Rule 11 and the Illinois Rules of Professional Conduct.

On March 8, 2022, Plaintiff substituted attorneys Lena Bacani and Matthew DePreter as its counsel for Patrick Jones, but the Court ordered that Jones would remain as an attorney of record on the docket for the purpose of responding to the motion for sanctions (Dkt. 80). Plaintiff Expeditee and former counsel Jones filed separate oppositions to the motion for sanctions on May 19, 2022 (Dkt. 97, 98). Respect The Look filed its reply in support of the motion for sanctions on June 9, 2022 (Dkt. 100). The motion is fully briefed and has been ripe for decision since June 9, 2022.

Defendant Respect The Look's Motion to Dismiss and/or for Summary Judgment:

On February 14, 2022, in lieu of filing an answer to the complaint, Respect The Look filed a motion both to dismiss the complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim and for summary judgment (Dkt. 70-72). The basis for the motion is that: (1) the complaint fails to allege an act of trademark infringement or counterfeiting, or a violation of federal or state unfair competition law, by Respect The Look; and (2) Respect The Look is entitled to summary judgment because Plaintiff's former counsel admitted that Plaintiff possessed no evidence of Respect The Look's use of the FLAGWIX Mark.

At the status hearing held on March 8, 2022, Plaintiff's counsel indicated that it would move for leave to amend the Complaint (Dkt. 80). The Court at a subsequent status hearing set a briefing schedule on Plaintiff's motion for leave to amend, and continued the motion to dismiss and for summary judgment without setting a briefing schedule until Respect The Look's motion for sanctions and Plaintiff's motion for leave to amend the complaint were decided. Those motions remain pending, and so no further briefing has occurred on this motion.

Plaintiff's Motion for Leave to Amend the Complaint:

On March 22, 2022, Plaintiff filed a motion for leave to file an amended complaint (Dkt. 88, 89). The FAC seeks to: (1) add additional facts supporting its existing claims; (2) add claims for trade dress and copyright infringement; and (3) add 13 parties. Plaintiff's redline version of its proposed First Amended Complaint was filed as Exhibit A (Dkt. 89-1). A complete list of defendants, including existing defendants who have not been dismissed or named in Plaintiff's Motion for Default Judgment, and proposed new parties, are set forth in Exhibit 1 to the proposed FAC (Dkt. 89-3). A clean copy of the proposed FAC was attached as Exhibit B (Dkt. 89-2).

Respect The Look filed an opposition to the motion for leave to amend on May 19, 2022 (Dkt. 96), arguing that the amendment was made in bad faith and futile.

Plaintiff filed its reply on June 9, 2022 (Dkt. 101). The motion has been fully briefed and has remained pending since June 9, 2022.

Plaintiff's Motion for Entry of Default and Default Judgment as to Certain Defendants:

On March 18, 2022, Plaintiff filed a Motion for Entry of Default and Default Judgment as to Certain Defendants (Dkt. 84-85). A list of Defaulting Defendants against whom Plaintiff seeks relief as part of the motion was filed as Exhibit A (Dkt. 85-1). On September 22, 2022, a telephonic status hearing was held and the Honorable Andrea R. Wood GRANTED Plaintiff's

Motion for Entry of Default and Default Judgment and ordered that Plaintiff submit a proposed order (Dkt. 112). Plaintiff complied with the Court's Order; the Court has not issued a written Order concerning Plaintiff's Motion for Entry of Default and Default Judgement as to Certain Defendants, to date.

      **B.**     **Current Discovery Schedule:**

No discovery schedule has been set while the motions for sanctions and motion for leave to amend have remained pending.

      **C.**     **Fact and Expert Discovery already conducted:**

No discovery has occurred in this case. The Court asked the parties to meet-and-confer regarding discovery related to the pending motion for sanctions at the March 8, 2022 status hearing (Dkt. 80). The parties submitted a joint status report regarding their disagreements as to early discovery on March 29, 2022 (Dkt. 90). At a subsequent status hearing, the Court held that no discovery was necessary at that time.

      **D.**     **Substantive rulings issued in this case:**

On December 21, 2021, before any defendant was served, the Court granted Plaintiff's *ex parte* motion for a TRO, an asset restraining order, expedited discovery order, and service of process by email as to all defendants. (Dkt. 19)

On January 20, 2022, for the reasons stated on the record without an additional written order, the Court granted Respect The Look's motion to dissolve the TRO, and denied Plaintiff's motion for a preliminary injunction as to Respect The Look. (Dkt. 54, 55). The transcripts of the January 18, 2022 and January 20, 2022 preliminary injunction hearings, at which evidence was offered and the Court explained the basis for its decisions, were filed on the docket at Dkt. 66 and 67 respectively.

