# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Expeditee LLC, et al.

                                          Plaintiff,

v.                                                            Case No.: 1:21−cv−06237

                                                                                Honorable Lindsay C. Jenkins

The Entities Listed on Exhibit 1, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

       MINUTE entry before the Honorable Lindsay C. Jenkins: For the reasons discussed in the Order issued today, the Court grants Respect the Look's motion for sanctions [78]. Exercising its inherent powers, the Court dismisses Expeditee's claims against Respect the Look with prejudice. It denies Respect the Look's motion to dismiss, for summary judgment, and for attorney's fees as moot [70]. The Court awards Respect the Look reasonable attorney's fees and costs incurred in vacating the TRO and defending the motion for preliminary injunction. To facilitate the award of fees, by October 6, 2023 Respect the Look must provide the Court with an itemization of fees and costs that contains sufficient billing information to determine a proper award, which will ultimately be allocated between Expeditee and its counsel. The submission should also address its position that Respect the Look is the prevailing party pursuant to 15 U.S.C. § 1117(a) and, if so, in what amount. Expeditee may file one response to these submissions by November 6, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.