**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Expeditee LLC, et al.

                                               Plaintiff,

v.                                                             Case No.: 1:21−cv−06237
                                                            Honorable Lindsay C. Jenkins

The Entities Listed on Exhibit 1, et al.

                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins:Expeditee's motion for leave to amend its complaint [88] is granted in part and denied in part. The motion to amend is denied as moot as to Respect the Look only, as the Court has dismissed the claims against Respect the Look with prejudice. The motion is granted as to any remaining Defendants and claims. An amended complaint consistent may be filed on or before 9/27/2023, which will allow for any remaining Defendants to appear and otherwise defend the claims against them. Additionally, by 10/27/2023 the parties (including Respect the Look) are to file a joint status report that addresses: (a) whether Respect the Look intends to persist with its counterclaim against Expeditee [31]; and (b) which proposes a discovery schedule. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.