**EXHIBIT 1**

**List of Defendants for Plaintiff's First Amended Complaint**

| No. | Defendant Name | FLAGWIX Mark | Trade Dress | Copyrights | Merchant ID or URL |
|---|---|---|---|---|---|
| 1. | 3d-checkout, MERCHIZE LIMITED | Y | N | | https://3d-checkout.com/; ECF 015-5 at 9. |
| 2. | 4boliao | N | Y | | ECF 015-7 at 19. |
| 3. | Accentex | Y | Y | | ECF 015-7 at 3. |
| 4. | Alan 5 | N | N | VA0002290015 | 60d497eb95458e2880054606; ECF 015-7 at 26. |
| 5. | AHBVJK | N | Y | VA 0002287963 | ECF 015-1 at 28. |
| 6. | ahdaJGQDJDJHSGghqah | Y | N | | ECF 015-6 at 30. |
| 7. | ahdjkDGHKDHDKA | Y | N | VA 0002289856 | ECF 015-6 at 28. |
| 8. | Ajosalam | N | Y | VA 0002289856 | ECF 015-3 at 8. |
| 9. | ALEYXARECO | N | Y | VA 0002289856 | ECF 015-1 at 16. |
| 10. | alimitc341 | Y | N | | ECF 015-3 at 35. |
| 11. | audryja_9 | N | Y | VA 0002289856 | ECF 015-4 at 17. |
| 12. | Auoltior | N | Y | VA 0002287963 | ECF 015-1 at 25. |
| 13. | Awesome Shirt Gift MD21 | Y | Y | VA 0002289856 | ECF 015-1 at 31.<br>ECF 015-2 at 25. |
| 14. | AZBETTERSHOP | Y | N | VA 0002289856 | https://azbettershop.com/; ECF 015-5 at 12. |
| 15. | BDHTYU | N | Y | VA 0002287963 | B09LGSMT55; ECF 015-1 at 27 |
| 16. | BeKingArt | Y | N | | https://kingartz.com/; ECF 015-5 at 20. |
| 17. | Best Ting | Y | N | | ECF 15-2 at 2. |
| 18. | Bezmrqzeen | Y | N | VA 0002289856 | ECF 015-6 at 26. |
| 19. | Bright & Roomy | Y | N | | https://brightroomy.com/; ECF 015-5 at 14. |
| 20. | btratechs | Y | N | VA0002289856 | https://www.btratechs.com/; ECF 015-6 at 3. |
| 21. | C6C66C6C | Y | N | | ECF 015-6 at 24. |
| 22. | Cadadesigns | Y | N | | https://www.cadadesigns.com/; ECF 015-6 at 4. |
| 23. | carny164sjea | Y | N | | ECF 015-7 at 17. |
| 24. | Can Online Store | Y | N | | ECF 015-1 at 36. |
| 25. | Chaoteam | Y | N | | ECF 015-1 at 39. |
| 26. | ChristianWalls | N | Y | VA 0002287963 | ChristianWalls; ECF 015-4 at 33 |
| 27. | CLYTTE | N | Y | VA 0002287963 | B09J58X8QH; ECF 015-1 at 26. |
| 28. | CONDE MARC | Y | N | | https://www.amazon.com/Hippie-Imagine-People-Decorative-OutDoor/dp/B0978XP3BY/ref=sr_1_1?crid=18EQVHJKI5YD6&keywords=flag&m=A2WSXKSUO7B2 |

