# **EXHIBIT 2**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-27 18:31:18 EDT |
| Mark: | FLAGWIX |

# FLAGWIX

| | | | |
|---|---|---|---|
| US Serial Number: | 90039790 | Application Filing Date: | Jul. 07, 2020 |
| US Registration Number: | 6265462 | Registration Date: | Feb. 09, 2021 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due |
| Status Date: | Feb. 09, 2021 |
| Publication Date: | Nov. 24, 2020 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | FLAGWIX |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Cloth flags | | |
| International Class(es): | 024 - Primary Class | U.S Class(es): | 042, 050 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Apr. 16, 2020 | Use in Commerce: | Apr. 16, 2020 |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No |  |  |

## Current Owner(s) Information

|  |  |  |  |
|---|---|---|---|
| Owner Name: | Expeditee LLC |  |  |
| Owner Address: | 304 S. Jones Blvd #384<br>Las Vegas, NEVADA UNITED STATES 89107 |  |  |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | NEVADA |

## Attorney/Correspondence Information

**Attorney of Record**

|  |  |  |  |
|---|---|---|---|
| Attorney Name: | Andrea Selkregg |  |  |
| Attorney Primary Email Address: | aselkregg@idealegal.com | Attorney Email Authorized: | Yes |

**Correspondent**

|  |  |  |  |
|---|---|---|---|
| Correspondent Name/Address: | Andrea Selkregg<br>IdeaLegal, LLC<br>2240 N. Interstate Ave., Suite 270<br>Portland, OREGON UNITED STATES 97227 |  |  |
| Phone: | 503-902-5780 |  |  |
| Correspondent e-mail: | aselkregg@idealegal.com<br>trademarks@idealegal.com<br>docketing@idealegal.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 06, 2022 | NOTICE OF SUIT |  |
| Apr. 30, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |  |
| Apr. 30, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |  |
| Apr. 30, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |  |
| Feb. 09, 2021 | REGISTERED-PRINCIPAL REGISTER |  |
| Nov. 24, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |  |

| | | |
|---|---|---|
| Nov. 24, 2020 | PUBLISHED FOR OPPOSITION | |
| Nov. 04, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 19, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 14, 2020 | ASSIGNED TO EXAMINER | 94058 |
| Aug. 04, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jul. 10, 2020 | NEW APPLICATION ENTERED | |

### TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION   **Date in Location:** Feb. 09, 2021

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load