# **EXHIBIT 4**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**

**VA 2-287-963**

**Effective Date of Registration:**
February 17, 2022
**Registration Decision Date:**
February 23, 2022

---

## Title

**Title of Work:** TRL06F – Don't Be Afraid Just Have Faith

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 02, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Expeditee LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Expeditee LLC
539 W.Commerce St, Suite 2859, Dallas, TX, 75208, United States

## Rights and Permissions

**Organization Name:** LOZA & LOZA, LLP
**Name:** Lena N. Bacani
**Email:** lena-pto@lozaip.com
**Telephone:** (213)394-3625
**Address:** 305 North Second Avenue, #127
Upland, CA 91786-6064 United States

## Certification

**Name:** Lena N. Bacani
**Date:** February 17, 2022
**Applicant's Tracking Number:** XPED-301

---

**Correspondence:** Yes



