# **<u>EXHIBIT 5</u>**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-289-856

**Effective Date of Registration:**
March 07, 2022
**Registration Decision Date:**
March 09, 2022

## Title

**Title of Work:**  THH1288F_Flag_mockup3.jpg
(Celtic Flag)

## Completion/Publication

**Year of Completion:**  2021
**Date of 1st Publication:**  February 05, 2021
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Expeditee LLC
**Author Created:**  photograph
**Work made for hire:**  Yes
**Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Expeditee LLC
900 S Clark St, 2101, Chicago, IL, 60605, United States

## Limitation of copyright claim

**Material excluded from this claim:**  2-D artwork

**New material included in claim:**  photograph

## Rights and Permissions

**Organization Name:**  LOZA & LOZA, LLP
**Name:**  Lena N. Bacani
**Email:**  lena-pto@lozaip.com
**Telephone:**  (213)394-3625
**Address:**  305 North Second Avenue, #127

Upland, CA 91786-6064 United States

## Certification

|  |  |
|---|---|
| **Name:** | Lena N. Bacani |
| **Date**: | March 07, 2022 |
| **Applicant's Tracking Number**: | XPED-310 |

**Correspondence:** Yes

