# **EXHIBIT 6**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-290-015

**Effective Date of Registration:**
March 08, 2022
**Registration Decision Date:**
March 09, 2022

## Title

| | |
|---|---|
| Title of Work: | THH1288F_Flag_mockup1.jpg |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | February 05, 2021 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Expeditee LLC |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Expeditee LLC |
| | 900 S Clark St, 2101, Chicago, IL, 60605, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | 2-D artwork |
| New material included in claim: | photograph |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | LOZA & LOZA, LLP |
| Name: | Lena N. Bacani |
| Email: | lena-pto@lozaip.com |
| Telephone: | (213)394-3625 |
| Address: | 305 North Second Avenue, #127 |
| | Upland, CA 91786-6064 United States |

Page 1 of 2

## Certification

**Name:** Lena N. Bacani
**Date:** March 08, 2022
**Applicant's Tracking Number:** XPED-311

**Correspondence:** Yes

