**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **EXPEDITEE LLC,** | ) |
| | ) Case No. 21-6237 |
| **Plaintiff,** | ) |
| | ) Hon. Lindsay C. Jenkins |
| vs. | ) |
| | ) |
| **THE ENTITIES listed on EXHIBIT 1,** | ) |
| | ) |
| **Defendants.** | ) |

**DECLARATION OF PATRICK M. JONES**

I, Patrick M. Jones, am a resident of the State of Illinois and, if called on to testify in this case, would provide testimony under oath consistent herewith.

1. The facts set forth in this declaration are based on my personal knowledge.

2. The events that are the subject to this Court's Order took place more than a year-and-a-half ago. I have done my best to reconstruct the events herein.

3. In 2021, I was the Managing Member of PMJ PLLC. PMJ PLLC represented the Plaintiff in the above-captioned matter.

4. I have been licensed to practice law in the State of Illinois since 2000.

5. I am a member of the State of Illinois bar association, the Northern District of Illinois bar and trial bar, the Seventh and Ninth Circuit courts of appeals, and the Supreme Court of the United States.

6. Other than the present Case, I have never been sanctioned by this or any other Court.

7. I have never knowingly submitted a false statement to this or any other Court.

8. I make it a point never to lie or mislead in my professional as well as my personal life; nothing good can come of it.

9. In 2018, I formed a limited liability company called universal Corporate Services LLC ("UCS") with a colleague to assist overseas companies establishing U.S. operations.

10. The Plaintiff was one of UCS's first clients.

11. UCS assisted the Plaintiff with drafting its Operating Agreement, filing its taxes, registering its intellectual property, managing its bank accounts, and receiving mail.

12. In late 2021, the Plaintiff contacted me about widespread infringement of its "Flagwix" trademark.

13. Not familiar with such claims, I contacted and PMJ PLLC retained an experienced intellectual property litigator, and an experienced fraud investigator.

14. Together, we investigating the more than 100 websites and webstores that were selling counterfeit products using the "Flagwix" trademark either overtly or by including it in their metadata tags so that consumers searching for genuine Flagwix products would be lure to their sites.

15. The Plaintiff reviewed and approved the Complaint before it was filed.

16. On January 10, 2022, PMJ PLLC served PayPal with a copy of the Complaint and summons, and the temporary restraining order (the "TRO") that required PayPal to produce identifying information, i.e., at a minimum, their email addresses.

17. The Plaintiff insisted that they would serve the pleadings on the PayPal Defendants because it had collected a database of their email addresses; PMJ PLLC acquiesced.

18. On January 16, 2022, PMJ PLLC discovered that the Plaintiff had not in fact served the Defendants, and immediately took steps to remedy the situation.

19. On January 16, 2022, PMJ PLLC filed an Amended Certificate of Service explaining the mishap to the Court.

20. The Court accepted PMJ PLLC's explanation and did not dismiss the case or issue sanctions against the Plaintiff or PMJ PLLC.

21. I do my best to avoid mistakes, but they happen. I apologize for that and will attempt to do better.

Submitted this 3rd day of October, 2023

By: /s/ Patrick M. Jones
Patrick M. Jones

Patrick M. Jones (IL #6271256)
Willis Tower
233 South Wacker Drive, 44th Floor
Chicago, Illinois 60605
Tel: (312) 255-7976
Email: pjones@aegislaw.com

3