
Ultra MAGA Make America Great Again Flag
From $29.95


This is MAGA Country USA Flag


ULTRA MAGA FLAG
From $29.95


Ultra MAGA American Flag


We The People ULTRA MAGA Blue Flag
(12)
From $29.95


We The People Ultra MAGA Black Flag


GOD Guns and Trump MAGA Flag
(14)
From $29.95


We The People ULTRA MAGA Flag

https://respectthelook.com/collections/2021-trump-flags