Expeditee LLC v. Defendants listed on Ex. 1, Case No. 21-6237 (N.D. Ill.) FL…

To: support@3d-checkout.com, support@89customized.com, support@atmtee.com, support@azbettershop.com, support@blackmonsport.com, support@brightroomy.com, admin@cloudyteeshirt.com, support@crushprints.com, support@eviralstore.com, support@fandomgift.com, cs@glanra.com, support@kingartz.com, admin@kybershop.com, support@littlegiftsthing.com, support@metalpigeon.com, support@nagotee.com, contact@plangraphics.com, respectthelook@gmail.com, support@robinplacefabrics.com, support@st2pod.com, admin@tagotee.com, boomtshirts2019@gmail.com, customer@tee4lives.com, support@teehall.com, support@thecustomee.com, admin@tongassf.com, support@vibepy.com, customer@wardrobetee.com, daizahgzwovt@gmail.com, contact@cadadesigns.com, support@yesdep.us, support@faithlovehope.online, contact@gifnest.com, support@gobanus.com, support@hacezy.com, danyeltligyb@gmail.com, daneshtriucf@gmail.com, support@prideearthdesign.com, deyjroqumb@gmail.com

Cc Bcc

Expeditee LLC v. Defendants listed on Ex. 1, Case No. 21-6237 (N.D. Ill.) FLAGWIX (TM)

Dear Sir or Madame:

You are receiving this notice because you have been named as a Defendant in Expeditee LLC v. Defendants listed on Exhibit 1, Case No. 21-6237 pending in the Northern District of Illinois.

The Defendants operating the Defendant Internet Stores listed in Ex.1 to the Complaint are hereby advised:

Plaintiff has charged Defendants with violations of United States federal and state laws prohibiting trademark/copyright infringement and counterfeiting. Attached are copies of the Complaint, Ex. 1, the summons and the Preliminary Injunction, which may have resulted in the freezing of your ecommerce account.

Any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days after service of this summons upon you. If no appearance or pleading is filed, the Court may render a judgment against you.

**If you do not wish to litigate this matter in court, we can still offer you a settlement and, if agreed to, we will notify your ecommerce service provider to unlock your account back, and we will then dismiss you as a defendant in the case.**
**If you are interested in settlement, please contact us through U.S. legal counsel.**
**Please note: Please use the Reply all for keep this chain moving forward**

Sincerely,

Attorneys for Plaintiff


--
Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603

GMass-Report-18577537-Sent

| EmailAddress | GmailResponse |
| --- | --- |
| support@3d-checkout.com | 17e628bf2fdf13fb |
| support@89customized.com | 17e628c158de6e31 |
| support@atmtee.com | 17e628c344597f0d |
| support@azbettershop.com | 17e628c5aaae8688 |
| support@blackmonsport.com | 17e628c87e7b4f4d |
| admin@cloudyteeshirt.com | 17e628cb4d8c2fd9 |
| support@crushprints.com | 17e628cda463a92b |
| support@eviralstore.com | 17e628cffab04064 |
| support@fandomgift.com | 17e628d243947301 |
| cs@glanra.com | 17e628d494026ce8 |
| support@kingartz.com | 17e628d704fe6834 |
| admin@kybershop.com | 17e628d9b5986b64 |
| support@littlegiftsthing.com | 17e628db5d169f52 |
| support@metalpigeon.com | 17e628de6576fbd8 |
| support@nagotee.com | 17e628e0b5d0bee0 |
| contact@plangraphics.com | 17e628e3bbb7c5ee |
| respectthelook@gmail.com | 17e628e563d9a080 |
| support@robinplacefabrics.com | 17e628e7c74adb85 |
| support@st2pod.com | 17e628e9f59b0f45 |
| admin@tagotee.com | 17e628ecb06fe6d4 |
| boomtshirts2019@gmail.com | 17e628ef6dd40646 |
| customer@tee4lives.com | 17e628f186ac1eed |
| support@teehall.com | 17e628f42ffa34f2 |
| support@thecustomee.com | 17e628f5e2821a32 |
| admin@tongassf.com | 17e628f889e10001 |
| support@vibepy.com | 17e628faf80b9995 |
| customer@wardrobetee.com | 17e628fcdcf20990 |
| daizahgzwovt@gmail.com | 17e628fea7878ef7 |
| contact@cadadesigns.com | 17e62900ab9f2fb8 |

1

| | |
|---|---|
| **support@yesdep.us** | 17e629029dedc27d |
| **support@faithlovehope.online** | 17e62904dbc8a573 |
| **contact@gifnest.com** | 17e6290653d26d36 |
| **support@gobanus.com** | 17e62908fed59138 |
| **support@hacezy.com** | 17e6290ae34d904d |
| **danyeltligyb@gmail.com** | 17e6290d40436c9b |
| **daneshtriucf@gmail.com** | 17e6290f0b35e0cd |
| **support@prideearthdesign.com** | 17e6291154cc9b88 |
| **deyjroqumb@gmail.com** | 17e629132c443a8e |