| | |
|---|---|
| **Subject:** | FW: [WARNING: MESSAGE ENCRYPTED]RE: Case 21-6237 - Discovery request re: respectthelook ( (KMM455069598V11825L0KM) |
| **Date:** | Thursday, February 10, 2022 at 1:25:22 PM Central Standard Time |
| **From:** | Patrick Jones <pmj@pmjpllc.com> |
| **To:** | Lena Bacani <lena.bacani@lozaip.com> |
| **CC:** | Sarah Beaujour <sb@pmjpllc.com> |
| **Attachments:** | Discovery Request 1664074784303364039.zip, Account Information incl. Financial Information.csv, Communication 1.PNG, Communication 2.PNG, Communication 3.PNG, Communication 4.PNG, Communication 5.PNG, Transaction Log.xlsx |

Lena,

The TRO provided that the Plaintiff can serve discovery on platforms via email, so we did not serve a subpoena. PayPal responded today, which we have uploaded the attached to the Dropbox. (If you can't open a file, the pw is Jones1234).

Significantly, when the account was unfrozen by the Court based, at least in part, on the presumption that the Defendant Respect The Look was a U.S. company and would not attempt to hide assets, it appears to have, in fact, diverted all of its funds out of PayPal. So, you may want to request the transcript from that hearing as well.

| PAYPAL | 1664074784303364039 | 20867964841304687 | 7EX35899P71487645 | PARENT | | ######### | ######### |
|---|---|---|---|---|---|---|---|
| PAYPAL | 1664074784303364039 | 20904254440005751 | 3AC729002W516035K | 20899658909171641 | | ######### | ######### |
| PAYPAL | 1664074784303364039 | 20899658909171641 | 31Y68910AU551950P | 20878977478512946 | | ######### | ######### |
| PAYPAL | 1664074784303364039 | 20878977478512946 | 2CK78290DY594121F | PARENT | | ######### | ######### |
| PAYPAL | 1664074784303364039 | 153588052932 | 08Y48739XM142262S | PARENT | | ######### | ######### |
| PAYPAL | 1664074784303364039 | 20908665208144188 | 2K314261U7167234N | PARENT | | ######### | ######### |

Sincerely,

Patrick M. Jones

PMJ PLLC
125 South Clark Street
Chicago, Illinois 60603
Tel: (312) 255-7976
Cell: (312) 404-3225
Fax: (312) 803-0931
www.pmjpllc.com

101 North 1st Ave
Phoenix, AZ 85003

*"Chicago-Based with a Global Influence"*

This email message and accompanying data may contain information that is confidential and subject to privilege. If you are

not the intended recipient, you are notified that any use, dissemination, distribution or copying of this message or data is prohibited.  If you have received this email in error, please notify me immediately and delete all material pertaining to this email.

**From:** "EEOmaLegalSpecialist@paypal.com" <eeomalegalspecialist@paypal.com>
**Date:** Thursday, February 10, 2022 at 10:51 AM
**To:** Patrick Jones <pmj@pmjpllc.com>
**Subject:** [WARNING: MESSAGE ENCRYPTED]RE: Case 21-6237 - Discovery request re: respectthelook ( (KMM455069598V11825L0KM)



Dear Patrick Jones,

Thank you for contacting PayPal, Inc. ("PayPal"). We are in receipt of the Order in the above-named matter and hereby respond.

Attached, you will find the requested documents. We do not provide users with statements. As such, the defendant's transaction log for the past year has been provided. The documents are password protected with the same password that was previously used when documents were provided to you.

Should you have any further questions or need any additional information, please feel free to contact me directly by email at EEOmaLegalSpecialist@PayPal.com.

Sincerely,
Gavin
Executive Escalations
PayPal

Copyright © 1999-2022 PayPal. All rights reserved.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

**From:** pmj@pmjpllc.com
**Sent:** Tuesday, February 8, 2022 10:47:21 AM (-08:00)
**Subject:** Case 21-6237 - Discovery request re: respectthelook (

Gavin,

Thank you for your response. However, this is a separate document request directed to PayPal (see attached) regarding Defendant:

https://respectthelook.com/

Account No.: 1664074784303364039

We are primarily seeking (#) communications between PayPal and Defendant, and (#) account statements for Defendant going back one year, and (#) banking relationships linked to Defendant's account.

We will also send a copy via regular mail to PayPal's registered agent. We do expect a prompt response pre the Court's temporary restraining order, also attached. See attached, at §# (requiring Third Party Providers, like PayPal, to respond to discovery requests within five days).

Sincerely,

Patrick M. Jones

PMJ PLLC

### South Clark Street

Chicago, Illinois #####

Tel: (###) ###-####

Cell: (###) ###-####

Fax: (###) ###-####

www.pmjpllc.com

### North #st Ave

Phoenix, AZ #####

"Chicago-Based with a Global Influence"

This email message and accompanying data may contain information that is confidential and subject to privilege.  If you are not the intended recipient, you are notified that any use, dissemination, distribution or copying of this message or data is prohibited.  If you have received this email in error, please notify me immediately and delete all material pertaining to this email.

From: Sarah Beaujour <sb@pmjpllc.com>
Date: Tuesday, February #, #### at ##:## AM
To: Patrick Jones <pmj@pmjpllc.com>
Subject: Fwd: Case ##-#### - Discovery request (KMM454311525V17286L0KM)


Téléchargez Outlook pour iOS


De : EEOmaLegalSpecialist@paypal.com <eeomalegalspecialist@paypal.com>
Envoyé : Wednesday, February #, #### #:##:## AM
À : Sarah Beaujour <sb@pmjpllc.com>
Objet : RE: Case ##-#### - Discovery request (KMM454311525V17286L0KM)

Dear Sarah Beaujour:

Thank you for contacting PayPal, Inc. ("PayPal"). We are in receipt of your follow-up inquiry in the case as captioned above. Our records indicate PayPal provided account records kept in the regular course of business responsive to the aforementioned Temporary Restraing Order on December ##, ####. Please be advised, PayPal Legal Specialists are only Custodians of Records and cannot provide any additional details, insights or interpretations, or legal advice with respect to the records provided.

Please note that PayPal does not accept inquiries or case updates by phone. Any service of additional legal process on PayPal should be served through our registered agent for service of process, CT Corporation.

Should you have any further questions or need any additional information, please reply by email to EEOmaLegalSpecialist@PayPal.com.

Sincerely,

Gavin Simons
Legal Specialist
PayPal, Inc.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

IMPORTANT NOTICE:

PAYPAL DOES NOT ACCEPT VIA EMAIL COURT FILINGS, NOTICES OF HEARING, TRIAL SETTINGS, DISCOVERY, SERVICE OF PROCESS, OR ANY TYPE OF LEGAL INSTRUMENT WHICH REQUIRES SERVICE UNDER APPLICABLE RULES OF CIVIL PROCEDURE OR ANY OTHER APPLICABLE RULE

Copyright © ####-#### PayPal. All rights reserved.

From: sb@pmjpllc.com
Sent: Tuesday, February #, #### ##:##:## AM (-##:##)
Subject: Case ##-#### - Discovery request

Dear Gavin,

Please find attached a document request to the attention of Paypal.

Regards

Sarah Beaujour

Associate

PMJ PLLC

### South Clark Street

Chicago, Illinois #####

Tel: (###) ###-####

Cell: (###) ###-####

www.pmjpllc.com