**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **EXPEDITEE LLC,** | ) |
| | ) **Case No. 21-6237** |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) **AFFIDAVIT OF SARAH BEAUJOUR** |
| **THE ENTITIES listed on EXHIBIT 1,** | ) |
| | ) |
| **Defendants.** | ) |

**AFFIDAVIT IN SUPPORT OF THE MOTION TO RECONSIDER**

Sarah Mathilde Beaujour states as follows:

1. I am over the age of 18 and a duly licensed attorney admitted to practice, and currently in good standing, in the state of New York.

2. I am familiar with the facts of the above captioned case (the "Case").

3. I no longer work for the firm PMJ PLLC or for Mr. Jones.

4. While I was an attorney at PMJ PLLC, I had several discussions with Mr. Jones regarding the Case.

5. To the best of my knowledge, Mr. Jones never intentionally or knowingly violate any procedural rules of procedure.

6. Mr. Jones never expressed the intent to deceive the Court, nor did he ever express the intent to deceive opposing parties or their counsel.

7. Mr. Jones followed the guidance of an attorney experienced with trademark infringement cases against non-US defendants.

8. Given the large number of defendants, Mr. Jones took all reasonable measures to ensure the proper procedure was followed.

9. Mr. Jones notably hired a digital investigator who was tasked with identifying the dozens of infringers.

10. Said investigator was asked to only list those infringers against whom he was able to find evidence of infringement.

11. Mr. Jones reasonably relied on the investigator's work to submit his brief to the Court.

12. Any procedural errors on Mr. Jones' part were good faith errors.

Dated October 2, 2023

_____
Sarah Mathilde Beaujour