IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC.,<br><br> *Plaintiff*,<br><br>v.<br><br>THE ENTITIES listed on EXHIBIT 1,<br><br> *Defendants*,<br><br>---<br><br>RJITSCT LLC d/b/a Respect The Look,<br><br> *Counterclaim-Plaintiff*,<br><br>v.<br><br>Expeditee LLC,<br><br> *Counterclaim-Defendant.* | Case No.: 1:21-cv-6237<br><br>Judge Lindsay C. Jenkins<br><br><u>Jury Trial Demanded</u> |

**DECLARATION OF BRIAN J. BECK IN SUPPORT OF
<u>RESPECT THE LOOK'S ATTORNEY FEE CLAIM</u>**

I, Brian J. Beck, declare as follows:

1. I am an attorney licensed to practice in this Court, and a partner in the law firm of

Zuber Lawler LLP, attorneys of record for Defendant RJITSCT LLC d/b/a Respect The Look

("Respect The Look"). I am personally familiar with the facts stated below and, if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit 1 are true and correct copies of all invoices issued by Zuber Lawler to RJITSCT LLC d/b/a Respect The Look for this matter, with account numbers redacted. The time entries have been highlighted according to the portion of the case they are associated with, as follows:

- Yellow: Defense of the preliminary injunction motion and motion to dissolve the TRO.

- Pink: Respect The Look's motion for sanctions.

- Green: Defense against Plaintiff's trademark and associated claims, including Respect The Look's motion to dismiss and for summary judgment and Plaintiff's motion for leave to amend the complaint.

- Blue: Appearances at status hearings and preparation of status reports.

- Orange: Drafting and discussion of discovery requests.

3. Due to the speed at which I had to respond to the preliminary injunction and the common issues involved, I did not separate out the counterclaim from the opposition to the motion for preliminary injunction; however, I would estimate that no more than 4 hours total were spent on drafting the counterclaim.

4. The timekeepers listed on the invoice are as follows:

| Code | Name | Rate | Description |
| --- | --- | --- | --- |
| BJB | Brian J. Beck | $450 | Senior associate and lead counsel on matter with 13 years of intellectual property litigation experience as of January 2022. |
| JMM | Joshua Masur | $844 | Partner and Head of Zuber Lawler's Intellectual Property Practice Group, chair of AIPLA's Patent Litigation Policy Subcommittee, with over 25 years of intellectual property litigation experience. |
| GSG | Garry Giacchi | $230 | Paralegal. |

2

| MMM | Mimi Medalle | $148 | Paralegal. |

5. The rates above are our firm's "small business rates," which are generally about a 10% discount from each timekeeper's standard hourly rates. My standard hourly rate at the start of this litigation was $500/hour.

6. During this engagement, I was promoted to partner in January of 2023. My standard rate is now $775/hour, and my "small business rate" is now $700/hour; however, I have continued to bill my time for this matter at $450/hour.

7. I calculated the totals for the time entries and expenses based on the categorizations applied to Exhibit 1, and obtained the following totals (with the estimated four hours spent on the counterclaim already subtracted out):

| **Stage of Case** | **Attorney's Fees** | **Costs** |
|---|---|---|
| Defense of preliminary injunction and motion to dissolve TRO | $9,230.80 | $420.26 |
| Respect The Look's Motion for Sanctions | $15,989.20 | $2,408.74 |
| Respect The Look's Motion to Dismiss and for Summary Judgment | $14,428.40 | $812.66 |
| Respect The Look's Opposition to Plaintiff's Motion for Leave to Amend | $5,902.20 | $2,249.62 |
| Preparation for and appearances at status hearings; and preparation of status reports | $4,152.40 | $0 |
| Discovery | $2,115.00 | $0 |
| Total | $51,818.00 | $5,891.28 |

3

8. Over the history of the engagement, Respect The Look has not objected to any time entry or invoice, and has paid $26,000 towards its accrued fees, which includes the entire initial invoice covering all work done in opposition to the preliminary injunction motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of October, 2023, at Glenview, Illinois.

                                                */s/ Brian J. Beck*
                                                Brian J. Beck