# Exhibit 1

# Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA  90071
(213) 596-5620

Statement as of January 31, 2022
Statement No. 37969

RJITSCT LLC dba Respect The Book
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

## Individual Matter Statement Summary

3722-1002:  L. Trademark - Xped LLC v RJITSCT LLC

| | |
|---|---|
| Sub-Total New Fees: | $13,820.80 |
| Sub-Total New Expenses: | $837.53 |
| Previous Balance: | $0.00 |
| Interest on Previous Balance Due: | $0.00 |
| Payments/Credits/Trust Applied: | ($1,000.00) |
| **Total Now Due on this Matter:** | **$13,658.33** |

## Total Client Statement Summary

| | |
|---|---|
| Total Current Fees: | $13,820.80 |
| Total Current Expenses: | $837.53 |
| Total Previous Balance Due: | $0.00 |
| Total Interest: | $0.00 |
| Payments/Credits/Trust Applied: | ($1,000.00) |
| **Total Now Due:** | **$13,658.33** |

Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA 90071
Phone No.: (213) 596-5620
Fax: (213) 596-5621
Federal Tax ID: 20-0175027
Statement as of: 01/31/2022
Statement No: 37969

RJITSCT LLC dba Respect The Book
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052


3722-1002: L. Trademark - Xped LLC v RJITSCT LLC


**Professional Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 1/12/2022 | BJB | Correspondence with P. Jones re complaint; phone call with P. Jones re same; factual research re TRO and PI motions previously filed | 1.40 | 450.00 | 630.00 |
| 1/13/2022 | BJB | Correspondence with opposing counsel P. Jones re exhibits to complaint; phone call and correspondence with R. Jennings re case strategy; research and draft counterclaim; research and draft opposition to preliminary injunction and motions to dissolve the TRO and for sanctions | 7.40 | 450.00 | 3,330.00 |
| 1/13/2022 | MMM | Zoom meeting re case assessment | 0.80 | 148.00 | 118.40 |
| 1/14/2022 | BJB | Revise and finalize counterclaim, opposition to preliminary injunction and motions to dissolve the TRO and for sanctions; draft declarations and accompanying exhibits to same; phone call with R. Jennings re same | 6.10 | 450.00 | 2,745.00 |
| 1/14/2022 | JMM | Attention to draft motion to dissolve temporary restraining order and for other relief [No Charge] | 0.60 | 0.00 | 0.00 |
| 1/14/2022 | MMM | Redact attorney-confidential information; Draft Notice of Motion to File in Excess Fifteen Pages, assemble, manage and prepare memo in opposition, declaration of R. Jennings in Support, Exhibits 1-18, Counterclaim and exhibits, electronically file documents utilizing Northern District of Illinois, obtain recently filed documents with filed stamped copy | 3.40 | 148.00 | 503.20 |
| 1/16/2022 | BJB | Draft and file opposition to motion to continue hearings | 0.90 | 450.00 | 405.00 |
| 1/17/2022 | BJB | Draft and file motion for leave to file supplemental exhibit; phone call with R. Jennings re prepare for hearing | 1.10 | 450.00 | 495.00 |
| 1/17/2022 | MMM | Obtain recent order from Northern District of Illinois to continue hearing on motion for preliminary injunction | 0.20 | 148.00 | 29.60 |
| 1/18/2022 | BJB | Prepare for and attend preliminary injunction hearing; research and draft notice of supplemental authority; review plaintiff's notice of supplemental authority | 3.90 | 450.00 | 1,755.00 |
| 1/18/2022 | MMM | Correspond with Northern District court reporter and Order Transcript for today's hearing | 0.20 | 148.00 | 29.60 |
| 1/20/2022 | BJB | Prepare for and attend preliminary injunction hearing; phone call with R. Jennings re same; draft settlement demand letter | 1.60 | 450.00 | 720.00 |
| 1/21/2022 | BJB | Correspondence with PayPal re unfreezing account; correspondence with P. Jones re same; correspondence with R. Jennings re same | 0.60 | 450.00 | 270.00 |
| 1/24/2022 | BJB | Research re attorney fee motion after notice of voluntary dismissal; draft motion for attorney fees and costs | 1.30 | 450.00 | 585.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/25/2022 | BJB | Research and draft motion for attorney fees | 1.40 | 450.00 | 630.00 |
| 1/27/2022 | BJB | Review supplemental filings by Expeditee; correspondence with P. Jones re inclusion of Respect The Look in papers; correspondence with R. Jennings re same | 0.80 | 450.00 | 360.00 |
| 1/31/2022 | BJB | Research and draft motion to dismiss and for summary judgment | 2.70 | 450.00 | 1,215.00 |
| | | Sub-totals: | 34.40 | | $13,820.80 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 1/21/2022 | Disbursement issued to Tannehill Reporting Services Ltd - Transcript report | 106.25 |
| 1/21/2022 | Disbursement issued to Tannehill Reporting Services Ltd - Deposition transcript | 216.75 |
| 1/24/2022 | B. Beck - Westlaw research | 411.20 |
| 1/27/2022 | B. Beck - Westlaw research | 6.63 |
| 1/31/2022 | Disbursement issued to Joene Hanhardt - Transcript of telephone proceedings on 1-13-22 | 55.25 |
| 1/31/2022 | B. Beck - Westlaw research | 41.45 |
| | Sub-total Expenses: | $837.53 |

