IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC., *Plaintiff*, v. THE ENTITIES listed on EXHIBIT 1, *Defendants*, ——————————— RJITSCT LLC d/b/a Respect The Look, *Counterclaim-Plaintiff*, v. Expeditee LLC, *Counterclaim-Defendant*. | Case No.: 1:21-cv-6237 Judge Lindsay C. Jenkins <u>Jury Trial Demanded</u> |

**SUPPLEMENTAL DECLARATION OF BRIAN J. BECK IN SUPPORT OF
<u>RESPECT THE LOOK'S ATTORNEY FEE CLAIM</u>**

I, Brian J. Beck, declare as follows:

1.　　I am an attorney licensed to practice in this Court, and a partner in the law firm of Zuber Lawler LLP, attorneys of record for Defendant RJITSCT LLC d/b/a Respect The Look

("Respect The Look"). I am personally familiar with the facts stated below and, if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Zuber Lawler's invoice to RJITSCT, LLC for September 2023, which was sent to RJITSCT, LLC on October 13, 2023 (with Zuber Lawler account numbers redacted).

3. As noted in my previous declaration submitted on October 6, I was promoted to partner in January of 2023. In the September invoice and in my October invoice, my rate being billed to RJITSCT, LLC was increased to $620/hour, which is still a significant discount below my now standard rate of $775/hour.

4. In addition to the time incurred in September 2023 that was invoiced in Exhibit 1, I incurred a total of 6.1 hours preparing the October 6, 2023 fee statement, and a total of 12.7 hours in preparing the opposition memorandum being filed concurrently with this declaration. This time will all be invoiced to RJITSCT, LLC at a rate of $620/hour.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of October, 2023, at Glenview, Illinois.

                                           */s/ Brian J. Beck*
                                           Brian J. Beck