# **<u>Exhibit 1</u>**

# Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA 90071
(213) 596-5620

Statement as of September 30, 2023
Statement No. 44912

RJITSCT LLC dba Respect The Look
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

## Individual Matter Statement Summary

3722-1002:  L. Trademark - Xped LLC v RJITSCT LLC

| | |
|---|---:|
| Sub-Total New Fees: | $1,364.00 |
| Sub-Total New Expenses: | $0.00 |
| Previous Balance: | $34,455.28 |
| Interest on Previous Balance Due: | $0.00 |
| Payments/Credits/Trust Applied: | $0.00 |
| **Total Now Due on this Matter:** | **$35,819.28** |

## Total Client Statement Summary

| | |
|---|---:|
| Total Current Fees: | $1,364.00 |
| Total Current Expenses: | $0.00 |
| Total Previous Balance Due: | $34,455.28 |
| Total Interest: | $0.00 |
| Payments/Credits/Trust Applied: | $0.00 |
| **Total Now Due:** | **$35,819.28** |

Zuber Lawler LLP
350 S. Grand Avenue
32nd Floor
Los Angeles, CA  90071
Phone No.: (213) 596-5620
Fax: (213) 596-5621
Federal Tax ID: 20-0175027
Statement as of: 09/30/2023
Statement No: 44912

RJITSCT LLC dba Respect The Look
Reginald A. Jennings
One Columbia Street
New Britain, CT 06052

3722-1002: L. Trademark - Xped LLC v RJITSCT LLC

**Professional Fees**

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/6/2023 | BXB | Review order granting motion for sanctions; phone call and correspondence with R. Jennings re same; review fee records and prepare submission to Court for fee claim | 1.60 | 620.00 | 992.00 |
| 9/7/2023 | BXB | Correspondence with R. Jennings re fee status and settlement offer; correspondence with L. Bacani re settlement offer | 0.60 | 620.00 | 372.00 |
| | | Sub-totals: | 2.20 | | $1,364.00 |

| | |
|---|---|
| Total Current Billing: | $1,364.00 |
| Previous Balance Due: | $34,455.28 |
| Total Payments: | $0.00 |
| **Total Now Due:** | **$35,819.28** |

Please make all checks payable to "Zuber Lawler LLP." If you would like to pay by wire transfer, in the transfer instructions, please note the full and formal client name, and please cite the following account information:

Bank: City National Bank
Address of Bank: 555 S. Flower Street, Floor 21, Los Angeles, CA USA
Account Holder: Zuber Lawler LLP
Account #:
Routing #:
Swift/BIC #: