UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Expeditee LLC, et al.,<br><br>  *Plaintiff*,<br><br>v.<br><br>The Entities listed on Exhibit 1, et al.,<br><br>  *Defendants*.<br>―――――――――――――――――<br>RJITSCT LLC d/b/a Respect The Look,<br><br>  *Counterclaim-Plaintiff*,<br><br>v.<br><br>Expeditee LLC,<br><br>  *Counterclaim-Defendant*. | Case No.: 1:21-cv-06237<br><br>Honorable Lindsay C. Jenkins |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry of September 6, 2023, Defendant RJITSCT LLC, dba Respect the Look ("Respect The Look") and Plaintiff Expeditee LLC ("Expeditee" or "Plaintiff"), (collectively, the "Parties"), respectfully submit the following Joint Status Report regarding (a) whether Respect The Look intends to persist with its counterclaim against Expeditee, and (b) a proposed discovery schedule for that Counterclaim.

I.      **Whether Respect The Look will persist with its Counterclaim**

**Respect The Look's statement:** As set forth in Respect The Look's statement itemizing fees and costs filed on October 6, 2023 (Dkt. 127), and its response to PMJ PLLC's Motion for Reconsideration filed on October 25, 2023 (Dkt. 128), Respect The Look is seeking a total of $70,729.28 in reasonable attorney's fees and costs, of which: (1) $9,651.06 were incurred in defense of Plaintiff's motion for preliminary injunction; (2) $31,417.94 were incurred in litigating Respect The Look's motion for sanctions, including its preparation of its itemization of fees and costs and its opposition to PMJ PLLC's Motion for Reconsideration; and (3) $29,660.28 were incurred in defending against Plaintiff's substantive trademark claims. The Court has already indicated that it would award the amount incurred in category 1, but whether the Court will award the amount of fees in categories 2 and 3, either as an award of sanctions or as an exceptional case award under the Lanham Act, is still pending (*see* Dkt. 122 at 44).

Respect The Look's counterclaims include three counts (Count I – Malicious Abuse of Process; Count II – Illinois Uniform Deceptive Trade Practices Act; Count III – Intentional Interference with Prospective Economic Advantage) concerning Plaintiff's misconduct in filing and litigating this lawsuit, for which it may seek as damages the fees incurred in defending against Plaintiff's lawsuit. As the potential damages may be duplicative of the sanctions award Respect The Look has requested that the Court enter, Respect The Look cannot determine whether it will proceed with these three counts until the Court has issued its order regarding the

amount of fees awarded as sanctions for Plaintiff's and PMJ PLLC's misconduct.

Respect The Look will not pursue Count IV of its Counterclaim for a Declaratory Judgment of Trademark Non-infringement and/or Unenforceability, as the Court's dismissal of Plaintiff's Complaint against Respect The Look with prejudice renders Count IV moot.

**Expeditee's Statement:**

Expeditee shall file its Response ("Response") to RJITSCT's Statement itemizing fees and costs (Dkt. 127) on or before the Court-ordered deadline of November 6, 2023. (Minute Entry, Dkt. 121.) As will be detailed in Expeditee's Response, RJITSCT's demand that Expeditee pay over $70,000 in fees and costs is unfair, unjustified and contrary to law.

In the event that RJITSCT elects to move forward with its counterclaims, Expeditee should be allowed to continue asserting all of its affirmative defenses, including its Fourth Affirmative Defense that states that RJITSCT's "Counterclaim may be barred, in whole or in part, because RTL has infringed, and continues to infringe, Plaintiff's intellectual property rights, including copyrights and trade dress owned by Plaintiff." (Dkt. 68 at 19.) While the Court dismissed Expeditee's trademark infringement claim against RJITSCT with prejudice (Dkt. 122 at 42), and directed Expeditee to drop RJITSCT from Expeditee's First Amended Complaint, the Court has not dismissed Expeditee's copyright infringement claim or ordered that Expeditee is precluded from defending itself from RJITSCT's counterclaims. The issue of RJITSCT's copying of Expeditee's original flag designs and photographs is relevant to all of RJITSCT's counterclaims.

**II.     Proposed Discovery Schedule:**

**Respect The Look's Statement:** Because, for the reasons stated above, Respect The Look's pursuit of its Counterclaim will depend on the Court's ultimate order on Respect The Look's motion for sanctions, Respect The Look proposes that discovery not begin until after that

order issues. Once that order issues, Respect The Look proposes the following schedule:

- Initial Disclosures: Parties to exchange initial disclosures two weeks after the Court's Order issues.

- Written Discovery: Parties to exchange initial written discovery requests four weeks after the Court's Order issues.

- Fact Discovery: To close six months after the Court's Order issues.

**Expeditee's Statement:**

Expeditee agrees with the discovery schedule proposed above.

Respectfully submitted,

Dated: October 27, 2023            LOZA & LOZA LLP

  /s/ *Lena Bacani*
Lena N. Bacani (*pro hac vice*)
Lena.bacani@lozaip.com
Marie E. Richmond (*pro hac vice*)
Marie.richmond@lozaip.com
Loza & Loza LLP
305 N. Second Ave., #127
Upland, CA 91786
Tel: (847) 670-1223

ARONBERG GOLDGEHN DAVIS & GARMISA
Matthew L. De Preter
cdepreter@agdglaw.com
330 N. Wabash Ave. Suite 1700
Chicago, IL 60611
Tel: (312) 828-9600
Fax: (312) 828-9635

*Attorneys for Plaintiff* Expeditee LLC

Dated: October 27, 2023 ZUBER LAWLER LLP

  /s/ *Brian J. Beck*
Brian J. Beck
bbeck@zuberlawler.com
ZUBER LAWLER LLP
111 W. Jackson Blvd., Ste. 1700
Chicago, IL 60604
Tel: (312) 346-1100
Fax: (213) 596-5621

*Attorneys for Defendant* RJITSCT LLC, dba Respect the Look

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2023, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

                                              /s/ *Brian J. Beck*