# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Expeditee LLC, et al.

                                    Plaintiff,

v.                                            Case No.: 1:21–cv–06237
                                                             Honorable Lindsay C. Jenkins

The Entities Listed on Exhibit 1, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 30, 2023:

         MINUTE entry before the Honorable Lindsay C. Jenkins: The Court has reviewed Expeditee and Respect the Look's joint status report. [129] The Court agrees with the parties' request not to set a discovery schedule at this time. It will do so after ruling on PMJ's pending motion for reconsideration [125] and finalizing a final award of fees and costs (which, as to Expeditee, is not implicated by the motion for reconsideration). The Court understands that Respect the Look may elect not to proceed on counts I–III of its counterclaim depending on the outcome of the Court's ruling on the pending motions. That, of course, is its right, but the Court notes that abandoning the counterclaim may preclude it from reviving those claims in the event that a decision by this Court is reversed or vacated on appeal. See West v. Louisville Gas & Elec. Co., 920 F.3d 499, 503–06 (7th Cir. 2019) (discussing implications of conditional dismissal in the district court on appellate jurisdiction). The Court also notes that its sanctions order did not strike any affirmative defenses to claims against Expeditee, and since the Court's sanctions order did not resolve the merits of any infringement issue as between these parties (except to the extent that the Court found that Expeditee did not have evidence of trademark infringement when it sought preliminary injunctive relief against Respect the Look), Expeditee is not precluded from raising this issue as a defense to the counterclaim. Cf. Patrick v. City of Chicago, 81 F.4th 730, 735–36 (7th Cir. 2023) (issue preclusion requires issue to be actually litigated and essential to the judgment). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.