UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Expeditee LLC, et al.

                                Plaintiff,

v.                                             Case No.: 1:21−cv−06237
                                                       Honorable Lindsay C. Jenkins

The Entities Listed on Exhibit 1, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2023:

       MINUTE entry before the Honorable Lindsay C. Jenkins: For the reasons stated in the Order issued today, Patrick Jones's motion for reconsideration [125] is granted to the extent that the Court clarifies several points about its September 6, 2023 Order [122] but otherwise denied. Jones's motion states that earlier this year, his former firm, PMJ PLLC, ceased operations. [Dkt. [122] at 3.] In light of that development, the Court wonders whether it can vacate its sanctions Order with respect to the defunct PMJ firm without prejudicing Defendant Respect the Look. Accordingly, the Court directs Jones to submit an affidavit or other sworn declaration by December 13, 2023 stating: (1) whether anyone besides Jones has or had an interest in PMJ or any assets it held; (2) whether PMJ holds any assets currently or may receive any assets in the future; (3) whether, to Jones's knowledge, an award of monetary sanctions against PMJ could reach any funds that could not also be reached through an award against him personally; (4) if the answer to the previous question is yes, what the nature of those funds are; and (5) any other information relevant to the Court's decision about whether to vacate the award as to PMJ. The Court does not anticipate needing a response from Respect the Look or Plaintiff Expeditee LLC, but if either party wishes to respond, it should so notify the Court by December 20, 2023 and file its response by December 27, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.