UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Expeditee LLC, et al.

                         Plaintiff,

v.                                                       Case No.: 1:21−cv−06237
                                                       Honorable Lindsay C. Jenkins

The Entities Listed on Exhibit 1, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2023:

       MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant Respect the Look filed its statement regarding attorney's fees and costs [127] and Plaintiff Expeditee LLC responded [131]. Expeditee argues, in part, that because it relied on its former counsel, Patrick Jones, the Court should not award monetary sanctions against Expeditee. [Dkt. [131] at 3.] In light of this line of argument, the Court gives Jones leave to file a response to any argument made by Respect the Look or Expeditee by December 13, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.