UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Expeditee LLC, et al.

Plaintiff,

v.                                          Case No.: 1:21−cv−06237
                                            Honorable Lindsay C. Jenkins

The Entities Listed on Exhibit 1, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 21, 2023:

MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to seal [136] is granted. Docket entry [137] may remain under seal. In response to Patrick Jones informing the Court that his former law firm, PMJ PLLC, ceased operations earlier this year, the Court directed Jones to state whether there was any reason that sanctions against PMJ could reach funds that an order sanctioning him personally could not. [132] Jones certified that no one besides him has an interest in PMJ and that he can pay any portion of a sanctions award entered against PMJ. [136] Neither Expeditee nor Respect the Look indicated that it wished to file a response to Jones's statement. Because any sanction against PMJ will be paid by Jones, the Court vacates its sanctions order [121], [122] as to PMJ and holds that any sanction the Court would have entered against PMJ will now be entered against Jones. All references to PMJ's conduct in previous filings by the parties or the Court shall be deemed to be references to Jones's conduct. The final amount and allocation of sanctions to be entered remain under advisement. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.