UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXPEDITEE, LLC, | Case No.: 1:21-cv-06237 |
| Plaintiff, | **SUMMONS RETURNED EXECUTED** |
| vs. | District Judge: Hon. Lindsay C. Jenkins |
| THE ENTITIES listed on EXHIBIT 1, | |
| Defendants. | |
| RJITSCT LLC d/b/a/ Respect The Look, | |
| Counterclaimant, | |
| vs. | |
| EXPEDITEE LLC, | |
| Counter-defendant. | |

    I hereby certify and declare that I am over 18 years of age, and I am an attorney for Plaintiff Expeditee, LLC in the above captioned action.

    On November 2, 2023, I caused to be served true and accurate copies of the following documents:

- Plaintiff Expeditee LLC's First Amended Complaint (Dkt. 124); and,
- Stamped Summons,

on the Defendants listed on Exhibit 1, filed concurrently herewith, via email, to the email address(es) associated with each Defendant, obtained from the relevant payment provider.

    Fifteen of the emails were returned as undeliverable, and are denoted with an asterisk in Exhibit 1.

**CERTIFICATE OF SERVICE**
Case No.: 21-cv-06237

1

Dated: January 30, 2024

/s/ Marie E. Richmond
Marie E. Richmond (*pro hac vice*)
LOZA & LOZA LLP
305 N. Second Ave., #127
Upland, CA 91786
Email: marie.richmond@lozaip.com

*Attorneys for Expeditee, LLC*

**CERTIFICATE OF SERVICE**
Case No.: 21-cv-06237

2