The Court has granted Plaintiff's Motion for Entry of Default and Default Judgment (Dkts. 88-89) against defaulting Defendants, a group that does not include Respect the Look, but has not issued a written order, to date.

      **E.**     **Anticipated motions:**

Defendant and Counterclaimant Respect The Look and Plaintiff Expeditee do not anticipate filing any additional motions at this time.

**III.**    **Trial**

      **A.**     **Jury Demand:** The Complaint does not contain a jury demand. Counterclaimant Respect The Look has demanded a jury trial on its counterclaims. No defendant has filed an answer to the Complaint, and Respect The Look's motions for sanctions and to dismiss remain pending.

      **B.**     **Trial Date:** No trial date has been set.

      C.    **Final Pretrial Order:** No final pretrial order has been filed, and no deadline for a final pretrial order has been set.

      D.    **Number of Trial Days:**

The parties estimate 5-7 days of trial on all claims in this case.

IV.    **Settlement, Referrals, and Consent**

      A.    **Settlement discussions:** Respect The Look's counsel sent a settlement demand on January 21, 2022, to which Plaintiff's counsel did not respond. No further settlement discussions have occurred.

      B.    **Referral to a Magistrate Judge:** This case has not been referred to a Magistrate Judge for settlement.

      C.    **Do the parties request referral for settlement?**

Plaintiff is open to settlement discussions concerning its claims against Respect The Look. Plaintiff believes settlement discussions would be most productive, however, once all the currently pending motions are decided.

Based on the parties' previous representations at status hearings, Respect The Look believes that no settlement discussion can productively occur until the pending motions for sanctions, to dismiss, and for leave to amend are decided.

      D.    **Have counsel informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes?**

Plaintiff's counsel has not yet discussed this issue with its client but will in due course. As of the writing of this status report, Plaintiff does not consent to a Magistrate Judge.

Respect The Look's counsel has not yet discussed this issue with its client. At least until the currently pending motions (two of which are dispositive) are decided, Respect The Look does not consent to this case proceeding before a Magistrate Judge.

V.    **Other**

      A.    **Other things Plaintiff wishes the Court to know:** Plaintiff believes that if the Court grants its motion for leave to amend the FAC, the issues in this litigation will be appropriately narrowed and/or other outstanding issues moot, making this litigation ripe to proceed.

      B.    **Other things Respect The Look wishes the Court to know:** Respect The Look has now incurred attorney fees in excess of $40,000 defending against a lawsuit that was based on demonstrably and admittedly false statements. Respect The Look believes that no additional discovery or activity should be required of it until its fully-briefed and currently pending motion for sanctions is decided.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 14, 2023 | LOZA & LOZA LLP |
|  |   /s/ *Marie E. Richmond* |
|  | Lena N. Bacani (*pro hac vice*) |
|  | Lena.bacani@lozaip.com |
|  | Marie E. Richmond (*pro hac vice*) |
|  | Marie.richmond@lozaip.com |
|  | Loza & Loza LLP |
|  | 305 N. Second Ave., #127 |
|  | Upland, CA 91786 |
|  | Tel: (847) 670-1223 |
|  |  |
|  | ARONBERG GOLDGEHN DAVIS & GARMISA |
|  | Matthew L. De Preter |
|  | cdepreter@agdglaw.com |
|  | 330 N. Wabash Ave. Suite 1700 |
|  | Chicago, IL 60611 |
|  | Tel: (312) 828-9600 |
|  | Fax: (312) 828-9635 |
|  |  |
|  | *Attorneys for Plaintiff* Expeditee LLC |
| Dated: July 14, 2023 | ZUBER LAWLER LLP |
|  |   /s/ *Brian J. Beck* |
|  | Brian J. Beck |
|  | bbeck@zuberlawler.com |
|  | ZUBER LAWLER LLP |
|  | 111 W. Jackson Blvd., Ste. 1700 |
|  | Chicago, IL 60604 |
|  | Tel: (312) 346-1100 |
|  | Fax: (213) 596-5621 |
|  |  |
|  | *Attorneys for Defendant* RJITSCT LLC, dba Respect the Look |

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2023, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

      /s/ *Brian J. Beck*