| No. | Defendant Name | FLAGWIX Mark | Trade Dress | Copyrights | Merchant ID or URL |
|---|---|---|---|---|---|
| | | | | | LE&qid=1647400496&s=merchant-items&sprefix=fla%2Caps%2C307&sr=1-1 |
| 29. | Constmhycy | Y | N | | ECF 015-7 at 31. |
| 30. | costaric7 | Y | N | | ECF 015-3 at 37. |
| 31. | Crushprint | Y | Y | VA 0002287991 | https://crushprints.com/collections/house-flag/products/autism-elephant-family-never-gives-up-puzzle-piece-autism-awareness-flag?variant=41305379307669 https://crushprints.com/collections/house-flag/products/autism-acceptance-awareness-house-garden-flag?variant=41305376653461 https://crushprints.com/collections/house-flag/products/halloween-flag-never-mind-the-witch-beware-of-the-bulldog-flag?variant=40993868185749 https://crushprints.com/collections/house-flag/products/bigfoot-flag-halloween-bigfoot-i-hate-people-flag?variant=40993862942869 https://crushprints.com/collections/house-flag/products/jesus-christian-american-flag-garden-flag?variant=40993226883221 https://crushprints.com/collections/house-flag/products/dachshund-happy-halloween-flag?variant=40993058390165 https://crushprints.com/products/one-nation-under-god-jesus-christ-flag3595?variant=37456418275477 |
| 32. | Crushprints | Y | N | | https://crushprints.com/; ECF 015-5 at 16. |
| 33. | ctd-20 | Y | Y | | ECF 015-4 at 5. |
| 34. | Cudevali | Y | Y | | ECF 015-7 at 5. |
| 35. | CustomCreations31326 | N | Y | VA 0002287963 | ECF 015-5 at 2. |
| 36. | Dandidang | N | N | VA 0002289856 | ECF 015-2 at 34. |
| 37. | DanielGiftsStudio | Y | Y | VA 0002287963 | ECF 015-4 at 30. |
| 38. | Decarbonater | Y | Y | VA 0002289856 | ECF 015-7 at 8. |
| 39. | Dilgin | Y | Y | | ECF 015-6 at 34. |
| 40. | donaalmod-90 | N | N | VA 0002289856 | ECF 015-4 at 21. |
| 41. | Donnaultimate | Y | N | | ECF 015-7 at 4. |
| 42. | EcomX | Y | N | VA 0002289856 | ECF 015-4 at 26. |

| No. | Defendant Name | FLAGWIX Mark | Trade Dress | Copyrights | Merchant ID or URL |
|---|---|---|---|---|---|
| 43. | Estribillos | Y | Y | | ECF 015-6 at 22. |
| 44. | Evgenii Kalashnikov Shop | N | N | VA 0002289856 | ECF 015-2 at 29. |
| 45. | FaFaFa Online | Y | N | | https://www.amazon.com/Sunflower-Imagine-Weatherproof-Outdoor-White-2/dp/B09Q11LXBL/ref=sr_1_41?crid=1JAMP2FWI1VJ4&keywords=hippie%2Bflag&qid=1647398983&sprefix=hippie%2Bfl%2Caps%2C404&sr=8-41&th=1 |
| 46. | Faith Love Hope | Y | N | VA0002289856 | https://www.faithlovehope.online/; ECF 015-6 at 6. |
| 47. | Familygater | Y | N | | https://www.familygater.com/products/one-nation-under-god-flag-psl103f https://www.familygater.com/products/one-nation-under-god-flag-mlh939f https://www.familygater.com/products/one-nation-under-god-flag-mlh939f |
| 48. | Family-presents | Y | Y | VA 0002287991 VA0002289856 VA0002290015 | https://www.family-presents.com/products/one-nation-under-god-america-god-flag-jesus-flag-christian-s-flag-god-flag-patriot-double-sided-house-flag-garden-flag?variant=1000004937060875 https://www.family-presents.com/products/jesus-cross-god-bless-america-eagle-flag-garden-flag-peace-flag-house-flag-farmhouse-peace-flag-yard-decor https://www.family-presents.com/products/chihuahua-police-dog-thin-blue-line-christian-cross-flag-garden-flag-peace-flag-house-flag-farmhouse-peace-flag-yard-decor |
| 49. | Fandom Gift | Y | N | VA 0002289856 | https://fandomgift.com/; ECF 015-5 at 18. |
| 50. | FlorianBohnhofShop | Y | Y | VA 0002287963 | ECF 015-4 at 31. |
| 51. | Generic | N | Y | VA 0002289856 | ECF 015-1 at 17. |
| 52. | George Hovsepyan | N | N | VA 0002289856 | ECF 015-2 at 9. |
| 53. | Giftastic | N | N | VA 0002289856 | ECF 015-1 at 18. |
| 54. | GildedOrchidDesigns | N | Y | | ECF 015-5 at 3. |
| 55. | Giusepalma | Y | Y | | https://www.amazon.com/Racism-Human-Garden-Outdoor-Double/dp/B09C2GRXHF/ref=sr_1_6?m=A1IB6X6 |