## Payments

| Date | Description | Amount |
|---|---|---|
| 2/15/2022 | Trust Application | 1,000.00 |
| | Sub-total Payments: | $1,000.00 |

## Trust Account

| Date | Description | Amount |
|---|---|---|
| | Beginning Balance: | $0.00 |
| 1/14/2022 | Reginald Jennings (RJITSCT LLC) | 1,000.00 |
| 2/15/2022 | Trust Application | -1,000.00 |
| | Ending Balance: | $0.00 |

| | |
|---|---|
| Total Current Billing: | $14,658.33 |
| Total Payments: | ($1,000.00) |
| **Total Now Due:** | **$13,658.33** |

Please make all checks payable to "Zuber Lawler LLP." If you would like to pay by wire transfer, in the transfer instructions, please note the full and formal client name, and please cite the following account information:

Bank: City National Bank
Address of Bank: 555 S. Flower Street, Floor 21, Los Angeles, CA USA
Account Holder: Zuber Lawler LLP
Account #: ▮▮▮▮▮
Routing #: ▮▮▮▮
Swift/BIC #: ▮▮▮▮

# Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA  90071
(213) 596-5620

Statement as of February 28, 2022
Statement No. 38378

RJITSCT LLC dba Respect The Book
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

## Individual Matter Statement Summary

3722-1002:  L. Trademark - Xped LLC v RJITSCT LLC

|  |  |
|---|---:|
| Sub-Total New Fees: | $15,287.40 |
| Sub-Total New Expenses: | $879.26 |
| Previous Balance: | $14,658.33 |
| Interest on Previous Balance Due: | $0.00 |
| Payments/Credits/Trust Applied: | ($1,000.00) |
| **Total Now Due on this Matter:** | **$29,824.99** |

## Total Client Statement Summary

|  |  |
|---|---:|
| Total Current Fees: | $15,287.40 |
| Total Current Expenses: | $879.26 |
| Total Previous Balance Due: | $14,658.33 |
| Total Interest: | $0.00 |
| Payments/Credits/Trust Applied: | ($1,000.00) |
| **Total Now Due:** | **$29,824.99** |

Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA  90071
Phone No.: (213) 596-5620
Fax: (213) 596-5621
Federal Tax ID: 20-0175027
Statement as of: 02/28/2022
Statement No: 38378

RJITSCT LLC dba Respect The Book
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