| No. | Defendant Name | FLAGWIX Mark | Trade Dress | Copyrights | Merchant ID or URL |
|---|---|---|---|---|---|
| | | | | | Y92QA51&marketplaceID=ATVPDKIKX0DER&qid=1647399981&s=merchant-items&sr=1-6; ECF 015-2 at 36 |
| 56. | Gobanus | Y | N | | https://www.gobanus.com/ |
| 57. | Gomez-Shop | Y | N | VA 0002289856 | ECF 015-2 at 17. |
| 58. | grandracha | Y | N | | https://www.amazon.com/LLKK-Vintage-Sasquatch-American-Decoration/dp/B09PRK7535/ref=sr_1_3?m=A34HL85P86S63R&marketplaceID=ATVPDKIKX0DER&qid=1647400046&s=merchant-items&sr=1-3 |
| 59. | Guadalupe Moore | Y | N | | ECF 015-7 at 11. |
| 60. | Hacezy | Y | N | VA0002289856 VA0002290015 | https://www.hacezy.com/; ECF 015-6 at 7. |
| 61. | Hanzaless | Y | N | VA 0002289856 | ECF 015-2 at 38. |
| 62. | hehi_5420 | Y | N | VA 0002289856 | ECF 015-4 at 8. |
| 63. | hey_shoppingtime | Y | N | | ECF 015-4 at 2. |
| 64. | hezeweituimaoyiyouxiangongsi | N | N | VA 0002289856 | https://www.amazon.com/Win-FaFA-Gao-Christmas-Decorative/dp/B09KRLTRNM/ref=sr_1_13?crid=1FHY74447YRIN&keywords=win%2Bfafa%2Bgao&qid=1695402926&sprefix=win%2Bfafa%2Bgao%2Caps%2C94&sr=8-13&th=1 |
| 65. | hi_australia | N | Y | VA 0002287991 VA 0002287963 | ECF 015-3 at 39. |
| 66. | Hopefight | N | Y | VA 0002287991 | https://hopefight.com/products/one-nation-under-god-flag-house-garden-god28104?currency=USD&utm_medium=cpc&utm_source=google&utm_campaign=Google%20Shopping https://hopefight.com/products/one-nation-under-god-eagle-flag-house-garden-god22201 |
| 67. | hotpytaste | N | Y | | ECF 015-4 at 18. |
| 68. | Howoti | Y | N | | ECF 015-6 at 38. |
| 69. | Huajingyuanxuecun | N | Y | | ECF 015-7 at 21. |
| 70. | i_lizard | Y | N | | ECF 015-4 at 1 |
| 71. | Igbmerch | Y | N | VA0002289856 | https://igbmerch.com/products/boxer-dog-american-cross-god-flag-gold-cross-god-flag-one-nation- |