3722-1002: L. Trademark - Xped LLC v RJITSCT LLC

**Professional Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 2/3/2022 | BJB | Research and draft motion to dismiss, for summary judgment, and for attorney fees; correspondence with R. Jennings re same | 3.80 | 450.00 | 1,710.00 |
| 2/4/2022 | BJB | Correspondence with P. Jones re extension of deadline for response to complaint; correspondence with R. Jennings re same | 0.30 | 450.00 | 135.00 |
| 2/4/2022 | MMM | Review correspondence of P. Jones re request of additional seven days to respond | 0.20 | 148.00 | 29.60 |
| 2/8/2022 | BJB | Research motion to dismiss, for summary judgment, and attorney fees | 2.50 | 450.00 | 1,125.00 |
| 2/9/2022 | BJB | Research and draft motion to dismiss, for summary judgment, and attorney fees | 2.00 | 450.00 | 900.00 |
| 2/10/2022 | BJB | Research and draft motion to dismiss, for summary judgment, and for attorney fees | 2.60 | 450.00 | 1,170.00 |
| 2/11/2022 | BJB | Continue researching and drafting motion to dismiss, for summary judgment, and for attorney fees | 3.60 | 450.00 | 1,620.00 |
| 2/12/2022 | BJB | Continue researching and drafting motion to dismiss, for summary judgment, and for attorney fees | 3.80 | 450.00 | 1,710.00 |
| 2/13/2022 | BJB | Continue researching and drafting motion to dismiss, for summary judgment, and for attorney fees | 2.90 | 450.00 | 1,305.00 |
| 2/14/2022 | BJB | Draft, revise, and finalize motion to dismiss, for summary judgment, and for attorney fees; draft, revise, and finalize accompanying Rule 56 statement, declaration, and exhibits to same; phone call with R. Jennings re same | 6.80 | 450.00 | 3,060.00 |
| 2/14/2022 | GSG | Proof read 56.1 Statement and Motion to Dismiss | 0.80 | 230.00 | 184.00 |
| 2/15/2022 | BJB | Attend status hearing | 1.30 | 450.00 | 585.00 |
| 2/15/2022 | MMM | Correspond with B. Beck re obtain and download Rule 56 statement with all exhibits for review and preparation for MSJ | 0.60 | 148.00 | 88.80 |
| 2/23/2022 | BJB | Phone call with L. Bacani re Plaintiff's position and proposed amended complaint; correspondence with R. Jennings re same | 0.60 | 450.00 | 270.00 |
| 2/24/2022 | BJB | Research and draft renewed motion for sanctions | 1.40 | 450.00 | 630.00 |
| 2/28/2022 | BJB | Research and draft renewed motion for sanctions | 1.70 | 450.00 | 765.00 |
| | | Sub-totals: | 34.90 | | $15,287.40 |

**Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 1/28/2022 | B. Beck - Westlaw research | 24.59 |

1 / 2

| | | |
|---|---|---|
| 2/3/2022 | Disbursement - issued edoc - Deliver + documents detail/06 reporting Services | 42.01 |
| 2/3/2022 | B. Beck - Westlaw research | 22.80 |
| 2/9/2022 | B. Beck - Westlaw research | 84.38 |
| 2/11/2022 | B. Beck - Westlaw research | 6.77 |
| 2/12/2022 | B. Beck - Westlaw research | 245.59 |
| 2/13/2022 | B. Beck - Westlaw research | 381.46 |
| 2/14/2022 | B. Beck - Westlaw research | 51.71 |
| 2/15/2022 | B. Beck - Westlaw research | 19.95 |

| | |
|---|---|
| Sub-total Expenses: | $879.26 |

**Payments**

| | | |
|---|---|---|
| 2/15/2022 | RJITSCT LLC -Jan. 2022 Application | 1,000.00 |

| | |
|---|---|
| Sub-total Payments: | $1,000.00 |

| | |
|---|---|
| Total Current Billing: | $16,166.66 |
| Previous Balance Due: | $14,658.33 |
| Total Payments: | ($1,000.00) |
| **Total Now Due:** | **$29,824.99** |

Please make all checks payable to "Zuber Lawler LLP." If you would like to pay by wire transfer, in the transfer instructions, please note the full and formal client name, and please cite the following account information:

Bank: City National Bank
Address of Bank: 555 S. Flower Street, Floor 21, Los Angeles, CA USA
Account Holder: Zuber Lawler LLP
Account #: ████████
Routing #: ████████
Swift/BIC #: ████████

# Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA  90071
(213) 596-5620

Statement as of May 31, 2022
Statement No. 39498

RJITSCT LLC dba Respect The Look
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

## Individual Matter Statement Summary

3722-1002:  L. Trademark - Xped LLC v RJITSCT LLC

| | |
|---|---|
| Sub-Total New Fees: | $15,996.40 |
| Sub-Total New Expenses: | $0.00 |
| Previous Balance: | $29,824.99 |
| Interest on Previous Balance Due: | $0.00 |
| Payments/Credits/Trust Applied: | ($5,000.00) |
| **Total Now Due on this Matter:** | **$40,821.39** |

## Total Client Statement Summary

| | |
|---|---|
| Total Current Fees: | $15,996.40 |
| Total Current Expenses: | $0.00 |
| Total Previous Balance Due: | $29,824.99 |
| Total Interest: | $0.00 |
| Payments/Credits/Trust Applied: | ($5,000.00) |
| **Total Now Due:** | **$40,821.39** |

Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA 90071
Phone No.: (213) 596-5620
Fax: (213) 596-5621
Federal Tax ID: 20-0175027
Statement as of: 05/31/2022
Statement No: 39498

RJITSCT LLC dba Respect The Look
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

3722-1002: L. Trademark - Xped LLC v RJITSCT LLC

**Professional Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 3/1/2022 | BJB | Draft renewed motion for sanctions | 1.10 | 450.00 | 495.00 |
| 3/2/2022 | BJB | Research and draft renewed motion for sanctions | 1.80 | 450.00 | 810.00 |
| 3/2/2022 | BJB | Continue researching and drafting renewed motion for sanctions | 3.30 | 450.00 | 1,485.00 |
| 3/4/2022 | BJB | Research and draft renewed motion for sanctions | 5.20 | 450.00 | 2,340.00 |
| 3/7/2022 | BJB | Revise, finalize, and file renewed motion for sanctions; draft, finalize, and file supporting declaration and exhibits to renewed motion for sanctions; phone call with R. Jennings re same | 3.60 | 450.00 | 1,620.00 |
| 3/8/2022 | BJB | Appear at court-mandated status hearing | 0.80 | 450.00 | 360.00 |
| 3/23/2022 | BJB | Review Plaintiff's motion for leave to file amended complaint; legal research re same; correspondence with R. Jennings re same | 1.20 | 450.00 | 540.00 |
| 3/23/2022 | BJB | Review Expeditee's motion for leave to file first amended complaint; correspondence with R. Jennings re same; legal and factual research re same; phone call with R. Jennings re same | 1.10 | 450.00 | 495.00 |
| 3/25/2022 | BJB | Phone call with R. Jennings re Expeditee discovery requests; correspondence with L. Bacani responding to Expeditee discovery requests and setting forth RJITSCT's requests | 1.20 | 450.00 | 540.00 |
| 3/28/2022 | BJB | Correspondence with L. Bacani re joint status report and Expeditee's document requests; correspondence with R. Jennings re employee location and role identification | 1.10 | 450.00 | 495.00 |
| 3/29/2022 | BJB | Draft portions of joint status report and responses regarding both parties' discovery requests; revise same; correspondence with L. Bacani re same | 2.40 | 450.00 | 1,080.00 |
| 4/7/2022 | BJB | Appear at status hearing on sanctions motion discovery; correspondence with R. Jennings re same | 0.80 | 450.00 | 360.00 |
| 4/25/2022 | BJB | Appear at status hearing | 0.80 | 450.00 | 360.00 |
| 4/25/2022 | MMM | Obtain recent order that reflects the new deadlines | 0.20 | 148.00 | 29.60 |
| 5/13/2022 | BJB | Research and draft opposition to Plaintiff's motion for leave to amend | 1.80 | 450.00 | 810.00 |
| 5/17/2022 | BJB | Research and draft opposition to motion for leave to amend | 3.60 | 450.00 | 1,620.00 |
| 5/18/2022 | BJB | Research, draft, and revise opposition to motion for leave to amend; draft accompanying declaration in opposition to motion for leave to amend and prepare accompanying exhibits | 3.60 | 450.00 | 1,620.00 |
| 5/18/2022 | JMM | Review draft opposition to motion for leave to amend | 0.40 | 844.00 | 337.60 |