4

| No. | Defendant Name | FLAGWIX Mark | Trade Dress | Copyrights | Merchant ID or URL |
|---|---|---|---|---|---|
| | | | | | under-god-us-flag-ln-gifts-for-dog-owners?currency=USD&gclid=CjwKCAjw8sCRBhA6EiwA6_IF4QUabklnOjutIIqa_WtJzLZfd2YeduuRqe93h2vBIOPkzRd6FisxnhoCXh4QAvD_BwE |
| 72. | Jaywood Advertising Store | N | N | VA 0002287963 | https://www.aliexpress.us/item/3256805839389821.html?gps-id=pcStoreNewArrivals&scm=1007.23409.271287.0&scm_id=1007.23409.271287.0&scm-url=1007.23409.271287.0&pvid=38a8b71c-5493-41a4-8331-143557838585&_t=gps-id%3ApcStoreNewArrivals%2Cscm-url%3A1007.23409.271287.0%2Cpvid%3A38a8b71c-5493-41a4-8331-143557838585%2Ctpp_buckets%3A668%232846%238109%231935&pdp_npi=4%40dis%21USD%216.53%216.53%21%21%216.53%21%21%402103247916953983966171249e95d1%2112000035377306470%21rec%21US%21%21AB&spm=a2g0o.store_pc_home.smartNewArrivals_6000074129880.100500602570457 3&gatewayAdapt=glo2usa |
| 73. | jefcous-62 | Y | N | | ECF 015-3 at 38. |
| 74. | JCF-Shops | N | Y | VA 0002287963 | B09JYC2QKQ; ECF 015-2 at 22 |
| 75. | JoAnne Hileman | Y | N | | ECF 015-7 at 22. |
| 76. | JXCAMSRDS | N | Y | VA 0002287963 | B09LGSMT55; ECF 015-2 at 21. |
| 77. | KidsMart2 | Y | N | | ECF 015-7 at 12. |
| 78. | Kopwiwezki | Y | N | | ECF 015-6 at 27. |
| 79. | Kovtulen Shop | Y | N | | ECF 015-3 at 5. |
| 80. | kthuocxoang | Y | N | | https://www.kthuocxoang.com/; ECF 015-6 at 8. |
| 81. | Kybershop | Y | N | | https://kybershop.com/; ECF 015-5 at 21. |
| 82. | lauannmcc-0 | N | Y | VA 0002289856 | ECF 015-4 at 4. |
| 83. | LeiriaSpoons | Y | N | | ECF 015-3 at 1. |
| 84. | lirday-0 | N | Y | VA 0002289856 | ECF 015-4 at 12. |
| 85. | Little Gifts Thing | Y | Y | VA 0002287963 | https://littlegiftsthing.com/; ECF 015-5 at 23. |
| 86. | Manvel Bazikyan | Y | N | VA 0002289856 | ECF 015-3 at 11. |
| 87. | MarionHartweinStudio | Y | N | | ECF 015-4 at 29. |
| 88. | MazaikaStore | Y | N | | ECF 015-3 at 10. |
| 89. | Mazen-Shop | Y | N | | ECF 015-3 at 3. |

| No. | Defendant Name | FLAGWIX Mark | Trade Dress | Copyrights | Merchant ID or URL |
|---|---|---|---|---|---|
| 90. | MERCHIZE LIMITED | Y | N | VA 0002289856 | https://cloudyteeshirt.com/; ECF 015-5 at 15. |
| 91. | Metal Pigeon | Y | N | | https://metalpigeon.com/; ECF 015-5 at 24. |
| 92. | METALICK | N | Y | VA 0002287991 | ECF 015-3 at 20. |
| 93. | Min Online | N | Y | VA 0002287991 VA 0002287963 VA 0002289856 | ECF 015-2 at 4. |
| 94. | MINJI KIM SHOP | N | Y | VA 0002290015 | ECF 015-3 at 23. |
| 95. | MotleyStore | N | N | VA 0002289856 | ECF 015-3 at 31. |
| 96. | Nastigal | Y | N | VA0002289856 | https://www.nastigal.co/products/horse-eagle-one-nation-under-god-flag-100000828212?variant=1000007983944589 https://www.nastigal.co/products/one-nation-under-god-christian-eagle-flag-100000862216?variant=1000007988715836 |
| 97. | Nguyen Thi Nhan Store | Y | N | | ECF 015-3 at 16. |
| 98. | Noshye | N | Y | VA 0002287991 | B09H8LCZCD; https://www.amazon.com/Noshye-Veteran-Seasonal-Vertical-Decorations/dp/B09FZRQQR4/ref=sr_1_8?crid=1FO4EXCF2VAGW&keywords=noshye+jesus&qid=1647943662&sprefix=noshye+jesus%2Caps%2C115&sr=8-8 |
| 99. | Noshye Store | N | Y | VA 0002287991 | B09H8LCZCD; https://www.amazon.com/Noshye-Veteran-Seasonal-Vertical-Decorations/dp/B09FZRQQR4/ref=sr_1_8?crid=1FO4EXCF2VAGW&keywords=noshye+jesus&qid=1647943662&sprefix=noshye+jesus%2Caps%2C115&sr=8-8 |
| 100. | Olga 1989 | N | Y | VA 0002287991 VA 0002287963 VA 0002289856 | ECF 015-2 at 15. |
| 101. | Omega Allies | Y | Y | | ECF 015-6 at 32. |
| 102. | Oropeza style | Y | N | VA 0002289856 | ECF 015-6 at 35. |
| 103. | Ovejitas | Y | Y | | ECF 015-7 at 7. |
| 104. | Papeshop | Y | N | | ECF 015-3 at 17. |
| 105. | phankimtuf | Y | N | | https://www.phankimtuf.com/ |
| 106. | Planagraphics | Y | N | | https://plangraphics.com/; ECF 015-5 at 27. |