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/19/2022 | BJB | Finalize evidentiary opposition to motion to bar and accompanying papers; review plaintiff's oppositions to motions for sanctions | 1.00 | 450.00 | 450.00 |
| 5/19/2022 | MMM | Obtain Memorandum in Opposition to motion for sanctions | 0.40 | 148.00 | 59.20 |
| 5/23/2022 | BJB | Correspondence with R. Jennings re reply in support of motion for sanctions | 0.20 | 450.00 | 90.00 |

| | | Sub-totals: | 35.60 | | $15,996.40 |

**Payments**

| Date | Description | Amount |
|------|-------------|--------|
| 4/11/2022 | RJITSCT -4/6/22 AMEX Payment | 5,000.00 |
| | Sub-total Payments: | $5,000.00 |

**Trust Account**

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Beginning Balance: | | $0.00 |
| 4/8/2022 | RJITSCT LLC dba Respect The Book | | 5,000.00 |
| 4/11/2022 | RJITSCT LLC | | -5,000.00 |
| | Ending Balance: | | $0.00 |

| | |
|--|--|
| Total Current Billing: | $15,996.40 |
| Previous Balance Due: | $29,824.99 |
| Total Payments: | ($5,000.00) |
| **Total Now Due:** | **$40,821.39** |

Please make all checks payable to "Zuber Lawler LLP." If you would like to pay by wire transfer, in the transfer instructions, please note the full and formal client name, and please cite the following account information:

Bank: City National Bank
Address of Bank: 555 S. Flower Street, Floor 21, Los Angeles, CA USA
Account Holder: Zuber Lawler LLP
Account #: ▮▮▮▮▮
Routing #: ▮▮▮▮▮
Swift/BIC #: ▮▮▮▮▮

# Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA  90071
(213) 596-5620

Statement as of June 30, 2022
Statement No. 39949

RJITSCT LLC dba Respect The Look
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

## Individual Matter Statement Summary

3722-1002:  L. Trademark - Xped LLC v RJITSCT LLC

| | |
|---|---:|
| Sub-Total New Fees: | $7,065.00 |
| Sub-Total New Expenses: | $0.00 |
| Previous Balance: | $40,821.39 |
| Interest on Previous Balance Due: | $0.00 |
| Payments/Credits/Trust Applied: | ($5,000.00) |
| **Total Now Due on this Matter:** | **$42,886.39** |

## Total Client Statement Summary

| | |
|---|---:|
| Total Current Fees: | $7,065.00 |
| Total Current Expenses: | $0.00 |
| Total Previous Balance Due: | $40,821.39 |
| Total Interest: | $0.00 |
| Payments/Credits/Trust Applied: | ($5,000.00) |
| **Total Now Due:** | **$42,886.39** |

Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA  90071
Phone No.: (213) 596-5620
Fax: (213) 596-5621
Federal Tax ID: 20-0175027
Statement as of: 06/30/2022
Statement No: 39949

RJITSCT LLC dba Respect The Look
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

3722-1002: L. Trademark - Xped LLC v RJITSCT LLC

**Professional Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/3/2022 | BJB | Research and draft reply in support of motion for sanctions | 3.30 | 450.00 | 1,485.00 |
| 6/6/2022 | BJB | Continue researching and drafting reply in support of motion for sanctions | 2.20 | 450.00 | 990.00 |
| 6/7/2022 | BJB | Continue researching and drafting reply in support of motion for sanctions | 1.10 | 450.00 | 495.00 |
| 6/8/2022 | BJB | Continue researching and drafting reply brief in support of motion for sanctions | 6.10 | 450.00 | 2,745.00 |
| 6/9/2022 | BJB | Revise, finalize, and file reply in support of motion for sanctions and accompanying declaration and exhibits | 1.70 | 450.00 | 765.00 |
| 6/16/2022 | BJB | Prepare for and appear at telephonic status hearing | 1.30 | 450.00 | 585.00 |
| | | Sub-totals: | 15.70 | | $7,065.00 |