| No. | Defendant Name | FLAGWIX Mark | Trade Dress | Copyrights | Merchant ID or URL |
|---|---|---|---|---|---|
| 107. | POXAIDON | Y | N | | ECF 015-2 at 8. |
| 108. | prideearthdesign | Y | N | | https://www.prideearthdesign.com/; ECF 015-6 at 9. |
| 109. | projetizu | Y | N | | https://www.projetizu.com/; ECF 015-6 at 10. |
| 110. | pwkenter-0 | Y | Y | | ECF 015-4 at 9. |
| 111. | Quality Search Inc | Y | Y | VA0002287991 | https://www.amazon.com/Flag-One-Nation-Under-Garden/dp/B09PVKN7Z9/ref=sr_1_12?crid=LKLHB8UC5MTP&keywords=flag&m=A3VZQM1Z47SSYY&qid=1647400730&s=merchant-items&sprefix=fla%2Caps%2C318&sr=1-12 |
| 112. | Rabinderkey | N | Y | VA 0002289856 | ECF 015-2 at 10. |
| 113. | Rayhorn | N | Y | VA 0002287963 | B09J58X8QH; ECF 015-2 at 20 |
| 114. | Robinplacefabrics | Y | N | | https://robinplacefabrics.com/; ECF 015-5 at 29. |
| 115. | Ronning Industry Store | N | Y | | 2657239 https://www.alibaba.com/product-detail/High-Quality-Hanging-National-100D-Polyester_1600118490539.html?spm=a2700.galleryofferlist.normal_offer.d_title.530f7d90b61rp5 |
| 116. | Salvador Ortega66 | Y | Y | | ECF 015-7 at 7. |
| 117. | Sandra E Becker | N | Y | VA 0002287991 | ECF 015-1 at 34. |
| 118. | Seabow Official-Flagship Store | N | N | VA0002290015 | 518252 ECF 015-1, Pt. 1 at 6. |
| 119. | Shop5589403 Store | Y | N | | ECF 015-1 at 10. |
| 120. | Shop910368292 Store | N | N | VA 0002287991 VA 0002287963 | ECF 015-1 at 9. |
| 121.' | Shop911075021 Store | N | N | VA0002290015 | 911075021 ECF 015-1, Pt. 1 at 14. |
| 122. | smotoezupnrd | N | N | VA00002289856 | 5e9798744ec15b0450f4cb1c; ECF 015-7 at 23. |
| 123. | Snow Rui | Y | N | | ECF 015-2 at 7. |
| 124. | Special Offer Gift | Y | N | | ECF 015-3 at 9. |
| 125. | ST2POD Store | Y | N | VA0002290015 | https://st2pod.com/; ECF 015-5 at 30. |
| 126. | SuperZhou | N | Y | VA 0002289856 | ECF 015-1 at 37. |
| 127. | Surapal19-75 | Y | Y | | ECF 015-6 at 16. |
| 128. | Syahru | Y | N | | https://www.syahrulu.com/; ECF 015-6 at 11. |
| 129. | Tagotee | Y | N | VA0003389856 | https://tagotee.com/; ECF 015-5 at 31. |
| 130. | Teashirts3d.net | Y | N | | https://tashirts.com/; ECF 015-5 at 33. |
| 131. | Teehall | Y | N | VA0003389856 VA0002290015 | https://teehall.com/; ECF 015-5 at 36. |