**Payments**

| | | | | |
|---|---|---|---|---|
| 6/16/2022 | | RJITSCT LLC - 6/14/22 AMEX Payment | | 5,000.00 |
| | | Sub-total Payments: | | $5,000.00 |

| | |
|---|---|
| Total Current Billing: | $7,065.00 |
| Previous Balance Due: | $40,821.39 |
| Total Payments: | ($5,000.00) |
| **Total Now Due:** | **$42,886.39** |

Please make all checks payable to "Zuber Lawler LLP." If you would like to pay by wire transfer, in the transfer instructions, please note the full and formal client name, and please cite the following account information:

Bank: City National Bank
Address of Bank: 555 S. Flower Street, Floor 21, Los Angeles, CA USA
Account Holder: Zuber Lawler LLP
Account #: ▮▮▮▮▮▮
Routing #: ▮▮▮▮▮▮▮▮
Swift/BIC #: ▮▮▮▮▮▮

# Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA  90071
(213) 596-5620

Statement as of August 31, 2022
Statement No. 40852

RJITSCT LLC dba Respect The Look
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

## Individual Matter Statement Summary

3722-1002:  L. Trademark - Xped LLC v RJITSCT LLC

|  |  |
|---|---:|
| Sub-Total New Fees: | $88.80 |
| Sub-Total New Expenses: | $0.00 |
| Previous Balance: | $42,886.39 |
| Interest on Previous Balance Due: | $0.00 |
| Payments/Credits/Trust Applied: | ($5,000.00) |
| **Total Now Due on this Matter:** | **$37,975.19** |

## Total Client Statement Summary

|  |  |
|---|---:|
| Total Current Fees: | $88.80 |
| Total Current Expenses: | $0.00 |
| Total Previous Balance Due: | $42,886.39 |
| Total Interest: | $0.00 |
| Payments/Credits/Trust Applied: | ($5,000.00) |
| **Total Now Due:** | **$37,975.19** |

Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA  90071
Phone No.: (213) 596-5620
Fax: (213) 596-5621
Federal Tax ID: 20-0175027
Statement as of: 08/31/2022
Statement No: 40852

RJITSCT LLC dba Respect The Look
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

3722-1002: L. Trademark - Xped LLC v RJITSCT LLC

**Professional Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 8/4/2022 | MMM | Obtain recent order through Northern District of Illinois re the agreed motion to extend deadline | 0.20 | 148.00 | 29.60 |
| 8/5/2022 | MMM | Obtain recent order in rescheduling the telephonic status hearing for 08/17/2022 | 0.20 | 148.00 | 29.60 |
| 8/8/2022 | MMM | Obtain recent copy of the new hearing date | 0.20 | 148.00 | 29.60 |
| | | Sub-totals: | 0.60 | | $88.80 |

**Payments**

| | | | | |
|------|----|-----|----|----|
| 8/23/2022 | | RJITSCT LLC-8/19/22 AMEX Payment | | 5,000.00 |
| | | Sub-total Payments: | | $5,000.00 |

| | |
|---|---|
| Total Current Billing: | $88.80 |
| Previous Balance Due: | $42,886.39 |
| Total Payments: | ($5,000.00) |
| **Total Now Due:** | **$37,975.19** |

Please make all checks payable to "Zuber Lawler LLP." If you would like to pay by wire transfer, in the transfer instructions, please note the full and formal client name, and please cite the following account information:

Bank: City National Bank
Address of Bank: 555 S. Flower Street, Floor 21, Los Angeles, CA USA
Account Holder: Zuber Lawler LLP
Account #: ███████
Routing #: ███████
Swift/BIC #: ███████