7

| No. | Defendant Name | FLAGWIX Mark | Trade Dress | Copyrights | Merchant ID or URL |
|---|---|---|---|---|---|
| 132. | TERUO YORDANI | Y | N | | ECF 015-3 at 4. |
| 133. | TFDXIH | N | Y | VA 0002287991 VA 0002287963 | B096NXQNZX; https://www.amazon.com/TFDXIH-American-Polyester-Decorative-Farmhouse/dp/B09JWK9W9Z/ref=sr_1_1_sspa?crid=3BF5FNRNJ3657&keywords=tfdxih&qid=1647942464&sprefix=tfdxih%2Caps%2C131&sr=8-1-spons&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyVlRTFc0WUtEUFlCJmVuY3J5cHRlZElkPUEwMTE0MjEyUU1NUkpFTlUxOU5RJmVuY3J5cHRlZEFkSWQ9QTA3MzY1ODczTDNNQzk1TVZZQksxJndpZGdldE5hbWU9c3BfYXRmJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1 |
| 134. | The Customee | Y | N | VA0003389856 | https://thecustomee.com/; ECF 015-5 at 37. |
| 135. | The Big Market Sport | Y | N | | ECF 15-6 at 37. |
| 136. | Theworshipproject | N | Y | VA0002287963 | https://www.darkhorsedesigns.net/; ECF 015-6 at 5. |
| 137. | Tongassf | Y | N | VA0003389856 VA0002290015 | https://tongassf.com/; ECF 015-5 at 38. |
| 138. | Toyofmine | N | Y | VA 0002287991 VA 0002287963 | ECF 015-1 at 12. |
| 139. | TRZ-Shops | N | Y | VA 0002287963 | B09DB5HSFS; ECF 015-2 at 19. |
| 140. | Tugesha | N | Y | VA 0002287963 VA 0002287991 | B09KS27PST; ECF 015-1 at 22. |
| 141. | UNIKIHOMUM | Y | N | | ECF 015-1 at 15. |
| 142. | Upfamillie | Y | N | | https://upfamilie.com/products/one-nation-under-god-america-flag-pn262fv1?currency=USD&variant=36417412399255 https://upfamilie.com/products/mexican-american-my-home-my-blood-flag?pr_prod_strat=collection_fallback&pr_rec_id=082fd06a3&pr_rec_pid=6373183946903&pr_ref_pid=5686434103447&pr_seq=uniform&variant=38854792642711 |

| No. | Defendant Name | FLAGWIX Mark | Trade Dress | Copyrights | Merchant ID or URL |
|---|---|---|---|---|---|
| 143. | Veteranclothin | Y | | | https://www.veteranclothin.com/products/gift-for-christian-bus-driver-jesus-take-the-wheel-american-flag-christ-jesus-flag-gold-cross-god-flag-one-nation-under-god-us-flag-ln |
| 144. | Vmovieme | Y | N | | https://www.vmovieme.top/; ECF 015-6 at 13. |
| 145. | wefinexip | Y | N | VA0003389856 | https://www.wefinexip.com/; ECF 015-6 at 14. |
| 146. | WernerCzaplaStudio | N | Y | VA 0002287963 VA 0002287991 | WernerCzaplaStudio; ECF 015-4 at 32 |
| 147. | Wiopo | N | N | VA00002289856 | 5fdbe8a19514f1185657b724; ECF 015-6 at 36. |
| 148. | WLQ-Shops | N | Y | | ECF 015-2 at 11. |
| 149. | WRS-Shops | N | Y | VA 0002287963 | ECF 015-2 at 12. |
| 150. | Xiuqiang He | Y | Y | VA 0002289856 | ECF 015-3 at 18. |
| 151. | YangFang1995 | Y | N | | https://www.amazon.com/Nation-American-Suitable-Outdoors-Seasons/dp/B09NM2WTRY/ref=sr_1_44?crid=X5Q70M7OIWEO&keywords=one%2Bnation%2Bunder%2Bgod%2Bflag&qid=1647400602&sprefix=one%2Bnati%2Caps%2C325&sr=8-44&th=1 |
| 152. | YYUGN | Y | N | | https://www.amazon.com/Halloween-Beware-Garden-Outdoor-Decoration/dp/B09CPWXXNC/ref=sr_1_fkmr0_2?crid=3JVFDZ6DD51SH&keywords=DaJieDa+Online&qid=1695419623&sprefix=dajieda+online%2Caps%2C76&sr=8-2-fkmr0 |
| 153. | ZAIVOK LLC | Y | N | VA 0002289856 | ECF 015-2 at 33. |
| 154. | ZHR-STOP | N | Y | VA 0002287963 | ECF 015-3 at 21. |
| 155. | ZJ Online | Y | N | | ECF 015-2 at 5. |