1 / 1

# Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA  90071
(213) 596-5620

Statement as of August 31, 2023
Statement No. 44603

RJITSCT LLC dba Respect The Look
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

## Individual Matter Statement Summary

3722-1002:  L. Trademark - Xped LLC v RJITSCT LLC

| | |
|---|---|
| Sub-Total New Fees: | $2,305.60 |
| Sub-Total New Expenses: | $4,174.49 |
| Previous Balance: | $32,975.19 |
| Interest on Previous Balance Due: | $0.00 |
| Payments/Credits/Trust Applied: | ($5,000.00) |
| **Total Now Due on this Matter:** | **$34,455.28** |

## Total Client Statement Summary

| | |
|---|---|
| Total Current Fees: | $2,305.60 |
| Total Current Expenses: | $4,174.49 |
| Total Previous Balance Due: | $32,975.19 |
| Total Interest: | $0.00 |
| Payments/Credits/Trust Applied: | ($5,000.00) |
| **Total Now Due:** | **$34,455.28** |

Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA  90071
Phone No.: (213) 596-5620
Fax: (213) 596-5621
Federal Tax ID: 20-0175027
Statement as of: 08/31/2023
Statement No: 44603

RJITSCT LLC dba Respect The Look
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

3722-1002: L. Trademark - Xped LLC v RJITSCT LLC

**Professional Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 8/17/2022 | BJB | Appear at status hearing; correspondence with R. Jennings re same | 0.80 | 450.00 | 360.00 |
| 9/7/2022 | MMM | Obtain recent order of continuance of hearing on September 22, 2022 | 0.20 | 148.00 | 29.60 |
| 9/22/2022 | BJB | Appear at status hearing | 0.40 | 450.00 | 180.00 |
| 3/30/2023 | BXB | Draft initial status report for reassigned case | 0.50 | 620.00 | 310.00 |
| 7/6/2023 | BXB | Draft status report to alert the Court to pending motions; correspondence with opposing counsel re same | 1.60 | 620.00 | 992.00 |
| 7/10/2023 | BXB | Revise joint status report | 0.40 | 620.00 | 248.00 |
| 7/14/2023 | BXB | Revise and file joint status report | 0.30 | 620.00 | 186.00 |
| | | Sub-totals: | 4.20 | | $2,305.60 |

**Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 3/2/2022 | B. Beck - Westlaw research | 217.64 |
| 3/3/2022 | B. Beck - Westlaw research | 12.72 |
| 3/4/2022 | B. Beck - Westlaw research | 1,153.61 |
| 3/7/2022 | B. Beck - Westlaw research | 534.70 |
| 3/8/2022 | B. Beck - Westlaw research | 6.20 |
| 3/23/2022 | B. Beck - Westlaw research | 523.28 |
| 5/13/2022 | B. Beck - Westlaw research | 383.81 |
| 5/17/2022 | B. Beck - Westlaw research | 776.43 |
| 5/18/2022 | B. Beck - Westlaw research | 561.79 |
| 5/20/2022 | B. Beck - Westlaw research | 4.31 |
| | Sub-total Expenses: | $4,174.49 |

**Payments**

| Date | Description | Amount |
|------|-------------|--------|
| 7/20/2023 | RJITSCT LLC-7/18/23 AMEX Payment | 5,000.00 |
| | Sub-total Payments: | $5,000.00 |

1 / 2

Total Current Billing: $6,480.09

Previous Balance Due: $32,975.19

Total Payments: ($5,000.00)

**Total Now Due:** **$34,455.28**

Please make all checks payable to "Zuber Lawler LLP." If you would like to pay by wire transfer, in the transfer instructions, please note the full and formal client name, and please cite the following account information:

Bank: City National Bank
Address of Bank: 555 S. Flower Street, Floor 21, Los Angeles, CA USA
Account Holder: Zuber Lawler LLP
Account #: ███████
Routing #: ███████
Swift/BIC #: ███████